## Exhibit A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------- x
                                                        :
In re                                                   :      Chapter 11
                                                        :
BROOKS BROTHERS GROUP, INC., et al.,                    :      Case No. 20–11785 (CSS)
                                                        :
                         Debtors.¹                      :      (Jointly Administered)
                                                        :
                                                        :      Re: Docket No. _____
------------------------------------------------------- x
```

## ORDER (I) AUTHORIZING DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (B) ABANDON *DE MINIMIS* PROPERTY IN CONNECTION THEREWITH AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")² of Brooks Brothers Group, Inc. and its debtor

affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases

(collectively, the "**Debtors**"), for entry of an order (i) authorizing the Debtors to (a) reject the

Vacant Store Leases, each effective *nunc pro tunc* to the Petition Date, (b) reject the Closing Store

Leases and certain other Leases, each effective as of the Rejection Date, and (c) abandon any

Remaining Property, and (ii) granting related relief, all as more fully set forth in the Motion; and

the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to

28 U.S.C. §§ 157(a)-(b) and 1334(b), and the *Amended Standing Order of Reference* from the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A); BBD Holding 2, LLC (N/A); BBDI, LLC (N/A); Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road LLC (7265).  The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

[2]    Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

United States District Court for the District of Delaware, dated February 29, 2012; and

consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C.

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Motion having been provided to the Notice Parties, and it appearing

that no other or further notice need be provided; and this Court having held a hearing to consider

the relief requested in the Motion (the "**Hearing**"), if necessary; and upon the First Day

Declaration; and the Court having determined that the legal and factual bases set forth in the

Motion establish just cause for the relief granted herein; and it appearing that the relief requested

in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in

interest; and upon all of the proceedings had before the Court and after due deliberation and

sufficient cause appearing therefor,

### IT IS HEREBY ORDERED THAT

1.　　　The Motion is granted to the extent set forth herein.

2.　　　Pursuant to section 365 of the Bankruptcy Code, the Vacant Store Leases

identified on **Schedule 1** attached hereto are hereby rejected *nunc pro tunc* to the Petition Date.

3.　　　Pursuant to section 365 of the Bankruptcy Code, the Leases identified on

**Schedule 2** attached hereto are hereby rejected as of the date that the Debtors relinquish control of

the applicable leased premises by (i) returning the keys and, if applicable, any key codes and

security codes to the affected landlord or an appropriate agent thereof or (ii) notifying the affected

landlord in writing that the keys, key codes, and/or security codes, if any, are not available and

that the landlord may rekey the leased premises (the "**Rejection Date**").  For the avoidance of all

doubt, the Rejection Date of each such Lease shall not occur prior to the date on which the Debtors

2

surrender possession of the location to their counterparty under such Lease, and such Rejection Date shall be no earlier than the applicable date set forth on **Schedule 2**.

4.     The Debtors do not waive any claims that they may have against any counterparty to the Leases, whether or not such claims arise under, are related to the rejection of, or are independent of the Leases.

5.     The Debtors are authorized to abandon any Remaining Property located at the Underperforming Stores free and clear of all liens, claims, encumbrances, interests, and rights of third parties pursuant to section 554(a) of the Bankruptcy Code, which abandonment shall be effective as of the Petition Date with regard to the Vacant Stores and as of the Rejection Date with regard to the Closing Stores and other Leases on **Schedule 2**.  Each landlord is authorized to dispose of any Remaining Property in their sole discretion, without further notice or order of this Court and without further notice or liability to any party claiming an interest in such Remaining Property, including the Debtors.  Landlords' rights, if any, to file claims for the costs of disposal of such Remaining Property are fully reserved.

6.     Nothing herein shall prejudice the rights of the Debtors to argue that any of the Leases were terminated prior to the Petition Date; that any claim for damages arising from the rejection of the Leases is limited to the remedies available under any applicable termination provision of such Lease; or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

7.     Nothing in the Motion or this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code.

3

8.     Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of, or enhance the status of any claim held by, any party.

9.     Under the circumstances of these chapter 11 cases, notice of the Motion is adequate under Bankruptcy Rule 6004(a).

10.     Notwithstanding Bankruptcy Rule 6004(h), this Final Order shall be immediately effective and enforceable upon its entry.

11.     Any proofs of claim for damages in connection with the rejection of the Leases, if any, shall be filed on or before the later of (a) the claims bar date established by the Court in these chapter 11 cases, if any, and (b) thirty (30) days after entry of this Order.

12.     The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

13.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

RLF1 23686432V.1

## Schedule 1

### Schedule of Vacant Store Leases to Be Rejected

| LOCATION ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|
| 6130 | 125 Main Street Associates, LLC<br>c/o Acadia Realty Trust<br>Attn:  Legal Department<br>1311 Mamaroneck Ave, Suite 260<br>White Plains, NY 10605 | Brooks Brothers Group, Inc. | 125 Main Street<br>Westport, CT 6880 |
| 6086 | Kleban Darien, LLC<br>1189 Post Road<br>Fairfield, CT 06824 | Brooks Brothers Group, Inc. | 987 Boston Post Road<br>Darien, CT 6820 |
| 6171 | Karass Broadway 901, LLC<br>c/o Karass Development Company, Inc.<br>125 Park Avenue, 25th Floor<br>New York, NY 10017 | Brooks Brothers Group, Inc. | 901 Broadway (20th Street)<br>New York, NY 10003 |
| 6051 | TWC Tuscon LLC<br>Attn:  Center Manager<br>2905 East Skyline Drive<br>Tucson, AZ 85718 | Brooks Brothers Group, Inc. | 2905 East Skyline Drive<br>Suite 275<br>Tucson, AZ 85718 |
| 6104 | 3067 M Street, LP<br>c/o EastBanc, Inc.<br>Attn:  Anthony M. Lanier<br>3307 M Street, N.W., Suite 400<br>Washington, DC 20007 | Brooks Brothers Group, Inc. | 3077 M Street, N.W.<br>Washington, DC 20007 |
| 6028 | Love is Next Door LLC<br>c/o Love Realty Walking Street<br>256 Worth Avenue, Suite 200<br>Palm Beach, FL 33480 | Brooks Brothers Group, Inc. | 225 Worth Avenue, Unit C<br>Palm Beach, FL 33480 |
| 6170 | Wheatley Plaza Associates<br>2110 Northern Boulevard<br>Manhasset, NY 11030 | Brooks Brothers Group, Inc. | 412 Wheatley Plaza<br>Greenvale, NY 11548 |

| 6178 | Three World Financial Center<br>c/o Brookfield Financial Properties, LP<br>Attn:  Senior VP, Director of Leasing<br>200 Vesey Street, 15th Floor<br>New York, NY 10281-1021 | Brooks Brothers<br>Group, Inc. | 75 State Street<br>Boston, MA 2109 |
|------|---|---|---|
| 6711 | Simon Property Group<br>Attn:  Premium Outlets<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Brooks Brothers<br>Group, Inc. | 2950 West Interstate 20<br>Suite 100<br>Grand Prairie, TX 75052 |
| 6153 | Forum Shops LLC<br>c/o Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Brooks Brothers<br>Group, Inc. | 3500 Las Vegas Boulevard<br>South, Suite #0S52<br>Las Vegas, NV 89109 |
| 6179 | 251 W. 87 St. Associates<br>c/o Lori-Zee Corp<br>2270 Broadway<br>New York, NY 10024 | Brooks Brothers<br>Group, Inc. | 2381 Broadway (87th Street)<br>New York, NY 10024 |
| 6618 | Fashion Outlets of Santa Fe LLC<br>c/o CBRE<br>Attn:  General Manager<br>8080 Park Lane, Suite 800<br>Dallas, TX 75231 | Brooks Brothers<br>Group, Inc. | 8380 Cerrillo Road<br>Space D-434<br>Santa Fe, NM 87507 |
| 6747 | Bell Tower Campus Inn Limited Partnership<br>c/o Dahlmann Apartments Ltd.<br>300 South Thayer Street<br>Ann Arbor, MI 48104 | Brooks Brothers<br>Group, Inc. | 20350 Summerlin Road<br>Suite 3140<br>Fort Myers, FL 33908 |
| 6165 | c/o The Festival Companies<br>Attn:  Legal Department<br>9841 Airport Boulevard, Suite 700<br>Los Angeles, CA 90045 | Brooks Brothers<br>Group, Inc. | 240 Post Street<br>San Francisco, CA 94108 |

RLF1 23686432V.1

| 6212 | The Shops at Summerlin North LP<br>c/o The Howard Hughes Corporation<br>Attn:  General Counsel<br>One Galleria Tower 133 Noel Road<br>22nd Floor<br>Dallas, TX 75240 | Brooks Brothers<br>Group, Inc. | 1955 Festival Plaza Drive<br>Suite 140<br>Las Vegas, NV 89135 |
| --- | --- | --- | --- |
| 6168 | Trademark Management Ltd.<br>Attn:  Property Management<br>Market at the Woodlands<br>1701 River Run, Suite 500<br>Fort Worth, TX 76107 | Brooks Brothers<br>Group, Inc. | 9595 Six Pines Drive<br>Unit 570<br>The Woodlands, TX 77380 |
| 6767 | TSG Chesterfield Lifestyle LLC<br>c/o Staenberg Group Inc.<br>Attn:  General Counsel<br>2127 Innerbelt Business Center Drive<br>Suite 310<br>St. Louis, MO 63114 | Brooks Brothers<br>Group, Inc. | 17081 N. Outer 40 Road<br>Suite 215<br>Chesterfield, MO 63005 |
| 6032 | Rich-Taubmann Associates<br>Department 56801<br>P.O. Box 67000<br>Detroit , MI 4826-0568 | Brooks Brothers<br>Group, Inc. | 100 Greyrock Place<br>Space G221<br>Stamford, CT 6901 |
| 6752 | Simon Property Group<br>Attn:  Premium Outlets<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Brooks Brothers<br>Group, Inc. | 7400 Las Vegas Boulevard<br>South, Suite 226<br>Las Vegas, NV 89123 |
| 6030 | Tysons Corner Holdings LLC<br>1961 Chain Bridge Road, Suite 305<br>Tysons Corner, VA 22102 | Brooks Brothers<br>Group, Inc. | 8009-U Tysons Corner<br>Center<br>1961 Chain Bridge Road<br>Mclean, VA 22102 |
| 6637 | Birch Run Outlets II, LLC<br>c/o Simon Property Group<br>Attn:  Premium Outlets<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Brooks Brothers<br>Group, Inc. | 8925 Market Place Drive<br>F540<br>Birch Run, MI 48415 |

3

| | | | |
|---|---|---|---|
| 6787 | Tucson Premium Outlets<br>c/o Premium Outlets<br>Attn:  Lease Admin<br>Copy to Attn:  General Counsel<br>60 Columbia Road, Building B, 3rd Floor<br>Morristown, NJ 07960 | Brooks Brothers<br>Group, Inc. | 6401 W. Marana Center<br>Boulevard, Space 822<br>Tucson, AZ 85742 |
| 6658 | Simon Property Group<br>Attn:  Premium Outlets<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Brooks Brothers<br>Group, Inc. | 700 Factory Shops Boulevard<br>Gaffney, SC 29341 |
| 6088 | Riverside Square LP<br>c/o Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Brooks Brothers<br>Group, Inc. | One Riverside Square<br>Space 123<br>Hackensack, NJ 7601 |
| 6676 | Simon Property Group<br>Attn:  Premium Outlets<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Brooks Brothers<br>Group, Inc. | 1225 Outlet Center Drive<br>Suite 1225<br>Smithfield, NC 27577 |
| 6031 | Grosvenor Urban Maryland, L.P.<br>c/o LPC Commercial Services, Inc.<br>5225 Wisconsin Avenue NW<br>P-1 Level Management Office<br>Washington, DC 20015 | Brooks Brothers<br>Group, Inc. | 5504 Wisconsin Avenue<br>Chevy Chase, MD 20815 |
| 6776 | TRCC/ROCK Outlet Center, LLC<br>c/o Tejon Industrial Corp<br>Attn:  General Counsel<br>4436 Lebec Road<br>Tejon Ranch, CA 93243 | Brooks Brothers<br>Group, Inc. | 5701 Outlets at Tejon<br>Parkway, Suite 920<br>Tejon Ranch, CA 932032414 |
| 6715 | Gettysburg Outlet Center LP<br>c/o Horizon Group Properties LP<br>131 Seaway Drive, Suite 220<br>Muskegon, MI 49444 | Brooks Brothers<br>Group, Inc. | 1863 Gettysburg Village<br>Drive, Space I-770<br>Gettysburg, PA 17325 |

RLF1 23686432V.1

| 6038 | Raisin Industries LLC<br>c/o Bedrock Detriot<br>1092 Woodward Avenue<br>Detroit, MI 48226 | Brooks Brothers Group, Inc. | 230 W. Huron Road<br>Suite 85-95<br>Cleveland, OH 44113 |
|---|---|---|---|
| 6633 | Simon Property Group<br>Attn:  Premium Outlets<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Brooks Brothers Group, Inc. | 549 South Chillicothe Road<br>Space 380<br>Aurora, OH 44202 |
| 6729 | Colorado Mills, LP<br>c/o Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Brooks Brothers Group, Inc. | 14500 W. Colfax Avenue<br>Space 201<br>Lakewood, CO 80401 |
| 6648 | Simon Property Group<br>Attn:  Premium Outlets<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Brooks Brothers Group, Inc. | 655 State Route 318, #85A<br>Waterloo, NY 13165 |
| 6639 | Simon Property Group<br>Attn:  Premium Outlets<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Brooks Brothers Group, Inc. | 2200 Petaluma Boulevard N.<br>Suite 915<br>Petaluma, CA 94952 |
| 6657 | Simon Property Group<br>Attn:  Premium Outlets<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Brooks Brothers Group, Inc. | 175 Premium Outlets<br>Boulevard<br>Hagerstown, MD 21740 |
| 6638 | Simon Property Group<br>Attn:  Premium Outlets<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Brooks Brothers Group, Inc. | 4540 Osage Beach Parkway<br>Suite J-5<br>Osage Beach, MO 65065 |
| 6022 | Bayshore Shopping Center<br>Property Owner, LLC<br>c/o Cypress Equities Managed Services, LP<br>Attn:  Asset Management<br>8343 Douglas Avenue, Suite 200<br>Dallas, TX 75225 | Brooks Brothers Group, Inc. | 5700 North Bayshore Drive<br>Space E104<br>Glendale, WI 53217 |

RLF1 23686432V.1

| 6782 | Laredo Outlet Shoppes<br>c/o Horizon Group Properties LP<br>131 Seaway Drive, Suite 220<br>Muskegon, MI 49444 | Brooks Brothers Group, Inc. | 1600 Water Street<br>Suite B450<br>Laredo, TX 78040 |
|------|---|---|---|
| 6195 | Aventura Mall Venture<br>c/o Turnberry Aventura Mall Company, LTD<br>Attn:  Legal Dept./Leasing Attorney<br>19501 Biscayne Boulevard, Suite 400<br>Aventura, FL 33180 | Brooks Brothers Group, Inc. | 19501 Biscayne Boulevard<br>Space 2049<br>Aventura, FL 33180 |
| 6792 | St. George Outlet Development LLC<br>Attn:  Win Wharton<br>150 Myrtle Ave 2nd Floor<br>Brooklyn, NY 11201 | Brooks Brothers Group, Inc. | 55B Richmond Terrace<br>Space 348<br>Staten Island, NY 10301 |
| 6716 | BFO Factory Shoppes LLC<br>c/o Horizon Group Properties L.P.<br>131 Seaway Drive, Suite 220<br>Muskegon, MI 49444 | Brooks Brothers Group, Inc. | 3001 S. Washburn<br>Space A-120<br>Oshkosh, WI 54904 |
| 6119 | 1 All Souls Crescent, LLC<br>c/o CSC<br>Attn:  Linda Bishop<br>10 Brook Street, Suite 205<br>Asheville, NC 28803 | Brooks Brothers Group, Inc. | 1 All Souls Crescent<br>Suite 200<br>Asheville, NC 28803 |
| 6003 | The Rookery LP<br>Management Office<br>209 South LaSalle Street<br>Chicago, IL 60604 | Brooks Brothers Group, Inc. | 209 South LaSalle Street<br>Chicago, IL 60604 |
| 6620 | SRE HAWKEYE, LLC<br>c/o Singerman Real Estate, LLC<br>980 North Michigan Avenue<br>Chicago, IL 60611 | Brooks Brothers Group, Inc. | 1991 O'donnell Road<br>Suite 501<br>Williamsburg, IA 52361 |
| 6649 | EuroWest Retail Partners Ltd.<br>c/o EuroWest Properties, Inc.<br>21 Essex Way<br>P.O. Box<br>Essex, VT 05451 | Brooks Brothers Group, Inc. | 21 Essex Way<br>Suite 401<br>Essex Junction, VT 5452 |

RLF1 23686432V.1

| 6655 | Lebanon Realty LLC<br>c/o Namdar Realty Group LLC<br>150 Great Neck Road, Suite 304<br>Great Neck, NY 11201 | Brooks Brothers Group, Inc. | 170 Outlet Village Boulevard<br>Lebanon, TN 37090 |
|---|---|---|---|
| 6793 | Ned Altoona LLC<br>c/o New England Development<br>Attn:  Lease Admin<br>Copy to Attn:  General Counsel<br>75 Park Plaza<br>Boston, MA 02116 | Brooks Brothers Group, Inc. | 611 Bass Pro Drive NW<br>Suite 805<br>Altoona, IA 50009 |
| 6720 | TSO Vero Beach LP<br>c/o The Simpson Organization Inc.<br>1170 Peachtree Street, Suite 2000<br>Atlanta, GA 30309 | Brooks Brothers Group, Inc. | 1866 94th Drive, Space C120<br>Vero Beach, FL 32966 |
| 6771 | Glimcher Supermall Ventures LLC<br>Attn:  General Cousel<br>180 East Broad Street 21st Floor<br>Columbus, OH 4321 | Brooks Brothers Group, Inc. | 1101 Outlet Collection Way<br>Suite 1108<br>Auburn, WA 98001 |

## Schedule 2

## Schedule of Other Leases (Including Closing Store Leases) to Be Rejected

| LOCATION ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | DEBTOR | PROPERTY ADDRESS |
|---|---|---|---|
| 6756 | Omaha Outlets SPE LLC<br>Attn: Lease Admin<br>21209 Nebraska Crossing Drive<br>#C-100<br>Gretna, NE 6802 | Brooks Brothers Group, Inc. | 21215 Nebraska Crossing Drive<br>Suite D101<br>Gretna, NE 68028 |
| 6689 | Settlers' R2 Inc.<br>c/o OVP Management Inc.<br>2 Common Court, Unit C13<br>North Conway, NH 03860 | Brooks Brothers Group, Inc. | 2 Common Court, Unit C-8<br>North Conway, NH 03860 |
| 6775 | Ned Little Rock LLC<br>c/o New England Development<br>One Wells Avenue<br>Newton, MA 02459 | Brooks Brothers Group, Inc. | 11201 Bass Pro Parkway<br>#B-M141<br>Little Rock, AR 72210 |
| 6211 | Judith A. Carroll and<br>Jay Grodin, Trustees<br>10580 Wilshire Boulevard, Suite 84<br>Los Angeles, CA 90024 | Brooks Brothers Group, Inc. | Canon Drive<br>425 N Canon Drive<br>Beverly Hills, CA 90210 |
| 6195- Storage Space | Cubesmart Management, LLC<br>19500 W Dixie Highway<br>Aventura, FL 33180 | Brooks Brothers Group, Inc. | 19500 W Dixie Highway<br>Aventura, FL 33180 |
| 6024- Storage Space | 365 Canal Street<br>New Orleans, LA 70130 | Brooks Brothers Group, Inc. | 365 Canal Street, Space 055FG<br>New Orleans, LA 70130 |
| 91091 | 346 Madison Avenue, LLC<br>346 Madison Avenue<br>New York, NY 10017 | Brooks Brothers Group, Inc. | 11th East 44TH B-1-2 FLR<br>New York, NY 10017 |

| 7233 | Gerel Corp<br>1100 Madison Ave, Suite 2L<br>New York, NY 10028 | Deconic Group, LLC | 1100 Madison Avenue<br>New York, NY 10028 |
|---|---|---|---|
| 7234 | Third Holdings, LLC<br>c/o The Propeller Co<br>15 Maiden Lane, Suite 1300<br>New York, NY 10038 | Deconic Group, LLC | 8383 W. 3rd Street<br>Los Angeles, CA 90048 |
| 7235 | Fader Enterprises<br>719 N Fairfax Avenue, #D<br>Los Angeles, CA 90046 | Deconic Group, LLC | 1612 Abbot Kinney Boulevard<br>Venice, CA 90291 |
| 7236 | Incline Properties<br>c/o Executive Offices<br>Attn:  Bart Siedler<br>1940 Fillmore Street<br>San Francisco, CA 94115 | Deconic Group, LLC | 1940-42 Fillmore Street<br>San Francisco, CA 94115 |
| 7237 | Don Glisovich<br>2007 W Churchill, #302<br>Chicago, IL 60647 | Deconic Group, LLC | 1710 N. Damien Avenue<br>Chicago, IL 60647 |
| 9768 | 385 5th Avenue, LLC<br>185 Madison Avenue<br>New York, NY 10016 | Deconic Group, LLC | 385 5th Avenue<br>New York, NY 10016 |

RLF1 23686432V.1