**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Brooks Brothers Group Inc. | : | Case No. 20-11785 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtor(s). | : | **NOTICE OF APPOINTMENT OF** |
| --------------------------------- | : | **COMMITTEE OF UNSECURED** |
| | : | **CREDITORS** |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **39-15 Skillman Realty Co. LLC.**, Attn: Robert Zirinsky, 60 East 56th St., Fl. 11, New York, NY 10022, Phone: 212-751-4625, Fax: 212-751-3636, Email: robertz50nyc@gmail.com

2. **FedEx Corporate Services, Inc..**, Attn: Michael Siedband, 3680 Hachs Cross Rd, Bldg H, Memphis, TN 38125, Phone: 901-434-9121, Email: Michael.siedband@fedex.com

3. **Workers United, affiliated with SEIU,** Attn: Fred Kaplan, 305 Seventh Avenue, New York, NY 10001, Phone: 212-475-3131, Fax: 212-475-6093, Email: fkaplan@workersunitednynj.org

4. **Trajes Mexicanos S.A. de C.V.,** Attn: Mario Sanchez Llano, Isidro Fabela #102, Parque Industrial Tianguistenco, Tianguistenco, Mexico 52600 Mexico, Phone: 52-713-133-66-66, Email: mario@tramex.com.mx

5. **Swiss Garments Company,** Attn: Alaa Ahmed Adbel Maksoud Acafa, Private Free Zone, 3rd Industrial area AI 44634, 10th Ramadan City, Egypt, Phone: +205544110662/+226714044, Fax: +205544110661/+22731124, Email: aarafa@sgc.com.eg or hhashem@sgc.com.eg

6. **PT. Ungaran Sari Garments,** Attn: Sanjay Goyal, JL P Dipnegoro No. 235, Kel Genuk, Ungarian Barat, Kab. Semarang, Prov. Jawa tengah, Indonesia 50512, Phone: (62) 811-900-366-2, Fax: (62) 21-300-560-52, Email: sgoyal@busanagroup.com

7. **Pension Benefit Guaranty Corporation,** Attn: Jack Butler, Corporate Finance & Restructuring Department, 1200 K. St., NW Washington, DC 20005, Phone: 202-229-3471, Email: butler.jack@pbgc.gov

**ANDREW R. VARA**
**United States Trustee, Regions 3 & 9**

 /s/*Richard Schepacarter* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: July 21, 2020

Attorney assigned to this Case: Richard Schepacarter, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Zachary Shapiro, Esq., Phone: 302-651-7701, Fax: 302-651-7701