# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BROOKS BROTHERS GROUP, INC, *et al.,*<br><br>Debtors.[1] | Chapter 11<br>Case No. 20-11785-CSS<br>(Jointly Administered)<br><br>Judge Christopher S. Sontchi |

### NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE FOR UNITED STATES GOVERNMENT ATTORNEY MELISSA T. HARRIS

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC"), an agency of the United States Government and a creditor in the above-captioned cases, hereby files this notice of appearance and request for electronic notice pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests, pursuant to Section 1109(b) of Title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d) and 9007, that notice of all matters which may come before the Court concerning the above-captioned cases and debtors be given to and served upon PBGC as listed below.

This request includes, *inter alia*, the notices and papers referred to in Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in these cases, whether formal or informal, ex parte or on notice, written or oral, or transmitted or conveyed by mail, electronic

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A), BBD Holding 2, LLC (N/A), BBDI, LLC (N/A), Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road, LLC (7265). The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017. Toledo, Ohio 43699-0060.

mail, personal delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies, and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of these cases, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after *de novo* review by a district court, (ii) to trial by jury in any proceedings so triable in these cases or in any controversy or proceeding related to these cases, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

Dated: July 23, 2020
      Washington, D.C.

Respectfully submitted,

/s/ Melissa T. Harris
Melissa T. Harris, Attorney
(VA 87854)
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005
Telephone: 202-229-3019
Fax: 202-326-4112
Emails: harris.melissa@pbgc.gov *and*
   efile@pbgc.gov

## CERTIFICATE OF SERVICE

I hereby certify, that on this 23rd day of July 2020, the **Notice of Appearance and Request for Electronic Notice for United States Government Attorney Melissa T. Harris** and the **Certification of United States Government Attorney Melissa T. Harris** were served via CM/ECF on all parties registered to receive notices for this case, on the following:

| | |
|---|---|
| **Mark D. Collins**<br>**Christopher Michael De Lillo**<br>**Brett Michael Hayward**<br>**Zachary Shapiro**<br>**Sarah Silviera**<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br><br>**Gary Holtzer**<br>**Robert Berezin**<br>**David J. Cohen**<br>**Garrett Fail**<br>WEIL, GOTSHAL & MANGES, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br><br>**Conner S. Flaherty**<br>WEIL, GOTSHAL & MANGES, LLP<br>100 Federal Street, 34th Floor<br>Boston, MA 02110-1800<br><br>*Debtors' Counsel*<br>**Via CM/ECF** | **Richard L. Schepacarter**<br>Office of the United States Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br><br>*Counsel for the U.S. Trustee*<br>**Via CM/ECF** |

/s/ Melissa T. Harris
Melissa T. Harris
Attorney
