## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BROOKS BROTHERS GROUP, INC., *et al.*,[1] | ) Case No. 20-11785 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Brown & Connery, LLP, subject to the limitations and conditions set forth hereafter, appears for creditors and parties-in-interest SAP Industries, Inc., SAP America, Inc., SuccessFactors, Inc., Concur Technologies, Inc., and their affiliates (collectively, the "SAP Entities") in the above-captioned administratively consolidated proceedings (the "Cases"). Pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Brown & Connery, LLP requests that copies of all pleadings, documents, and notices filed, given, or to be given in the Cases be given and served upon:

BROWN & CONNERY, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(Attn: Donald K. Ludman)
dludman@brownconnery.com
(856) 812-8900
(856) 853-9933 FAX

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only those pleadings, documents, and notices referred to in Bankruptcy Rule 2002, but also any orders,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A), BBD Holding 2, LLC (N/A), BBDI, LLC (N/A), Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road, LLC (7265). The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

applications, motions, petitions, requests, complaints, answers, replies, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, disclosure statements, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise filed or made with regard to the Cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance, pleading, claim, or participation in these Cases is not intended nor shall be deemed a waiver of any of the SAP Entities' (i) right to have final orders in non-core matters entered only after review *de novo* by a District Court judge; (ii) right to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments (including lack of personal jurisdiction), all of which are expressly reserved.

Dated: July 23, 2020

**BROWN & CONNERY, LLP**

*/s/ Donald K. Ludman*
Donald K. Ludman (DE Bar No. 4015)
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 (fax)
dludman@brownconnery.com

*Attorneys for SAP Industries, Inc., SAP America, Inc., SuccessFactors, Inc., and Concur Technologies, Inc.*