**Exhibit C**

**Blackline of Bidding Procedures**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| BROOKS BROTHERS GROUP, INC., *et al.*, | : | Case No. 20–11785 (CSS) |
| Debtors.[1] | : | (Joint~~ly~~ Administ~~ration~~ered ~~Requested~~) |

---

## BIDDING PROCEDURES

### Overview

On July 8, 2020 (the "**Petition Date**"), Brooks Brothers Group, Inc. ("**Brooks Brothers**") and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). The Debtors' chapter 11 cases have been consolidated for procedural purposes under the lead case, *In re Brooks Brothers Group, Inc., et al.*, Case No 20-11785 (CSS) (the "**Chapter 11 Cases**").

On [ ], 2020, the Bankruptcy Court entered an order (~~Docket~~D.I. No. [ ]) (the "**Bidding Procedures Order**"),[2] which approved these procedures (the "**Bidding Procedures**") for the selection of the highest or otherwise best offer or collection of offers to acquire substantially all of the Debtors' assets (the "**Assets**") (subject to certain exceptions) on the terms and conditions set forth herein.

SPARC Group LLC (the "**Stalking Horse Bidder**") has submitted a bid and has executed that certain *Asset Purchase Agreement* (together with the exhibits thereto, and as it may be amended, modified, or supplemented from time to time in accordance with the terms thereof, the "**Stalking Horse Agreement**"), executed on July 23, 2020. The Stalking Horse Agreement contemplates, pursuant to the terms and subject to the conditions contained therein, the sale of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A); BBD Holding 2, LLC (N/A); BBDI, LLC (N/A); Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road, LLC (7265). The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

[2] Unless otherwise indicated, capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or Bidding Procedures Order, as applicable.

substantially all of the Assets to the Stalking Horse Bidder in exchange for the following: (i) an aggregate Dollar (as defined in the Stalking Horse Agreement) amount equal to (A) $305,000,000 (the "**Stalking Horse Cash Consideration**"), *minus* (B) the amount of the Credit Bid (as defined in the Stalking Horse Agreement) (if any), *plus* (C) the Estimated Inventory Adjustment Amount (as defined in the Stalking Horse Agreement), *minus* (D) the Customer Deposit Balance, (ii) at the option of the DIP Lenders, an aggregate credit bid of all or any portion of the DIP Obligations, and (iii) the Stalking Horse Bidder's assumption of the Assumed Liabilities (as defined in the Stalking Horse Agreement) (collectively, the "**Stalking Horse Bid**"). The Stalking Horse Bid sets the floor for the sale and is subject to higher or otherwise better offers submitted in accordance with the terms and conditions of these Bidding Procedures.

## Summary of Important Dates

These Bidding Procedures provide interested parties the opportunity to submit competing bids for all or any portion of the Assets, and to participate in an auction to be conducted by the Debtors (the "**Auction**").

The key dates for the sale process are as follows. Such dates may be extended or otherwise modified by the Debtors, after consultation with counsel to the Committee (and the Prepetition ABL Agent (each as defined in the Motion), by filing a notice of such extension or modification on the Court's docket:

| Key Event | Deadline |
|---|---|
| Deadline to Submit Bids | **August 5, 2020 at 4~~10~~:00 ~~p~~a.m. (prevailing Eastern Time)** |
| Deadline for Debtors to Notify Bidders of Status as Qualified Bidders | **August ~~9~~6, 2020 at 4:00 p.m. (prevailing Eastern Time)** |
| Auction to be ~~h~~Held if the Debtors ~~r~~Received ~~m~~More ~~t~~Than ~~o~~One Qualified Bid | **August ~~10~~7, 2020 at 10:00 a.m. (prevailing Eastern Time)** |
| Deadline to File Objections to Sale Transaction | **August 7, 2020 at 4:00 p.m. (prevailing Eastern Time)** |
| Deadline to (i) File Notice and Identities of Successful Bid(s) and Back-Up Bid(s) and (ii) Provide Affected Counterparties With the Successful Bidder's Proposed Form of Adequate Assurance of Future Performance With Respect to Proposed Assigned Contracts, if Applicable | **August ~~11~~9, 2020 at 4:00 p.m. (prevailing Eastern Time) or as soon as is practicable after the Auction** |
| Deadline to ~~f~~File ~~o~~Objections to (i) ~~Sale Transaction, (ii) cure costs, and/or (iii)~~Identity of Successful Bidder, (ii) Conduct of Auction, (iii) Cure, and (iv) ~~a~~Adequate ~~a~~Assurance ~~of future performance~~ | **August ~~13~~10, 2020 at ~~4:00~~11:59 p.m. (prevailing Eastern Time)** |
| Deadline to ~~r~~Reply to ~~o~~Objections to (i) Sale Transaction, (ii) ~~cure costs, and/or (iii) adequate assurance of future performance~~Identity of Successful Bidder, (iii) Conduct of Auction, (iv) Cure, and (v) Adequate Assurance | **August ~~16~~11, 2020 at 11:59 ~~p~~a.m. (prevailing Eastern Time)** |
| Sale Hearing | **[August ~~17~~11, 2020] at [ ] [~~a.m.~~/2:00 p.m.] (prevailing Eastern Time)** |

## Property To Be Sold

The Debtors seek to sell all or substantially all of the Assets to one or more purchasers (each sale in furtherance of the same, a "**Sale Transaction**").

## Due Diligence

The Debtors have posted copies of all material documents related to the Assets to the Debtors' confidential electronic data room (the "**Data Room**"). To access the Data Room, an interested party must submit to the Debtors or their advisors the following:

(A)    an executed confidentiality agreement in form and substance reasonably satisfactory to the Debtors (unless such party is already a party to an existing

>>confidentiality agreement with the Debtors that is acceptable to the Debtors for this due diligence process, in which case such agreement shall govern); and

>(B) sufficient information, as reasonably determined by the Debtors, to allow the Debtors to determine that the interested party (i) has the financial wherewithal to consummate the applicable Sale Transaction and (ii) intends to access the Data Room for a purpose consistent with these Bidding Procedures.

Each interested party that meets the above requirements to the satisfaction of the Debtors shall be a "**Potential Bidder**." As soon as practicable, the Debtors will provide all Potential Bidders access to the Data Room; provided, that such access will be terminated by the Debtors in their reasonable discretion at any time, including if (i) a Potential Bidder does not become a Qualified Bidder or (ii) these Bidding Procedures are terminated.

Each Potential Bidder shall comply with all reasonable requests for information and due diligence access by the Debtors or their advisors regarding the ability of such Potential Bidder to consummate the applicable Sale Transaction.

Until the Bid Deadline, the Debtors will provide all Potential Bidders with reasonable access to the Data Room and any additional information requested by Potential Bidders that the Debtors believe to be reasonable and appropriate under the circumstances. All additional due diligence requests shall be directed to the Debtors' advisors, PJ Solomon, L.P., at (projectblazer@pjsolomon.com). Unless prohibited by law or otherwise determined by the Debtors, the availability of additional due diligence to a Potential Bidder will cease if (i) the Potential Bidder does not become a Qualified Bidder or (ii) these Bidding Procedures are terminated.

Neither the Debtors nor any of their representatives shall be obligated to furnish any information of any kind whatsoever relating to the Assets (i) to any person or entity who (a) is not a Potential Bidder; (b) does not comply with the participation requirements set forth above; or (c) in the case of competitively sensitive information, is a competitor of the Debtors (except pursuant to "clean team" or other information sharing procedures reasonably satisfactory to the Debtors) and (ii) to the extent not permitted by law.

### Auction Qualification Procedures

### Bid Deadline

A Potential Bidder that desires to make a bid (a "**Bid**") on some or all of the Assets shall deliver electronic copies of the Bid, so as to be received no later than **August 5, 2020 at 4̶10:00 p̶a.m. (prevailing Eastern Time)** (the "**Bid Deadline**"); provided, that the Debtors may extend the Bid Deadline without further order of the Bankruptcy Court subject to providing prior notice to all Potential Bidders, the Stalking Horse Bidder, and counsel to the Committee and Prepetition ABL Agent. **The submission of a Bid by the Bid Deadline shall constitute a binding and irrevocable offer to acquire the Assets specified in such Bid.** Any party that does not submit a Bid by the Bid Deadline will not be allowed to (i) submit any offer after the Bid Deadline or (ii) participate in the Auction.

Bids must be submitted by email to the following:

**Weil, Gotshal & Manges LLP**
jackie.cohen@weil.com
garrett.fail@weil.com
davidj.cohen@weil.com

**PJ Solomon, L.P.**
~~dpitts~~dshiffman@pjsolomon.com
~~dshiffman~~dpitts@pjsolomon.com

**Form and Content of Qualified Bids**

A Bid must contain a signed document from a Potential Bidder received by the Bid Deadline that identifies the purchaser by its legal name and any other party that will be participating in connection with the Bid. To constitute a "**Qualified Bid**" a Bid must include, at a minimum, the following:

(A) Acquired Property. Each Bid must clearly identify in writing the particular Assets the Potential Bidder seeks to acquire from the Debtors. For the avoidance of doubt, a Qualified Bid may include a bid for less than all or substantially all of the Assets.[3]

(B) Purchase Price; Assumed Liabilities; Form of Consideration; Credit Bid. Each Bid must clearly set forth, as applicable:

(i) Purchase Price. Each Bid must specify the price (the "**Purchase Price**") proposed to be paid for the Assets~~.~~, which Purchase Price must include an amount in cash sufficient to satisfy the Termination Payment (as defined herein) of 10,150,000.[4]

(ii) Assumed Liabilities. Each Bid must clearly identify the particular liabilities, if any, the Potential Bidder seeks to assume.

(iii) Form of Consideration. Each Bid must (a) indicate (x) whether it is an all-cash offer (including confirmation that the cash component of the Bid is based in U.S. Dollars) or consists of certain non-cash components, such as a credit bid and/or the assumption of liabilities and (y) the allocation of the Purchase Price among the Assets to be acquired and the liabilities to

---

[3] The Debtors will consider a Qualified Bid for less than all or substantially all of the Assets, as long as the Debtors have an acceptable sale, restructuring, or other solution for the remaining Assets, as determined by the Debtors.

[4] "**Termination Payment**," as defined in the Stalking Horse Agreement, means the sum of the Break-Up Fee and the Expense Reimbursement (each as defined in the Stalking Horse Agreement).

5

     be assumed, if applicable; and (b) provide sufficient cash consideration specifically designated for the payment of the Termination Payment.

    (iv) <u>Credit Bid</u>.  Persons or entities holding a perfected security interest in the Assets may, pursuant to section 363(k) of the Bankruptcy Code, seek to submit a "credit bid" on such Assets, to the extent permitted by applicable law, any Bankruptcy Court orders, and the documentation governing the Debtors' prepetition or postpetition secured credit facilities.  If the credit bid is submitted for any portion of the Assets, such Bid shall include an amount sufficient to pay the Termination Payment in cash.  To the extent applicable, a credit bid must include a copy of the direction by the applicable lenders to the applicable agent to authorize the submission of such credit bid.  A credit bid must include a commitment to provide cash consideration sufficient to pay in full all costs associated with winding down the Debtors' chapter 11 cases~~.~~ <ins>(including the Termination Payment payable to the Stalking Horse Bidder under the terms of the Stalking Horse Agreement).  In the event of a competing Qualified Bid, the Stalking Horse Bidder will be entitled, but not obligated, to submit overbids and will be entitled in any such overbids (a) to credit bid all or a portion of the value of the secured portion of its claims (if any) pursuant to section 363(k) of the Bankruptcy Code; and (b) receive dollar-for-dollar credit for the amount of the Termination Payment.</ins>

 (C) <u>Proposed Asset/Stock Purchase Agreement</u>.  Each Bid must include, in both PDF and MS-WORD format, an executed purchase agreement (the "**Proposed Purchase Agreement**"), together with a copy of the same that has been marked against the ~~form asset purchase~~<ins>Stalking Horse</ins> ~~a~~<ins>A</ins>greement ~~provided to prospective bidders~~<ins>, a copy of which is located in the Debtors' data room</ins>.

 (D) <u>Unconditional Offer</u>.  A commitment that the Bid is formal, binding, and unconditional (except for those conditions expressly set forth in the Proposed Purchase Agreement), is not subject to any due diligence or financing contingency, and is irrevocable until the Debtors notify such Potential Bidder that such Bid has not been designated as a Successful Bid or a Back-Up Bid, or until the first business day after consummation of a Sale Transaction with the Successful Bidder. In the event a Bid is chosen as a Back-Up Bid, it must remain irrevocable until the Back-Up Bid Expiration Date (as defined herein).

 (E) <u>Proof of Financial Ability to Perform</u>.  Each Bid must contain such financial and other information that allows the Debtors to make a reasonable determination as to the Potential Bidder's financial and other capabilities to consummate the applicable Sale Transaction, including, without limitation, such financial and other information setting forth the Potential Bidder's willingness to perform under any contracts that are assumed and assigned to such party.  Without limiting the foregoing, such information must include current financial statements or similar financial information certified to be true and correct as of the date thereof, proof of financing commitments (if needed) to close the applicable Sale

Transaction (not subject to, in the Debtors' sole discretion, any unreasonable conditions), contact information for verification of such information, including any financing sources, and any other information reasonably requested by the Debtors necessary to demonstrate that the Potential Bidder has the ability to close the applicable Sale Transaction in a timely manner.

(F) <u>Designation of Contracts and Leases</u>.  Each Bid must identify with particularity each executory contract and unexpired lease, the assumption and assignment of which is a condition to closing the applicable Sale Transaction (collectively, the "**Proposed Assigned Contracts**"). Each Bid must also include information demonstrating adequate assurance of future performance under such Proposed Assigned ~~e~~Contracts ~~and leases~~ in satisfaction of the requirements under section 365(f)(2)(B) of the Bankruptcy Code.

(G) <u>Required Approvals</u>.  A statement or evidence (i) that the Potential Bidder has made or will make in a timely manner all necessary filings under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended, or other antitrust laws, as applicable, and pay the fees associated with such filings; (ii) of the Potential Bidder's plan and ability to obtain all requisite governmental, regulatory, or other third-party approvals and the proposed timing for the Potential Bidder to undertake the actions required to obtain such approvals; and (iii) that the Bid is reasonably likely (based on antitrust or other regulatory issues, experience, and other considerations) to be consummated, if selected as the Successful Bid, within a time frame acceptable to the Debtors after consultation with the professionals to the Committee and the Prepetition ABL Agent.  A Potential Bidder further agrees that its legal counsel will discuss with and explain to the Debtors' legal counsel such Potential Bidder's regulatory analysis, strategy, and timeline for securing all such approvals as soon as reasonably practicable.

(H) <u>Disclosure of Identity and Corporate Authorization</u>.  Each Bid must (i) fully disclose, by their legal names, the identity of the Potential Bidder and each entity that will be participating in its bid, and the complete terms of any such participation, and (ii) include evidence of corporate authorization and approval from the Potential Bidder's board of directors (or comparable governing body) with respect to the submission, execution, and delivery of a Bid, participation in the Auction, and closing of the transactions contemplated by the Potential Bidder's Proposed Purchase Agreement in accordance with the terms of the Bid and these Bidding Procedures.

(I) <u>Employee Obligations</u>. Each Bid must ~~specify~~ (i) specify whether the Qualified Bidder intends to hire all of the Debtors' employees and (ii) expressly propose the treatment of the Debtors' prepetition compensation, incentive, retention, bonus or other compensatory arrangements, plans, or agreements, including, offer letters, employment agreements, consulting agreements, severance arrangements, retention bonus agreements, change in control arrangements, retiree benefits, and any other employment related agreements (collectively, the "**Employee Obligations**").  Each bid must state whether the Qualified Bidder will or will not

    assume the Brooks Brothers Pension Plan and/or the Retail Brand Alliance, Inc. Pension Plan.

(J) <u>No Entitlement to Break-Up Fee, Expense Reimbursement, or Other Amounts</u>. ~~Subject to the Debtors' right to enter into a Stalking Horse Agreement that provides for~~Each Bid (other than the Stalking Horse Bid ~~Protections (each as defined in the Motion), each Bid~~) must include a statement that the Bid does not entitle the Potential Bidder to any break-up fee, termination fee, expense reimbursement or similar type of payment or reimbursement, and a waiver of any substantial contribution administrative expense claims under section 503(b) of the Bankruptcy Code related to the bidding process.

(K) <u>Joint Bids</u>. The Debtors will be authorized to approve joint Bids, including joint credit bids, in their reasonable discretion on a case-by-case basis.

(L) <u>Representations and Warranties</u>. Each Bid must include the following representations and warranties:

 (i) a statement that the Potential Bidder has had an opportunity to conduct any and all due diligence regarding the applicable Assets prior to submitting its Bid;

 (ii) a statement that the Potential Bidder has relied solely upon its own independent review, investigation, and/or inspection of any relevant documents, as well as the Assets and the liabilities to be assumed (as applicable), in making its Bid and did not rely on any written or oral statements, representations, promises, warranties, or guaranties whatsoever, whether express or implied, by operation of law or otherwise, regarding such Assets or liabilities or the completeness of any information provided in connection therewith, except as expressly stated in the representations and warranties contained in the Potential Bidder's Proposed Purchase Agreement;

 (iii) a statement that the Potential Bidder agrees to serve as Back-Up Bidder, if its Bid is selected as the next highest or next best bid after the Successful Bid with respect to the applicable Assets;

 (iv) a statement that the Potential Bidder has not engaged in any collusion with respect to the submission of its Bid;

 (v) a statement that all proof of financial ability to consummate the applicable Sale Transaction in a timely manner and all information provided to support adequate assurance of future performance is true and correct; and

 (vi) a statement that the Potential Bidder agrees to be bound by the terms of the Bidding Procedures.

   (M)  <u>Additional Requirements</u>.  A Potential Bidder must also accompany its Bid with:

     (i)  a Deposit (as defined herein), except as otherwise set forth herein;

     (ii)  the contact information of the specific person(s) whom the Debtors or their advisors should contact in the event that the Debtors have any questions or wish to discuss the Bid submitted by the Potential Bidder;

     (iii)  written evidence of available cash, a commitment for financing (not subject to any conditions other than those expressly set forth in the Proposed Purchase Agreement) and such other evidence of ability to consummate the transaction contemplated by the Proposed Purchase Agreement, the Bidding Procedures Order, and the Bidding Procedures, as acceptable in the Debtors' business judgment;

     (iv)  the identity of each entity that will be participating in connection with such Bid and taking ownership of the Assets (including any equity owners or sponsors, if the Potential Bidder is an entity formed for the purpose of consummating the Sale Transaction) and a copy of a board resolution or similar document demonstrating the authority of the Potential Bidder to make a binding and irrevocable bid on the terms proposed and to consummate the transaction contemplated by the Proposed Purchase Agreement;

     (v)  a covenant to cooperate with the Debtors to provide pertinent factual information regarding the Potential Bidder's operations reasonably required to analyze issues arising with respect to any applicable antitrust laws and other applicable regulatory requirements; and

     (vi)  a detailed analysis of the value of any non-cash component of the Bid, if any, and back-up documentation to support such value.

### Review of Bids; Designation of Qualified Bids

The Debtors will evaluate all Bids that are timely submitted and may engage in negotiations with Potential Bidders who submitted Bids as the Debtors deem appropriate, in the exercise of their business judgment, based upon the Debtors' evaluation of each Bid.

The Debtors shall determine, in their reasonable judgment, which of the Bids received by the Bid Deadline qualify as a "**Qualified Bid**" (each Potential Bidder that submits such a Qualified Bid being a "**Qualified Bidder**") and shall notify each Qualified Bidder of its status as a Qualified Bidder by no later than **August 96, 2020 at 4:00 p.m. (prevailing Eastern Time)** (the "**Qualified Bid Deadline**").  To the extent reasonably practicable, counsel to the Debtors shall provide summaries of the material terms of each Qualified Bid to the counsel to the Committee and Prepetition ABL Agent on a professionals' eyes only basis at least twenty-four (24) hours prior to the Auction.  Notwithstanding anything to the contrary in these Bidding Procedures, the Stalking Horse Bidder shall be deemed to be a Qualified Bidder and the Stalking

Horse Bid or any subsequent overbid by the Stalking Hose Bidder at the Auction shall be deemed to be a Qualified Bid; *provided,* that the Debtors reserve the right to determine in their discretion that any such overbid as to which the Stalking Horse Bidder does not agree to serve as a Back-Up Bidder is not a Qualified Bid.

Without the written consent of the Debtors, a Qualified Bidder may not modify, amend, or withdraw its Qualified Bid, except for proposed amendments to increase the Purchase Price or otherwise improve the terms of its Qualified Bid during the period that such Qualified Bid remains binding as specified herein; <u>provided</u>, that any Qualified Bid may be improved at the Auction as set forth in these Bidding Procedures; provided, further, that the Stalking Horse Bid may be modified and/or amended pursuant to its terms.  The Debtors reserve the right to work with any Potential Bidder in advance of the Auction to cure any deficiencies in a Bid that is not initially deemed a Qualified Bid and to clarify or otherwise improve such Bid such that it may be designated a Qualified Bid.

In evaluating the Bids, the Debtors may take into consideration the following non-binding factors:

1. the amount and the form of consideration of the Purchase Price (provided that for purposes of evaluating competing Bids, every dollar of a credit bid (including, without limitation, any credit bid by the Stalking Horse Bidder of the amount of the Termination Payment) shall be treated the same as a dollar from a cash or other non-cash Bid, and a credit bid shall not be considered inferior to a comparable cash or other non-cash Bid because it is a credit bid);

2. the assets and liabilities included in or excluded from the Bid, including any executory contracts ~~or~~, unexpired leases, or the Brooks Brothers Pension Plan and/or the Retail Brand Alliance, Inc. Pension Plan proposed to be assumed;

3. the value to be provided to the Debtors under the Bid, including the net economic effect upon the Debtors' estates;

4. any benefit to the Debtors' bankruptcy estates from any assumption or waiver of liabilities;

5. the transaction structure and execution risk, including conditions to, timing of, and certainty of closing, termination provisions, availability of financing and financial wherewithal to meet all commitments, and required governmental or other approvals;

6. the impact on employees and the proposed treatment of the Employee Obligations;

7. the impact on trade creditors;

8. the certainty of the Debtors being able to confirm a plan; ~~and~~

9. in the case of any overbid by the Stalking Horse Bidder, whether the Stalking Horse Bidder has agreed to be a Back-Up Bidder with respect to such overbid; and

10. ~~9.~~ any other factors the Debtors may reasonably deem relevant consistent with their fiduciary duties.

### Failure to Receive Qualified Bids Other Than Stalking Horse Bid

If the Debtors do not receive any Qualified Bids (other than the Stalking Horse Bid) for any of the Assets on the same or better terms as provided in the Stalking Horse Bid by the Bid Deadline, the Debtors will not conduct the Auction and shall file a notice with the Bankruptcy Court indicating that the Auction has been cancelled.  The Debtors shall also publish such notice on the website of their claims and noticing agent, Prime Clerk (https://cases.primeclerk.com/brooksbrothers/, the "**Claims Agent Website**").  If the Debtors receive no Qualified Bids other than the Stalking Horse Bid, the Stalking Horse Bidder shall be deemed the Successful Bidder and the Stalking Horse Bid shall be deemed a Successful Bid.

### Deposit

A Bid must be accompanied by a good faith cash deposit in the amount of no less than ten percent (10%) of the Purchase Price (a "**Deposit**"), unless otherwise agreed to by the Debtors and a Potential Bidder; <u>provided</u>, <u>however</u>, that, a Potential Bidder submitting a credit bid will not be required to accompany its Bid with a Deposit for any portion of the Purchase Price that is a credit bid, but shall be required to provide a Deposit for any portion of its Bid that is not a credit bid.  A Deposit must be deposited prior to the Bid Deadline with an escrow agent selected by the Debtors (the "**Escrow Agent**") pursuant to an escrow agreement to be provided by the Debtors.  To the extent a Qualified Bidder increases the Purchase Price before, during, or after the Auction, the Debtors reserve the right to require that such Qualified Bidder adjust its Deposit so that it equals ten percent (10%) of the increased Purchase Price.  The requirements set forth in this "Deposit" section do not apply to the Stalking Horse Bidder.

### Auction Procedures

If the Debtors receive any Qualified Bids (other than the Stalking Horse Bid), the Debtors will conduct the Auction on **August ~~10~~7, 2020 beginning at 10:00 a.m. (prevailing Eastern Time)**, **or on such other date as may be determined by the Debtors after consultation with the Stalking Horse Bidder, counsel to the Committee and the Prepetition ABL Agent, either (i) at the offices of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153**, **or (ii) virtually pursuant to procedures to be timely filed on the Bankruptcy Court's docket.**  Only Qualified Bidders will be eligible to participate in the Auction, subject to such limitations as the Debtors may impose in good faith.  In addition, professionals and/or other representatives of the Debtors and of ~~any official~~the cCommittee ~~of unsecured creditors~~ shall be permitted to attend and observe the Auction.  Further, any creditor of the Debtors may attend and observe the Auction; <u>provided</u>, that such creditor provides the Debtors with written notice of its intention to attend the Auction on or before one (1) business day prior to the Auction, which written notice shall be sent to proposed counsel for the Debtors

via electronic mail at gary.holtzer@weil.com; jackie.cohen@weil.com; garrett.fail@weil.com; and davidj.cohen@weil.com. The Debtors may, in their sole discretion, also establish a reasonable limit on the number of representatives and/or professional advisors that may appear on behalf of or accompany Qualified Bidders or other creditors at the Auction.

Each Qualified Bidder shall be required to confirm, both before and after the Auction, that it has not engaged in any collusion with respect to the submission of any Bid, the bidding, or the Auction.

At the Auction, bidding for the Assets will start with the highest or otherwise best purchase price and/or terms received as determined by the Debtors in their sole discretion and will proceed thereafter in minimum bid increments of not less than $1,000,000 (a "**Minimum Overbid Amount**"). The Debtors reserve the right to adapt and may increase or decrease the Minimum Overbid Amount at any time during the Auction. The Stalking Horse Bidder and other Qualified Bidders may increase their bids at the Auction, including with cash, cash equivalents, or other forms of consideration.

The Debtors may, in the exercise of their business judgment, adopt rules for the Auction consistent with these Bidding Procedures and the Bidding Procedures Order that the Debtors, after consultation with the professionals to the Committee and the Prepetition ABL Agent, reasonably determine to be appropriate to promote a competitive auction. Any rules adopted by the Debtors will not unilaterally modify any of the terms of the Stalking Horse Bid (as it may be consensually modified at the Auction), without the consent of the Stalking Horse Bidder. Any rules developed by the Debtors will provide that all bids in the Auction will be made and received on an open basis, and all bidders participating in the Auction will be entitled to be present for all bidding with the understanding that the true identity of each bidder placing a bid at the Auction will be fully disclosed to all other bidders participating in the Auction and that all material terms of each Qualified Bid submitted in response to any successive bids made at the Auction will be disclosed to all other bidders. Each Qualified Bidder will be permitted what the Debtors reasonably determine to be an appropriate amount of time to respond to the previous bid at the Auction. The Auction will be conducted openly and shall be transcribed or recorded.

The Debtors may, in the exercise of their business judgment, identify the highest or otherwise best Qualified Bid(s) as the successful bid(s) (a "**Successful Bid**" and, the bidder submitting such bid, a "**Successful Bidder**"). The Debtors may also identify which Qualified Bid(s) constitute the second highest or otherwise best bid(s) and, if applicable, the third highest or otherwise best bid(s) and deem such second and third highest or otherwise best bid(s) each a back-up bid (such bid(s) shall each be a "**Back-Up Bid**" and, the bidder submitting such bid, a "**Back-Up Bidder**"). Back-Up Bid(s) shall remain open and irrevocable until the earliest to occur of (i) the applicable outside date for consummation of the Sale Transaction set forth in the Back-Up Bid, (ii) consummation of the Sale Transaction with a Successful Bidder, and (iii) the release of such Back-Up Bid by the Debtors in writing (such date, the "**Back-Up Bid Expiration Date**"). If a Sale Transaction with a Successful Bidder is terminated prior to the Back-Up Bid Expiration Date, the Back-Up Bidder shall be deemed a Successful Bidder and shall be obligated to consummate the Back-Up Bid as if it were a Successful Bid. Notwithstanding the foregoing, the Stalking Horse Bidder may only be selected as a Back-Up Bidder with respect to the Stalking Horse Bid as set forth in the Stalking Horse Agreement or

any subsequent overbid with respect to which the Stalking Horse Bidder has agreed to be a Back-Up Bidder.  For the avoidance of doubt, nothing in this "Auction Procedures" section shall alter the requirement that, if the Debtors receive no Qualified Bids other than the Stalking Horse Bid, the Stalking Horse Bidder shall be deemed the Successful Bidder and the Stalking Horse Bid shall be deemed a Successful Bid.

Within one (1) business day after the Auction, (i) the Successful Bidder(s) shall submit to the Debtors fully executed documentation memorializing the terms of the Successful Bid(s) and (ii) the Back-Up Bidder(s) shall submit to the Debtors execution versions of the documentation memorializing the terms of the Back-Up Bid(s).  Except as provided in the Stalking Horse Agreement with respect to the Stalking Horse bidder, Nneither a Successful Bid nor a Back-Up Bid may be assigned to any party without the consent of the Debtors.

At any time before entry of an order approving any Sale Transaction, the Debtors reserve the right to and may reject the applicable Qualified Bid (other than the Stalking Horse Bid) if such Qualified Bid, in the Debtors' judgment, is:  (i) inadequate or insufficient; (ii) not in conformity with the requirements of the Bankruptcy Code, these Bidding Procedures, or the terms and conditions of the applicable Sale Transaction; or (iii) contrary to the best interests of the Debtors and their estates.  No attempt by the Debtors to reject a Qualified Bid under this paragraph will modify any rights of the Debtors, the Stalking Horse Bidder under the Stalking Horse Agreement (as it may be consensually modified in writing by the Debtors and the Stalking Horse Bidder at the Auction or prior thereto).

**Post-Auction Process**

Within twelve (12) hours after the Auction (if any), the Debtors shall provide the counsel and financial advisors to the Committee and Prepetition ABL Agent with written copies of the best and final version of each Qualified Bid submitted to the Debtors (along with any supplemental documentation).  No later than **August 119, 2020 at 4:00 p.m. (prevailing Eastern Time)**, the Debtors shall (i) file with the Bankruptcy Court and post on the Claims Agent Website a notice of the Successful Bid(s), Successful Bidder(s), Back-Up Bid(s), and Back-Up Bidder(s), and (ii) provide or cause to be provided to affected Counterparties information supporting the Successful Bidder's ability to comply with the requirements to provide adequate assurance of future performance under Bankruptcy Code section 365(f)(2) and, if applicable, Bankruptcy Code section 365(b)(3), including, to the extent reasonably available and applicable, the Successful Bidder's financial wherewithal and willingness to perform under applicable Proposed Assigned Contracts, as provided in such Successful Bidder's bid.  Unless otherwise required by the Debtors' fiduciary duties, the Debtors shall not consider any bids submitted after the conclusion of the Auction.

Each Successful Bidder shall appear at the Sale Hearing and be prepared to have a representative(s) testify in support of its Successful Bid and the Successful Bidder's ability to close in a timely manner and provide adequate assurance of its future performance under all executory contracts and unexpired leases to be assumed and assigned as part of the applicable Sale Transaction.  Within seven (7) calendar days after the Auction (if any), the Debtors shall direct the Escrow Agent to return the Deposits of all bidders, together with interest accrued thereon, other than the Deposits of the Successful Bidder(s) and Back-Up Bidder(s); provided,

for the avoidance of doubt, the return of the Escrow Amount (as defined in the Stalking Horse Agreement) shall be governed by the Stalking Horse Agreement.  Within five (5) calendar days after the Back-Up Bid Expiration Date, the Debtors shall direct the Escrow Agent to return the Deposit(s) of the Back-Up Bidder(s), together with interest accrued thereon (if any).  Upon the authorized return of any such Deposits, the Bid associated therewith shall be deemed revoked and no longer enforceable.

Each Successful Bidder's deposit (if any) shall be applied against the portion of the Purchase Price of its Successful Bid upon the consummation of the applicable Sale Transaction.  In addition to the foregoing, the deposit of any Qualified Bidder will be forfeited to the Debtors if (i) the Qualified Bidder attempts to modify, amend, or withdraw its Qualified Bid, except as permitted herein or with the Debtors' written consent, during the time the Qualified Bid remains binding and irrevocable or (ii) except as provided herein, the Qualified Bidder is selected as a Successful Bidder and fails to enter into the required definitive documentation or to consummate the applicable Sale Transaction in accordance with these Bidding Procedures; provided, however, that this paragraph shall not apply to the Escrow Amount, and such Escrow Amount shall be treated as set forth in the Stalking Horse Agreement.

## Notices Regarding Assumption and Assignment

The Debtors shall provide all notices regarding the proposed assumption and assignment of contracts and leases in accordance with the Assumption and Assignment Procedures included in the Bidding Procedures Order.

## Sale Hearing

The Debtors will seek entry of an order authorizing and approving, among other things, the applicable Sale Transaction at a hearing before the Bankruptcy Court to be held on [August 1711, 2020] at [ ] [a.m./2:00 p.m.] (**prevailing Eastern Time**) (the "**Sale Hearing**").  The objection deadline for anythe Sale Transaction to be approved at the Sale Hearing will bewith the Stalking Horse Bidder is **August 137, 2020 at 4:00 p.m. (prevailing Eastern Time)** (the "**Sale Objection Deadline**").  The Sale Hearing may be adjourned or continued to a later date by the Debtors, after consultation with counsel to the Committee and the Prepetition ABL Agent, by sending notice prior to or making an announcement at the Sale Hearing. No further notice of any such adjournment or continuance will be required to be provided to any party.  Objections to the conduct of the Auction (if held), the Successful Bidder (other than the Stalking Horse Bidder), or the Sale with the Successful Bidder (other than the Stalking Horse Bidder) (each a "**Supplemental Objection**") must be  (i) filed in accordance with the Bidding Procedures, (ii) filed with the Bankruptcy Court, and (iii) served on the Objection Notice Parties on or before **August 10, 2020 at 11:59 p.m. (prevailing Eastern Time)** (the "**Supplemental Objection Deadline**").

The Debtors may elect to seek approval of a Sale Transaction in advance of the Sale Hearing.  To the extent the Debtors determine to do so, notice will be provided for alternative hearing dates and related timelines.

Objections to any Sale Transactions, including any objection to the sale of any Assets free and clear of liens, claims, encumbrances, and other interests (each, a "**Sale Objection**"),

must: (i) be in writing; (ii) state the name and address of the objecting party and the amount and nature of the claim or interest of such party; (iii) state with particularity the basis and nature of any objection, and provide proposed language that, if accepted and incorporated by the Debtors, would obviate such objection; (iv) conform to the Bankruptcy Code, Bankruptcy Rules, and Local Rules; and (v) be filed with the Bankruptcy Court and be served on the Objection Notice Parties (as defined in the Sale Notice) by the deadline provided in the applicable Sale Notice. In addition to being filed with the Bankruptcy Court, any such responses or objections must be served on the Objection Notice Parties and any such other parties as the Bankruptcy Court may order, by the Sale Objection Deadline or Supplemental Objection Deadline (as applicable); provided, that the Debtors may extend such Sale Objection Deadline or Supplemental Objection Deadline, as the Debtors deem appropriate in the exercise of their reasonable business judgment. If a timely Sale Objection or Supplemental Objection cannot otherwise be resolved by the parties, such objection shall be heard by the Bankruptcy Court at the applicable sale hearing (which may be the Sale Hearing).

Any party who fails to (i) file a Sale Objection with the Bankruptcy Court and serve it on the Objection Notice Parties by **August 137, 2020 at 4:00 p.m. (prevailing Eastern Time)** or (ii) file a Supplemental Objection on the Objection Notice Parties on or before **August 10, 2020 at 11:59 p.m.** will be forever barred from asserting, at the Sale Hearing or thereafter, any objection to the consummation of the applicable Sale Transaction, any Supplemental Objection, and any related relief requested by the Debtors.

### **Consent to Jurisdiction and Authority as Condition to Bidding**

All Potential Bidders (including the Stalking Horse Bidder) that participate in the bidding process shall be deemed to have (i) consented to the core jurisdiction of the Bankruptcy Court with respect to these Bidding Procedures, the bid process, the Auction, any Sale Transaction, the Sale Hearing, or the construction and enforcement of any agreement or any other document relating to a Sale Transaction; (ii) waived any right to a jury trial in connection with any disputes relating to any of the foregoing; and (iii) consented to the entry of a final order or judgment in any way related to any of the foregoing if it is determined that the Bankruptcy Court would lack Article III jurisdiction to enter such a final order or judgment absent the consent of the parties.

### Reservation of Rights

The Debtors reserve the right to, in their reasonable business judgment, in a manner consistent with their fiduciary duties and applicable law: (i) to modify these Bidding Procedures; (ii) waive terms and conditions set forth herein with respect to all Potential Bidders; (iii) extend the deadlines set forth herein; and (iv) announce at the Auction the modified or additional procedures for conducting the Auction, in each case, to the extent not materially inconsistent with these Bidding Procedures and the Bidding Procedures Order; provided, that any such modification or other adjustment to the Bidding Procedures shall not disproportionately affect the Stalking Horse Bidder in any material and adverse way.  Except as provided in the Stalking Horse Agreement, nothing in these Bidding Procedures shall obligate the Debtors to consummate or pursue any transaction with respect to any Asset with a Qualified Bidder.

### Fiduciary Out

Nothing in these Bidding Procedures shall require the Debtors to take any action, or refrain from taking any action to the extent the Debtors determine, based on the advice of counsel, that taking such action, or refraining from taking such action, as applicable, is required to comply with applicable law or its fiduciary obligations under applicable law.