# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BROOKS BROTHERS GROUP, INC., *et al*., | ) | Case No. 20-11785 (CSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE THAT** the attorneys listed below hereby appear as counsel for the Official Committee of Unsecured Creditors, (the "Committee"), in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"). Under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Code sections 342 and 1109(b), the Committee requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A), BBD Holding 2, LLC (N/A), BBDI, LLC (N/A), Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road, LLC (7265). The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

#109068883 v1

-2-

| | |
|---|---|
| Meredith A. Lahaie<br>Abid Qureshi<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>Telephone: (212) 872-1000<br>Facsimile:  (212) 872-1002<br>E-mail:  mlahaie@akingump.com<br>            aqureshi@akingump.com | Kate Doorley<br>Julie Ann Thompson<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Robert S. Strauss Tower, 2001 K Street, N.W.<br>Washington, DC  20006-1037<br>Telephone: (202) 887-4000<br>Facsimile:  (202) 887-4288<br>Email:  kdoorley@akingump.com<br>            julie.thompson@akingump.com |

David B. Stratton
David M. Fournier
Evelyn J. Meltzer
Marcy J. McLaughlin Smith
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware  19899-1709
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390
E-mail:  david.stratton@troutman.com
            david.fournier@troutman.com
            evelyn.meltzer@troutman.com
            marcy.smith@troutman.com

**PLEASE TAKE FURTHER NOTICE THAT** this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of Agent or any other party in interest in this case, including (a) the Debtors, (b) property of the Debtors or the Debtors' estate, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in this case or (e) property or proceeds thereof in the possession, custody, or control of the Committee or others that the Debtors may seek to use or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by the Committee or any other party in interest.

#109068883 v1

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in this case.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Committee (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 27, 2020
Wilmington, Delaware

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

 */s/ Evelyn J. Meltzer*
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware  19899-1709
Telephone: (302) 777-6500
Facsimile:  (302) 421-8390
E-mail:  david.stratton@troutman.com
              david.fournier@troutman.com
              evelyn.meltzer@troutman.com
              marcy.smith@troutman.com

-and-

Meredith A. Lahaie (admission *pro hac vice* pending)
Abid Qureshi (admission *pro hac vice* pending)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

-4-

E-mail:  mlahaie@akingump.com
aqureshi@akingump.com

-and-

Kate Doorley (admission *pro hac vice* pending)
Julie Ann Thompson (admission *pro hac vice* pending)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Tower, 2001 K Street, N.W.
Washington, DC  20006-1037
Telephone: (202) 887-4000
Facsimile:  (202) 887-4288
Email:   kdoorley@akingump.com
julie.thompson@akingump.com

*Proposed Counsel for the Official Committee
of Unsecured Creditors*