## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, hereby certify that on the 28th day of July 2020, a copy of the *Limited Objection of Landlords, Asheville Retail Associates LLC and Palm Beach Outlets I, LLC, to Motion of Debtors for Entry of Orders (I) Approving (A) Bidding Procedures, (B) Form and Manner of Notice of Sale, Auction, and Sale Hearing, and (C) Assumption and Assignment Procedures, (II) Scheduling Auction and Sale Hearing, (III) Approving (A) Sale of Substantially All of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case and via electronic mail, except as indicated to the following parties:

**First Class U.S. Mail:**

*The Debtors*

Rachel Barnett, Esq.
Brooks Brothers Group, Inc.
346 Madison Avenue
New York, New York 10017

*Proposed Counsel for the Debtors*

**Via Electronic Mail:**

Garrett Fail, Esq.
David J. Cohen, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10053
garrett.fail@weil.com
davidj.cohen@weil.com

**Via Electronic Mail:**

*The U.S. Trustee*

Richard Schepacarter, Esq.
Office of the U.S. Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
richard.schepacarter@usdoj.gov

**Via Electronic Mail:**

Mark. D. Collins, Esq.
Zachary I. Shapiro, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
collins@RLF.com
shapiro@RLF.com

*Counsel for the Stalking Horse Bidder*

**Via Electronic Mail:**

Kelley A. Cornish, Esq.
Edward T. Ackerman, Esq.
Brian Bolin, Esq.
Jeffrey L. Stricker, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
KCornish@paulweiss.com
EAckerman@paulweiss.com
BBolin@paulweiss.com
JStricker@paulweiss.com

*Counsel to the Prepetition ABL Agent*

**Via Electronic Mail:**

Kevin Simard, Esq.
Jonathan Marshall, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
ksimard@choate.com
jmarshall@choate.com


July 28, 2020
Date

*/s/ E.E. Allinson III*
Elihu E. Allinson, III