**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11
                                          :
BROOKS BROTHERS GROUP, INC., et al.,      :      Case No. 20-11785 (CSS)
                                          :
              Debtors.¹                   :      (Jointly Administered)
                                          :
-------------------------------------------------------------x
```

**NOTICE OF SUBSTANTIAL STOCK OWNERSHIP**

   **PLEASE TAKE NOTICE** that, pursuant to that certain *Interim Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors and Claiming a Worthless Stock Deduction* of the United States Bankruptcy Court for the District of Delaware, dated July 10, 2020, ECF No. 108 (with all exhibits thereto, the "**Interim Order**"), the following parties (the "**Filers**") hereby provide notice that, as of the date hereof, the Filers beneficially own (including directly and indirectly):

  (i)  1,418,158.43 shares of Common Stock,[2] consisting of:

    (a)  1,096,107.43 shares of Common Stock held directly by the CDV 2015 Annuity Trust U/A/D 9-16-2015,

    (b)  90,000 shares of Common Stock held directly by DV Family, LLC,

    (c)  232,051 shares of Common Stock held directly by the Del Vecchio Family Trust U/A/D 2-9-2006, in addition to the shares of Common Stock held indirectly by the trust as the 100% owner of DV Family, LLC,

    (d)  Zero shares of Common Stock held directly by Mr. Claudio Del Vecchio, in addition to 1,130,679.60 shares owned by Mr. Del

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A), BBD Holding 2, LLC (N/A), BBDI, LLC (N/A), Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road, LLC (7265). The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

[2] Capitalized terms used, but not defined, herein, and the term "beneficial ownership" (and derivatives thereof), shall have the meanings ascribed to them in **Exhibit 1** to the Interim Order.

*(cont'd)*

Vecchio indirectly as the sole current beneficiary of the CDV 2015 Annuity Trust U/A/D 9-16-2015 (1,096,107.43 shares) and as a beneficiary of the Del Vecchio Family Trust U/A/D 2-9-2006 (34,572.17 out of 322,051 shares (232,051 shares held directly by the trust and 90,000 held indirectly by the trust as the 100% owner of DV Family, LLC), imputed pursuant to 26 U.S.C. sections 318 and 382 to Mr. Del Vecchio 10.735% based on actuarial assumptions),[3]

and/or

(ii)     Options to acquire (directly or indirectly) zero shares of Common Stock.

**PLEASE TAKE FURTHER NOTICE** that the taxpayer identification numbers of the Filers are:

(a)     For the CDV 2015 Annuity Trust U/A/D 9-16-2015: [Redacted],

(b)     For DV Family, LLC: [Redacted],

(c)     For the Del Vecchio Family Trust U/A/D 2-9-2006: [Redacted], and

(d)     For Mr. Claudio Del Vecchio: [Redacted].

**PLEASE TAKE FURTHER NOTICE** that the following table sets forth the following information:

For Common Stock and/or Options to acquire beneficial ownership of Common Stock that are owned directly by the Filer, the table sets forth (a) the number of shares of Common Stock and/or the number of shares underlying Options beneficially owned by such Filer and (b) the date(s) on which such shares and/or Options were acquired (categorized by class, as applicable).

In the case of Common Stock and/or Options to acquire beneficial ownership of Common Stock that are not owned directly by the Filer but are nonetheless beneficially owned by the Filer, the table sets forth (a) the name(s) of each record or legal owner of such shares of Common Stock and/or Options to acquire shares of Common Stock that are beneficially owned by the Filer, (b) the number of shares of Common Stock and/or the number of shares of Common Stock underlying Options beneficially owned by such Filer, and (c) the date(s) on which such Common Stock and/or Options were acquired (categorized by class, as applicable).

---

[3]     The Del Vecchio Family Trust is a purely discretionary trust for the benefit of Mr. Claudio Del Vecchio and family. Applicable authorities governing the determination of the actuarial interests of trust beneficiaries do not provide a means for determining the actuarial value of purely discretionary interests in trust. Accordingly, the beneficial interest of Mr. Del Vecchio has been treated as a simple life income interest for purposes of calculating this actuarial value.

| Class | Name of Owner | Shares Beneficially Owned | Shares Underlying Options Beneficially Owned | Date(s) Acquired |
|---|---|---|---|---|
| Class A Common Stock | CDV 2015 Annuity Trust U/A/D 9-16-2015 | 1,096,107.43 | None. | December 5, 2018. |
| Class A Common Stock | DV Family, LLC | 90,000 | None. | July 25, 2007. |
| Class A Common Stock | Del Vecchio Family Trust U/A/D 2-9-2006 | 232,051 directly. In addition, the trust is the beneficial owner of the shares held by DV Family, LLC, as its 100% direct owner. | None. | April 13, 2006 (78,830 shares), and July 25, 2007 (153,221 shares). |
| Class A Common Stock | Claudio Del Vecchio | None directly. 1,130,679.60 indirectly as beneficiary of the two trusts. | None. | Not applicable. |

*[Remainder of page intentionally left blank]*

The Filers are represented by Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, New York, NY 10001 and 920 N. King Street, One Rodney Square, Wilmington, DE 19801, (212) 735-3000, (Attn: Mark McDermott, Paul Lockwood, Edward Mahaney-Walter, and Steven Adler).

Respectfully submitted,

The CDV 2015 Annuity Trust U/A/D 9-16-2015
DV Family, LLC
The Del Vecchio Family Trust U/A/D 2-9-2006
Claudio Del Vecchio
[Names of Filers]

By:     */s/ Steven D. Adler*
Name: Steven D. Adler
Address: 920 N. King Street, One Rodney Square
        Wilmington, DE 19801
Telephone: (302) 651-3000
Facsimile: (302) 651-3001
Date:   July 28, 2020

## Certificate of Service

I, Steven D. Adler, certify that on July 28, 2020, I caused the foregoing *Notice of Substantial Stock Ownership* to be served on the following parties by electronic mail, and by electronic transmission using the Bankruptcy Court's CM/ECF system on all parties who have registered to receive notifications in these cases.

Brooks Brothers Group, Inc., and its affiliated debtors
346 Madison Avenue
New York, NY 10017
Attention: Rachel Barnett, Esq., General Counsel and Secretary
rbarnett@brooksbrothers.com

Mark D. Collins, Esq.
Zachary I. Shapiro, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Email: collins@rlf.com
Email: shapiro@rlf.com

Garrett A. Fail, Esq.
David J. Cohen, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: garrett.fail@weil.com
Email: davidj.cohen@weil.com

Richard Schepacarter, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: richard.schepacarter@usdoj.gov

Meredith A. Lahaie
Abid Qureshi
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

E-mail: mlahaie@akingump.com
aqureshi@akingump.com

Kate Doorley
Julie Ann Thompson
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower, 2001 K Street, N.W.
Washington, DC 20006-1037
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email: kdoorley@akingump.com
julie.thompson@akingump.com

David B. Stratton
David M. Fournier
Evelyn J. Meltzer
Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: david.stratton@troutman.com
david.fournier@troutman.com
evelyn.meltzer@troutman.com
marcy.smith@troutman.com

*/s/ Steven D. Adler*
Steven D. Adler