**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| BROOKS BROTHERS GROUP, INC., *et al.*, | ) | Case No. 20-11785 (CSS) |
|  | ) |  |
| Debtors.¹ | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Skadden, Arps, Slate, Meagher & Flom LLP

hereby appears in the above-captioned cases (the "Chapter 11 Cases") as counsel for Delfin

SARL ("Delfin"), pursuant to section 1109(a) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), and requests that copies of any and all notices and papers filed or entered in these

Chapter 11 Cases be given to and served via email upon the following:

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD
Holding 1, LLC (N/A), BBD Holding 2, LLC (N/A), BBDI, LLC (N/A), Brooks Brothers International, LLC
(N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing
Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916);
Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road, LLC (7265). The Debtors'
corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

Mark A. McDermott, Esq.
Edward P. Mahaney-Walter, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
Fax: (212) 735-2000
Email: mark.mcdermott@skadden.com
Email: emahaney@skadden.com

- and -

Paul J. Lockwood, Esq.
Steven D. Adler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
920 N. King Street, One Rodney Square
        Wilmington, Delaware 19801 (street address)
P.O. Box 636
        Wilmington, Delaware 19899-0636 (post office box)
Telephone: (302) 651-3000
Fax: (302) 651-3001
Email: Paul.Lockwood@skadden.com
Email: Steven.D.Adler@skadden.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes,

without limitation, a request for service of all orders and notices or other papers (including those

required by Bankruptcy Rule 2002 and Local Rule 2002-1) regarding any application, motion,

petition, pleading, request, chapter 11 plan, disclosure statement, complaint, or demand, whether

formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service,

hand delivery, telephone, or fax, or otherwise filed or made with regard to the Chapter 11 Cases

and any and all adversary proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice or any subsequent

appearance, pleading, claim, or suit is intended to nor shall be deemed to waive Delfin's rights

(1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or

controversy as to which a bankruptcy judge may not enter a final order or judgment consistent

with Article III of the United States Constitution, (2) to have final orders in non-core matters entered only after *de novo* review by a higher court, (3) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto, (4) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Delfin is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that Delfin does not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

*[Remainder of page intentionally left blank.]*

Dated: July 29, 2020
      Wilmington, Delaware

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Steven D. Adler*
        Paul J. Lockwood (I.D. No. 3369)
        Steven D. Adler (I.D. No. 6257)
        920 N. King Street, One Rodney Square
        Wilmington, Delaware 19801
        Telephone: (302) 651-3000
        Fax: (302) 651-3001
        Email: Paul.Lockwood@skadden.com
        Email: Steven.D.Adler@skadden.com

        - and -

        Mark A. McDermott
        Edward P. Mahaney-Walter
        One Manhattan West
        New York, New York 10001-8602
        Telephone: (212) 735-3000
        Fax: (212) 735-2000
        Email: mark.mcdermott@skadden.com
        Email: emahaney@skadden.com

        *Counsel for Delfin SARL*

## CERTIFICATE OF SERVICE

I, Steven D. Adler, certify that on July 29, 2020, I caused the foregoing *Notice of Appearance and Request for Service of Notices and Papers* to be served on the following parties by electronic mail, and by electronic transmission using the Court's CM/ECF system on all parties who have registered to receive notifications in these cases.

Mark D. Collins, Esq.
Zachary I. Shapiro, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Email: collins@rlf.com
Email: shapiro@rlf.com

Garrett A. Fail, Esq.
David J. Cohen, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: garrett.fail@weil.com
Email: davidj.cohen@weil.com

Richard Schepacarter, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: richard.schepacarter@usdoj.gov

Meredith A. Lahaie
Abid Qureshi
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
E-mail: mlahaie@akingump.com
aqureshi@akingump.com

Kate Doorley
Julie Ann Thompson
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower, 2001 K Street, N.W.
Washington, DC 20006-1037
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email: kdoorley@akingump.com
julie.thompson@akingump.com

David B. Stratton
David M. Fournier
Evelyn J. Meltzer
Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: david.stratton@troutman.com
david.fournier@troutman.com
evelyn.meltzer@troutman.com
marcy.smith@troutman.com

*/s/ Steven D. Adler*
Steven D. Adler

876082-WILSR01A - MSW