# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| BROOKS BROTHERS GROUP, INC., et al. ) | Case No. 20-11785 (CSS) |
| ) | |
| Debtors. ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that Clark Hill PLC hereby appears in the above-referenced Chapter 11 case as attorneys for Palmer Management Group and pursuant to the Bankruptcy Rules 202 and 9010(b) and § 1109(b) of the Bankruptcy Code, requests that copies of all notices and pleadings given or filed in this case be given and served upon the following:

> Karen M. Grivner, Esq.
> CLARK HILL, PLC
> 824 N. Market St. Suite 710
> Wilmington, DE 19801
> Tel. (302) 250-4749
> kgrivner@clarkhill.com

> and

> Nola Rooney Bencze, Esq.
> CLARK HILL, PLC
> 210 Carnegie Center, Suite 102
> Princeton, NJ 08540
> Tel. (609) 785-2924
> NBencze@clarkhill.com

PLEASE TAKE FURTHER NOTICE that the foregoing requests includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request

260346276

whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Palmer Square Management: (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims actions, defenses, setoffs, or recoupments to which Palmer Square Management is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: July 29, 2020

By: /s/ *Karen M. Grivner*
Karen M. Grivner (No.4372)
CLARK HILL PLC
824 N. Market St. Suite 710
Wilmington, DE 19801
(609) 785-2924
kgrivner@clarkhill.com
*Attorneys for Palmer Square Management*

260346276