IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BROOKS BROTHERS GROUP, INC, *et al.,* [1] | Case No. 20–11785 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the Amalgamated Retail Retirement Fund, the Amalgamated National Health Fund, the Amalgamated Insurance Fund, the National Plus Plan and the National Retirement Fund (together, the "Funds") hereby enters its appearance in the above-captioned cases by and through its counsel, Schulte Roth & Zabel LLP and Landis Rath & Cobb LLP, pursuant to 11 U.S.C. § 1109(b) and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following at the addresses listed below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A), BBD Holding 2, LLC (N/A), BBDI, LLC (N/A), Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road, LLC (7265). The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

{1299.001-W0062382.2}

| | |
|---|---|
| **LANDIS RATH & COBB LLP**<br>Adam G. Landis, Esq<br>Kerri K. Mumford, Esq<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile:  (302) 467-4450<br>Email: landis@lrclaw.com<br>           mumford@lrclaw.com | **SCHULTE ROTH & ZABEL LLP**<br>Ronald E. Richman, Esq.<br>James T. Bentley, Esq.<br>Andrew B. Lowy, Esq.<br>Kelly V. Knight, Esq.<br>919 Third Avenue,<br>New York, NY 10022<br>Telephone: (212) 756-2000<br>Facsimile:  (212) 593-5955<br>Email:  ronald.richman@srz.com<br>            james.bentley@srz.com<br>            andrew.lowy@srz.com<br>            kelly.knight@srz.com |

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive the Funds' (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

| | |
|---|---|
| Dated: July 29, 2020<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ Kerri K. Mumford*<br>Adam G. Landis (No. 3407)<br>Kerri Mumford (No. 4186)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>         mumford@lrclaw.com<br><br>-and-<br><br>**SCHULTE ROTH & ZABEL LLP**<br>Ronald E. Richman, Esq.<br>James T. Bentley, Esq.<br>Andrew B. Lowy, Esq.<br>Kelly V. Knight, Esq.<br>919 Third Avenue,<br>New York, NY 10022<br>Telephone: (212) 756-2000<br>Facsimile:  (212) 593-5955<br>Email:  ronald.richman@srz.com<br>           james.bentley@srz.com<br>           andrew.lowy@srz.com<br>           kelly.knight@srz.com<br><br>*Counsel for the Amalgamated Retail Retirement Fund, the Amalgamated National Health Fund, the Amalgamated Insurance Fund, the National Plus Plan and the National Retirement Fund* |