IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BROOKS BROTHERS GROUP, INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-11785 (CSS) <br><br> (Jointly Administered) |

**NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Foley & Lardner LLP and Chipman Brown Cicero & Cole, LLP, counsel for Swiss Garments Company ("**SGC**"), hereby enter their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

| | |
|---|---|
| Erika L. Morabito <br> **FOLEY & LARDNER LLP** <br> 3000 K Street, N.W., Suite 600 <br> Washington, DC 20007-5109 <br> Telephone: (202) 672-5300 <br> Email: emorabito@foley.com | William E. Chipman, Jr. <br> Mark D. Olivere <br> **CHIPMAN BROWN CICERO & COLE, LLP** <br> Hercules Plaza <br> 1313 North Market Street, Suite 5400 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 295-0191 <br> Facsimile: (302) 295-0199 <br> Email: chipman@chipmanbrown.com <br> olivere@chipmanbrown.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A), BBD Holding 2, LLC (N/A), BBDI, LLC (N/A), Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road, LLC (7265). The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan and disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, courier service, hand-delivery, electronic mail, internet, or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive SGC's (i) rights to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) rights to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which SGC is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

## [SIGNATURE PAGE TO FOLLOW]

| | |
|---|---|
| Dated: July 30, 2020<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 295-0191<br>Facsimile:    (302) 295-0199<br>Email:    chipman@chipmanbrown.com<br>    olivere@chipmanbrown.com<br><br>—and—<br><br>Erika L. Morabito<br>**FOLEY & LARDNER LLP**<br>3000 K Street, N.W., Suite 600<br>Washington, DC 20007-5109<br>Telephone:    (202) 672-5300<br>Email:    emorabito@foley.com<br><br>*Counsel for Swiss Garments Company* |