**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| BROOKS BROTHERS GROUP, INC., | Case No. 20-11785 (CSS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that 39-15 Skillman Realty Co. LLC ("Skillman"), a creditor in the above captioned chapter 11 cases, hereby enters an appearance pursuant to Section 1109(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that all copies of all notices and pleadings given or filed in the case be given and served upon the party listed below at the following address and facsimile number/email:

> 39-15 Skillman Realty Co. LLC
> 60 East 56th St. – Fl. 11
> New York, NY 10022
> Attn: Robert Zirinsky, Managing Member
> Telephone: 212-751-4625
> Facsimile: 212-751-3636
> Email: robertz50nyc@gmail.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, email, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A), BBD Holding 2, LLC (N/A), BBDI, LLC (N/A), Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road, LLC (7265). The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance and request for notice is not intended as, and shall not be deemed or construed to be, a waiver or consent by Skillman (i) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding arising in or relating to this case, (ii) to the entry of a final judgment or order by the Bankruptcy Court, or (iii) of any other right, remedy, claim, action, setoff or recoupment to which such creditor is or may be entitled, in law or in equity, all of which are hereby expressly reserved and preserved.

**39-15 SKILLMAN REALTY CO. LLC**

Date: July 30, 2020

*/s/ Robert Zirinsky*
Robert Zirinsky, Managing Member
60 East 56th St. – Fl. 11
New York, NY 10022
Telephone: 212-751-4625
Facsimile: 212-751-3636
Email: robertz50nyc@gmail.com