**ORIGINAL FILED**

**2020 JUL 30 AM 10: 18**

**CLERK**
**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                          Case No: 20-11785-CSS

Brooks Brothers Group Inc.            Chapter: 11

_____/
Debtor (s)

## REQUEST FOR NOTICES

**I HEREBY FILE** this Request for Notices on behalf of creditor, KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR, and request that he is provided with copies of all further notices and pleadings filed herein.

Name to be added to the Matrix as follows:

        Jennifer Francis, Legal Support and Collections Specialist, CFCA
           KEN BURTON, JR., Manatee County Tax Collector
                    1001 3RD Ave W, Suite 240
                      Bradenton, FL 34205-7863
                        Phone: 941.741.4832
                      Facsimile: 941.708.4934
                  e-mail: legal@taxcollector.com

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was delivered by U.S. Mail this 24th day of July, 2020 to the following:

**Debtor:**       Brooks Brothers Group Inc.
              346 Madison Ave, New York, NY 10017

**Attorney for Debtor:**   Zachary I Shapiro
                           920 North King Street, PO Box 551, Wilmington, DE 19801

**Trustee:**   N/A

/s/Jennifer Francis
Jennifer Francis, Legal Support Collections Specialist, CFCA
**KEN BURTON, JR., TAX COLLECTOR**
**MANATEE COUNTY, FLORIDA**
1001 3rd Ave W, Suite 240
Bradenton, FL 34205-7863
(941) 741-4832