**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York  10022
Telephone:  (212) 478-7200
Facsimile:   (212) 478-7400
Gilbert Backenroth, Esq.
Emma Fleming, Esq.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------x

In re:

BROOKS BROTHERS GROUP, INC.,

*et al.*,

Debtors.

-----------------------------------------------------------x

Chapter 11

Case No. 20-11785 (CSS)

(Jointly Administered)

# NOTICE OF APPEARANCE AND
# REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firm of **Hahn & Hessen LLP** hereby appears as counsel in this case on behalf of ADCO Kittery LLC, a party in interest in these proceedings, and that pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), all notices given or required to be given in this case and all papers served or required to be served in this case, be served upon the following:

> Gilbert Backenroth, Esq.
> Emma Fleming, Esq.
> Hahn & Hessen LLP
> 488 Madison Avenue
> New York, NY  10022
> Telephone: (212) 478-7200
> Facsimile:  (212) 478-7400
> E-mail:  gbackenroth@hahnhessen.com
>          efleming@hahnhessen.com

**PLEASE TAKE FURTHER NOTICE** that, if applicable, pursuant to 11 U.S.C. § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telecopy, electronic mail or otherwise, made by the Debtors or any third party in the bankruptcy case or any adversary proceedings or contested matters therein.

Dated:   New York, New York
         July 30, 2020

**HAHN & HESSEN LLP**

By: */s/ Gilbert Backenroth*
      Gilbert Backenroth
      Partner

488 Madison Avenue
New York, New York  10022
Telephone:  (212) 478-7200
Facsimile:  (212) 478-7400
gbackenroth@hahnhessen.com

*Counsel for ADCO Kittery LLC*