## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Brooks Brothers Group, Inc.<br><br>Debtor(s) | Chapter 11<br>Case No. 20-11785 CSS |

### PRINCE GEORGE'S COUNTY, MARYLAND'S
### NOTICE OF APPEARANCE AND REQUEST
### FOR NOTICES AND SERVICE OF PAPERS

Please take notice that Prince George's County, Maryland appears in this matter by their undersigned counsel, in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010, and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that the undersigned attorneys be placed on the mailing matrix filed by the Debtor(s) in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned attorneys at the address set forth below:

Nicole C. Kenworthy
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385

Please take further notice that, in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which effect or seek to affect in any way any rights or interests of Prince George's County, Maryland.

Please take further notice that, as provided in Bankruptcy Rule 3017(a), Prince George's County, Maryland requests that the undersigned be provided with copies of any and all disclosure statements and plans or reorganization.

MEYERS, RODBELL & ROSENBAUM, P.A.

By: /s/Nicole C. Kenworthy
Nicole C. Kenworthy
Federal Bar No. 19723
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385
301-699-5800

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale, Maryland 20737-1385
(301) 699-5800
EMail: bdept@mrrlaw.net

## CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of August, 2020, a copy of the foregoing Prince George's County, Maryland's Notice of Appearance and Request for Notice and Service of Papers was mailed by first-class mail, postage prepaid to:

Zachary I. Shapiro, Esquire
Richards, Layton & Finger, P.A.
920 North King St., P.O. Box 551
Wilmington, DE 19801-

    /s/ Nicole C. Kenworthy
    Nicole C. Kenworthy

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale, Maryland 20737-1385
(301) 699-5800
EMail: bdept@mrrlaw.net