**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| BROOKS BROTHERS GROUP, INC., et al., | Chapter 11 |
| Debtors.[1] | Case No. 20-11785 (CSS) |
| | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that David G. Sommer, Jared S. Dvornicky, and Gallagher Evelius & Jones LLP, appear herein as counsel for creditor and party in interest, Help II, LLC ("Landlord"), pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b), and request, pursuant to Bankruptcy Rule 2002, 3017, and 9007, and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the above case and any related adversary proceedings, and all papers served or required to be served in this or any other related case, be given to and served upon the undersigned at the following address:

| | |
|---|---|
| David G. Sommer, Esquire | Jared S. Dvornicky, Esquire |
| Gallagher Evelius & Jones LLP | Gallagher Evelius & Jones LLP |
| 218 N. Charles Street, Suite 400 | 218 N. Charles Street, Suite 400 |
| Baltimore, MD  21201 | Baltimore, MD  21201 |
| Telephone:  410-951-1414 | Telephone:  410-347-1347 |
| dsommer@gejlaw.com | jdvornicky@gejlaw.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceeding herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A), BBD Holding 2, LLC (N/A), BBDI, LLC (N/A), Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road, LLC (7265).  The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is not intended as nor is it a consent of Landlord to the jurisdiction of the United States Bankruptcy Court for the District of Delaware nor specifically but not limited to (i) Landlord's right to have the reference withdrawn by the United States District Court for the District of Delaware in any matter subject to mandatory or discretionary withdrawal or (ii) Landlord's right to trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto, (iii) Landlord's right to have final orders in non-core matters entered only after *de novo* review by a district judge, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Landlord is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Landlord expressly reserves.

Respectfully submitted,

Dated:   August 4, 2020

/s/  David G. Sommer
David G. Sommer, Esquire, Fed. Bar No. 27581
Jared S. Dvornicky, Esquire, Fed. Bar No. 19157
Gallagher Evelius & Jones LLP
218 N. Charles Street, Suite 400
Baltimore, MD  21201
Telephone:  410-951-1414
dsommer@gejlaw.com
jdvornicky@gejlaw.com

*Counsel for Help II, LLC*

## CERTIFICATE OF SERVICE

I, David G. Sommer, hereby certify that on the 4th day of August, 2020, a copy of the foregoing *Notice of Appearance and Request for Notices* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case.

/s/  David G. Sommer
David G. Sommer, Esquire

#710670