**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
:
In re                                               :         Chapter 11
:
BROOKS BROTHERS GROUP, INC., *et al.*,              :         Case No. 20–11785 (CSS)
:
Debtors.[1]                                         :         (Jointly Administered)
:
---------------------------------------------------------------- x    Re: D.I. 5, 108 & 126

**CERTIFICATION OF COUNSEL REGARDING FINAL ORDER ESTABLISHING NOTIFICATION PROCEDURES AND APPROVING RESTRICTIONS ON CERTAIN TRANSFERS OF INTERESTS IN THE DEBTORS, CLAIMS AGAINST THE DEBTOR, AND CLAIMING A WORTHLESS STOCK DEDUCTION**

The undersigned hereby certifies as follows:

1.  On July 8, 2020, Brooks Brothers Group, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Motion of Debtors for Entry of Orders Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in and Claims Against the Debtors and Certain Worthless Stock Deduction Claims* [D.I. 5] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached thereto as **Exhibit B** was a proposed form of order granting the relief requested in the Motion on a final basis (the "**Proposed Final Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A), BBD Holding 2, LLC (N/A), BBDI, LLC (N/A), Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road, LLC (7265). The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

2

2. On July 10, 2020, the Court entered the *Interim Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in and Claims Against the Debtors and Certain Worthless Stock Deduction Claims* [Docket No. 108] (the "**Interim Order**").

3. Pursuant to the Interim Order and the *Notice of (A) Entry of Interim Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in and Claims Against the Debtors and Certain Worthless Stock Deduction Claims; and (B) Final Hearing Thereon* [Docket No. 126], objections to the Motion were to be filed by no later than July 27, 2020 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**"). The Objection Deadline was extended for the Official Committee of Unsecured Creditors (the "**Committee**").

4. Prior to the Objection Deadline, the Debtors received informal comments to the Motion from the Committee (the "**Response**"). Other than the Response, the Debtors received no other informal responses to the Motion, and no objection or responsive pleading to the Motion has appeared on the Court's docket in these chapter 11 cases.

5. The Debtors have revised the Proposed Final Order (the "**Revised Final Order**") to resolve the Response and the Revised Final Order is attached hereto as **Exhibit A**.[2] For the convenience of the Court and all parties in interest, a blackline of the Revised Final Order marked against the Proposed Final Order is attached hereto as **Exhibit B**. The Revised Final Order has been circulated to the Office of the United States Trustee (the "**U.S. Trustee**") and the U.S. Trustee does not object to the entry of the Revised Final Order.

---

[2] The Committee has informed counsel for the Debtors that the Revised Final Order resolves their Response and they do not object to the entry of the Revised Order.

WHEREFORE, the Debtors respectfully request that the Revised Final Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: August 7, 2020
      Wilmington, Delaware

      */s/ Sarah E. Silveira*
      RICHARDS, LAYTON & FINGER, P.A.
      Mark D. Collins (No. 2981)
      Zachary I. Shapiro (No. 5103)
      Brett M. Haywood (No. 6166)
      Christopher M. De Lillo (No. 6355)
      Sarah E. Silveira (No. 6580)
      One Rodney Square
      920 N. King Street
      Wilmington, Delaware 19801
      Telephone: (302) 651-7700
      Facsimile: (302) 651-7701
      E-mail:    collins@rlf.com
                   shapiro@rlf.com
                   haywood@rlf.com
                   delillo@rlf.com
                   silveira@rlf.com

      - and -

      WEIL, GOTSHAL & MANGES LLP
      Garrett A. Fail (admitted *pro hac vice*)
      David J. Cohen (admitted *pro hac vice*)
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007
      E-mail:    garrett.fail@weil.com
                   davidj.cohen@weil.com

      *Proposed Attorneys for Debtors*
      *and Debtors in Possession*