## Schedule 1

**DIP Budget**

**Brooks Brothers Group, Inc., et. al.**
**DIP Budget**
($ in 000's)

| 4-5-4 Month | Jul | Jul | Jul | Jul | Aug | Aug | Aug | Aug | Sep | Sep | Sep | Sep | Sep | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 7/10/2020 | 7/17/2020 | 7/24/2020 | 7/31/2020 | 8/7/2020 | 8/14/2020 | 8/21/2020 | 8/28/2020 | 9/4/2020 | 9/11/2020 | 9/18/2020 | 9/25/2020 | 10/2/2020 | 13 |
| Forecast Week # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Weeks |
| 1 **Receipts** | | | | | | | | | | | | | | |
| 2 Direct to Consumer | $ 888 | $ 1,629 | $ 1,354 | $ 1,357 | $ 1,802 | $ 1,568 | $ 1,327 | $ 1,887 | $ 522 | $ - | $ - | $ - | $ - | $ 12,333 |
| 3 Owned Stores | 162 | 164 | 164 | 937 | 1,199 | 2,033 | 2,390 | 3,504 | 967 | - | - | - | - | 11,520 |
| 4 Other | 400 | - | 1,214 | 1,300 | - | - | 104 | - | 750 | - | 372 | 206 | 3,541 | 7,887 |
| 5 **Total Receipts** | $ 1,450 | $ 1,793 | $ 2,732 | $ 3,594 | $ 3,002 | $ 3,601 | $ 3,821 | $ 5,391 | $ 2,238 | $ - | $ 372 | $ 206 | $ 3,541 | $ 31,739 |
| 6 **Operating Disbursements** | | | | | | | | | | | | | | |
| 7 Employee Related | $ (1,248) | $ (1,376) | $ (1,565) | $ (1,931) | $ (1,458) | $ (2,068) | $ (2,345) | $ (2,668) | $ (2,078) | $ (720) | $ (955) | $ (720) | $ (570) | $ (19,701) |
| 8 Occupancy Related | (100) | (100) | (100) | (138) | (100) | (100) | (100) | (100) | (7,614) | - | - | - | (80) | (8,532) |
| 9 Intercompany Funding | (287) | (661) | (684) | (1,170) | (7,732) | (1,240) | (1,174) | (951) | (302) | (787) | (415) | (148) | (1,806) | (17,358) |
| 10 Other Operating Disbursements | (236) | (236) | (2,435) | (1,782) | (1,768) | (1,781) | (2,874) | (2,206) | (2,479) | (2,988) | (2,021) | (423) | (423) | (21,653) |
| 11 **Total Operating Disbursements** | $ (1,872) | $ (2,374) | $ (4,784) | $ (5,020) | $ (11,058) | $ (5,188) | $ (6,493) | $ (5,925) | $ (12,472) | $ (4,495) | $ (3,392) | $ (1,291) | $ (2,879) | $ (67,244) |
| 12 **Total Operating Cash Flow** | $ (422) | $ (581) | $ (2,052) | $ (1,426) | $ (8,056) | $ (1,587) | $ (2,673) | $ (534) | $ (10,234) | $ (4,495) | $ (3,020) | $ (1,085) | 662 | $ (35,504) |
| 13 **Non-Recurring Receipts** | - | - | - | - | - | 7,000 | - | 300,000 | - | - | - | - | - | 307,000 |
| 14 **Restructuring Disbursements** | | | | | | | | | | | | | | |
| 15 Professional Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (600) | $ - | $ (4,222) | $ (251) | $ - | $ (600) | $ (5,673) |
| 16 Other Restructuring Costs | (204) | (4,265) | (4,580) | (908) | (1,495) | (4,615) | (748) | (21) | (678) | (151) | (612) | (31) | (31) | (18,339) |
| 17 **Total Restructuring Disbursements** | $ (204) | $ (4,265) | $ (4,580) | $ (908) | $ (1,495) | $ (4,615) | $ (748) | $ (621) | $ (678) | $ (4,373) | $ (863) | $ (31) | $ (631) | $ (24,012) |
| 18 **CapEx** | - | - | - | - | (289) | (289) | (289) | (289) | - | - | - | - | - | (1,155) |
| 19 **Financing** | | | | | | | | | | | | | | |
| 20 Interest Expense - DIP | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 21 Interest Expense - ABL & Other | (7) | (198) | (136) | (518) | (7) | (198) | (136) | (5) | (483) | - | (193) | (131) | (483) | (2,496) |
| 22 Principal Payments | (32,517) | - | - | - | (17) | - | - | - | - | - | - | - | - | (32,533) |
| 23 Principal Advances | 57,619 | - | - | - | 20,000 | - | - | - | - | - | - | - | - | 77,619 |
| 24 **Total Financing** | $ 25,095 | $ (198) | $ (136) | $ (518) | $ 19,977 | $ (198) | $ (136) | $ (5) | $ (483) | $ - | $ (193) | $ (131) | $ (483) | $ 42,590 |
| 25 **Net Cash Flow** | $ 24,469 | $ (5,044) | $ (6,769) | $ (2,852) | $ 10,137 | $ 311 | $ (3,846) | $ 298,551 | $ (11,394) | $ (8,868) | $ (4,076) | $ (1,247) | $ (451) | $ 288,919 |
| 26 **Cash Balance** | | | | | | | | | | | | | | |
| 27 Beginning Cash Balance | $ 1,555 | $ 24,823 | $ 18,576 | $ 10,606 | $ 6,552 | $ 15,601 | $ 14,824 | $ 9,890 | $ 302,453 | $ 290,409 | $ 285,113 | $ 280,388 | $ 278,492 | $ 1,555 |
| 28 Net Cash Flow | 24,469 | (5,044) | (6,769) | (2,852) | 10,137 | 311 | (3,846) | 298,551 | (11,394) | (8,868) | (4,076) | (1,247) | (451) | 288,919 |
| 29 Prof. Fee Escrow (Deposits) / Withdrawals | (1,202) | (1,202) | (1,202) | (1,202) | (1,088) | (1,088) | (1,088) | (5,988) | (649) | 3,573 | (649) | (649) | (649) | (13,083) |
| 30 **Ending Cash Balance** | $ 24,823 | $ 18,576 | $ 10,606 | $ 6,552 | $ 15,601 | $ 14,824 | $ 9,890 | $ 302,453 | $ 290,409 | $ 285,113 | $ 280,388 | $ 278,492 | $ 277,391 | $ 277,391 |