## **Schedule 2**

The Loan Parties shall ensure the satisfaction of the following milestones (collectively, the "<u>Milestones</u>" and each a "<u>Milestone</u>"), unless waived or extended with the consent of the Required Lenders (in their sole discretion) (which may be by email)):

(a) On or before the date that is fifty-three (53) calendar days after the Petition Date, the Bankruptcy Court shall have entered an order approving the Approved Sale (as defined below) (the "<u>Sale Order</u>"), which shall be in form and substance satisfactory to the Agent as confirmed by the Agent in writing; and

(b) On or before the date that is eighty-eight (88) calendar days after the Petition Date, the Lead Borrower shall have consummated the sale of substantially all of the assets of the Loan Parties to the party determined to have made the highest or otherwise best bid for the Lead Borrower's assets in accordance with the Sale Order and that results in Net Proceeds allocated to the DIP Collateral sufficient to repay the Obligations in full in cash (the "<u>Approved Sale</u>").