# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| BROOKS BROTHERS GROUP, INC., *et al.*,[1] | ) Case No. 20-11785 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## SCHEDULE OF ASSESTS AND LIABILITIES FOR BROOKS BROTHERS GROUP, INC. (CASE NO. 20-11785)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); 696 White Plains Road, LLC (7265); Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Brooks Brothers Canada Ltd. (N/A); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); BBD Holding 1, LLC (N/A); BBD Holding 2, LLC (N/A); and BBDI, LLC (N/A). The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                        :
In re                                                   :     Chapter 11
                                                        :
BROOKS BROTHERS GROUP, INC., et al.,                    :     Case No. 20–11785
                                                        :
                              Debtors.¹                 :     (Jointly Administered)
                                                        :
------------------------------------------------------- x
```

## GLOBAL NOTES, METHODOLOGY, DISCLAIMERS, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### INTRODUCTION

The above captioned Debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**" and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and rules 1007-1 and 1007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware..

On July 8, 2020 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A), BBD Holding 2, LLC (N/A), BBDI, LLC (N/A), Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road, LLC (7265). The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

These Global Notes, Methodology, Disclaimers and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**")[2] pertain to, are incorporated by reference in and comprise an integral part of each Debtor's Schedules and Statements.  The Global Notes should be referred to, considered and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.  Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records available at the time of such preparation.  Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors, and their officers, employees, agents, attorneys and financial advisors, do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained in the Schedules and Statements.  Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised or re-categorized.  The Debtors, on behalf of themselves, their officers, employees, agents and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

The Schedules and Statements have been signed by an authorized representative of each of the Debtors.  In reviewing and signing the Schedules and Statements, this representative relied upon the efforts, statements and representations of the Debtors' other personnel and professionals.  The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. **Reservation of Rights**. Due to the COVID-19 public health emergency and regional governmental orders mandating the closing of non-essential businesses, the Debtors closed all their store and office locations in late March 2020 and have partially or fully furloughed many of their employees.  Due to limited resources and limited ability to physically access its U.S.

---

[2] Capitalized terms not defined in these Global Notes shall have the meanings ascribed to them in the *Declaration of Stephen Marotta in support of Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 38].

headquarters (including vacating the headquarter premises) and store locations, the Debtors have largely relied on remote access of their systems and historical financial information and related data. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or the Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not in fact "disputed," "contingent" or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The listing in the Schedules or Statements by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim pursuant to Bankruptcy Code section 502 or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**. On the Petition Date, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108. As described in footnote 1 of these Global Notes, on the Petition Date, the Debtors cases are being jointly administered for procedural purposes only.

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on July 4, 2020, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on July 4, 2020**.

3. **Basis of Presentation:** Except as otherwise noted herein or in the Schedules and Statements, the Schedules and Statements are intended to reflect the separate assets and liabilities for each of the Debtors. For financial reporting purposes, prior to the Petition Date, the Debtors

historically prepared financial statements. These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**"), nor are they intended to reconcile to the financial statements previously distributed to lenders, major creditors or various equity holders on an intermittent basis. Unlike the GAAP basis financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

4. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets as of the Petition Date. Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the period ended July 4, 2020, as set forth in the Debtors' books and records. Additionally, because the book value of certain assets, such as fixed assets, intangible assets, etc., may materially differ from their fair market value, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

5. **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated (including as "disputed," "contingent," "unliquidated," and "subject to set-off"), or omitted certain items or designations due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

6. **Real Property and Personal Property—Leased**. In the ordinary course of their businesses, the Debtors lease real or other property, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have included on Schedule D secured obligations to the extent the lessor filed a UCC-1. However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

7. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods, subject to the methodology in these Global Notes, based

on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under Bankruptcy Code section 503(b)(9).  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under Bankruptcy Code section 503(b)(9).

The Debtors have excluded certain categories of assets, accruals and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, pensions and retirement obligations, deferred gains, accrued liabilities, estimated duties, and estimated freight charges. In addition, certain immaterial assets and liabilities may have been excluded.

The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected after the Petition Date, to the extent such damage claims may exist.  In addition, certain immaterial assets and liabilities may have been excluded.

8. **Insiders**.  Entities listed as "insiders" have been included for informational purposes and their inclusion shall not constitute an admission that those entities are insiders for purposes of Bankruptcy Code section 101(31).  Such individuals may no longer serve in such capacities. In the interest of additional disclosure, the Debtors may also have included certain individuals who may have officer titles in their responses to Statements, Part 13, Question 28.

The listing of a party as an insider for purposes for the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim or defense, and all such rights, claims and defenses are hereby expressly reserved.  Information regarding the individuals listed as insiders in the Schedules and Statements have been included for informational purpose only and such information may not be used for purposes of determining control of the Debtors, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtors, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purposes.

9. **Intellectual Property Rights**.  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor

may, in fact, be owned by another Debtor or a non-Debtor, or *vice versa*. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

10. **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

Moreover, other than real property leases reported in Schedule A/B 55, the Debtors have not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. The Debtors' executory contracts and unexpired leases, with the exception of certain confidentiality and non-disclosure agreements, have been set forth in Schedule G.

11. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

12. **Payment of Prepetition Claims Pursuant to First Day Orders.** The Debtors have authority to pay certain outstanding prepetition claims pursuant to Bankruptcy Court order, including, but not limited to, certain orders the Bankruptcy Court entered within the first two days of the Debtors' chapter 11 cases authorizing the Debtors to pay certain prepetition amounts (collectively, the "**First Day Orders**"). As such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition claims. Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements unless otherwise noted. To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

13. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

      a.      <u>Undetermined Amounts</u>.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

      b.      <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

      c.      <u>Liens</u>.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14. **Estimates and Assumptions**.  Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual amounts could differ from those estimates, perhaps materially.

15. **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

16. **Consolidated Entity Accounts Payable and Disbursement Systems.**  As described in the Cash Management Motion, the Debtors utilize an integrated, centralized cash management system, in the ordinary course of business, to collect, concentrate, and disburse funds generated by their operations (the "**Cash Management System**").  The Debtors maintain a consolidated disbursements system to pay operating and administrative expenses through disbursement accounts. In the ordinary course of business, the Debtors maintain business relationships among each other, which result in intercompany receivables and payables (the "**Intercompany Claims**") arising from intercompany transactions (the "**Intercompany Transactions**").  As set forth more fully in the Cash Management Motion, the primary Intercompany Transactions giving rise to Intercompany Claims are cash receipts activities, disbursement activities, inventory purchases, and expense allocations.  Historically, Intercompany Claims are not settled by actual transfers of cash among the Debtors. Instead, the Debtors track all Intercompany Transactions in their accounting system, which concurrently are recorded on the applicable Debtors' balance sheets. The Debtors' accounting system requires that all general-ledger entries be balanced at the legal-entity level. Unless otherwise noted, the Debtors have not reported the aggregate net intercompany balances among the Debtors as assets on Schedule A/B or as liabilities on Schedule E/F, respectively. The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between one Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

17. **Guarantees and Other Secondary Liability Claims**. The Debtors have exercised reasonable efforts to locate and identify guarantees in their executory contracts, unexpired leases, secured financings and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor(s). The Debtors may have inadvertently omitted guarantees embedded in their contractual agreements and may identify additional guarantees as they continue their review of their books and records and contractual agreements. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if guarantees are identified.

18. **Setoffs**. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits and other disputes between the Debtors and their suppliers and/or customers. These offsets, and other similar rights, are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets in the ordinary course of business are not independently accounted for, and as such, may be excluded from the Schedules and Statements.

19. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

**Schedule A/B**. Other than real property leases reported on Schedule A/B 55, the Debtors have not included unexpired leases and executory contracts on Schedule A/B. Unexpired leases and executory contracts are listed on Schedule G.

The Debtors maintain in their records detail on certain assets, including furniture, fixtures, equipment, machinery, and intangibles, that have been fully depreciated. Those assets are not listed in Schedule A/B, as the Debtors may no longer be in possession of those assets.

**Schedule A/B 2**. Cash on hand is reported as of the open of business on July 4, 2020.
**Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of the open of business on July 7, 2020. Details with respect to the Debtors' cash management system and bank accounts are provided in the Original Debtors' cash management motion filed on July 8, 2020 [Docket No. 07] (the "**Cash Management Motion**").
**Schedule A/B 11**. Accounts receivable do not include intercompany receivables as noted in General Note 16. Receivables for certain customers may be negative due to credit issued to the vendors or unapplied payment pertaining to individual vendors.
**Schedules A/B 15**. Each Debtor's Schedule A/B includes its ownership interest, if any, in any subsidiaries. In general, the value of such interest is dependent upon the calculated value of the underlying subsidiaries' equity and profits and losses over time. Because the Debtors did not

undertake a historical analysis to assign values to the subsidiary stock, the value of the interest in subsidiaries is listed as "undetermined."

**Schedule A/B 73.**    The Debtors' insurance policies are listed in Schedule A/B 73 with an undetermined value.   In the event a Debtor prepaid for insurance, that amount is included in Schedule A/B 8.

**Schedules A/B 74 & 75**.   In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds or potential warranty Claims against their suppliers.   Additionally, certain of the Debtors may be a party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant.   Because such Claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule AB 74 or 75.   The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment or forfeiture of such claim.

**Schedule D**.   The Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights, letters of credit, surety bonds or statutory lien rights.

**Schedule E/F**.   The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F, based upon the Debtors' books and records as of July 7, 2020.

Determining the date upon which each Claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F.   Furthermore, claims listed on Schedule E/F may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Any information contained in Schedule E/F with respect to potential litigation shall not be a binding admission or representation of any Debtor's liability with respect to any of the potential suits and proceedings included therein.

Due to numerosity of gift card holders and merchant credits (store credits), and the generally low value per holder, the Debtors have set forth one aggregate line item for this liability.

Real Estate Taxes accrued payables not reasonably estimated may have been excluded from Schedule E/F.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.   Such prepetition amounts, however, may be paid (subject to an order of the Bankruptcy Court) in connection with the assumption of executory contracts or unexpired leases. Additionally, Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected, except where a judgment has been rendered.

**Schedule G**.   Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that

such contract or agreement is or is not an executory contract or unexpired lease that was in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. Multiple listings may not reflect distinct contracts between the applicable Debtor and such supplier or provider but, instead, a series of documents comprising a single contract. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or terminated prior to the Petition Date. The Debtors reserve their rights to argue that any of the contracts, agreements, and leases listed on Schedule G expired or terminated prior to the Petition Date. Additionally, some of the contracts, agreements, and leases listed on Schedule G may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G [verify]. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on Schedule G.

**Schedule H**. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because the Debtors have treated

all such Claims as contingent, disputed, or unliquidated, such Claims may not have been set forth individually on Schedule H. Litigation cost and expenses that can be reasonably estimated can be found on each Debtor's Schedule E/F part 2. All material litigation matters are listed under Statement 7, as applicable.

## Specific Disclosures with Respect to the Statements

**Statement 1**.  The revenue amounts shown in response to this question are net of returns and allowances, coupons, discounts and shipping and handling. Revenue amounts listed in Statement 1 reflect 3rd party revenue.

**Statement 3**.  The amounts listed in Statement 3 reflect the Debtors' disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3. In addition, for the sake of completeness and out of an abundance of caution, the Debtors have listed transfers valued at less than $6,425 in their response to Statement 3.

**Statement 4**.  The Debtors reserve all rights to dispute whether someone identified in response to Statement 4 is in fact an "insider" as defined in Bankruptcy Code section 101(31).  With respect to individuals, the amounts listed reflect the universe of payments and transfers made specifically to or for the benefit of such individuals, including their regular compensation, as well as any bonuses, expense reimbursements, severance payments and/or relocation reimbursement. However, amounts paid on behalf of such employees for generally applicable employee benefit programs have not been included.  Pursuant to the Debtors' cash management system, payments made to various parties may be made from a single Debtor on behalf of one or more Debtor entities. The Debtors have only listed the Debtor entity that disbursed the payment.

In addition, for the sake of completeness and out of an abundance of caution, the Debtors have listed transfers valued at less than $6,425 in their response to Statement 4.

**Statement 6**.  The Debtors may incur setoffs resulting from the ordinary course of business with their vendors. Such setoffs are consistent with the ordinary course practices in the Debtors' industry.  Additionally, it would be overly burdensome and costly for the Debtors to list all such normal setoffs. Therefore, Statement 6 excludes such setoffs.

**Statement 7**.  The actions described in response to Statement 7 are the responsive proceedings or pending proceedings of which the Debtors are actually aware.  Any information contained in Statement 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes. Given the scale of the Debtors' operations, certain losses, including those attributable to theft, are unable to be tracked by the Debtors with complete accuracy, and accordingly, such losses have not been listed on the Debtors' Statements.

**Statement 11**.  All disbursements listed in Statement 11 were initiated and disbursed by Brooks Brothers Group Inc., but were for the benefit of all Debtors.  Such payments have been listed only at this entity and not duplicated across all Debtors.

**Statement 20**.  Off-premises storage locations are owned and operated by independent third parties.  As such, the Debtors are unable to determine all of the individuals with access to those storage locations.

**Statement 26d.**  The Debtors have provided financial statements in the ordinary course of their businesses to various financial institutions, creditors, landlords, and other parties within two years immediately before the Petition Date.  Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors have not disclosed all parties that may have received such financial statements for the purposes of Statement 26d.

**Statement 27.**  From time to time, in the ordinary course of business, the Debtors may do an informal review of inventory at one of its locations. The results of informal reviews are not listed in the response to Statement 27.

**Statement 28.**  For purposes of Statement 28, the Debtors' officers, directors, managing members, general partners, shareholders with over 10% interest in the Debtors and members or other individuals in control of the Debtors have been included.

**Statement 30.**  All known disbursements to Insiders of the Debtors, as defined above, have been listed in the response to SOFA 4.

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Brooks Brothers Group, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **20-11785** |

☐ Check if this is an
 amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..............................................................................   $   **Unknown**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................   $   **91,659,176.33**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................   $   **91,659,176.33**

---

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................   $   **269,619,018.19**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $   **1,490,212.30**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$   **195,358,207.59**

4.   **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b

   $   **466,467,438.08**

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Brooks Brothers Group, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **20-11785** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$6,298.67** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank** | **Consolidation Account - Store Deposits** | 9129 | $0.00 |
| 3.2. | **Bank of New York** | **Disbursement Account** | 2874 | $0.00 |
| 3.3. | **Bank of New York** | **Operating Account** | 2944 | $2,360,849.00 |
| 3.4. | **JP Morgan Chase Bank** | **Operating Account** | 9359 | $93,733.01 |
| 3.5. | **JP Morgan Chase Bank** | **Disbursement (All payments) - ZBA** | 7726 | $0.00 |
| 3.6. | **JP Morgan Chase Bank** | **Collection Account - ZBA** | 8790 | $137,387.13 |

Debtor    **Brooks Brothers Group, Inc.**                     Case number *(If known)* **20-11785**
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **JP Morgan Chase Bank** | **Concentration Account - ZBA** | **820** | **$0.00** |
| 3.8. | **Bank of America** | **Main Operating Acct** | **5438** | **$0.00** |
| 3.9. | **Bank of America** | **Federal Tax Acct** | **7129** | **$0.00** |
| 3.10. | **Unicredit Spa** | **USD Operating** | **7153** | **$499.37** |
| 3.11. | **Unicredit Spa** | **Euro Account** | **7762** | **$11,737.00** |
| 3.12. | **Bank of America** | **Store Depository** | **1022** | **$359.86** |
| 3.13. | **Bank of America** | **Store Depository** | **40** | **$0.00** |
| 3.14. | **Frost National Bank** | **Store Depository** | **7821** | **$0.00** |
| 3.15. | **Wells Fargo Bank** | **Depository** | **1428** | **$0.00** |
| 3.16. | **Bank of America** | **Depository** | **3605** | **$0.00** |
| 3.17. | **Regions Bank** | **Depository** | **7939** | **$0.00** |
| 3.18. | **Bank of America** | **Depository** | **1175** | **$321.10** |
| 3.19. | **Bank of America** | **Store Depository** | **4296** | **$0.00** |
| 3.20. | **SunTrust Bank** | **Store Depository** | **9309** | **$3,357.55** |

Debtor    **Brooks Brothers Group, Inc.**                        Case number *(If known)*  **20-11785**
          Name

| 3.21. | Bank of America | Store Depository | 8553 | $898.41 |
|---|---|---|---|---|
| 3.22. | Key Bank | Depository | 5984 | $0.00 |
| 3.23. | Fifth Third | Depository | 8575 | $0.00 |
| 3.24. | Wachovia / Wells Fargo | Depository | 8552 | $18,083.24 |
| 3.25. | PNC Bank | Depository | 6516 | $-1,276.63 |
| 3.26. | US Bank | Depository | 9376 | $0.00 |
| 3.27. | Santander (Sovereign) Bank | Depository | 5338 | $0.00 |
| 3.28. | JP Morgan Chase | Depository | 8582 | $1,708.43 |
| 3.29. | Citizens Bank | Depository | 4770 | $-597.81 |
| 3.30. | BB&T | Depository | 401 | $0.00 |
| 3.31. | Salem Five | Store Depository | 8367 | $5,661.39 |
| 3.32. | Iberia Bank | Store Depository | 387 | $4,557.41 |
| 3.33. | Peoples United Bank | Store Depository | 3646 | $4,703.09 |
| 3.34. | Berkshire Bank | Store Depository | 8566 | $4,392.44 |

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(If known)* **20-11785** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.35. | **SmartBank** | **Store Depository** | **4623** | **$2,032.96** |
| 3.36. | **Farmers Trust & Savings** | **Store Depository** | **6895** | **$4,063.36** |
| 3.37. | **Queenstown Bank of Maryland** | **Store Depository** | **3801** | **$6,255.34** |
| 3.38. | **Huntington Sky Bank** | **Store Depository** | **2443** | **$5,020.25** |
| 3.39. | **Northway Bank** | **Store Depository** | **3169** | **$4,500.34** |
| 3.40. | **First Bank of the Lake** | **Store Depository** | **201** | **$6,221.17** |
| 3.41. | **Bank OZK (Bank of the Ozarks)** | **Store Depository** | **1826** | **$6,545.45** |
| 3.42. | **Northeast Georgia Bank** | **Store Depository** | **4794** | **$3,471.09** |
| 3.43. | **Five Star Bank** | **Store Depository** | **285** | **$6,155.29** |
| 3.44. | **Wrentham Co-Operative Bank** | **Store Depository** | **2743** | **$9,385.73** |
| 3.45. | **First Citizens Bank** | **Store Depository** | **1059** | **$2,955.55** |
| 3.46. | **NBT Bank** | **Store Depository** | **810** | **$5,389.30** |
| 3.47. | **TD Bank** | **Store Depository** | **1015** | **$6,763.46** |
| 3.48. | **Bank of Ocean City** | **Store Depository** | **7438** | **$2,725.83** |

Debtor    **Brooks Brothers Group, Inc.**                    Case number *(If known)* **20-11785**
Name

| | | | | |
|---|---|---|---|---|
| 3.49. | **All America Bank** | Store Depository | 2283 | $5,063.67 |
| 3.50. | **United Community Bank** | Store Depository | 8848 | $3,685.05 |
| 3.51. | **Core Plus Credit Union (formerlyCT Community Credit Union, Inc)** | Store Depository | 5753 | $4,149.73 |
| 3.52. | **Bank of Hawaii Waipahu Center** | Store Depository | 1386 | $4,590.14 |
| 3.53. | **American National Bank** | Store Depository | 4392 | $3,447.85 |
| 3.54. | **Banker's Trust** | Store Depository | 5376 | $1,029.36 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                          $2,746,123.58
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **23RD STREET ESTATES, COMPANY APARTMENT DEPOSIT** | $5,600.00 |
| 7.2. | **23RD STREET ESTATES, COMPANY APARTMENT DEPOSIT** | $5,700.00 |
| 7.3. | **23RD STREET ESTATES, COMPANY APARTMENT DEPOSIT** | $7,800.00 |
| 7.4. | **AUGUSTA PROPERTIES, INC., UTILITY DEPOSIT** | $8,165.28 |
| 7.5. | **BALDWIN EMC, UTILITY DEPOSIT** | $1,000.00 |

Debtor    **Brooks Brothers Group, Inc.**                          Case number *(If known)* **20-11785**
          Name

| 7.6. | BEEKMAN TOWERS HOLDING, LLC, COMPANY APARTMENT DEPOSIT | $12,750.00 |

| 7.7. | BOARD OF PUBLIC WORKS - SOUTH CAROLINA, UTILITY DEPOSIT | $2,500.00 |

| 7.8. | CANAL PLACE, UTILITY DEPOSIT | $253.00 |

| 7.9. | CITY OF PEABODY, UTILITY DEPOSIT | $9,800.00 |

| 7.10. | CON EDISON, UTILITY DEPOSIT | $125.00 |

| 7.11. | CON EDISON, UTILITY DEPOSIT | $160.00 |

| 7.12. | CON EDISON, UTILITY DEPOSIT | $230.00 |

| 7.13. | CULVER CITY STORAGE SPACE, UTILITY DEPOSIT | $8,118.24 |

| 7.14. | DUKE ENERGY ELECTRICITY, UTILITY DEPOSIT | $1,705.00 |

| 7.15. | ENTERGY, UTILITY DEPOSIT | $200.00 |

| 7.16. | ENTERGY, UTILITY DEPOSIT | $1,398.00 |

| 7.17. | ENTERGY ARKANSAS, UTILITY DEPOSIT | $1,207.00 |

| 7.18. | FLORIDA POWER CORPORATION, UTILITY DEPOSIT | $1,890.00 |

| 7.19. | INDIAN RIVER COUNTY UTILITIES, UTILITY DEPOSIT | $300.00 |

Debtor   **Brooks Brothers Group, Inc.**                                     Case number *(if known)*  **20-11785**
_____
Name

| | | |
|---|---|---|
| 7.20. | **INDIAN RIVER COUNTY UTILITIES, UTILITY DEPOSIT** | **$200.00** |
| 7.21. | **MIDDLE TENNESEE ELECTRIC, UTILITY DEPOSIT** | **$200.00** |
| 7.22. | **NUCOMPASS MOBILITY SERVICES, UTILITY DEPOSIT** | **$35,000.00** |
| 7.23. | **OMAHA PUBLIC POWER DISTRICT, UTILITY DEPOSIT** | **$200.00** |
| 7.24. | **SERVIER COUNTRY ELECTRIC SYSTEM, UTILITY DEPOSIT** | **$4,750.00** |
| 7.25. | **SOUTHWEST GAS CORPORATION, UTILITY DEPOSIT** | **$300.00** |
| 7.26. | **SPS COMMERCE, INC., UTILITY DEPOSIT** | **$150.00** |
| 7.27. | **WALT WHITMAN MALL, NY, UTILITY DEPOSIT** | **$320.00** |
| 7.28. | **MADE TO MEASURE SUIT CUSTOMERS, MADE TO MEASURE DEPOSITS** | **$575,633.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **ACCERTIFY, FRAUD MANAGEMENT MODULE-ANNUAL** | **$25,000.00** |
| 8.2. | **ACI WORLDWIDE CORP., ACI RETAIL COMMERCE HOSTING** | **$176,024.06** |
| 8.3. | **ACI WORLDWIDE CORP., ACI RETAIL COMMERCE SERVER** | **$14,804.08** |
| 8.4. | **ADOBE SYSTEMS INCORPORATED, ADOBE** | **$86,391.42** |

Debtor    **Brooks Brothers Group, Inc.**                    Case number *(If known)* **20-11785**
Name

| | | |
|---|---|---|
| 8.5. | NEW GENERATION COMPUTING, INC., ANDROMEDA | $18,559.38 |
| 8.6. | ORS GROUP CORPORATION, ANNUAL MAINTENANCE FEE | $29,166.67 |
| 8.7. | BOOMI, INC., API MGMT TIER & SUPPORT | $10,139.02 |
| 8.8. | INNOVATIVE INFORMATION SOLUTION, ARISTA HW SUPPORT | $115,062.19 |
| 8.9. | INNOVATIVE INFORMATION SOLUTION, ARTISA CLOUD VISION | $16,089.30 |
| 8.10. | INFOR (US) INC., BIRST | $116,949.58 |
| 8.11. | BLUECORE INC., BLUECORE (TRIGGERS) EMAIL CONTRACT DEC 19-SEP 20 | $74,325.00 |
| 8.12. | NETJETS, CITATION LATITUDE PLANE CONTRACT-ONE MONTH MANAGEMENT FEE (FY17) | $18,906.00 |
| 8.13. | REGO CONSULTING CORPORATION, CLARITY PPM | $4,793.82 |
| 8.14. | INSIGHT DIRECT USA, INC., CLOUD SAAS | $115,618.22 |
| 8.15. | MAYBURY ASSOCIATES INC., CONSTRUCTION CHARGEBACKS | $10,179.65 |
| 8.16. | SIEMENS INDUSTRY, INC., CONSTRUCTION CHARGEBACKS | $8,699.43 |
| 8.17. | SIEMENS INDUSTRY, INC., CONSTRUCTION CHARGEBACKS | $6,083.22 |
| 8.18. | CIPHER TECH'S INC., CROWDSTRIKE | $23,157.94 |

Debtor    **Brooks Brothers Group, Inc.**                              Case number *(If known)* **20-11785**
          Name

| | | |
|---|---|---|
| 8.19. | **CIPHER TECH'S INC., CROWDSTRIKE - FALCON & DISCOVER** | **$7,952.80** |
| 8.20. | **MICROSOFT CORPORATION, ENTERPRISE APPLICATIONS** | **$196.93** |
| 8.21. | **MICROSOFT CORPORATION, ENTERPRISE PRODUCTS** | **$33,354.99** |
| 8.22. | **MICROSOFT CORPORATION, ENTERPRISE PRODUCTS** | **$7,675.34** |
| 8.23. | **PATRICK SHER PICTURES, FALL 20 WOMEN'S LOOK BOOK** | **$2,100.00** |
| 8.24. | **CDW DIRECT, LLC, GOLDEN FLEECE ORNAMENTS** | **$109,944.00** |
| 8.25. | **HEAD OF THE CHARLES REGATTA, INC., HEAD OF THE CHARLES SPONSORSHIP - OCTOBER 2020** | **$175,000.00** |
| 8.26. | **INNOVATIVE INFORMATION SOLUTION, IBM MAINTENANCE** | **$17,534.89** |
| 8.27. | **INNOVATIVE INFORMATION SOLUTION, IBM MAINTENANCE** | **$26,572.89** |
| 8.28. | **INSIGHT DIRECT USA, INC., ADOBE LICENSING** | **$22,795.60** |
| 8.29. | **RAPID7, INSIGHT VULNERABILITY MGMT** | **$12,856.90** |
| 8.30. | **SAS INSTITUTE INC., LICENSE AGREEMENT 51911** | **$45,899.24** |
| 8.31. | **ORACLE AMERICA, INC., LOCATE & SERENADE** | **$22,392.94** |
| 8.32. | **LUCERNEX, LEASE SOFTWARE MAINTENANCE** | **$51,375.00** |

Debtor   **Brooks Brothers Group, Inc.**                          Case number *(If known)*  **20-11785**
         Name

| 8.33. | MICROSOFT CORPORATION, MICROSOFT  DATA CENTER LICENSES (SQL/AZURE) | $312,391.82 |
|---|---|---|
| 8.34. | NARVAR, INC., PREMIER SUCCESS AND SUPPORT | $102,509.72 |
| 8.35. | CIPHER TECH'S INC., OKTA | $6,733.33 |
| 8.36. | THOMSON REUTERS TAX & ACCOUNTING -, ONESOURCE GLOBAL | $37,344.75 |
| 8.37. | CIPHER TECH'S INC., PALO ALTO SWM | $97,936.53 |
| 8.38. | CIPHER TECH'S INC., PALO ALTO SWM | $40,951.84 |
| 8.39. | CIPHER TECH'S INC., PALO ALTO SWM | $32,848.44 |
| 8.40. | CIPHER TECH'S INC., PALO ALTO SWM | $31,895.14 |
| 8.41. | INTERNATIONAL TENNIS HALL OF FAME, PR - TENNIS HALL FAME SPONSORSHIP JULY (ZI) | $30,000.00 |
| 8.42. | PREDICT SPRING, POS SUPPORT | $43,750.00 |
| 8.43. | MANHATTAN ASSOCIATES, SAAS FEE CLOUD | $61,946.67 |
| 8.44. | MANHATTAN ASSOCIATES, SAAS FEE CLOUD | $92,920.00 |
| 8.45. | MISSOURI DEPARTMENT OF TREASURY, SALES TAX | $65,961.92 |
| 8.46. | IOWA DEPARTMENT OF TREASURY, SALES TAX | $1,360.00 |

Debtor  **Brooks Brothers Group, Inc.**                              Case number *(If known)*  **20-11785**
        Name

| | | |
|---|---|---|
| 8.47. | **ILLINOIS DEPARTMENT OF TREASURY, SALES TAX** | $236,650.00 |
| 8.48. | **PENNSYLVANIA DEPARTMENT OF TREASURY, SALES TAX** | $3,655.39 |
| 8.49. | **MICHIGAN DEPARTMENT OF TREASURY, SALES TAX** | $196.88 |
| 8.50. | **NORTH CAROLINA DEPARTMENT OF TREASURY, SALES TAX** | $4,926.80 |
| 8.51. | **OKLAHOMA DEPARTMENT OF TREASURY, SALES TAX** | $484.98 |
| 8.52. | **SALESFORCE.COM, INC., SALESFORCE - GMV** | $795,375.00 |
| 8.53. | **SALESFORCE.COM, INC., SALESFORCE EMAIL (DEPLOYMENT)** | $148,047.97 |
| 8.54. | **SALESFORCE.COM, INC., SALESFORCE-EMAIL (HOURS)** | $196,344.97 |
| 8.55. | **SAP INDUSTRIES, INC., SAP ENTERPRISE SUPPORT** | $56,208.23 |
| 8.56. | **SAP INDUSTRIES, INC., SAP ENTERPRISE SUPPORT** | $196,315.41 |
| 8.57. | **SAP INDUSTRIES, INC., SAP ENTERPRISE SUPPORT** | $14,284.86 |
| 8.58. | **SAP INDUSTRIES, INC., SAP ENTERPRISE SUPPORT** | $17,574.72 |
| 8.59. | **SAP INDUSTRIES, INC., SAP ENTERPRISE SUPPORT** | $19,767.94 |
| 8.60. | **SAP INDUSTRIES, INC., SAP ENTERPRISE SUPPORT** | $4,543.65 |

Debtor    **Brooks Brothers Group, Inc.** _____    Case number *(If known)* **20-11785**
Name

| | | |
|---|---|---|
| 8.61. | SAP INDUSTRIES, INC., SAP ENTERPRISE SUPPORT | $4,543.65 |
| 8.62. | SAP INDUSTRIES, INC., SAP ENTERPRISE SUPPORT | $51,939.25 |
| 8.63. | SAP INDUSTRIES, INC., SAP ENTERPRISE SUPPORT | $20,997.90 |
| 8.64. | SAP INDUSTRIES, INC., SAP ENTERPRISE SUPPORT | $226.11 |
| 8.65. | SAP INDUSTRIES, INC., SAP ENTERPRISE SUPPORT | $35,376.90 |
| 8.66. | SAP INDUSTRIES, INC., SAP ENTERPRISE SUPPORT | $112,272.30 |
| 8.67. | SAS INSTITUTE INC., SAS FINANCIAL MANAGEMENT | $57,166.00 |
| 8.68. | CIPHER TECH'S INC., SIEMPLIFY (SOAR) | $30,566.73 |
| 8.69. | WORKFORCE SOFTWARE, LLC, SOFTWARE DEVELOPMENT | $42,280.71 |
| 8.70. | MANHATTAN ASSOCIATES, SOFTWARE ENHANCEMENTS | $98,875.70 |
| 8.71. | NEW YORK DEPARTMENT OF FINANCE, STORE 6001 PREPAID TAXES | $2,272,656.60 |
| 8.72. | PRLHC ANNAPOLIS TWNCNTR, STORE 6016 PREPAID TAX | $39,452.62 |
| 8.73. | PRLHC ANNAPOLIS TWNCNTR, STORE 6095 PREPAID TAXES | $30,482.64 |
| 8.74. | TRINTECH, INC., TRINITECH, INC. 00353494 | $44,343.35 |

Debtor    **Brooks Brothers Group, Inc.**                                    Case number *(If known)* **20-11785**
          Name

| 8.75. | 39-15 SKILLMAN REALTY CO LLC, VARIABLE INSURANCE PREPAID | $12,713.00 |
| 8.76. | FORBES/COHEN FLORIDA PROPERTIES LTD., VARIABLE MAD PREPAID | $19,228.00 |
| 8.77. | WATERSIDE SHOPS AT PELICAN BAY, VARIABLE MAD PREPAID | $2,071.00 |
| 8.78. | FORBES TAUBMAN ORLANDO LLC, VARIABLE MAD PREPAID | $6,767.00 |
| 8.79. | 39-15 SKILLMAN REALTY CO LLC, VARIABLE REAL ESTATE TAX PREPAID | $107,610.00 |
| 8.80. | 1513 WALNUT ST LLC, VARIABLE REAL ESTATE TAX PREPAID | $17,385.00 |
| 8.81. | KLEBAN DARIEN LLC, VARIABLE REAL ESTATE TAX PREPAID | $32,517.00 |
| 8.82. | GLENWOOD MANAGEMENT CORP, VARIABLE REAL ESTATE TAX PREPAID | $17,160.00 |
| 8.83. | INSIGHT DIRECT USA, INC., VELOCLOUD | $258,140.80 |
| 8.84. | VERTERIM, INC., ARCHER HOSTING | $1,166.17 |
| 8.85. | VERTEX INC., VERTEX O SERIES | $6,248.89 |
| 8.86. | WINSHUTTLE, LLC, WINSHUTTLE RUNNER | $29,013.08 |
| 8.87. | ELIZABETH A. GOURLAY, WINTER 20 FACTORY BUSTS | $800.00 |
| 8.88. | SARAH ATTIAS, WINTER 20 FACTORY BUSTS | $800.00 |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 8.89. | LIAM GOODMAN PHOTOGRAPHY, WINTER 20 FACTORY BUSTS | $700.00 |
| 8.90. | EF CREATIVE, WINTER 20 RF LOOK BOOK | $1,000.00 |
| 8.91. | ART DEPARTMENT, WINTER 20 RF LOOK BOOK | $1,225.00 |
| 8.92. | ART DEPARTMENT, WINTER 20 RF LOOK BOOK | $1,225.00 |
| 8.93. | ART DEPARTMENT, WINTER 20 RF LOOK BOOK | $1,225.00 |
| 8.94. | MEGAN PFIFFNER, WINTER 20 RF LOOK BOOK | $1,500.00 |
| 8.95. | VNY MODEL MANAGEMENT, WINTER 20 RF LOOK BOOK | $3,600.00 |
| 8.96. | DNA MODEL MANAGEMENT, INC, WINTER 20 RF LOOK BOOK | $3,600.00 |
| 8.97. | AVELLINO ALFRED, WINTER 20 RF LOOK BOOK | $1,400.00 |
| 8.98. | MICHAEL BEAUPLET, WINTER 20 WOMEN'S LOOK BOOK | $7,070.00 |
| 8.99. | MERCEDES ALONTE, WINTER 20 WOMEN'S LOOK BOOK | $850.00 |
| 8.100. | THE SOCIETY MODEL MANAGEMENT, INC., WINTER 20 WOMEN'S LOOK BOOK | $14,400.00 |
| 8.101. | ACI WORLDWIDE CORP., ACI RETAIL COMMERCE ANNUAL SERVICE | $27,069.90 |
| 8.102. | CIPHER TECH'S INC., CROWDSTRIKE | $49,265.10 |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

| 8.10 3. | **CIPHER TECH'S INC., CROWDSTRIKE - FALCON & DISCOVER** | $15,748.17 |
|---|---|---|
| 8.10 4. | **CIPHER TECH'S INC., FORTINET** | $59,770.81 |
| 8.10 5. | **MAD MOBILE, INC., ANNUAL CLOUD SERVICE FEES** | $162,500.00 |
| 8.10 6. | **MICROSOFT CORPORATION, ENTERPRISE PRODUCTS** | $7,516.75 |
| 8.10 7. | **MICROSOFT CORPORATION, ENTERPRISE PRODUCTS** | $15,465.25 |
| 8.10 8. | **ORACLE AMERICA, INC., XSTORE LICENSES** | $75,721.39 |
| 8.10 9. | **ZUDY SOFTWARE, STORE EXCELLENCE SOFTWARE** | $60,600.00 |
| 8.11 0. | **WOMEN MANAGEMENT, WINTER 20 WOMEN'S LOOK BOOK** | $6,000.00 |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$8,614,434.75

**Part 3:**     Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:     **8,984,261.00** -     **0.00** =....     $8,984,261.00
          face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     **6,109,100.00** -     **0.00** =....     $6,109,100.00
          face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$15,093,361.00

**Part 4:**     Investments

Debtor    **Brooks Brothers Group, Inc.**
     Name

Case number *(If known)* **20-11785**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership | | Current value of debtor's interest |
|---|---|---|---|---|
| 15.1. | **696 White Plains Road, LLC** | **100.00%** % | | Unknown |
| 15.2. | **Brooks Brothers Europe S.r.L** | **100.00%** % | | Unknown |
| 15.3. | **BROOKS BROTHERS FAR EAST LTD** | **99.80%** % | | Unknown |
| 15.4. | **Brooks Brothers International, LLC** | **100.00%** % | | Unknown |
| 15.5. | **Brooks Brothers Japan Ltd** | **60.00%** % | | Unknown |
| 15.6. | **Brooks Brothers Restaurant, LLC** | **100.00%** % | | Unknown |
| 15.7. | **Deconic, LLC** | **100.00%** % | | Unknown |
| 15.8. | **Golden Fleece Manufacturing** | **100.00%** % | | Unknown |
| 15.9. | **Q.C. Service Limited (Cook Island)** | **100.00%** % | | Unknown |
| 15.10. | **RBA Wholesale, LLC** | **100.00%** % | | Unknown |
| 15.11. | **Retail Brand Alliance Gift Card Services, LLC** | **100.00%** % | | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

15.12
.   **Retail Brand Alliance of Puerto Rico, Inc.**    100.00% %    _____    Unknown

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                                   Unknown
Add lines 14 through 16. Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** RAW MATERIAL | **N/A** | **$84,047.07** | UNKNOWN | Unknown |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** FINISHED GOODS - ON HAND AND IN TRANSIT, RESERVES | **N/A** | $218,430,369.60 | UNKNOWN | Unknown |
| 22.  **Other inventory or supplies** | | | | |

23.    **Total of Part 5.**                                                                   Unknown
Add lines 19 through 22. Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value            Valuation method    **Weighted**    Current Value
                697,818.85                **Average Cost**                0.00
                                           **Method**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures**<br>**OFFICE FIXTURES - F&F** | **$6,589,447.49** | **N/A** | **Unknown** |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**OFFICE EQUIPMENT - IT** | **$17,774,585.44** | **N/A** | **Unknown** |
| 42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

**Unknown**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 49.1.  **AIRCRAFT AND ACCESSORIES** | **$887,290.14** | **Unknown** | **Unknown** |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**OTHER MACHINERY** | **$30,625.83** | **N/A** | **Unknown** |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* | **20-11785** |
|---|---|---|---|
| | Name | | |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| Unknown |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Leasehold Improvements - Multiple** | **Tenant** | **$54,385,147.66** | Unknown | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| Unknown |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**BB COUNTRY CLUB LOGO (Anguilla)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Anguilla)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                    Case number *(If known)*  **20-11785**
Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS COUNTRY CLUB (Anguilla)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Anguilla)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Antigua & Barbuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Antigua & Barbuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Antigua & Barbuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS BB COUNTRY CLUB Logo (Antigua & Barbuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Antigua & Barbuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Antigua & Barbuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Antigua & Barbuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Antigua & Barbuda)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Antigua & Barbuda)** | Unknown | Unknown | Unknown |
| **PROSPORT (Antigua & Barbuda)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Antigua & Barbuda)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Argentina)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Argentina)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Argentina)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Argentina)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Argentina)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                                    Case number *(If known)*  **20-11785**
          Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS FLATIRON SHOP (Armenia)** | Unknown | Unknown | Unknown |
| **346 (Aruba)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Aruba)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Aruba)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Aruba)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Aruba)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Aruba)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Aruba)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Aruba)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Aruba)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Aruba)** | Unknown | Unknown | Unknown |
| **MAKERS AND MERCHANTS (Aruba)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Aruba)** | Unknown | Unknown | Unknown |
| **346 BROOKS BROTHERS (Australia)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Australia)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Australia)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Australia)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Australia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Australia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Australia)** | Unknown | Unknown | Unknown |

Debtor   **Brooks Brothers Group, Inc.**                           Case number *(If known)*  **20-11785**
         Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS 1818 (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS and Hanging Sheep Design (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS FLATIRON SHOP (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS MADISON (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKSEASE (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE BEING LIFTED BY SCROLL (Australia)** | **Unknown** | **Unknown** | **Unknown** |
| **MAKERS AND MERCHANTS (Australia)** | **Unknown** | **Unknown** | **Unknown** |

Debtor   **Brooks Brothers Group, Inc.**
         _____              Case number *(If known)*  **20-11785**
         Name

| | | | |
|---|---|---|---|
| **PEAL & CO. (Australia)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Australia)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Australia)** | Unknown | Unknown | Unknown |
| **BRAEMAR and Deer Head (Austria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Austria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Austria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Azerbaijan)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Azerbaijan)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (Azerbaijan)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Azerbaijan)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Bahamas)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Bahamas)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Bahamas)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Bahamas)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Bahamas)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bahamas)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bahamas)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bahamas)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bahamas)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bahamas)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bahamas)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
Name
                                              Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS (Bahamas)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Bahamas)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (Bahamas)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Bahamas)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Bahamas)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Bahamas)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Bahamas)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Bahamas)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Bahamas)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Bahamas)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Bahamas)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Bahamas)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Bahamas)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Bahamas)** | **Unknown** | **Unknown** | **Unknown** |
| **PROSPORT (Bahamas)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 BROOKS BROTHERS (Bahrain)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 BROOKS BROTHERS (Bahrain)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 BROOKS BROTHERS (Bahrain)** | **Unknown** | **Unknown** | **Unknown** |
| **346 BROOKS BROTHERS (Bahrain)** | **Unknown** | **Unknown** | **Unknown** |

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(if known)* | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **BB COUNTRY CLUB LOGO (Bahrain)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Bahrain)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Bahrain)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Bahrain)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Bahrain)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Bahrain)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Bahrain)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Bahrain)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bahrain)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bahrain)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bahrain)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bahrain)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bahrain)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bahrain)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bahrain)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bahrain)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Bahrain)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Bahrain)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Bahrain)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (Bahrain)** | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Bahrain)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Bahrain)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Bahrain)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Bahrain)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Bahrain)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Bahrain)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Bahrain)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Bahrain)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Bahrain)** | **Unknown** | **Unknown** | **Unknown** |
| **BB (Crest Logo) (Barbados)** | **Unknown** | **Unknown** | **Unknown** |
| **BB (Crest Logo) (Barbados)** | **Unknown** | **Unknown** | **Unknown** |
| **BB (Crest Logo) (Barbados)** | **Unknown** | **Unknown** | **Unknown** |
| **BB (Crest Logo) (Barbados)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Barbados)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Barbados)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Barbados)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Barbados)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Barbados)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Barbados)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Barbados)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**                              Case number *(If known)* **20-11785**
        Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS COUNTRY CLUB (Barbados)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Barbados)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Barbados)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Barbados)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Barbados)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Barbados)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Barbados)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Barbados)** | Unknown | Unknown | Unknown |
| **PROSPORT (Barbados)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Belarus)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (Belarus)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Belarus)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Benelux)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Benelux)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Benelux)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Bermuda)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Bermuda)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Bermuda)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Bermuda)** | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **BLACK FLEECE BY BROOKS BROTHERS (Bermuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bermuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bermuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bermuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bermuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bermuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Bermuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Bermuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Bermuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Bermuda)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Bermuda)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Bermuda)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Bermuda)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Bermuda)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Bermuda)** | Unknown | Unknown | Unknown |
| **MAKERS AND MERCHANTS (Bermuda)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Bosnia & Herzegovina)** | Unknown | Unknown | Unknown |
| **1818 (Brazil)** | Unknown | Unknown | Unknown |
| **1818 (Brazil)** | Unknown | Unknown | Unknown |
| **1818 (Brazil)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                                          Case number *(If known)*  **20-11785**
          Name

| | | | |
|---|---|---|---|
| **1818 BROOKS BROTHERS (Brazil)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Brazil)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Brazil)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Brazil)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Brazil)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Brazil)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Brazil)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Brazil)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Brazil)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Brazil)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Brazil)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Brazil)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Brazil)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Brazil)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Brazil)** | Unknown | Unknown | Unknown |
| **CAROLEE (Brazil)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (Brazil)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (Brazil)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (Brazil)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Brazil)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
　　　　Name                                                        Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| **HANGING LAMB 1818 BROOKS BROTHERS script (Brazil)** | **Unknown** | **Unknown** | **Unknown** |
| **MAKERS AND MERCHANTS (Brazil)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Brazil)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Brazil)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Brunei Darussalam)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Bulgaria)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Bulgaria)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Bulgaria)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Cambodia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Stylized) (Cambodia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Stylized) (Cambodia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Stylized) (Cambodia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Stylized) (Cambodia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Stylized) (Cambodia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Stylized) (Cambodia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (Cambodia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (Cambodia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (Cambodia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Cambodia)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**
Name                                          Case number *(If known)* **20-11785**

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Cambodia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Cambodia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Cambodia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Cambodia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Cambodia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FACTORY STORE (Cambodia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FACTORY STORE (Cambodia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS GOLDEN FLEECE (Cambodia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Cambodia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Cambodia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Cambodia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Cambodia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Cambodia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Cambodia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Cambodia)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (Cambodia)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
Name

Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| **HANGING LAMB / GOLDEN FLEECE Design (Cambodia)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Cambodia)** | **Unknown** | **Unknown** | **Unknown** |
| **346 (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE BY BROOKS BROTHERS (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BRAEMAR (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BRAEMAR & Stag's Head Device (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BRAEMAR OF SCOTLAND (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS & DESIGN (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS MADISON (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (Canada)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Canada)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**
　　　　　Name

Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| BROOKS BROTHERS WOMEN (Canada) | Unknown | Unknown | Unknown |
| BROOKSCOOL (Canada) | Unknown | Unknown | Unknown |
| BROOKSEASE (Canada) | Unknown | Unknown | Unknown |
| BROOKSFLANNEL (Canada) | Unknown | Unknown | Unknown |
| BROOKSGATE (Canada) | Unknown | Unknown | Unknown |
| DEER'S HEAD DESIGN (Canada) | Unknown | Unknown | Unknown |
| FEATHERTWEED (Canada) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (Canada) | Unknown | Unknown | Unknown |
| HANGING LAMB DESIGN (Canada) | Unknown | Unknown | Unknown |
| LAMB AND RIBBON DESIGN (Canada) | Unknown | Unknown | Unknown |
| MAKERS AND MERCHANTS (Canada) | Unknown | Unknown | Unknown |
| PEAL & COMPANY (Canada) | Unknown | Unknown | Unknown |
| PROSPORT (Canada) | Unknown | Unknown | Unknown |
| RED FLEECE (Canada) | Unknown | Unknown | Unknown |
| RED FLEECE (Canada) | Unknown | Unknown | Unknown |
| RED FLEECE (Canada) | Unknown | Unknown | Unknown |
| RED FLEECE (Canada) | Unknown | Unknown | Unknown |
| THE BROOKS CARD (Canada) | Unknown | Unknown | Unknown |
| BB COUNTRY CLUB LOGO (Cayman Islands) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Cayman Islands) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS COUNTRY CLUB (Cayman Islands) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                                Case number *(If known)*  **20-11785**
Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS COUNTRY CLUB (Cayman Islands)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Cayman Islands)** | Unknown | Unknown | Unknown |
| **1818 (Chile)** | Unknown | Unknown | Unknown |
| **1818 (Chile)** | Unknown | Unknown | Unknown |
| **346 (Chile)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Chile)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Chile)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Chile)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Chile)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS BASICS (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Chile)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                    Case number *(If known)*  **20-11785**
          Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS COUNTRY CLUB (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Misc. Design) (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS, THE ORIGINAL AMERICAN BRAND (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS, THE ORIGINAL AMERICAN BRAND (Chile)** | Unknown | Unknown | Unknown |
| **BROOKS STRETCH (Chile)** | Unknown | Unknown | Unknown |
| **BROOKSCOOL (Chile)** | Unknown | Unknown | Unknown |
| **BROOKSFLANNEL (Chile)** | Unknown | Unknown | Unknown |
| **BROOKSSTORM (Chile)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Chile)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Chile)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Chile)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Chile)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Chile)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Chile)** | Unknown | Unknown | Unknown |
| **MAKERS AND MERCHANTS (Chile)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Chile)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Chile)** | Unknown | Unknown | Unknown |
| **1818 (China)** | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(If known)* **20-11785** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 1818 (China) | Unknown | Unknown | Unknown |
| BB 1818 (China) | Unknown | Unknown | Unknown |
| BB 1818 (China) | Unknown | Unknown | Unknown |
| BLACK FLEECE (China) | Unknown | Unknown | Unknown |
| BLACK FLEECE (China) | Unknown | Unknown | Unknown |
| BLACK FLEECE (China) | Unknown | Unknown | Unknown |
| BLACK FLEECE and Device (China) | Unknown | Unknown | Unknown |
| BLACK FLEECE BY BROOKS BROTHERS (China) | Unknown | Unknown | Unknown |
| BLACK FLEECE BY BROOKS BROTHERS (China) | Unknown | Unknown | Unknown |
| BLACK FLEECE BY BROOKS BROTHERS with GOLDEN FLEECE DESIGN (China) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (China) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (China) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (China) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (China) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (China) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (China) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (China) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (China) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (China) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (China) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                          Case number *(If known)*  **20-11785**
<br>Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (in Chinese Characters) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (in Chinese Characters) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (in Chinese Characters) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (in Chinese Characters) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (in Chinese Characters) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (in Chinese Characters) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (in Chinese Characters) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (in Chinese Characters) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (China)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                                   Case number *(If known)*  **20-11785**
          Name

| | | | |
|---|---|---|---|
| BROOKS BROTHERS (Stylized) (China) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 (China) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 (China) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 (China) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 COUNTRY CLUB LOGO (China) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 COUNTRY CLUB LOGO (China) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 COUNTRY CLUB LOGO (China) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (China) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (China) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (China) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (China) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (China) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (China) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (China) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (China) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (China) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (China) | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**
Name                                              Case number *(If known)* **20-11785**

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS BLACK LABEL (Chinese Characters) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS BLACK LABEL (Chinese Characters) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS BLACK LABEL (Chinese Characters) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS BLACK LABEL (Chinese Characters) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS BLACK LABEL (Chinese Characters) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS BLACK LABEL (Chinese Characters) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS BLACK LABEL (Chinese Characters) (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (China)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (China)** | Unknown | Unknown | Unknown |

Debtor     **Brooks Brothers Group, Inc.**                              Case number *(If known)* **20-11785**
Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS RED FLEECE (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED LABEL (Chinese Characters) (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED LABEL (Chinese Characters) (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED LABEL (Chinese Characters) (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED LABEL (Chinese Characters) (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED LABEL (Chinese Characters) (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED LABEL (Chinese Characters) (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED LABEL (Chinese Characters) (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKSCOOL (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKSCOOL (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKSFLANNEL (China)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKSGATE (China)** | **Unknown** | **Unknown** | **Unknown** |

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(If known)* **20-11785** | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| DIGITAL TAILOR (China) | Unknown | Unknown | Unknown |
| DIGITAL TAILORING (China) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (China) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (China) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (China) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (China) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (China) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (China) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (China) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (China) | Unknown | Unknown | Unknown |
| Golden Fleece Design (China) | Unknown | Unknown | Unknown |
| Golden Fleece Design (China) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (China) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (China) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (China) | Unknown | Unknown | Unknown |
| MAKERS AND MERCHANTS (China) | Unknown | Unknown | Unknown |
| PEAL & CO. (China) | Unknown | Unknown | Unknown |
| PEAL & CO. (China) | Unknown | Unknown | Unknown |
| PEAL & CO. (China) | Unknown | Unknown | Unknown |
| PEAL &CO. (China) | Unknown | Unknown | Unknown |
| RED FLEECE (China) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                          Case number *(If known)* **20-11785**
Name

| | | |
|---|---|---|
| RED FLEECE (China) | Unknown    Unknown | Unknown |
| RED FLEECE (Misc. Design) (China) | Unknown    Unknown | Unknown |
| RED FLEECE (Misc. Design) (China) | Unknown    Unknown | Unknown |
| RED FLEECE (Misc. Design) (China) | Unknown    Unknown | Unknown |
| RED FLEECE (Misc. Design) (China) | Unknown    Unknown | Unknown |
| RED FLEECE (Misc. Design) (China) | Unknown    Unknown | Unknown |
| 1818 BROOKS BROTHERS (Colombia) | Unknown    Unknown | Unknown |
| 1818 BROOKS BROTHERS (Colombia) | Unknown    Unknown | Unknown |
| 346 BROOKS BROTHERS (Colombia) | Unknown    Unknown | Unknown |
| BB (Colombia) | Unknown    Unknown | Unknown |
| BB COUNTRY CLUB LOGO (Colombia) | Unknown    Unknown | Unknown |
| BB COUNTRY CLUB LOGO (Colombia) | Unknown    Unknown | Unknown |
| BLACK FLEECE (Colombia) | Unknown    Unknown | Unknown |
| BLACK FLEECE (Colombia) | Unknown    Unknown | Unknown |
| BLACK FLEECE BY BROOKS BROTHERS (Colombia) | Unknown    Unknown | Unknown |
| BROOKS BROTHERS (Colombia) | Unknown    Unknown | Unknown |
| BROOKS BROTHERS (Colombia) | Unknown    Unknown | Unknown |
| BROOKS BROTHERS (Colombia) | Unknown    Unknown | Unknown |
| BROOKS BROTHERS (Colombia) | Unknown    Unknown | Unknown |
| BROOKS BROTHERS (Colombia) | Unknown    Unknown | Unknown |
| BROOKS BROTHERS (Colombia) | Unknown    Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                              Case number *(If known)*  **20-11785**
          Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS 1818 (Colombia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Colombia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Colombia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Colombia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Colombia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (Colombia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Colombia)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Colombia)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Colombia)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Colombia)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Colombia)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Colombia)** | Unknown | Unknown | Unknown |
| **MAKERS AND MERCHANTS (Colombia)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Colombia)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Colombia)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Colombia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Script form) & GOLDEN FLEECE Logo (Costa Rica)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS Scriptive w/ GOLDEN FLEECE Logo (Costa Rica)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Croatia)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
          Name                                                    Case number *(If known)* **20-11785**

| | | | |
|---|---|---|---|
| BROOKS BROTHERS (Cuba) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Cuba) | Unknown | Unknown | Unknown |
| 346 (Curacao) | Unknown | Unknown | Unknown |
| BB COUNTRY CLUB LOGO (Curacao) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Curacao) | Unknown | Unknown | Unknown |
| BLACK FLEECE BY BROOKS BROTHERS (Curacao) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Curacao) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS COUNTRY CLUB (Curacao) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (Curacao) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Curacao) | Unknown | Unknown | Unknown |
| PEAL & CO. (Curacao) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Czech Republic) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Czech Republic) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS and GOLDEN FLEECE LOGO (Czechoslovakia) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Word Mark) (Denmark) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Denmark) | Unknown | Unknown | Unknown |
| 346 (Dominican Republic) | Unknown | Unknown | Unknown |
| BB COUNTRY CLUB LOGO (Dominican Republic) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Dominican Republic) | Unknown | Unknown | Unknown |

Debtor   **Brooks Brothers Group, Inc.**                          Case number *(If known)*  **20-11785**
_____
Name

| | | | |
|---|---|---|---|
| **BLACK FLEECE BY BROOKS BROTHERS (Dominican Republic)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Dominican Republic)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (Dominican Republic)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Dominican Republic)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Dominican Republic)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Dominican Republic)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Dominican Republic)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Dominican Republic)** | **Unknown** | **Unknown** | **Unknown** |
| **HANGING LAMB DESIGN (Dominican Republic)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Dominican Republic)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Egypt)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS FLATIRON SHOP (Egypt)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS MADISON (Egypt)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Egypt)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Script form) & GOLDEN FLEECE Logo (El Salvador)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Script form) & GOLDEN FLEECE Logo (El Salvador)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Script form) & GOLDEN FLEECE Logo (El Salvador)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Script form) & GOLDEN FLEECE Logo (El Salvador)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**
Name

Case number *(If known)* **20-11785**

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS (Script form) & GOLDEN FLEECE Logo (El Salvador)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Script form) & GOLDEN FLEECE Logo (El Salvador)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Script form) & GOLDEN FLEECE Logo (El Salvador)** | Unknown | Unknown | Unknown |
| **1818 (EUTM)** | Unknown | Unknown | Unknown |
| **346 (EUTM)** | Unknown | Unknown | Unknown |
| **BB 1818 COUNTRY CLUB Logo (EUTM)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (EUTM)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (EUTM)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (EUTM)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS 346 (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS BASICS (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS BASICS (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (EUTM)** | Unknown | Unknown | Unknown |

Debtor   **Brooks Brothers Group, Inc.**
         Name                                              Case number *(If known)* **20-11785**

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS COUNTRY CLUB (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FACTORY STORE (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MAKERS AND MERCHANTS (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS STRETCH (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKS STRETCH (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKSCOOL (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKSFLANNEL (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKSGATE (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKSSTORM (EUTM)** | Unknown | Unknown | Unknown |
| **BROOKSWEATHER (EUTM)** | Unknown | Unknown | Unknown |
| **DIGITAL TAILORING (EUTM)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (EUTM)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (EUTM)** | Unknown | Unknown | Unknown |
| **MAKERS AND MERCHANTS (EUTM)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
Name                                                Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| **PEAL & CO. (EUTM)** | Unknown | Unknown | Unknown |
| **RED FLEECE (EUTM)** | Unknown | Unknown | Unknown |
| **THE BROOKS CARD (EUTM)** | Unknown | Unknown | Unknown |
| **346 BROOKS BROTHERS (Fiji)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Fiji)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Fiji)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Fiji)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Fiji)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Fiji)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Fiji)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS Scriptive DESIGN (Fiji)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS Scriptive DESIGN (Fiji)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Fiji)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Fiji)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Fiji)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Fiji)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Fiji)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Fiji)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Fiji)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Fiji)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Fiji)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                    Case number *(If known)* **20-11785**
Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS 1818 (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS MADISON (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **MISS MADISON (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **PROSPORT (Fiji)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Fiji)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**                    Case number *(If known)*  **20-11785**
          Name

| | | | |
|---|---|---|---|
| **RED FLEECE (Fiji)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Fiji)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Fiji)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Fiji)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Fiji)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Fiji)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Fiji)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Fiji)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Fiji)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Fiji)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Finland)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS GOLDEN FLEECE Logo (Finland)** | Unknown | Unknown | Unknown |
| **346 BROOKS BROTHERS (France)** | Unknown | Unknown | Unknown |
| **346 BROOKS BROTHERS (France)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (France)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (France)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (France)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (France)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (France)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (France)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (France)** | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(If known)* **20-11785** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (France)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (France)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (France)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (France)** | Unknown | Unknown | Unknown |
| **BROOKSCLOTH (France)** | Unknown | Unknown | Unknown |
| **BROOKSWEAVE (France)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (France)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (France)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (France)** | Unknown | Unknown | Unknown |
| **MISS MADISON (France)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (France)** | Unknown | Unknown | Unknown |
| **RED FLEECE (France)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Georgia)** | Unknown | Unknown | Unknown |
| **BRAEMAR (Germany)** | Unknown | Unknown | Unknown |
| **BRAEMAR and Deer Head (Germany)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Germany)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Germany)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Germany)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Germany)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                          Case number *(If known)*  **20-11785**
　　　　　　Name

| | | | |
|---|---|---|---|
| **BROOKSCLOTH (Germany)** | Unknown | Unknown | Unknown |
| **BROOKSWEAVE (Germany)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Germany)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Germany)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Germany)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Ghana)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
Name

Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FACTORY STORE (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FACTORY STORE (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Ghana)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Ghana)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Ghana)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (Ghana)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Ghana)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Ghana)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Greece)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Greece)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Greece)** | Unknown | Unknown | Unknown |
| **346 BROOKS BROTHERS (Guatemala)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
          Name _____    Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| **BB COUNTRY CLUB LOGO (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE BY BROOKS BROTHERS (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE BY BROOKS BROTHERS (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**
          Name

Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS MADISON (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS MISS MADISON (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BTB BROOKS BROTHERS and Design (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BTB BROOKS BROTHERS and Design (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BTB BROOKS BROTHERS and Design (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **BTB BROOKS BROTHERS and Design (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **HANGING LAMB DESIGN (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **HANGING LAMB DESIGN (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **HANGING LAMB DESIGN (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **HANGING LAMB DESIGN (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **HANGING LAMB DESIGN (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |
| **HANGING LAMB Device (Guatemala)** | **Unknown** | **Unknown** | **Unknown** |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **HANGING LAMB Device (Guatemala)** | Unknown | Unknown | Unknown |
| **MISS MADISON (Guatemala)** | Unknown | Unknown | Unknown |
| **MISS MADISSON (Guatemala)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Guatemala)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Guatemala)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Guatemala)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Guatemala)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Guatemala)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Guatemala)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Guatemala)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Guatemala)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Guatemala)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Haiti)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Haiti)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Haiti)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Haiti)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Haiti)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Haiti)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Haiti)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
Name

Case number *(If known)* **20-11785**

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS (Script form) & GOLDEN FLEECE Logo (Honduras)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Script form) & GOLDEN FLEECE Logo (Honduras)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Script form) & GOLDEN FLEECE Logo (Honduras)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Script form) & GOLDEN FLEECE Logo (Honduras)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Script form) & GOLDEN FLEECE Logo (Honduras)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS Scriptive w/ GOLDEN FLEECE Logo (Honduras)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS Scriptive w/ GOLDEN FLEECE Logo (Honduras)** | Unknown | Unknown | Unknown |
| **BB 1818 (Hong Kong)** | Unknown | Unknown | Unknown |
| **BB 1818 (Hong Kong)** | Unknown | Unknown | Unknown |
| **BB 1818 COUNTRY CLUB Logo (Hong Kong)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Hong Kong)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Hong Kong)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BROOKS BROTHERS (Hong Kong)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Hong Kong)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Hong Kong)** | Unknown | Unknown | Unknown |
| **BRAEMAR (Hong Kong)** | Unknown | Unknown | Unknown |
| **BRAEMAR (Hong Kong)** | Unknown | Unknown | Unknown |
| **BRAEMAR & Stag's Head (Hong Kong)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                                    Case number *(If known)*  **20-11785**
Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (in Chinese characters) (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (in Chinese characters) (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (Hong Kong)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Hong Kong)** | Unknown | Unknown | Unknown |

Debtor  **Brooks Brothers Group, Inc.**                           Case number *(If known)*  **20-11785**
Name

| | | | |
|---|---|---|---|
| BROOKSCOOL (Hong Kong) | Unknown | Unknown | Unknown |
| BROOKSEASE (Hong Kong) | Unknown | Unknown | Unknown |
| BROOKSFLANNEL (Hong Kong) | Unknown | Unknown | Unknown |
| BROOKSSTORM (Hong Kong) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (Hong Kong) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (Hong Kong) | Unknown | Unknown | Unknown |
| MAKERS AND MERCHANTS (Hong Kong) | Unknown | Unknown | Unknown |
| PEAL & CO. (Hong Kong) | Unknown | Unknown | Unknown |
| RED FLEECE (Hong Kong) | Unknown | Unknown | Unknown |
| THE BROOKS CARD (Hong Kong) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Hungary) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Hungary) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Iceland) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Iceland) | Unknown | Unknown | Unknown |
| 1818 (India) | Unknown | Unknown | Unknown |
| 346 (India) | Unknown | Unknown | Unknown |
| BB COUNTRY CLUB LOGO (India) | Unknown | Unknown | Unknown |
| BB COUNTRY CLUB LOGO (India) | Unknown | Unknown | Unknown |
| BB COUNTRY CLUB LOGO (India) | Unknown | Unknown | Unknown |
| BLACK FLEECE (India) | Unknown | Unknown | Unknown |
| BLACK FLEECE (India) | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| BLACK FLEECE BY BROOKS BROTHERS (India) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (India) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (India) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (India) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (India) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (India) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 (India) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS COUNTRY CLUB (India) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS COUNTRY CLUB (India) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS COUNTRY CLUB (India) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS FACTORY STORE (India) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS FLATIRON SHOP (India) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS FLEECE (India) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS MADISON (India) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (India) | Unknown | Unknown | Unknown |
| BROOKSGATE (India) | Unknown | Unknown | Unknown |
| BROOKSTWEED (India) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (India) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (India) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (India) | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| GOLDEN FLEECE LOGO (India) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (India) | Unknown | Unknown | Unknown |
| MAKERS AND MERCHANTS (India) | Unknown | Unknown | Unknown |
| 346 (Indonesia) | Unknown | Unknown | Unknown |
| BB COUNTRY CLUB LOGO (Indonesia) | Unknown | Unknown | Unknown |
| BB COUNTRY CLUB LOGO (Indonesia) | Unknown | Unknown | Unknown |
| BB COUNTRY CLUB LOGO (Indonesia) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Indonesia) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Indonesia) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Indonesia) | Unknown | Unknown | Unknown |
| BLACK FLEECE BY BROOKS BROTHERS (Indonesia) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Indonesia) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Indonesia) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Indonesia) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Indonesia) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Indonesia) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Indonesia) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 (Indonesia) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (Indonesia) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (Indonesia) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                              Case number *(If known)*  **20-11785**
Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS COUNTRY CLUB (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS FLATIRON SHOP (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS GOLDEN FLEECE (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |
| **MAKERS AND MERCHANTS (Indonesia)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**
Name
Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| **PEAL & CO. (Indonesia)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Indonesia)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Indonesia)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Indonesia)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Indonesia)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Indonesia)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Indonesia)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Indonesia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Iran)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Iran)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Iraq)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (in Arabic) (Iraq)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (Iraq)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Iraq)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Iraq)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Iraq)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FACTORY STORE (Iraq)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Iraq)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Iraq)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Iraq)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Iraq)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                          Case number *(If known)*  **20-11785**
Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS (Ireland)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Ireland)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Israel)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Israel)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS FLATIRON SHOP (Israel)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Italy)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Italy)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS HANGING SHEEP Design (Italy)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKSCLOTH (Italy)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKSWEAVE (Italy)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Italy)** | **Unknown** | **Unknown** | **Unknown** |
| **HANGING SHEEP Design (Italy)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (Jamaica)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Jamaica)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (Jamaica)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Jamaica)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Jamaica)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Jamaica)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Jamaica)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**                    Case number *(If known)* **20-11785**
          Name

| | | | |
|---|---|---|---|
| PROSPORT (Jamaica) | Unknown | Unknown | Unknown |
| 1818 (Japan) | Unknown | Unknown | Unknown |
| BB 1818 COUNTRY CLUB Logo (Japan) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Japan) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Japan) | Unknown | Unknown | Unknown |
| BLACK FLEECE BY BROOKS BROTHERS (Japan) | Unknown | Unknown | Unknown |
| BLACK FLEECE BY BROOKS BROTHERS (Japan) | Unknown | Unknown | Unknown |
| BLACK FLEECE BY BROOKS BROTHERS with GOLDEN FLEECE DESIGN (Japan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Japan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Japan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Japan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Japan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Japan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Japan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Japan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Japan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (in Katakana) (Japan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (in Katakana) (Japan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (in Katakana) (Japan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Japan) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
          Name
Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS 1818 (Japan)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Japan)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (Japan)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Japan)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Japan)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Japan)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FACTORY STORE (Japan)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Japan)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (Japan)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Japan)** | Unknown | Unknown | Unknown |
| **BROOKS CONTINENTAL (Japan)** | Unknown | Unknown | Unknown |
| **BROOKSBROS (Japan)** | Unknown | Unknown | Unknown |
| **BROOKSCOOL (Japan)** | Unknown | Unknown | Unknown |
| **BROOKSEASE (Japan)** | Unknown | Unknown | Unknown |
| **BROOKSGATE (Japan)** | Unknown | Unknown | Unknown |
| **BROOKSSTORM (Japan)** | Unknown | Unknown | Unknown |
| **BROOKSWEAVE (Japan)** | Unknown | Unknown | Unknown |
| **DIGITAL TAILOR (Japan)** | Unknown | Unknown | Unknown |
| **DIGITAL TAILORING (Japan)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
          Name

Case number *(If known)* **20-11785**

| | | | |
|---|---|---|---|
| GOLDEN FLEECE (Japan) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (in Katakana) (Japan) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (in Katakana) (Japan) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (in Katakana) (Japan) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Japan) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Japan) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Japan) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Japan) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Japan) | Unknown | Unknown | Unknown |
| MAKERS AND MERCHANTS (Japan) | Unknown | Unknown | Unknown |
| PEAL (Japan) | Unknown | Unknown | Unknown |
| PEAL (Japan) | Unknown | Unknown | Unknown |
| PEAL & CO. (Japan) | Unknown | Unknown | Unknown |
| RED FLEECE (Japan) | Unknown | Unknown | Unknown |
| THE BROOKS CARD (Japan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Jordan) | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(If known)* **20-11785** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| BROOKS BROTHERS (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (in Arabic) (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (in Arabic) (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (in Arabic) (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (in Arabic) (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (in Arabic) (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (in Arabic) (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (in Arabic) (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (in Arabic) (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (in Arabic) (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (in Arabic) (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Jordan) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                    Case number *(If known)*  **20-11785**
Name

| | | | |
|---|---|---|---|
| BROOKS BROTHERS 1818 (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE Logo (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE Logo (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE Logo (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE Logo (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE Logo (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS COUNTRY CLUB (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS FACTORY STORE (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS FACTORY STORE (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS FLATIRON SHOP (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS MADISON (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS RED FLEECE (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS RED FLEECE (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS RED FLEECE (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS RED FLEECE (Jordan) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS RED FLEECE (Jordan) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                          Case number *(If known)*  **20-11785**
          Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS RED FLEECE (Jordan)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Jordan)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Jordan)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Jordan)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Jordan)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Jordan)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Jordan)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Jordan)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Jordan)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Jordan)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Jordan)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Jordan)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Jordan)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Kazakhstan)** | Unknown | Unknown | Unknown |
| **1818 (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BLACK FLEECE and Device (Korea - Republic of (South))** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
          Name
                                              Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| **BLACK FLEECE BY BROOKS BROTHERS (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (Korea - Republic of (South))** | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS 1818 (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 and GOLDEN FLEECE Logo (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FACTORY STORE (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKSCOOL (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKSCOOL (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKSEASE (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKSFLANNEL (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKSGATE (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKSSTORM (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **BROOKSWEAVE (Korea - Republic of (South))** | Unknown | Unknown | Unknown |
| **DIGITAL TAILOR (Korea - Republic of (South))** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                    Case number *(If known)* **20-11785**
Name

| | | | |
|---|---|---|---|
| **DIGITAL TAILORING (Korea - Republic of (South))** | **Unknown** | **Unknown** | **Unknown** |
| **FEATHERTWEED (Korea - Republic of (South))** | **Unknown** | **Unknown** | **Unknown** |
| **FEATHERTWEED (Korea - Republic of (South))** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Korea - Republic of (South))** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Korea - Republic of (South))** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Korea - Republic of (South))** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Korea - Republic of (South))** | **Unknown** | **Unknown** | **Unknown** |
| **MAKERS AND MERCHANTS (Korea - Republic of (South))** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Korea - Republic of (South))** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Korea - Republic of (South))** | **Unknown** | **Unknown** | **Unknown** |
| **THE BROOKS CARD (Korea - Republic of (South))** | **Unknown** | **Unknown** | **Unknown** |
| **1818 BROOKS BROTHERS (Kuwait)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 BROOKS BROTHERS (Kuwait)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 BROOKS BROTHERS (Kuwait)** | **Unknown** | **Unknown** | **Unknown** |
| **346 BROOKS BROTHERS (Kuwait)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (Kuwait)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB Logo (Kuwait)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB Logo (Kuwait)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Kuwait)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**
          Name

Case number *(If known)* **20-11785**

| | | | |
|---|---|---|---|
| **BLACK FLEECE (Kuwait)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Kuwait)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Kuwait)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Kuwait)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Kuwait)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Kuwait)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Kuwait)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Kuwait)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Kuwait)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Kuwait)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Kuwait)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Kuwait)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Kuwait)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Kuwait)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Kuwait)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Kuwait)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (Kuwait)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Kuwait)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Kuwait)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Kuwait)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
          Name                                        Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| GOLDEN FLEECE LOGO (Kuwait) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Kuwait) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Kuwait) | Unknown | Unknown | Unknown |
| MAKERS AND MERCHANTS (Kuwait) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Latvia) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Latvia) | Unknown | Unknown | Unknown |
| 1818 BROOKS BROTHERS (Lebanon) | Unknown | Unknown | Unknown |
| 346 BROOKS BROTHERS (Lebanon) | Unknown | Unknown | Unknown |
| BB COUNTRY CLUB LOGO (Lebanon) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Lebanon) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Lebanon) | Unknown | Unknown | Unknown |
| BLACK FLEECE BY BROOKS BROTHERS (Lebanon) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Lebanon) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS COUNTRY CLUB (Lebanon) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS MADISON (Lebanon) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Lebanon) | Unknown | Unknown | Unknown |
| MAKERS AND MERCHANTS (Lebanon) | Unknown | Unknown | Unknown |
| PEAL & CO. (Lebanon) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS and GOLDEN FLEECE LOGO (Lithuania) | Unknown | Unknown | Unknown |
| BB COUNTRY CLUB LOGO (Macau) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                          Case number *(If known)*  **20-11785**
Name

| | | | |
|---|---|---|---|
| **BB COUNTRY CLUB LOGO (Macau)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Macau)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Macau)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Macau)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Macau)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Macau)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Macau)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Macau)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Macau)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Macau)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Macau)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Macau)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Macau)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Macau)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Macau)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Macau)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Macau)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Macau)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (Macau)** | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Macau)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Macau)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Macau)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Macau)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Macau)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Macau)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Macau)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Macau)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Macau)** | Unknown | Unknown | Unknown |
| **MAKERS AND MERCHANTS (Macau)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Macau)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Macau)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Malaysia)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Malaysia)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Malaysia)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Malaysia)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Malaysia)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Malaysia)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Malaysia)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Malaysia)** | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **BLACK FLEECE BY BROOKS BROTHERS with GOLDEN FLEECE DESIGN (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS FLATIRON SHOP (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS MADISON (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**                           Case number *(If known)* **20-11785**
          Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKSFLANNEL (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKSFLANNEL (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **MAKERS AND MERCHANTS (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Malaysia)** | **Unknown** | **Unknown** | **Unknown** |
| **346 BROOKS BROTHERS (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **346 BROOKS BROTHERS (Mexico)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**                                  Case number *(If known)*  **20-11785**
          Name

| | | | |
|---|---|---|---|
| BB COUNTRY CLUB LOGO (Mexico) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Mexico) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Mexico) | Unknown | Unknown | Unknown |
| BLACK FLEECE BY BROOKS BROTHERS (Mexico) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Mexico) | Unknown | Unknown | Unknown |
| Brooks Brothers (Mexico) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Mexico) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Mexico) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Mexico) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Mexico) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Mexico) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Mexico) | Unknown | Unknown | Unknown |
| Brooks Brothers (Mexico) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 (Mexico) | Unknown | Unknown | Unknown |
| Brooks Brothers BB Country Club logo (Mexico) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS BB COUNTRY CLUB LOGO (Mexico) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS COUNTRY CLUB (Mexico) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS FACTORY STORE (Mexico) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS FLATIRON SHOP (Mexico) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**    Case number *(If known)* **20-11785**
Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS HOME COLLECTION (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS MADISON (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **DIGITAL TAILOR (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **DIGITAL TAILOR (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **MAKERS AND MERCHANTS (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Mexico)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**                    Case number *(If known)*  **20-11785**
          Name

| | | | |
|---|---|---|---|
| **RED FLEECE (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Mexico)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Monaco)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Monaco)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Mongolia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Mongolia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Morocco)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS FLATIRON SHOP (Morocco)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Morocco)** | **Unknown** | **Unknown** | **Unknown** |
| **346 BROOKS BROTHERS (New Zealand)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (New Zealand)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (New Zealand)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE BY BROOKS BROTHERS (New Zealand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (New Zealand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (New Zealand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (New Zealand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (New Zealand)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**
Name                                            Case number *(If known)* **20-11785**

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (New Zealand)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (New Zealand)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (New Zealand)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (New Zealand)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE BEING LIFTED BY SCROLL (New Zealand)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (New Zealand)** | Unknown | Unknown | Unknown |
| **MAKERS AND MERCHANTS (New Zealand)** | Unknown | Unknown | Unknown |
| **MISS MADISON (New Zealand)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (New Zealand)** | Unknown | Unknown | Unknown |
| **RED FLEECE (New Zealand)** | Unknown | Unknown | Unknown |
| **RED FLEECE (New Zealand)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Script form) & GOLDEN FLEECE Logo (Nicaragua)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Nigeria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Nigeria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Nigeria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Nigeria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Nigeria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Nigeria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Nigeria)** | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(If known)* **20-11785** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| BROOKS BROTHERS (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE Logo (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE Logo (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE Logo (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE Logo (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE Logo (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS COUNTRY CLUB (Nigeria) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
Name                                                    Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS FACTORY STORE (Nigeria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FACTORY STORE (Nigeria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Nigeria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Nigeria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Nigeria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Nigeria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Nigeria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Nigeria)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Nigeria)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Nigeria)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Nigeria)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Nigeria)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Nigeria)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Nigeria)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Nigeria)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Nigeria)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Nigeria)** | Unknown | Unknown | Unknown |
| **HANGING LAMB / GOLDEN FLEECE Design (Nigeria)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                                    Case number *(If known)* **20-11785**
          Name

| PEAL & CO. (Nigeria) | Unknown | Unknown | Unknown |
|---|---|---|---|
| PEAL & CO. (Nigeria) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Norway) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS and GOLDEN FLEECE LOGO (Norway) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS RED FLEECE (Norway) | Unknown | Unknown | Unknown |
| PEAL & CO. (Norway) | Unknown | Unknown | Unknown |
| RED FLEECE (Norway) | Unknown | Unknown | Unknown |
| 346 (OAPI) | Unknown | Unknown | Unknown |
| 346 (OAPI) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (OAPI) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (OAPI) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS & Golden Fleece logo (OAPI) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS & Golden Fleece logo (OAPI) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS FLEECE (OAPI) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS FLEECE (OAPI) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS RED FLEECE (OAPI) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS RED FLEECE (OAPI) | Unknown | Unknown | Unknown |
| Golden Fleece Design (OAPI) | Unknown | Unknown | Unknown |
| Golden Fleece Design (OAPI) | Unknown | Unknown | Unknown |
| 1818 BROOKS BROTHERS (Oman) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                    Case number *(If known)* **20-11785**
          Name

| | | | |
|---|---|---|---|
| **1818 BROOKS BROTHERS (Oman)** | Unknown | Unknown | Unknown |
| **1818 BROOKS BROTHERS (Oman)** | Unknown | Unknown | Unknown |
| **346 BROOKS BROTHERS (Oman)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Oman)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Oman)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Oman)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Oman)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Oman)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Oman)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Oman)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Oman)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Oman)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Oman)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Oman)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Oman)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Oman)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Oman)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Oman)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Oman)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Oman)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (Oman)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                                      Case number *(If known)*  **20-11785**
          Name

| | | | |
|---|---|---|---|
| GOLDEN FLEECE LOGO (Oman) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Oman) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Oman) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Oman) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Oman) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE LOGO (Oman) | Unknown | Unknown | Unknown |
| MAKERS AND MERCHANTS (Oman) | Unknown | Unknown | Unknown |
| RED FLEECE (Oman) | Unknown | Unknown | Unknown |
| 346 (Panama) | Unknown | Unknown | Unknown |
| BB COUNTRY CLUB LOGO (Panama) | Unknown | Unknown | Unknown |
| BB COUNTRY CLUB LOGO (Panama) | Unknown | Unknown | Unknown |
| BB COUNTRY CLUB LOGO (Panama) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Panama) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Panama) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Panama) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Panama) | Unknown | Unknown | Unknown |
| BLACK FLEECE BY BROOKS BROTHERS (Panama) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Panama) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Panama) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Panama) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Panama) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                           Case number *(If known)* **20-11785**
          Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS (Panama)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Panama)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Panama)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Panama)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Panama)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Panama)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (Panama)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Panama)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Panama)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Panama)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Panama)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Panama)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Panama)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Panama)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Panama)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Panama)** | Unknown | Unknown | Unknown |
| **346 BROOKS BROTHERS (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Papua New Guinea)** | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(If known)* **20-11785** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| BLACK FLEECE (Papua New Guinea) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Papua New Guinea) | Unknown | Unknown | Unknown |
| BLACK FLEECE (Papua New Guinea) | Unknown | Unknown | Unknown |
| BLACK FLEECE BY BROOKS BROTHERS (Papua New Guinea) | Unknown | Unknown | Unknown |
| BLACK FLEECE BY BROOKS BROTHERS (Papua New Guinea) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Papua New Guinea) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Papua New Guinea) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Papua New Guinea) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Papua New Guinea) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Papua New Guinea) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Papua New Guinea) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Papua New Guinea) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 (Papua New Guinea) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 (Papua New Guinea) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (Papua New Guinea) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (Papua New Guinea) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS COUNTRY CLUB (Papua New Guinea) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS COUNTRY CLUB (Papua New Guinea) | Unknown | Unknown | Unknown |

Debtor   **Brooks Brothers Group, Inc.**
Name
Case number *(If known)* **20-11785**

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS MADISON (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **MISS MADISON (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **PROSPORT (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Papua New Guinea)** | Unknown | Unknown | Unknown |
| **1818 BROOKS BROTHERS (Paraguay)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                                    Case number *(If known)*  **20-11785**
_____
Name

| | | | |
|---|---|---|---|
| **1818 BROOKS BROTHERS (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 BROOKS BROTHERS (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **346 BROOKS BROTHERS (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS MADISON (Paraguay)** | **Unknown** | **Unknown** | **Unknown** |

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(If known)* **20-11785** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **GOLDEN FLEECE LOGO (Paraguay)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Paraguay)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Paraguay)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Paraguay)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Paraguay)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Paraguay)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Paraguay)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Paraguay)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Peru)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Peru)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Peru)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Peru)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Peru)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Peru)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Peru)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Peru)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Peru)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Peru)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Peru)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Peru)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Peru)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                    Case number *(If known)*  **20-11785**
Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Peru)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS  BROTHERS (Peru)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Peru)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Peru)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Peru)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Peru)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Peru)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Peru)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Peru)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Peru)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Peru)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Peru)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Peru)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Peru)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Peru)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (Philippines)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE BY BROOKS BROTHERS (Philippines)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Philippines)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (Philippines)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Philippines)** | **Unknown** | **Unknown** | **Unknown** |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Philippines)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Philippines)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Philippines)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Philippines)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Philippines)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Poland)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Portugal)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Portugal)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 BROOKS BROTHERS (Qatar)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 BROOKS BROTHERS (Qatar)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 BROOKS BROTHERS (Qatar)** | **Unknown** | **Unknown** | **Unknown** |
| **346 BROOKS BROTHERS (Qatar)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (Qatar)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (Qatar)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (Qatar)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Qatar)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Qatar)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE BY BROOKS BROTHERS (Qatar)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Qatar)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Qatar)** | **Unknown** | **Unknown** | **Unknown** |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
| | Name | |

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS (Qatar)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Qatar)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Qatar)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Qatar)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Qatar)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS County Club (Qatar)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS County Club (Qatar)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS County Club (Qatar)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (Qatar)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Qatar)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Qatar)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Qatar)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Qatar)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Qatar)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Qatar)** | Unknown | Unknown | Unknown |
| **MAKERS AND MERCHANTS (Qatar)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Romania)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Romania)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Romania)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Russian Federation)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Russian Federation)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
          Name                                          Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| BLACK FLEECE (Russian Federation) | **Unknown** | **Unknown** | **Unknown** |
| BLACK FLEECE BY BROOKS BROTHERS (Russian Federation) | **Unknown** | **Unknown** | **Unknown** |
| BLACK FLEECE BY BROOKS BROTHERS (Russian Federation) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS (Russian Federation) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS (Russian Federation) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS 1818 (Russian Federation) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS and GOLDEN FLEECE LOGO (Russian Federation) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS COUNTRY CLUB (Russian Federation) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS COUNTRY CLUB (Russian Federation) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS MADISON (Russian Federation) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Russian Federation) | **Unknown** | **Unknown** | **Unknown** |
| GOLDEN FLEECE LOGO (Russian Federation) | **Unknown** | **Unknown** | **Unknown** |
| MAKERS AND MERCHANTS (Russian Federation) | **Unknown** | **Unknown** | **Unknown** |
| PEAL & CO. (Russian Federation) | **Unknown** | **Unknown** | **Unknown** |
| RED FLEECE (Russian Federation) | **Unknown** | **Unknown** | **Unknown** |
| BROOKS BROTHERS FLATIRON SHOP (Saskatchewan) | **Unknown** | **Unknown** | **Unknown** |
| 346 BROOKS BROTHERS (Saudi Arabia) | **Unknown** | **Unknown** | **Unknown** |
| BB COUNTRY CLUB LOGO (Saudi Arabia) | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**                                    Case number *(If known)*  **20-11785**
Name

| | | | |
|---|---|---|---|
| **BB COUNTRY CLUB LOGO (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS with GOLDEN FLEECE DESIGN (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS with GOLDEN FLEECE DESIGN (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (Saudi Arabia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Saudi Arabia)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
          Name                                          Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS COUNTRY CLUB (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS MADISON (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **MAKERS AND MERCHANTS (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **MISS MADISON (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **PROSPORT (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
| | Name | |

| | | | |
|---|---|---|---|
| **RED FLEECE (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **RED FLEECE (Saudi Arabia)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Serbia)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 (Singapore)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 BLACK FLEECE BY BROOKS BROTHERS (Singapore)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Singapore)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Singapore)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Singapore)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Singapore)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Singapore)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE BY BROOKS BROTHERS (Singapore)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE BY BROOKS BROTHERS (Singapore)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE BY BROOKS BROTHERS with GOLDEN FLEECE DESIGN (Singapore)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Singapore)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Singapore)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Singapore)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Singapore)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (in Chinese Characters) (Singapore)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (in Chinese Characters) (Singapore)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**
Name                                                              Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS (in Chinese Characters) (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (in Chinese Characters) (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (in Chinese Characters) (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (in Chinese Characters) (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (in Chinese Characters) (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Singapore)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                                        Case number *(If known)* **20-11785**
          Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS MADISON (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKSCOOL (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKSCOOL (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKSEASE (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKSFLANNEL (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKSFLANNEL (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKSSTORM (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKSSTORM (Singapore)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Singapore)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Singapore)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Singapore)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Singapore)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Singapore)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Singapore)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Singapore)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Singapore)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Singapore)** | Unknown | Unknown | Unknown |
| **HANGING SHEEP Design (Singapore)** | Unknown | Unknown | Unknown |
| **MAKERS AND MERCHANTS (Singapore)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Singapore)** | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(If known)* **20-11785** | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **RED FLEECE (Singapore)** | Unknown | Unknown | Unknown |
| **THE BROOKS CARD (Singapore)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Slovenia)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (South Africa)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (South Africa)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (South Africa)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Spain)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Spain)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Spain)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (St. Kitts Nevis)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (St. Kitts Nevis)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (St. Kitts Nevis)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (St. Kitts Nevis)** | Unknown | Unknown | Unknown |
| **PROSPORT (St. Kitts Nevis)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Sweden)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and Golden Fleece (Sweden)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Sweden)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS GOLDEN FLEECE Logo (Sweden)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Sweden)** | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(If known)* **20-11785** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **RED FLEECE (Sweden)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Sweden)** | Unknown | Unknown | Unknown |
| **1818 (Switzerland)** | Unknown | Unknown | Unknown |
| **BB 1818 COUNTRY CLUB Logo (Switzerland)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Switzerland)** | Unknown | Unknown | Unknown |
| **BRAEMAR (Switzerland)** | Unknown | Unknown | Unknown |
| **BROOKS BASICS (Switzerland)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Switzerland)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Switzerland)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Switzerland)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Switzerland)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Switzerland)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Switzerland)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Switzerland)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (Switzerland)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Switzerland)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MAKERS AND MERCHANTS (Switzerland)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Switzerland)** | Unknown | Unknown | Unknown |
| **BROOKS STRETCH (Switzerland)** | Unknown | Unknown | Unknown |

Debtor  **Brooks Brothers Group, Inc.**                          Case number *(if known)*  **20-11785**
Name

| | | | |
|---|---|---|---|
| **BROOKSCOOL (Switzerland)** | Unknown | Unknown | Unknown |
| **BROOKSFLANNEL (Switzerland)** | Unknown | Unknown | Unknown |
| **BROOKSSTORM (Switzerland)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Switzerland)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Switzerland)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Switzerland)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Switzerland)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Switzerland)** | Unknown | Unknown | Unknown |
| **THE BROOKS CARD (Switzerland)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Syria)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Syria)** | Unknown | Unknown | Unknown |
| **BB 1818 (Taiwan)** | Unknown | Unknown | Unknown |
| **BB 1818 (Taiwan)** | Unknown | Unknown | Unknown |
| **BB 1818 COUNTRY CLUB Logo (Taiwan)** | Unknown | Unknown | Unknown |
| **BB 1818 COUNTRY CLUB Logo (Taiwan)** | Unknown | Unknown | Unknown |
| **BB 1818 COUNTRY CLUB Logo (Taiwan)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Taiwan)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Taiwan)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Taiwan)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Taiwan)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
          Name                                              Case number *(If known)* **20-11785**

| | | | |
|---|---|---|---|
| **BLACK FLEECE BY BROOKS BROTHERS (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (in Chinese Characters) (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (in Chinese characters) (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (in Chinese characters) (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (in Chinese characters) (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (in Chinese characters) (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (in Chinese characters) (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (in Chinese characters) (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**                                      Case number *(If known)* **20-11785**
          Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS COUNTRY CLUB (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS FLATIRON SHOP (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS MADISON (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS MAKERS AND MERCHANTS (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKSBROTHERS (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKSCOOL (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKSCOOL (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKSEASE (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKSFLANNEL (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKSSTORM (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKSSTORM (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Taiwan)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**                    Case number *(If known)* **20-11785**
     Name

| | | | |
|---|---|---|---|
| **GOLDEN FLEECE (Taiwan)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Taiwan)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Taiwan)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Taiwan)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Taiwan)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Taiwan)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (Taiwan)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO and GOLF CLUB DESIGN (Taiwan)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Taiwan)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Taiwan)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Taiwan)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Taiwan)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Taiwan)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Taiwan)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Taiwan)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Taiwan)** | Unknown | Unknown | Unknown |
| **THE BROOKS CARD (Taiwan)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Thailand)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Thailand)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Thailand)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Thailand)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
          Name

Case number *(If known)* **20-11785**

| | | | |
|---|---|---|---|
| BROOKS BROTHERS (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Stylized) (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE Logo (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE Logo (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE Logo (Thailand) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 RED FLEECE Logo (Thailand) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
Name                                                                 Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS 1818 RED FLEECE Logo (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS and COUNTRY CLUB Logo (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS FACTORY STORE (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS FACTORY STORE (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS MAKERS AND MERCHANTS (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS RED FLEECE (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Thailand)** | **Unknown** | **Unknown** | **Unknown** |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **Golden Fleece Design (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Thailand)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (Trinidad & Tobago)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Trinidad & Tobago)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS FLATIRON SHOP (Tunisia)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (Turkey)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (Turkey)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Turkey)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Turkey)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE BY BROOKS BROTHERS (Turkey)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE BY BROOKS BROTHERS (Turkey)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Turkey)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Turkey)** | **Unknown** | **Unknown** | **Unknown** |
| **Brooks Brothers BB Country Club logo (Turkey)** | **Unknown** | **Unknown** | **Unknown** |

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(If known)* **20-11785** | |
|---|---|---|---|---|
| | <span style="font-size:small">Name</span> | | | |

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS COUNTRY CLUB (Turkey)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Turkey)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (Turkey)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Turkey)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (Turkey)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (Turkey)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (Turkey)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (Turkey)** | Unknown | Unknown | Unknown |
| **MAKERS AND MERCHANTS (Turkey)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Turkey)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (Turkey)** | Unknown | Unknown | Unknown |
| **RED FLEECE (Turkey)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (Ukraine)** | Unknown | Unknown | Unknown |
| **1818 BROOKS BROTHERS (United Arab Emirates)** | Unknown | Unknown | Unknown |
| **1818 BROOKS BROTHERS (United Arab Emirates)** | Unknown | Unknown | Unknown |
| **346 BROOKS BROTHERS (United Arab Emirates)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (United Arab Emirates)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (United Arab Emirates)** | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
| | Name | |

| | | | |
|---|---|---|---|
| **BB COUNTRY CLUB LOGO (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE BY BROOKS BROTHERS (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS 1818 (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (United Arab Emirates)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**
Name                                                        Case number *(If known)* **20-11785**

| | | | |
|---|---|---|---|
| **GOLDEN FLEECE LOGO (United Arab Emirates)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (United Arab Emirates)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (United Arab Emirates)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (United Arab Emirates)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (United Arab Emirates)** | Unknown | Unknown | Unknown |
| **MAKERS AND MERCHANTS (United Arab Emirates)** | Unknown | Unknown | Unknown |
| **BRAEMAR (United Kingdom)** | Unknown | Unknown | Unknown |
| **BRAEMAR and Deer Head (United Kingdom)** | Unknown | Unknown | Unknown |
| **BRAEMAR STAG'S HEAD Device in circle (United Kingdom)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (United Kingdom)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 and GOLDEN FLEECE Logo (United Kingdom)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS BROOKSCLOTH (United Kingdom)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS BROOKSWEAVE (United Kingdom)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (United Kingdom)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (United Kingdom)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO (United Kingdom)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO and GOLF CLUB DESIGN (United Kingdom)** | Unknown | Unknown | Unknown |

Debtor     **Brooks Brothers Group, Inc.**
Name

Case number *(If known)* **20-11785**

| | | | |
|---|---|---|---|
| **PEAL (United Kingdom)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (United Kingdom)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (United Kingdom)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 DENIM (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 FITZGERALD (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 MADISON (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 REGENT (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **346 (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **346 BROOKS BROTHERS (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **ADVANTAGE CHINO (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BB Stylized Design (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (United States of America)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**
       Name                                                     Case number *(If known)* **20-11785**

| | | | |
|---|---|---|---|
| **BLACK FLEECE BY BROOKS BROTHERS** (United States of America) | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE BY BROOKS BROTHERS** (United States of America) | **Unknown** | **Unknown** | **Unknown** |
| **BRAEMAR (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BRAEMAR (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BRAEMAR Logo (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKE (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BOYS (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United States of America)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (United States of America)** | **Unknown** | **Unknown** | **Unknown** |

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(If known)* **20-11785** |
| | Name | | |

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Stylized) (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS BB COUNTRY CLUB Logo (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS ESTABLISHED 1818 AND GOLDEN FLEECE LOGO (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS ESTABLISHED 1818 AND GOLDEN FLEECE LOGO (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS ESTABLISHED 1818 AND GOLDEN FLEECE LOGO (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS ESTABLISHED 1818 AND GOLDEN FLEECE LOGO (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS ESTABLISHED 1818 COLLEGIATE COLLECTION (Misc. Design) (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FACTORY STORE (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLEECE (United States of America)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
Name

Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS MADISON (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MAKERS (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS NEW YORK (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS POLAR SERIES (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE CAFE (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS RED FLEECE CAFE Logo (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS WOMEN (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BUYS (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS STRETCH (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS TO BUSINESS (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS-BLEND (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKSBROTHERS.COM (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKSCLOUD (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKSCOOL (United States of America)** | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(If known)* **20-11785** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **BROOKSGATE (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKSIE (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKSSTORM (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKSTECH (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKSTWEED (United States of America)** | Unknown | Unknown | Unknown |
| **DIGITAL TAILOR (United States of America)** | Unknown | Unknown | Unknown |
| **DIGITAL TAILORING (United States of America)** | Unknown | Unknown | Unknown |
| **DIGITAL TAILORING (United States of America)** | Unknown | Unknown | Unknown |
| **GENERATIONS OF STYLE (United States of America)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (United States of America)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (United States of America)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (United States of America)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (United States of America)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (United States of America)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (United States of America)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE FOUNDATION (United States of America)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE FOUNDATION and Design (United States of America)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE LOGO - Thom Brown Collection (United States of America)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                            Case number *(If known)*  **20-11785**
Name

| | | | |
|---|---|---|---|
| **GOLDEN FLEECE LOGO in a Heart Design (United States of America)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE Logo in black (United States of America)** | Unknown | Unknown | Unknown |
| **GOLF (United States of America)** | Unknown | Unknown | Unknown |
| **HANGING LAMB DESIGN (United States of America)** | Unknown | Unknown | Unknown |
| **HANGING LAMB DESIGN (United States of America)** | Unknown | Unknown | Unknown |
| **MAKERS AND MERCHANTS (United States of America)** | Unknown | Unknown | Unknown |
| **MAKERS AND MERCHANTS (United States of America)** | Unknown | Unknown | Unknown |
| **MISS MADISON (United States of America)** | Unknown | Unknown | Unknown |
| **MY BROOKS REWARDS (United States of America)** | Unknown | Unknown | Unknown |
| **MY BROOKS REWARDS (STYLIZED) & DESIGN (United States of America)** | Unknown | Unknown | Unknown |
| **OF ROGUES & GENTLEMEN (United States of America)** | Unknown | Unknown | Unknown |
| **OWN MAKE (United States of America)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (United States of America)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (United States of America)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (United States of America)** | Unknown | Unknown | Unknown |
| **PLEAT DESIGN (United States of America)** | Unknown | Unknown | Unknown |
| **POLAR SERIES (United States of America)** | Unknown | Unknown | Unknown |
| **RED FLEECE (United States of America)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
Name                                                    Case number *(If known)* **20-11785**

| | | | |
|---|---|---|---|
| **RED FLEECE (United States of America)** | Unknown | Unknown | Unknown |
| **RED FLEECE CAFE (United States of America)** | Unknown | Unknown | Unknown |
| **TENNIS (United States of America)** | Unknown | Unknown | Unknown |
| **THE BROOKS CARD (United States of America)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Uruguay)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS and GOLDEN FLEECE LOGO (Uruguay)** | Unknown | Unknown | Unknown |
| **346 (Venezuela)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Venezuela)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Venezuela)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Venezuela)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (Venezuela)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Venezuela)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Venezuela)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Venezuela)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Venezuela)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (Venezuela)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Venezuela)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (Venezuela)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Venezuela)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (Venezuela)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                    Case number *(If known)*  **20-11785**
_____Name_____

| | | | |
|---|---|---|---|
| BROOKS BROTHERS (Venezuela) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Venezuela) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Venezuela) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Venezuela) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (Venezuela) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS (word mark) (Venezuela) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS 1818 (Venezuela) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS COUNTRY CLUB (Venezuela) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS COUNTRY CLUB (Venezuela) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS COUNTRY CLUB (Venezuela) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS COUNTRY CLUB (Venezuela) | Unknown | Unknown | Unknown |
| BROOKS BROTHERS MAKERS AND MERCHANTS (Venezuela) | Unknown | Unknown | Unknown |
| GOLDEN FLEECE (Venezuela) | Unknown | Unknown | Unknown |
| Golden Fleece Design (Venezuela) | Unknown | Unknown | Unknown |
| Golden Fleece Design (Venezuela) | Unknown | Unknown | Unknown |
| Golden Fleece Design (Venezuela) | Unknown | Unknown | Unknown |
| Golden Fleece Design (Venezuela) | Unknown | Unknown | Unknown |
| Golden Fleece Design (Venezuela) | Unknown | Unknown | Unknown |
| Golden Fleece Design (Venezuela) | Unknown | Unknown | Unknown |
| Golden Fleece Design (Venezuela) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
          Name                                           Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| **Golden Fleece Design (Venezuela)** | **Unknown** | **Unknown** | **Unknown** |
| **Golden Fleece Design (Venezuela)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Venezuela)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Venezuela)** | **Unknown** | **Unknown** | **Unknown** |
| **1818 BROOKS BROTHERS (Vietnam)** | **Unknown** | **Unknown** | **Unknown** |
| **346 BROOKS BROTHERS (Vietnam)** | **Unknown** | **Unknown** | **Unknown** |
| **BB COUNTRY CLUB LOGO (Vietnam)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Vietnam)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE (Vietnam)** | **Unknown** | **Unknown** | **Unknown** |
| **BLACK FLEECE BY BROOKS BROTHERS (Vietnam)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Vietnam)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Vietnam)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS (Vietnam)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS COUNTRY CLUB (Vietnam)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS FLATIRON SHOP (Vietnam)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS MADISON (Vietnam)** | **Unknown** | **Unknown** | **Unknown** |
| **BROOKS BROTHERS MAKERS AND MERCHANTS (Vietnam)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Vietnam)** | **Unknown** | **Unknown** | **Unknown** |
| **GOLDEN FLEECE LOGO (Vietnam)** | **Unknown** | **Unknown** | **Unknown** |
| **PEAL & CO. (Vietnam)** | **Unknown** | **Unknown** | **Unknown** |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **RED FLEECE (Vietnam)** | Unknown | Unknown | Unknown |
| **1818 (WIPO)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (WIPO)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (WIPO)** | Unknown | Unknown | Unknown |
| **BB COUNTRY CLUB LOGO (WIPO)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (WIPO)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE (WIPO)** | Unknown | Unknown | Unknown |
| **BLACK FLEECE BY BROOKS BROTHERS (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS 1818 RED FLEECE (Misc. Design) (WIPO)** | Unknown | Unknown | Unknown |
| **Brooks Brothers BB Country Club logo (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (WIPO)** | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                                    Case number *(If known)* **20-11785**
Name

| | | | |
|---|---|---|---|
| **BROOKS BROTHERS COUNTRY CLUB (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS COUNTRY CLUB (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FACTORY STORE (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS FLATIRON SHOP (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS MADISON (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKS BROTHERS THE ORIGINAL AMERICAN BRAND (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKSCOOL (WIPO)** | Unknown | Unknown | Unknown |
| **BROOKSSTORM (WIPO)** | Unknown | Unknown | Unknown |
| **FEATHERTWEED (WIPO)** | Unknown | Unknown | Unknown |
| **FEATHERTWEED (WIPO)** | Unknown | Unknown | Unknown |
| **GOLDEN FLEECE (WIPO)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (WIPO)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (WIPO)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (WIPO)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (WIPO)** | Unknown | Unknown | Unknown |
| **Golden Fleece Design (WIPO)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (WIPO)** | Unknown | Unknown | Unknown |
| **PEAL & CO. (WIPO)** | Unknown | Unknown | Unknown |
| **PROSPORT (WIPO)** | Unknown | Unknown | Unknown |

Debtor   **Brooks Brothers Group, Inc.**                          Case number *(If known)* **20-11785**
Name

| | | | |
|---|---|---|---|
| **RED FLEECE (WIPO)** | **Unknown** | **Unknown** | **Unknown** |
| **Visual Art - Stripe with Logo** | **Unknown** | **Unknown** | **Unknown** |
| **Visual Art - Printed Fleece** | **Unknown** | **Unknown** | **Unknown** |
| **Visual Art - Nautical with Logo** | **Unknown** | **Unknown** | **Unknown** |
| **Visual Art - Parquet** | **Unknown** | **Unknown** | **Unknown** |
| **Visual Art - Fabric Design** | **Unknown** | **Unknown** | **Unknown** |
| **Bowtie** | **Unknown** | **Unknown** | **Unknown** |
| **Bowtie** | **Unknown** | **Unknown** | **Unknown** |
| **Bowtie** | **Unknown** | **Unknown** | **Unknown** |
| **Bowtie** | **Unknown** | **Unknown** | **Unknown** |
| **Bowtie** | **Unknown** | **Unknown** | **Unknown** |
| **Bowtie** | **Unknown** | **Unknown** | **Unknown** |
| **Bowtie** | **Unknown** | **Unknown** | **Unknown** |
| **Bowtie** | **Unknown** | **Unknown** | **Unknown** |
| **Bowtie** | **Unknown** | **Unknown** | **Unknown** |
| **Bowtie** | **Unknown** | **Unknown** | **Unknown** |
| **Bowtie** | **Unknown** | **Unknown** | **Unknown** |
| **Bowtie** | **Unknown** | **Unknown** | **Unknown** |
| **Bowtie** | **Unknown** | **Unknown** | **Unknown** |

61.  **Internet domain names and websites**
     **Domain Name (346bb.com)**              **Unknown**   **Unknown**   **Unknown**

     **Domain Name (346brokbrothers.com)**    **Unknown**   **Unknown**   **Unknown**

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* | **20-11785** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Domain Name (346brookbros.com) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (346brookbrothers.com) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (346brookesbrothers.com) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (346brooks.com) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (346brooksbros.com) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (346brooksbrother.com) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (346brooksbrothers.co.uk) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (346brooksbrothers.com) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (346brooksbrothers.com.cn) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (346brooksbrothers.eu) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (346brooksbrothers.hk) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (346factory.com) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (346outlet.com) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (adriennevittadini.biz) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (adriennevittadini.us) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (bb346.com) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (bbbenefitsinfo.com) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (bbclassics.com) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (bbcorpsales.com) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (bbfactoryoutlet.com) | **Unknown** | **Unknown** | **Unknown** |
| Domain Name (bbfactorystore.com) | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**                           Case number *(If known)* **20-11785**
_____
Name

| Domain Name (bbglobalresourceline.com) | Unknown | Unknown | Unknown |
|---|---|---|---|
| Domain Name (bbgtc.com) | Unknown | Unknown | Unknown |
| Domain Name (bbmakersandmerchants.com) | Unknown | Unknown | Unknown |
| Domain Name (bbpayinfo.com) | Unknown | Unknown | Unknown |
| Domain Name (bbresourceline.com) | Unknown | Unknown | Unknown |
| Domain Name (bbshirts.com) | Unknown | Unknown | Unknown |
| Domain Name (bbsystest.com) | Unknown | Unknown | Unknown |
| Domain Name (bbtalentcentral.com) | Unknown | Unknown | Unknown |
| Domain Name (bbthethread.com) | Unknown | Unknown | Unknown |
| Domain Name (bbukretail.com) | Unknown | Unknown | Unknown |
| Domain Name (bbwoman.com) | Unknown | Unknown | Unknown |
| Domain Name (big1818.com) | Unknown | Unknown | Unknown |
| Domain Name (blackfleece.co.in) | Unknown | Unknown | Unknown |
| Domain Name (blackfleece.com) | Unknown | Unknown | Unknown |
| Domain Name (blackfleece.com.hk) | Unknown | Unknown | Unknown |
| Domain Name (blackfleece.com.tw) | Unknown | Unknown | Unknown |
| Domain Name (blackfleece.com.vn) | Unknown | Unknown | Unknown |
| Domain Name (blackfleece.eu) | Unknown | Unknown | Unknown |
| Domain Name (blackfleece.hk) | Unknown | Unknown | Unknown |
| Domain Name (blackfleece.in) | Unknown | Unknown | Unknown |
| Domain Name (blackfleece.tw) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                                  Case number *(If known)*  **20-11785**
_____
Name

| | | | |
|---|---|---|---|
| **Domain Name (blackfleece.uk)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (blackfleece.vn)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (blackfleece.xn--kpry57d)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (blackfleece.xxx)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brksb.rs)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brksbrth.rs)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brookbrothers.ca)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brookbrothers.sk)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brooks-brothers.net)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brooks346.com)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brooks346.eu)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brooksaire.com)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brooksb.rs)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brooksboys.com)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brooksbro.com)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brooksbros.com)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brooksbrosdirect.com)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brooksbrother.ca)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brooksbrother.cn)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brooksbrother.com.cn)** | **Unknown** | **Unknown** | **Unknown** |
| **Domain Name (brooksbrothers.ae)** | **Unknown** | **Unknown** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**                                  Case number *(If known)*  **20-11785**
          Name

| Domain Name (brooksbrothers.asia) | Unknown | Unknown | Unknown |
| --- | --- | --- | --- |
| Domain Name (brooksbrothers.at) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.biz) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.ca) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.ch) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.cl) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.cn) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.co.cr) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.co.ee) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.co.th) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.co.uk) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.co.za) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.au) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.br) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.cn) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.do) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.ec) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.es) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.gt) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.hn) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                                    Case number *(If known)*  **20-11785**
Name

| | | | |
|---|---|---|---|
| Domain Name (brooksbrothers.com.mx) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.my) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.ni) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.pa) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.pl) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.pt) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.py) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.ro) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.sg) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.sv) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.tr) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.tw) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.com.vn) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.cr) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.cz) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.de) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.dk) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.do) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.ec) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.es) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.eu) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
       Name                                        Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| Domain Name (brooksbrothers.fi) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.fr) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.gr) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.gt) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.hn) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.hu) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.ie) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.in) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.info) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.is) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.kr) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.lu) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.lv) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.mx) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.net) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.net.cn) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.nl) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.org) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.org.cn) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.pt) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.ro) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                           Case number *(If known)* **20-11785**
          Name

| Domain Name (brooksbrothers.ru) | Unknown | Unknown | Unknown |
|---|---|---|---|
| Domain Name (brooksbrothers.sg) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.store) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.sv) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.tw) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.uk) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.vn) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.xn--kpry57d) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers.xxx) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothers346.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersboys.biz) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersboys.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersboys.net) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersboys.org) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersboys.us) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersclothing.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrotherscorporate.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrotherscorporatesales.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrotherscorpsales.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersdirect.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersfactory.com) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**
          Name

Case number *(If known)*  **20-11785**

| | | | |
|---|---|---|---|
| Domain Name (brooksbrothersflatiron.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersflatironshop.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersgirls.biz) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersgirls.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersgirls.net) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersgirls.org) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersgirls.us) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersgolf.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersgroup.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothershome.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothershomecollection.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersmadrid.es) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersmakers.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersmiracleshirt.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersmiracleshirt.net) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersok.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersonline.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersoutlet.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrothersstores.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksbrotherstravel.com) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                     Case number *(If known)*  **20-11785**
Name

| Domain Name (brooksbuys.com) | Unknown | Unknown | Unknown |
|---|---|---|---|
| Domain Name (brookscredit.com) | Unknown | Unknown | Unknown |
| Domain Name (brookscreditcard.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksease.com) | Unknown | Unknown | Unknown |
| Domain Name (brookseaseonline.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksgirls.com) | Unknown | Unknown | Unknown |
| Domain Name (brookskids.com) | Unknown | Unknown | Unknown |
| Domain Name (brookslooks.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksman.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksmen.com) | Unknown | Unknown | Unknown |
| Domain Name (brooksshirts.com) | Unknown | Unknown | Unknown |
| Domain Name (brookswoman.com) | Unknown | Unknown | Unknown |
| Domain Name (brookswomen.com) | Unknown | Unknown | Unknown |
| Domain Name (carolee.biz) | Unknown | Unknown | Unknown |
| Domain Name (carolee.us) | Unknown | Unknown | Unknown |
| Domain Name (caroleebridal.com) | Unknown | Unknown | Unknown |
| Domain Name (carolees.com) | Unknown | Unknown | Unknown |
| Domain Name (catharineandcherry.com) | Unknown | Unknown | Unknown |
| Domain Name (catherineandcherry.com) | Unknown | Unknown | Unknown |
| Domain Name (deconic.com) | Unknown | Unknown | Unknown |
| Domain Name (deconic.net) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                              Case number *(If known)*  **20-11785**
Name

| Domain Name (deconic.org) | Unknown | Unknown | Unknown |
| Domain Name (deconic.store) | Unknown | Unknown | Unknown |
| Domain Name (deconicgroup.com) | Unknown | Unknown | Unknown |
| Domain Name (deconicgroup.net) | Unknown | Unknown | Unknown |
| Domain Name (deconicgroup.org) | Unknown | Unknown | Unknown |
| Domain Name (deconicgroup.store) | Unknown | Unknown | Unknown |
| Domain Name (dolceperla.com) | Unknown | Unknown | Unknown |
| Domain Name (dolceperla.net) | Unknown | Unknown | Unknown |
| Domain Name (dolceperla.org) | Unknown | Unknown | Unknown |
| Domain Name (garlandshirt.biz) | Unknown | Unknown | Unknown |
| Domain Name (garlandshirt.com) | Unknown | Unknown | Unknown |
| Domain Name (garlandshirt.net) | Unknown | Unknown | Unknown |
| Domain Name (garlandshirt.org) | Unknown | Unknown | Unknown |
| Domain Name (garlandshirt.us) | Unknown | Unknown | Unknown |
| Domain Name (garlandshirtfactory.biz) | Unknown | Unknown | Unknown |
| Domain Name (garlandshirtfactory.com) | Unknown | Unknown | Unknown |
| Domain Name (garlandshirtfactory.net) | Unknown | Unknown | Unknown |
| Domain Name (garlandshirtfactory.org) | Unknown | Unknown | Unknown |
| Domain Name (garlandshirtfactory.us) | Unknown | Unknown | Unknown |
| Domain Name (goldenfleece.asia) | Unknown | Unknown | Unknown |
| Domain Name (goldenfleece.eu) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                          Case number *(If known)* **20-11785**
Name

| | | | |
|---|---|---|---|
| Domain Name (goldenfleece.xxx) | Unknown | Unknown | Unknown |
| Domain Name (goldenfleecefoundation.org) | Unknown | Unknown | Unknown |
| Domain Name (goldenfleecemfg.com) | Unknown | Unknown | Unknown |
| Domain Name (laselvafarms.com) | Unknown | Unknown | Unknown |
| Domain Name (makersandmerchantsrestaurant.com) | Unknown | Unknown | Unknown |
| Domain Name (mybbsurvey.com) | Unknown | Unknown | Unknown |
| Domain Name (mybrooksbrothers.com) | Unknown | Unknown | Unknown |
| Domain Name (mydeconicsurvey.com) | Unknown | Unknown | Unknown |
| Domain Name (myfirstsuit.com) | Unknown | Unknown | Unknown |
| Domain Name (rbaimports.com) | Unknown | Unknown | Unknown |
| Domain Name (rbanet.net) | Unknown | Unknown | Unknown |
| Domain Name (rbastorenet.com) | Unknown | Unknown | Unknown |
| Domain Name (redfleece.ae) | Unknown | Unknown | Unknown |
| Domain Name (redfleece.at) | Unknown | Unknown | Unknown |
| Domain Name (redfleece.be) | Unknown | Unknown | Unknown |
| Domain Name (redfleece.ch) | Unknown | Unknown | Unknown |
| Domain Name (redfleece.cl) | Unknown | Unknown | Unknown |
| Domain Name (redfleece.com) | Unknown | Unknown | Unknown |
| Domain Name (redfleece.com.mx) | Unknown | Unknown | Unknown |
| Domain Name (redfleece.com.sg) | Unknown | Unknown | Unknown |
| Domain Name (redfleece.cz) | Unknown | Unknown | Unknown |

Debtor    **Brooks Brothers Group, Inc.**                                    Case number *(If known)*  **20-11785**
Name

| | | | |
|---|---|---|---|
| **Domain Name (redfleece.dk)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.es)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.fi)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.fr)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.gr)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.hk)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.hu)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.ie)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.in)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.is)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.it)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.jp)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.lu)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.lv)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.mx)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.nl)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.pl)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.pt)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.qa)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.ro)** | Unknown | Unknown | Unknown |
| **Domain Name (redfleece.se)** | Unknown | Unknown | Unknown |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| Domain Name (redfleece.sg) | Unknown | Unknown | Unknown |
| Domain Name (redfleece.si) | Unknown | Unknown | Unknown |
| Domain Name (redfleece.sk) | Unknown | Unknown | Unknown |
| Domain Name (redfleece.uk) | Unknown | Unknown | Unknown |
| Domain Name (redfleececafe.com) | Unknown | Unknown | Unknown |
| Domain Name (redfleecemfm.com) | Unknown | Unknown | Unknown |
| Domain Name (retailbrandalliance.com) | Unknown | Unknown | Unknown |
| Domain Name (retailbrandalliance.net) | Unknown | Unknown | Unknown |
| Domain Name (retailbrandalliance.org) | Unknown | Unknown | Unknown |
| Domain Name (securerba.com) | Unknown | Unknown | Unknown |
| Domain Name (southwick.com) | Unknown | Unknown | Unknown |
| Domain Name (speakupbb.com) | Unknown | Unknown | Unknown |
| Domain Name (thebbthread.com) | Unknown | Unknown | Unknown |
| Domain Name (thegoldenfleecefoundation.org) | Unknown | Unknown | Unknown |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | |
    |---|
    | **Unknown** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    - ■ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ■ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(If known)* **20-11785** |
|---|---|---|
| | Name | |

■ No
☐ Yes

**Part 11:      All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|
| **71.** | **Notes receivable**<br>Description (include name of obligor) | |
| **72.** | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **FEDERAL INCOME TAX REFUND**                        Tax year **2020** | **$231,240.00** |
| | **STATE OF LOUISIANA INOME AND FRANCHISE TAX REFUND**        Tax year **2020** | **$25,000.00** |
| | **OHIO INCOME TAX REFUND**                        Tax year **2020** | **$10,922.00** |
| | **FEDERAL UNUSED NET OPERATING LOSSES (NOLS)**        Tax year **2019** | **$46,167,129.00** |
| | **ALABAMA UNUSED NET OPERATING LOSSES (NOLS)**        Tax year **2019** | **$246,575.00** |
| | **ARIZONA UNUSED NET OPERATING LOSSES (NOLS)**        Tax year **2019** | **$58,867.00** |
| | **ARKANSAS UNUSED NET OPERATING LOSSES (NOLS)**        Tax year **2019** | **$13,353.00** |
| | **CALIFORNIA UNUSED NET OPERATING LOSSES (NOLS)**        Tax year **2019** | **$1,628,884.00** |
| | **COLORADO UNUSED NET OPERATING LOSSES (NOLS)**        Tax year **2019** | **$226,187.00** |
| | **CONNECTICUT UNUSED NET OPERATING LOSSES (NOLS)**        Tax year **2019** | **$705,673.00** |
| | **DELAWARE UNUSED NET OPERATING LOSSES (NOLS)**        Tax year **2019** | **$62,819.00** |

Debtor    **Brooks Brothers Group, Inc.**                              Case number *(If known)* **20-11785**
Name

| | | |
|---|---|---|
| **DISTRICT OF COLUMBIA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$165,156.00** |
| **FLORIDA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$752,418.00** |
| **GEORGIA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$569,424.00** |
| **HAWAII UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$29,334.00** |
| **IDAHO UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$24,600.00** |
| **ILLINOIS UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$2,011,030.00** |
| **INDIANA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$301,145.00** |
| **IOWA  UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$99,685.00** |
| **KANSAS UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$18,521.00** |
| **KENTUCKY UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$107,399.00** |
| **LOUISVILLE, KY UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$579.00** |
| **LOUISIANA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$232,394.00** |
| **MAINE UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$248,549.00** |
| **MARYLAND UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$412,229.00** |
| **MASSACHUSETTS UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$692,850.00** |
| **MICHIGAN UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$176,428.00** |

Debtor   **Brooks Brothers Group, Inc.**
Name

Case number *(If known)* **20-11785**

| | | |
|---|---|---|
| **MINNESOTA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$516,272.00** |
| **MISSISSIPPI UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$100,475.00** |
| **MISSOURI UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$101,084.00** |
| **NEBRASKA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$17,532.00** |
| **NEW HAMPSHIRE UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$48,582.00** |
| **NEW JERSEY UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$575,808.00** |
| **NEW MEXICO UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$6,097.00** |
| **NEW YORK UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$2,811,430.00** |
| **NEW YORK CITY UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$1,502,243.00** |
| **NORTH CAROLINA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$141,268.00** |
| **NORTH DAKOTA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$82,011.00** |
| **OHIO RITA- AURORA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$6,120.00** |
| **OHIO RITA- WOODMERE UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$10,662.00** |
| **DELAWARE, OH UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$1,058.00** |
| **COLUMBUS, OH UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$1,067.00** |
| **OHIO CCA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$5,098.00** |

Debtor   **Brooks Brothers Group, Inc.**
Name

Case number *(If known)* **20-11785**

| | | |
|---|---|---|
| **CITY OF MONROE, OH UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$4,142.00** |
| **SYCAMORE, OH UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$3,343.00** |
| **SHELBY COUNTY, KY UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$316.00** |
| **OKLAHOMA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$88,995.00** |
| **OREGON UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$112,595.00** |
| **CITY OF PORTLAND, OR UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$4,104.00** |
| **MULTNOMAH COUNTY. OR UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$2,705.00** |
| **PENNSYLVANIA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$1,050,192.00** |
| **PHILADELPHIA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$52,458.00** |
| **PUERTO RICO UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$957,759.00** |
| **RHODE ISLAND UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$35,434.00** |
| **SOUTH CAROLINA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$132,765.00** |
| **TENNESEE  UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$306,079.00** |
| **TEXAS UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$541,120.00** |
| **UTAH UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$17,472.00** |
| **VERMONT UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$29,052.00** |

Debtor  **Brooks Brothers Group, Inc.**
Name

Case number *(If known)* **20-11785**

| | | |
|---|---|---|
| **VIRGINIA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$390,197.00** |
| **WEST VIRGINIA UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$48,468.00** |
| **WISCONSIN UNUSED NET OPERATING LOSSES (NOLS)** | Tax year **2019** | **$282,864.00** |

| | |
|---|---|
| 73.  **Interests in insurance policies or annuities** | |
| **THE HARTFORD - WORKER'S COMPENSATION** | **Unknown** |
| **THE HARTFORD- WORKERS' COMPENSATION- WISCONSIN** | **Unknown** |
| **THE HARTFORD- GENERAL LIABILITY  - BB CANADA** | **Unknown** |
| **TRAVELERS- FOREIGN MASTER CONTROLLED PROGRAM CASUALTY** | **Unknown** |
| **THE HARTFORD- GENERAL LIABILITY** | **Unknown** |
| **THE HARTFORD- COMMERCIAL AUTOMOBILE** | **Unknown** |
| **GREAT AMERICAN (LEAD)- EXCESS UMBRELLA LIABILITY** | **Unknown** |
| **FIREMAN'S FUND- EXCESS UMBRELLA LIABILITY** | **Unknown** |
| **FIREMAN'S FUND- EXCESS UMBRELLA LIABILITY** | **Unknown** |
| **OHIO CASUALTY- EXCESS UMBRELLA LIABILITY** | **Unknown** |
| **TRAVELERS- COMMERCIAL PROPERTY** | **Unknown** |
| **NAVIGATORS SPECIALTY- EXCESS HIGH HAZARD FLOOD** | **Unknown** |
| **LLOYD'S, LONDON- EXCESS CALIFORNIA QUAKE** | **Unknown** |

Debtor    **Brooks Brothers Group, Inc.**                                    Case number *(If known)*  **20-11785**
             Name

| | |
|---|---|
| **TRAVELERS- OCEAN MARINE** | **Unknown** |
| **LLOYDS (BEAZLEY)- PRIVACY AND NETWORK LIABILITY** | **Unknown** |
| **FEDERAL INS. - CHUBB- GROUP TRAVEL ACCIDENT** | **Unknown** |
| **FEDERAL INS. - CHUBB- EXECUTIVE RISK PACKAGE** | **Unknown** |
| **BERKLEY PROFESSIONAL LIABILITY- DIRECTORS AND OFFICERS LIABILITY** | **Unknown** |

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**DAMAGES FOR INTELLECTUAL PROPERTY INFRINGEMENT**                                                   **Unknown**

| Nature of claim | **INTELLECTUAL PROPERTY DISPUTE** |
|---|---|
| Amount requested | **$0.00** |

**TANGER FORT WORTH TENANT ALLOWANCE**                                                                **Unknown**

| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
|---|---|
| Amount requested | **$0.00** |

**NAPA PO TENANT ALLOWANCE**                                                                          **Unknown**

| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
|---|---|
| Amount requested | **$0.00** |

**DOWNTOWN SUMMERLIN TENANT ALLOWANCE**                                                               **Unknown**

| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
|---|---|
| Amount requested | **$0.00** |

**TANGER MYRTLE BEACH TENANT ALLOWANCE**                                                              **Unknown**

| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
|---|---|
| Amount requested | **$0.00** |

**HUDSON YARDS TENANT ALLOWANCE**                                                                     **Unknown**

| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
|---|---|
| Amount requested | **$0.00** |

Debtor    **Brooks Brothers Group, Inc.**                          Case number *(If known)*  **20-11785**
　　　　　Name

**LIGHTHOUSE PO TENANT ALLOWANCE**                                                    Unknown

| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
|---|---|
| Amount requested | **$0.00** |

**EMPIRE OUTLET TENANT ALLOWANCE**                                                    Unknown

| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
|---|---|
| Amount requested | **$0.00** |

**EMPIRE OUTLET TENANT ALLOWANCE**                                                    Unknown

| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
|---|---|
| Amount requested | **$0.00** |

**MALL AT GREEN HILLS TENANT ALLOWANCE**                                              Unknown

| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
|---|---|
| Amount requested | **$0.00** |

**TANGER PITTSBURGH TENANT ALLOWANCE**                                                Unknown

| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
|---|---|
| Amount requested | **$0.00** |

**ST JOHNS TOWN CENTER TENANT ALLOWANCE**                                             Unknown

| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
|---|---|
| Amount requested | **$0.00** |

**CANAL PLACE TENANT ALLOWANCE**                                                      Unknown

| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
|---|---|
| Amount requested | **$0.00** |

**SHOPS AT CHESTNUT HILL TENANT ALLOWANCE**                                           Unknown

| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
|---|---|
| Amount requested | **$0.00** |

**SILVER SANDS, DESTIN, FL TENANT ALLOWANCE**                                         Unknown

| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
|---|---|
| Amount requested | **$0.00** |

**NORTHSHORE MALL TENANT ALLOWANCE**                                                  Unknown

| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
|---|---|
| Amount requested | **$0.00** |

Debtor   **Brooks Brothers Group, Inc.**                              Case number *(If known)* **20-11785**
         Name

| **CROSS IRON TENANT ALLOWANCE** | **Unknown** |
|---|---|
| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
| Amount requested | **$0.00** |

| **CANON DRIVE TENANT ALLOWANCE** | **Unknown** |
|---|---|
| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
| Amount requested | **$0.00** |

| **CANON DRIVE TENANT ALLOWANCE** | **Unknown** |
|---|---|
| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
| Amount requested | **$0.00** |

| **CORNERS OF BROOKFIELD TENANT ALLOWANCE** | **Unknown** |
|---|---|
| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
| Amount requested | **$0.00** |

| **CITY CENTER TENANT ALLOWANCE** | **Unknown** |
|---|---|
| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
| Amount requested | **$0.00** |

| **BRIDGEPORT VILLAGE TENANT ALLOWANCE** | **Unknown** |
|---|---|
| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
| Amount requested | **$0.00** |

| **GROVE CITY PO TENANT ALLOWANCE** | **Unknown** |
|---|---|
| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
| Amount requested | **$0.00** |

| **GRAND PRAIRIE TENANT ALLOWANCE** | **Unknown** |
|---|---|
| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
| Amount requested | **$0.00** |

| **QUEENSTOWN PO TENANT ALLOWANCE** | **Unknown** |
|---|---|
| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
| Amount requested | **$0.00** |

| **TULSA P/O TENANT ALLOWANCE** | **Unknown** |
|---|---|
| Nature of claim | **LANDLORD/ TENANT DISPUTE** |
| Amount requested | **$0.00** |

76.    **Trusts, equitable or future interests in property**

Debtor   **Brooks Brothers Group, Inc.**                                    Case number *(If known)*  **20-11785**
_____
          Name

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

78.   **Total of Part 11.**                                                                    | $65,205,257.00 |

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    **Brooks Brothers Group, Inc.**                          Case number *(If known)* **20-11785**
          _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,746,123.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,614,434.75 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $15,093,361.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | Unknown | |
| 84. **Inventory.** *Copy line 23, Part 5.* | Unknown | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | Unknown | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | Unknown | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | Unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $65,205,257.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $91,659,176.33 | + 91b.    Unknown |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $91,659,176.33 |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Brooks Brothers Group, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **20-11785**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| 2.1 | **BRAND FUNDING, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

**800 BOYLSTON STREET 27TH FLOOR BOSTON, MA 02199**
Creditor's mailing address

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred Undetermined**
**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2 | **DIXIE DEVELOPMENT COMPANY**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$475,343.00** | **Unknown** |
| --- | --- | --- | --- | --- |

**PO BOX 900 ATTN: DIXIE DEVELOPMENT COMPANY CLINTON, NC 28329**
Creditor's mailing address

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred 11/12/2012**
**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Official Form 206D                    **Schedule D: Creditors Who Have Claims Secured by Property**                    page 1 of 13

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (if known) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** | **EVERBANK COMMERCIAL FINANCE, INC.**
Creditor's Name

**10 WATERVIEW BLVD PARSIPPANY, NJ 07054**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Undetermined**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                    **Unknown**          **Unknown**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

**2.4** | **EXPEDITORS INTERNATIONAL**
Creditor's Name

**245 ROGER AVENUE INWOOD, NY 11096**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Undetermined**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                    **$500,000.00**          **Unknown**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** | **FIDELITY AND DEPOSIT COMPANY**
Creditor's Name

**P.O. BOX 73307 CHICAGO, IL 60673-7307**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**                    **$775,270.00**          **Unknown**

**Describe the lien**

---

Debtor    **Brooks Brothers Group, Inc.**
_____
Name

Case number (if known)    **20-11785**
_____

_____
Creditor's email address, if known

**Date debt was incurred**
**Undetermined**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **GE CAPITAL RETAIL BANK** |
|---|---|

Creditor's Name

**170 WEST ELECTION DRIVE**
**SUITE 125**
**DRAPER, UT 84020**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**Undetermined**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     <u>Unknown</u>     <u>Unknown</u>

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.7 | **GENERAL ELECTRIC CAPITAL CORPORATION** |
|---|---|

Creditor's Name

**1600 SUMMER STREET**
**STAMFORD, CT 06922**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**Undetermined**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     <u>Unknown</u>     <u>Unknown</u>

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 13

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **GORDON BROTHERS** |
|---|---|
| | Creditor's Name |

**Describe debtor's property that is subject to a lien**          $32,500,000.00          **Unknown**

**1350 6TH AVE #2802**
**NEW YORK, NY 10019**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
□ No

**Date debt was incurred**
**5/21/2020**
**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

---

| 2.9 | **HARTFORD FIRE INSURANCE COMPANY** |
|---|---|
| | Creditor's Name |

**Describe debtor's property that is subject to a lien**          $3,600,000.00          **Unknown**

**P.O. BOX 660916**
**DALLAS, TX 75266-0916**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**Undetermined**
**Last 4 digits of account number**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

---

| 2.10 | **IKON FINANCIAL SVCS.** |
|---|---|
| | Creditor's Name |

**Describe debtor's property that is subject to a lien**          **Unknown**          **Unknown**

**1738 BASS ROAD**
**MACON, GA 31210**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**Undetermined**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor    **Brooks Brothers Group, Inc.**
_____
Name

Case number (if known)    **20-11785**
_____

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.1 1** **JP MORGAN CHASE N.A.**

Creditor's Name

**4 NEW YORK PLAZA
FLOOR 15
NEW YORK, NY 10004**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred
UNDETERMINED**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien    **$6,451,293.00**    **Unknown**

_____

Describe the lien

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 2** **JUDITH A CAROLL AND
JAY GRODIN,**

Creditor's Name

**10580 WILSHIRE BLVD,
SUITE 84
LOS ANGELES, CA 90024**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred
Undetermined**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien    **$128,809.00**    **Unknown**

_____

Describe the lien

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 3** **LIBERTY MUTUAL
INSURANCE COMPANY**

Describe debtor's property that is subject to a lien    **$507,000.00**    **Unknown**

---

Debtor    **Brooks Brothers Group, Inc.**
_____
Name

Case number (if known)    **20-11785**

_____
Creditor's Name

**P.O. BOX 2027
KEENE, NH 03431-7027**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
Undetermined
Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 4 | **MACQUARIE EQUIPMENT FINANCE LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

_____
Creditor's Name

**2285 FRANKLIN ROAD
SUITE 100
BLOOMFIELD  HILLS, MI
48302**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
Undetermined
Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 5 | **MONOGRAM CREDIT CARD BANK OF GEORGIA** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

_____
Creditor's Name

**7840 ROSWELL ROAD
BLDG. 100 SUITE 210
ATLANTA, GA 30350**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
Undetermined
Last 4 digits of account number**

---

Debtor    **Brooks Brothers Group, Inc.**                              Case number (if known)    **20-11785**
_____                                        _____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **NORTHSTAR PULP & PAPER CO. INC.** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**    Unknown    Unknown

**89 GUION STREET**
**SPRINGFIELD, MA 01104**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
Creditor's email address, if known          ☐ Yes

**Is anyone else liable on this claim?**
☒ No
**Date debt was incurred**
**Undetermined**                            ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**     **As of the petition filing date, the claim is:** Check all that apply
☒ No                                        ☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.     ☒ Unliquidated
                                            ☐ Disputed

---

| 2.1 7 | **RETAIL CREDIT CARD CORPORATION** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**    Unknown    Unknown

**C/O FIRST DATA RESOURCES INC.**
**10825 FARNAM DRIVE**
**OMAHA, NE 68154**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
Creditor's email address, if known          ☐ Yes

**Is anyone else liable on this claim?**
☒ No
**Date debt was incurred**
**Undetermined**                            ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**     **As of the petition filing date, the claim is:** Check all that apply
☒ No                                        ☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.     ☒ Unliquidated
                                            ☐ Disputed

---

| 2.1 8 | **UCI** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**    $7,950,000.00    Unknown

---

Debtor    **Brooks Brothers Group, Inc.**
_____      Case number (if known)    **20-11785**
Name

_____
Creditor's Name

**150 EAST 42ND STREET**
**NEW YORK, NY 10017**
_____      Describe the lien
Creditor's mailing address                _____

                                          **Is the creditor an insider or related party?**
_____      ■ No
Creditor's email address, if known        ☐ Yes
                                          **Is anyone else liable on this claim?**
**Date debt was incurred**                ■ No
**Undetermined**                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.1 9 | **UCI** | Describe debtor's property that is subject to a lien | **$5,661,420.00** | **Unknown** |

_____
Creditor's Name

**150 EAST 42ND STREET**
**NEW YORK, NY 10017**
_____      Describe the lien
Creditor's mailing address                _____

                                          **Is the creditor an insider or related party?**
_____      ■ No
Creditor's email address, if known        ☐ Yes
                                          **Is anyone else liable on this claim?**
**Date debt was incurred**                ■ No
**Undetermined**                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,             ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.2 0 | **UCI** | Describe debtor's property that is subject to a lien | **$2,000.00** | **Unknown** |

_____
Creditor's Name

**150 EAST 42ND STREET**
**NEW YORK, NY 10017**
_____      Describe the lien
Creditor's mailing address                _____

                                          **Is the creditor an insider or related party?**
_____      ■ No
Creditor's email address, if known        ☐ Yes
                                          **Is anyone else liable on this claim?**
**Date debt was incurred**                ■ No
**Undetermined**                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
|---|---|---|---|
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

| 2.2 1 | **UCI** | **Describe debtor's property that is subject to a lien** | **$1,453.83** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**150 EAST 42ND STREET
NEW YORK, NY 10017**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
Undetermined
Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 2 | **UNICREDIT S.P.A** | **Describe debtor's property that is subject to a lien** | **$545,328.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**VIA SPECCHI 16
ROMA
1868, ITAL**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
Undetermined
Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 3 | **UNICREDIT S.P.A** | **Describe debtor's property that is subject to a lien** | **$843,772.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**VIA SPECCHI 16
ROMA
1868, ITAL**

Creditor's mailing address

**Describe the lien**

---

Debtor **Brooks Brothers Group, Inc.**

Name

Case number (if known) **20-11785**

---

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

**Undetermined**

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 4 | **UNICREDIT S.P.A.** | Describe debtor's property that is subject to a lien | $770,547.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**VIA SPECCHI 16**
**ROMA**
**01868, ITAL**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

**Undetermined**

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 5 | **US CUSTOMS AND BORDER PROTECTION** | Describe debtor's property that is subject to a lien | $2,900,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1300 PENNSYLVANIA AVE. NW**
**WASHINGTON, DC 20229**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

**Undetermined**

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 6 | **US CUSTOMS AND BORDER PROTECTION** | Describe debtor's property that is subject to a lien | **$116,885.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**1300 PENNSYLVANIA AVE. NW**
**WASHINGTON, DC 20229**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Undetermined**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 7 | **WELLS FARGO NATIONAL BANK** | Describe debtor's property that is subject to a lien | **$205,807,194.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**ONE BOSTON PLACE**
**18TH FLOOR**
**BOSTON, MA 02108**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/28/2019**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 8 | **WELLS FARGO NATIONAL BANK** | Describe debtor's property that is subject to a lien | **$2,399.98** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**ONE BOSTON PLACE**
**18TH FLOOR**
**BOSTON, MA 02108**

Creditor's mailing address

Describe the lien

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/28/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **WELLS FARGO NATIONAL BANK** | | |
|---|---|---|---|

Creditor's Name

**ONE BOSTON PLACE**
**18TH FLOOR**
**BOSTON, MA 02108**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

$78,604.35          Unknown

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/28/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **WELLS FARGO NATIONAL BANK** | | |
|---|---|---|---|

Creditor's Name

**ONE BOSTON PLACE**
**18TH FLOOR**
**BOSTON, MA 02108**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

$1,108.42          Unknown

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/28/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| | |
|---|---|
| Debtor | **Brooks Brothers Group, Inc.** |
| | Name |

Case number (*if known*)    **20-11785**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **WELLS FARGO NATIONAL BANK** |
|---|---|
| | Creditor's Name |

Describe debtor's property that is subject to a lien

$590.61     Unknown

**ONE BOSTON PLACE
18TH FLOOR
BOSTON, MA 02108**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
6/28/2019
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$269,619,018 .19

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name **Brooks Brothers Group, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **20-11785**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address **ALABAMA DEPARTMENT OF REVENUE OFFICE OF THE COMMISSIONER P.O. BOX 327001 MONTGOMERY, AL 36132-7001** | As of the petition filing date, the claim is: *Check that apply.* ■ Contingent ☐ Unliquidated ☐ Disputed | **$15,000.00** | **$15,000.00** |
| | Date or dates debt was incurred **ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020** | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address **ARIZONA DEPARTMENT OF REVENUE TAXPAYER INFORMATION AND ASSISTANCE P.O. BOX 29086 PHOENIX, AZ 85038-9086** | As of the petition filing date, the claim is: *Check that apply.* ■ Contingent ☐ Unliquidated ☐ Disputed | **$9,000.00** | **$9,000.00** |
| | Date or dates debt was incurred **ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020** | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (if known) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,000.00** | **$4,000.00** |
|---|---|---|---|---|

**ARKANSAS DEPARTMENT OF FINANCE AND ADMIN SALES AND USE TAX UNIT P.O. BOX 1272 LITTLE ROCK, AR 72203-1272**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$161.86** | **$161.86** |
|---|---|---|---|---|

**BERKSHIRE LANDING NEW COMMUNITY AUT P.O. BOX 645492 CINCINNATI, OH 45264**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$100.00** | **$100.00** |
|---|---|---|---|---|

**BOROUGH OF SHREWSBURY 419 SYCAMORE AVENUE SHREWSBURY, NJ 07702**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR LICENSING AND FEES AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$116,000.00** | **$116,000.00** |
|---|---|---|---|---|

**CALIFORNIA STATE BOARD OF EQUALIZATION 450 N STREET P.O. BOX 942879 SACRAMENTO, CA 94279-0001**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,400.00 | $10,400.00 |
|---|---|---|---|---|

**CALIFORNIA TRAVEL & TOURISM COMMISS TOURISM ASSESSMENT PROGRAM P.O. BOX 101711 PASADENA, CA 91189-1711**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR LICENSING AND FEES AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,930.00 | $4,930.00 |
|---|---|---|---|---|

**CITY OF ANN ARBOR CITY TREASURER, DEPT. #77602 P.O. BOX 77000 DETROIT, MI 48277-0602**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR PERSONAL PROPERTY TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |
|---|---|---|---|---|

**CITY OF BOSTON TAX COLLECTOR BOX 55810 BOSTON, MA 02205-5810**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR PERSONAL PROPERTY TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(if known)* | **20-11785** |
|---|---|---|---|
| | Name | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** | **$200.00** |
|---|---|---|---|---|

**CITY OF ELIZABETH**
**TAX COLLECTOR**
**50 WINFELD SCOTT PLAZA**
**ELIZABETH, NJ 07201**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR LICENSING AND FEES AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$556.86** | **$556.86** |
|---|---|---|---|---|

**CITY OF FOLEY, ALABAMA**
**P.O. BOX 1750**
**FOLEY, AL 36536**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** | **$1,100.00** |
|---|---|---|---|---|

**CITY OF GAFFNEY**
**PO BOX 2109**
**GAFFNEY, SC 29342**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR LICENSING AND FEES AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** | **$1,000.00** |
|---|---|---|---|---|

**CITY OF LAS VEGAS - LICENSING BUSINESS LICENSE RENEWAL**
**333 NORTH RANCHO DR. 6TH FLOOR**
**LAS VEGA, NV 89106**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR LICENSING AND FEES AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**CITY OF LEAWOOD**
**4800 TOWN CENTER DRIVE**
**LEAWOOD, KS 66211**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR**
**LICENSING AND FEES AS OF**
**7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,040.00 | $3,040.00 |
|---|---|---|---|---|

**CITY OF NEWPORT**
**NEWPORT CITY HALL**
**43 BROADWAY**
**NEWPORT, RI 02840-2798**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR**
**PERSONAL PROPERTY TAX AS**
**OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**CITY OF NEWTON**
**P.O. BOX 9137**
**NEWTON, MA 02460-9137**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR**
**PERSONAL PROPERTY TAX AS**
**OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**CITY OF PEABODY**
**TAX COLLECTOR**
**24 LOWELL STREET**
**P.O. BOX 3047**
**PEABODY, MA 01961-3047**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR**
**PERSONAL PROPERTY TAX AS**
**OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (*if known*) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

**2.18** | Priority creditor's name and mailing address
**CITY OF SEATTLE**
**LICENSING & TAX**
**ADMINISTRATION**
**P.O. BOX 34907**
**SEATTLE, WA 98124-1907**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**$1,100.00**     **$1,100.00**

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR**
**LICENSING AND FEES AS OF**
**7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.19** | Priority creditor's name and mailing address
**CITY OF SOMERVILLE**
**P.O. BOX 197**
**SOMERVILLE, MA 02143-0197**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**$90.00**     **$90.00**

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR**
**PERSONAL PROPERTY TAX AS**
**OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address
**CLARK COUNTY**
**DEPT. OF BUSINESS LICENSE**
**500 S GRAND CENTRAL PKWY,**
**3RD FL**
**LAS VEGAS, NV 89155-1810**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**$800.00**     **$800.00**

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR**
**LICENSING AND FEES AS OF**
**7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 | $600.00 |
|---|---|---|---|---|

**CLERK OF THE CIRCUIT COURT**
**50 MARYLAND AVE., ROOM 111**
**ROCKVILLE, MD 20850**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR**
**LICENSING AND FEES AS OF**
**7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |
|---|---|---|---|---|

**CLERK OF THE CIRCUIT COURT**
**14735 MAIN STREET**
**UPPER MARLBORO, MD 20772**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR**
**LICENSING AND FEES AS OF**
**7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**CLERK OF THE COURT**
**8 CHURCH CIRCLE, ROOM H-101**
**ANNAPOLIS, MD 21401**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR**
**LICENSING AND FEES AS OF**
**7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,320.00 | $2,320.00 |
|---|---|---|---|---|

**COLLECTOR OF TAXES**
**PO BOX 50**
**STAMFORD, CT 06904**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR**
**PERSONAL PROPERTY TAX AS**
**OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**2.25** | Priority creditor's name and mailing address
**COLORADO DEPARTMENT OF REVENUE**
**1375 SHERMAN ST.**
**DENVER, CO 80261**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**$5,000.00** **$5,000.00**

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address
**COLORADO DEPARTMENT OF REVENUE**
**1375 SHERMAN ST.**
**DENVER, CO 80261**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**$478.50** **$478.50**

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.27** | Priority creditor's name and mailing address
**COMPTROLLER OF MARYLAND**
**110 CARROLL ST.**
**ANNAPOLIS, MD 21411**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**$20,000.00** **$20,000.00**

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address
**CONNECTICUT DEPARTMENT OF REVENUE SERVIC**
**25 SIGOURNEY ST.**
**HARTFORD, CT 06106-5032**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**$80,000.00** **$80,000.00**

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(if known)* | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 | $500.00 |
|---|---|---|---|---|

**COUNTY OF RIVERSIDE
DIVISION OF WEIGHTS &
MEASURES
P.O. BOX 1089
RIVERSIDE, CA 92502-1089**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR
LICENSING AND FEES AS OF
7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 | $600.00 |
|---|---|---|---|---|

**COUNTY OF SANTA CLARA
DIVISION OF WEIGHTS &
MEASURES
1553 BERGER DRIVE BUILDING 1
SAN JOSE, CA 95112**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR
LICENSING AND FEES AS OF
7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,310.00 | $9,310.00 |
|---|---|---|---|---|

**DARIEN TAX COLLECTOR
P.O. BOX 1252
DARIEN, CT 06820**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR
PERSONAL PROPERTY TAX AS
OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,360.00 | $20,360.00 |
|---|---|---|---|---|
| | **DC TREASURER** | Check all that apply. | | |
| | **OFFICE OF TAX AND REVENUE** | ■ Contingent | | |
| | **P.O. BOX 7862** | ☐ Unliquidated | | |
| | **WASHINGTON, DC 20044-7862** | ☐ Disputed | | |

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR PERSONAL PROPERTY TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,300.00 | $4,300.00 |
|---|---|---|---|---|
| | **DELAWARE SECRETARY OF STATE** | Check all that apply. | | |
| | **STATE OF DELAWARE** | ■ Contingent | | |
| | **P.O. BOX 5509** | ☐ Unliquidated | | |
| | **BINGHAMTON, NY 13902-5509** | ☐ Disputed | | |

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR INCOME AND FRANCHISE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,166.17 | $1,166.17 |
|---|---|---|---|---|
| | **E.F.T. DELAWARE DIVISION OF REVENUE** | Check all that apply. | | |
| | **BUSINESS LICENSE** | ■ Contingent | | |
| | **P.O. BOX 8750** | ☐ Unliquidated | | |
| | **WILMINGTON, DE 19899-8750** | ☐ Disputed | | |

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR DELAWARE GROSS RECEIPT AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,560.00 | $3,560.00 |
|---|---|---|---|---|
| | **FARMINGTON TAX COLLECTOR** | Check all that apply. | | |
| | **TOWN OF FARMINGTON** | ■ Contingent | | |
| | **PO BOX 150462** | ☐ Unliquidated | | |
| | **HARTFORD, CT 06115-0462** | ☐ Disputed | | |

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR PERSONAL PROPERTY TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.15 | $138.15 |
|---|---|---|---|---|

**FISHKIND & ASSOCIATES, INC.**
**120151 CORPORATE BLVD.**
**ORLANDO, FL 32817**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78,000.00 | $78,000.00 |
|---|---|---|---|---|

**FLORIDA DEPARTMENT OF REVENUE**
**TAXPAYER SERVICES**
**1379 BLOUNTSTOWN HWY.**
**TALLAHASSEE, FL 32304-2716**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,000.00 | $27,000.00 |
|---|---|---|---|---|

**GEORGIA DEPARTMENT OF REVENUE**
**1800 CENTURY BLVD, NE**
**ATLANTA, GA 30345**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $427.76 | $427.76 |
|---|---|---|---|---|

**GILA RIVER INDIAN COMMUNITY**
**OFFICE OF THE TREASURER**
**P.O. BOX 2160**
**SACATON, AZ 85147**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**HAWAII DEPARTMENT OF TAXATION**
**OAHU DISTRICT OFFICE**
**PRINCESS RUTH KEELIKOLANI BUILDING**
**830 PUNCHBOWL STREET**
**HONOLULU, HI 96813-5094**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
|---|---|---|---|---|

**IDAHO STATE TAX COMMISSION**
**P.O. BOX 36**
**800 PARK BLVD., PLAZA IV**
**BOISE, ID 83722-0410**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,000.00 | $8,000.00 |
|---|---|---|---|---|

**INDIANA DEPARTMENT OF REVENUE**
**100 N. SENATE AVE.**
**INDIANAPOLIS, IN 46204**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 | $10,000.00 |
|---|---|---|---|---|

**IOWA DEPARTMENT OF REVENUE**
**TAXPAYER SERVICES**
**P.O. BOX 10457**
**DES MOINES, IA 50306-0457**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,000.00 | $6,000.00 |
|---|---|---|---|---|

**KANSAS DEPARTMENT OF REVENUE**
**DOCKING STATE OFFICE BUILDING**
**ROOM 150**
**915 SW HARRISON STREET**
**TOPEKA, KS 66612**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,000.00 | $9,000.00 |
|---|---|---|---|---|

**KENTUCKY DEPARTMENT OF REVENUE**
**200 FAIR OAKS LN.**
**FRANKFORT, KY 40602**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**LAURA KEISLING, COLLECTOR**
**TRINITY SCHOOL DISTRICT**
**550 WASHINGTON ROAD**
**WASHINGTON, PA 15301**

*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR**
**LICENSING AND FEES AS OF**
**7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,470.00 | $6,470.00 |
|---|---|---|---|---|

**LEDYARD TAX COLLECTOR**
**741 COLONEL LEDYARD HWY**
**LEDYARD, CT 06339**

*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR**
**PERSONAL PROPERTY TAX AS**
**OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**LOS ANGELES COUNTY**
**AGRICULTURAL COM**
**WEIGHTS AND MEASURES**
**LOS ANGELES COUNTY**
**TREASURER**
**P.O. BOX 512399**
**LOS ANGELES, CA 90051-0399**

*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR**
**LICENSING AND FEES AS OF**
**7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(if known)* | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**2.49** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,000.00** | **$15,000.00**

**LOUISIANA DEPARTMENT OF REVENUE**
**SALES TAX DIVISION**
**P.O. BOX 3138**
**BATON ROUGE, LA 70821-3138**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.50** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,000.00** | **$3,000.00**

**MAINE DEPARTMENT OF REVENUE SERVICES**
**SALES, FUEL & SPECIAL TAX DIVISION**
**P.O. BOX 1065**
**AUGUSTA, ME 04332-1605**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.51** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$28,000.00** | **$28,000.00**

**MASSACHUSETTS DEPARTMENT OF REVENUE**
**P.O. BOX 7010**
**BOSTON, MA 02204**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$17,000.00** | **$17,000.00** |
|---|---|---|---|---|

**MICHIGAN DEPARTMENT OF TREASURY**

LANSING, MI 48933

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$1,000.00** |
|---|---|---|---|---|

**MINNESOTA DEPARTMENT OF REVENUE**
**600 NORTH ROBERT STREET**
**ST. PAUL, MN 55101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,000.00** | **$3,000.00** |
|---|---|---|---|---|

**MISSISSIPPI DEPARTMENT OF REVENUE**
**P.O. BOX 1033**
**JACKSON, MS 39215-1033**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,000.00** | **$11,000.00** |
|---|---|---|---|---|

**MISSOURI DEPARTMENT OF REVENUE**
**P.O. BOX 3300**
**JEFFERSON CITY, MO 65105-3300**

Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(if known)* | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** | **$2,000.00** |
|---|---|---|---|---|

**NEBRASKA DEPARTMENT OF
REVENUE
NEBRASKA STATE OFFICE
BUILDING
301 CENTENNIAL MALL SOUTH
P.O. BOX 94818
LINCOLN, NE 68509-4818**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR
SALES AND USE TAX AS OF
7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** | **$8,000.00** |
|---|---|---|---|---|

**NEVADA DEPARTMENT OF
TAXATION
1550 COLLEGE PKWY., STE. 115
CARSON CITY, NV 89706**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR
SALES AND USE TAX AS OF
7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** | **$4,000.00** |
|---|---|---|---|---|

**NEW JERSEY DIVISION OF
TAXATION
P.O. BOX 281
TRENTON, NJ 08695-0281**

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR
SALES AND USE TAX AS OF
7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,000.00** | **$3,000.00** |
|---|---|---|---|---|

**NEW MEXICO TAXATION AND
REVENUE DEPARTME
1100 S. ST. FRANCIS DR.
P.O. BOX 630
SANTA FE, NM 87504-0630**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR
SALES AND USE TAX AS OF
7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$500.00** | **$500.00** |
|---|---|---|---|---|

**NEW YORK ESTIMATED
CORPORATION TAX
NYS CORPORATION TAX
PO BOX 15181
BINGHAMTON, NY 12212-5181**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR
INCOME AND FRANCHISE TAX AS
OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$115,000.00** | **$115,000.00** |
|---|---|---|---|---|

**NEW YORK STATE DEPARTMENT
OF TAXATION AN
NYS SALES TAX PROCESSING
PO BOX 15172
ALBANY, NY 12212-5172**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR
SALES AND USE TAX AS OF
7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$43,000.00** | **$43,000.00** |
|---|---|---|---|---|

**NORTH CAROLINA DEPARTMENT
OF REVENUE
SALES AND USE TAX DIVISION
P.O. BOX 871
RALEIGH, NC 27640-0640**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR
SALES AND USE TAX AS OF
7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**NORTH DAKOTA OFFICE OF STATE TAX COMMISS 600 E. BOULEVARD AVE. BISMARCK, ND 58505-0599**

*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,340.00 | $2,340.00 |
|---|---|---|---|---|

**NYC DEPARTMENT OF FINANCE P.O. BOX 5564 BINGHAMTON, NY 13902-5564**

*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR COMMERCIAL RENT TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 | $10,000.00 |
|---|---|---|---|---|

**OFFICE OF TAX AND REVENUE OFFICE OF THE CHIEF FINANCIAL OFFICER 941 N. CAPITOL ST. NE 8TH FL. WASHINGTON, DC 20002**

*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (if known) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,000.00 | $38,000.00 |
|---|---|---|---|---|

**OHIO DEPARTMENT OF TAXATION**
**SALES AND USE TAX DIVISION**
**4485 NORTHLAND RIDGE BLVD.**
**COLUMBUS, OH 43229**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $5,000.00 |
|---|---|---|---|---|

**OKLAHOMA TAX COMMISSION**
**2501 NORTH LINCOLN BOULEVARD**
**OKLAHOMA CITY, OK 73194**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**OKLAHOMA TAX COMMISSION**
**2501 NORTH LINCOLN BOULEVARD**
**OKLAHOMA CITY, OK 73194**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR LICENSING AND FEES AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**OREGON DEPARTMENT OF REVENUE**
**P.O. BOX14790**
**SALEM, OR 97309-0470**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR INCOME AND FRANCHISE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (if known) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,000.00 | $7,000.00 |
|---|---|---|---|---|

**PENNSYLVANIA DEPARTMENT OF REVENUE BUREAU OF BUSINESS TRUST FUND TAXES P.O. BOX 280901 HARRISBURG, PA 17128-0901**

*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**RHODE ISLAND DIVISION OF TAXATION ONE CAPITOL HILL PROVIDENCE, RI 02908**

*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,298.00 | $1,298.00 |
|---|---|---|---|---|

**SAN FRANCISCO TAX COLLECTOR BUSINESS TAX SECTION PO BOX 7425 SAN FRANCISCO, CA 94120-7425**

*Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR LICENSING AND FEES AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,035.00** | **$4,035.00** |
|---|---|---|---|---|
| | **SAN FRANCISCO TAX COLLECTOR BUSINESS TAX SECTION PO BOX 7425 SAN FRANCISCO, CA 94120-7425** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SAN FRANCISCO PAYROLL RECEIPT TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,000.00** | **$11,000.00** |
|---|---|---|---|---|
| | **SOUTH CAROLINA DEPARTMENT OF REVENUE 300A OUTLET POINTE BOULEVARD PO BOX 125 COLUMBIA, SC 29214** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$1,000.00** |
|---|---|---|---|---|
| | **SOUTH DAKOTA DEPARTMENT OF REVENUE AND R ATTN: BUSINESS TAX DIVISION 445 EAST CAPITOL AVE. PIERRE, SD 57501** | *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,300.00 | $12,300.00 |
|---|---|---|---|---|

**TAX COLLECTOR, CITY OF DANBURY**
**OFFICE OF THE TAX COLLECTOR**
**P.O. BOX 237**
**DANBURY, CT 06813**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR PERSONAL PROPERTY TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,000.00 | $22,000.00 |
|---|---|---|---|---|

**TENNESSEE DEPARTMENT OF REVENUE**
**ANDREW JACKSON BUILDING, ROOM 1200**
**500 DEADERICK ST.**
**NASHVILLE, TN 37242-1099**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,000.00 | $9,000.00 |
|---|---|---|---|---|

**TENNESSEE DEPT.OF REVENUE**
**ANDREW JACKSON ST.OFF.BLD**
**500 DEADERICK ST.**
**NASHVILLE, TN 37242**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR INCOME AND FRANCHISE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**2.79**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | | **$56,000.00** | **$56,000.00** |
|---|---|---|---|---|---|

Priority creditor's name and mailing address
**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**
**P.O. BOX 13528, CAPITOL STATION**
**AUSTIN, TX 78711-3528**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.80**

Priority creditor's name and mailing address
**TOWN OF CLINTON**
**54 EAST MAIN STREET**
**CLINTON, CT 06413**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**$4,270.00**    **$4,270.00**

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR PERSONAL PROPERTY TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.81**

Priority creditor's name and mailing address
**TOWN OF DEDHAM**
**COLLECTOR OF TAXES**
**P.O. BOX 4103**
**WOBURN, MA 01888-4103**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**$30.00**    **$30.00**

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR PERSONAL PROPERTY TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.82**

Priority creditor's name and mailing address
**TOWN OF ENFIELD**
**P.O. BOX 10007**
**LEWISTON, ME 04243-9434**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**$156,000.00**    **$156,000.00**

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR PERSONAL PROPERTY TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$328,000.00** | **$328,000.00** |
|---|---|---|---|---|
| | **TOWN OF ENFIELD** | *Check all that apply.* | | |
| | **P.O. BOX 10007** | ■ Contingent | | |
| | **LEWISTON, ME 04243-9434** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **ESTIMATED AMOUNTS FOR REAL ESTATE TAX AS OF 7/8/2020** | |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No   ☐ Yes |

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,830.00** | **$6,830.00** |
|---|---|---|---|---|
| | **TOWN OF GREENWICH** | *Check all that apply.* | | |
| | **TAX COLLECTOR** | ■ Contingent | | |
| | **P.O. BOX 3002** | ☐ Unliquidated | | |
| | **GREENWICH, CT 06836-3002** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **ESTIMATED AMOUNTS FOR PERSONAL PROPERTY TAX AS OF 7/8/2020** | |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No   ☐ Yes |

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$80.00** | **$80.00** |
|---|---|---|---|---|
| | **TOWN OF NATICK** | *Check all that apply.* | | |
| | **TOWN COLLECTOR** | ■ Contingent | | |
| | **13 EAST CENTRAL STREET** | ☐ Unliquidated | | |
| | **NATICK, MA 01760** | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **ESTIMATED AMOUNTS FOR PERSONAL PROPERTY TAX AS OF 7/8/2020** | |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No   ☐ Yes |

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,560.00** | **$20,560.00** |
|---|---|---|---|---|
| | **TOWN OF SOUTH WINDSOR** | *Check all that apply.* | | |
| | **1540 SULLIVAN AVENUE** | ■ Contingent | | |
| | **SOUTH WINDSOR, CT 06074** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **ESTIMATED AMOUNTS FOR PERSONAL PROPERTY TAX AS OF 7/8/2020** | |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No   ☐ Yes |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(if known)* | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,120.00 | $12,120.00 |
|---|---|---|---|---|
| | **TOWN OF WESTPORT** | *Check all that apply.* | | |
| | **TAX COLLECTOR** | ☐ Contingent | | |
| | **P.O. BOX 350** | ☐ Unliquidated | | |
| | **WESTPORT, CT 06881-0350** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **ESTIMATED AMOUNTS FOR PERSONAL PROPERTY TAX AS OF 7/8/2020** | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|
| | **TOWN OF WRENTHAM** | *Check all that apply.* | | |
| | **OFFICE OF THE COLLECTOR** | ☐ Contingent | | |
| | **P.O. BOX 4110** | ☐ Unliquidated | | |
| | **WOBURN, MA 01888-4110** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **ESTIMATED AMOUNTS FOR PERSONAL PROPERTY TAX AS OF 7/8/2020** | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|
| | **TOWN OF WRENTHAM** | *Check all that apply.* | | |
| | **79 SOUTH STREET** | ■ Contingent | | |
| | **WRENTHAM, MA 02093** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **ESTIMATED AMOUNTS FOR LICENSING AND FEES AS OF 7/8/2020** | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 | $800.00 |
|---|---|---|---|---|
| | **TRAVIS A. HULSEY, DIRECTOR** | *Check all that apply.* | | |
| | **DEPARTMENT OF REVENUE** | ☐ Contingent | | |
| | **P.O. BOX 12207** | ☐ Unliquidated | | |
| | **BIRMINGHAM, AL 35202-2207** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **ESTIMATED AMOUNTS FOR LICENSING AND FEES AS OF 7/8/2020** | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (*if known*) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,540.00 | $1,540.00 |
|---|---|---|---|---|

**TREASURER, JAMES CITY COUNTY**
**P.O. BOX 8701**
**WILLIAMSBURG, VA 23187-8701**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR PERSONAL PROPERTY TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $3,000.00 |
|---|---|---|---|---|

**UTAH STATE TAX COMMISSION**
**210 NORTH 1950 WEST**
**SALT LAKE CITY, UT 84134**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**VERMONT DEPARTMENT OF TAXES**
**133 STATE ST.**
**MONTPELIER, VT 05633**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**VILLAGE OF SKOKIE COMMUNITY DEVELOPMENT**
**5127 OAKTON STREET**
**SKOKIE, IL 60077-3633**

*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR LICENSING AND FEES AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,000.00 | $29,000.00 |

**VIRGINIA DEPARTMENT OF TAXATION**
**P.O. BOX 1115**
**RICHMOND, VA 23218-1115**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,200.00 | $2,200.00 |

**WASHINGTON STATE DEPARTMENT OF REVENUE TAXPAYER ACCOUNT ADMINISTRATION**
**P.O. BOX 47476**
**OLYMPIA, WA 98504-7476**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR LICENSING AND FEES AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 | $15,000.00 |

**WASHINGTON STATE DEPARTMENT OF REVENUE TAXPAYER ACCOUNT ADMINISTRATION**
**P.O. BOX 47476**
**OLYMPIA, WA 98504-7476**

*Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**2.98** | Priority creditor's name and mailing address
**WISCONSIN DEPARTMENT OF REVENUE**
**2135 RIMROCK ROAD**
**MADISON, WI 53713**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$6,000.00    $6,000.00

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.99** | Priority creditor's name and mailing address
**WYOMING DEPARTMENT OF REVENUE**
**EXCISE TAX DIVISION**
**122 W. 25TH ST.**
**HERSCHLER BLDG., 2ND FLOOR WEST**
**CHEYENNE, WY 82002-0110**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00    $1,000.00

Date or dates debt was incurred
**ESTIMATED AMOUNTS FOR SALES AND USE TAX AS OF 7/8/2020**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | Nonpriority creditor's name and mailing address
**1 ALL SOULS CRESCENT,LLC**
**10 BROOK STREET, SUITE 205**
**C/O BILTMORE PROPERTY GROUP**
**ASHEVILLE, NC 28803**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$39,134.20

Date(s) debt was incurred    UNDETERMINED
Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address
**11 EAST 44TH STREET, LLC**
**346 MADISON AVENUE**
**MANHATTAN, NY 10017**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$398,893.02

Date(s) debt was incurred    UNDETERMINED
Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address
**11 EAST 44TH STREET,LLC**
**346 MADISON AVENUE**
**MANHATTAN, NY 10017**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$190,071.20

Date(s) debt was incurred    UNDETERMINED
Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address
**1201 CONNECTICUT NOVEL COWORKING LL**
P.O. BOX 62032
NEWARK, NJ 07101

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$357,413.36**

---

**3.5** | Nonpriority creditor's name and mailing address
**1513 WALNUT LLC**
P.O. BOX 2087
BALA CYNWYD, PA 19004

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$226,642.68**

---

**3.6** | Nonpriority creditor's name and mailing address
**1ST CHOICE SELF STORAGE, INC.**
2713 IRA E. WOODS AVENUE
GRAPEVINE, TX 76051

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$283.00**

---

**3.7** | Nonpriority creditor's name and mailing address
**23RD STREET ESTATES, LLC**
320 ROEBLING STREET, #316
BROOKLYN, NY 11211

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,838.65**

---

**3.8** | Nonpriority creditor's name and mailing address
**25 EAST 86TH STREET CORPORATION**
C/O ORSID REALTY CORP.
156 WEST 56TH ST., 6TH FLOOR
NEW YORK, NY 10019

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$288,923.40**

---

**3.9** | Nonpriority creditor's name and mailing address
**251 W. 87TH ST. ASSOCIATES**
2270 BROADWAY
NEW YORK, NY 10024

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$295,784.76**

---

**3.10** | Nonpriority creditor's name and mailing address
**346 MADISON AVENUE, LLC**
346 MADISON AVENUE
NEW YORK, NY 10017

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,500,000.00**

---

Debtor **Brooks Brothers Group, Inc.**  Case number (*if known*)  **20-11785**
_____
Name

| | |
|---|---|
| 3.11 **Nonpriority creditor's name and mailing address**<br>**3600 MCKINNEY LIMITED PARTMERSHIP**<br>**3899 MAPLE AVE., SUITE 300**<br>**COMMONWEALTH HALL**<br>**DALLAS, TX 75219** | **$176,703.00** |

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.12 **Nonpriority creditor's name and mailing address**<br>**39-15 SKILLMAN REALTY CO., LLC**<br>**60 EAST 56TH ST., 11TH FLOOR**<br>**NEW YORK, NY 10022-3204** | **$479,090.69** |

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.13 **Nonpriority creditor's name and mailing address**<br>**3D RESULTS LLC**<br>**P.O. BOX 734268**<br>**CHICAGO, IL 60673-4268** | **$131.25** |

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.14 **Nonpriority creditor's name and mailing address**<br>**4676 WESTCHESTER MALL, LLC**<br>**P.O. BOX 643095**<br>**PITTSBURGH, PA 15264-3095** | **$322,975.82** |

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.15 **Nonpriority creditor's name and mailing address**<br>**4692 SPG CENTER, LLC**<br>**(STANFORD SC)**<br>**FILE NO. 57331**<br>**LOS ANGELES, CA 90074-7331** | **$287,873.76** |

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.16 **Nonpriority creditor's name and mailing address**<br>**4N SERVICE L.L.C.**<br>**8500 N. STEMMONS FWY, SUITE 5013**<br>**DALLAS, TX 75247** | **$1,500.00** |

Date(s) debt was incurred  **JULY 2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.17 **Nonpriority creditor's name and mailing address**<br>**5510 CUBESMART TX**<br>**4217 SAN FELIPE STREET**<br>**HOUSTON, TX 77027** | **$646.00** |

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$131,770.60** |
|---|---|---|---|

**701 NORTH MICHIGAN, LLC**
**ONE CALIFORNIA ST., STE. 2500**
**SAN FRANCISCO, CA 94111**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,556.85** |
|---|---|---|---|

**75 STATE OWNER LLC**
**P.O. BOX 412571**
**BOSTON, MA 02241-2591**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,276.55** |
|---|---|---|---|

**75 STATE OWNER LLC**
**P.O. BOX 412571**
**BOSTON, MA 02241-2591**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$292,166.20** |
|---|---|---|---|

**7704 - KING OF PRUSSIA ASSOCIATES**
**BROBR//**
**P.O. BOX 829413**
**PHILADELPHIA, PA 19182-9413**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,762.89** |
|---|---|---|---|

**AAT WAIKELE CENTER, LLC**
**11455 EL CAMINO REAL, STE. 2000**
**SAN DIEGO, CA 92130-2047**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,280.29** |
|---|---|---|---|

**ABEL TRANSMISSION, INC.**
**130 ENTERPRISE DRIVE**
**BRISTOL, CT 06010**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,017.98** |
|---|---|---|---|

**ABLE FIRE PREVENTION CORP.**
**241 WEST 26TH STREET**
**NEW YORK, NY 10001**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address
**ABSINTHE PRODUCTIONS, LLC**
**69941 PAPAYA LANE**
**CATHEDRAL CITY, CA 92234**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.00**

---

**3.26** | Nonpriority creditor's name and mailing address
**ACCENTURE LLP**
**161 N. CLARK STREET**
**CHICAGO, IL 60601**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$220,000.00**

---

**3.27** | Nonpriority creditor's name and mailing address
**ACCERTIFY**
**25895 NETWORK PLACE**
**CHICAGO, IL 60673-1258**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$140,000.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**ACDRIT**
**ATTN: ANDREW PRESS**
**33 HARRISON AVE., 8TH FLOOR**
**BOSTON, MA 02111**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2.80**

---

**3.29** | Nonpriority creditor's name and mailing address
**ACDRIT FUND**
**33 HARRISON AVE., 8TH FLOOR**
**BOSTON, MA 02111-2008**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$11,418.72**

---

**3.30** | Nonpriority creditor's name and mailing address
**ACROBAT VENTURES, LLC**
**9308 PARKWOOD CT**
**FORT MYERS, FL 33908**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$247.50**

---

**3.31** | Nonpriority creditor's name and mailing address
**ACRONYM MEDIA, INC.**
**350 FIFTH AVENUE**
**NEW YORK, NY 10118**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,962.50**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,629.14**

**ADCO KITTERY LLC**
**DEPT. CH 19984**
**PALATINE, IL 60055-9984**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.65**

**ADECCO EMPLOYMENT SERVICES**
**P.O. BOX 371084**
**PITTSBURGH, PA 15250-7084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$259,300.55**

**ADOBE SYSTEMS INCORPORATED**
**29322 NETWORK PLACE**
**CHICAGO, IL 60673-1293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,450.67**

**ADP, LLC**
**P.O. BOX 842875**
**BOSTON, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,109,291.92**

**ADVENTURA MALL VENTURE**
**P.O BOX 865006**
**ORLANDO, FL 32886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146.37**

**AIR INCORPORATED**
**8 FORGE PKWY**
**FRANKLIN, MA 02038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,615.00**

**AKAMAI TECHNOLGOIES, INC.**
**P.O. BOX 26590**
**NEW YORK, NY 10087-6590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Brooks Brothers Group, Inc.**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
      Name

Case number (*if known*)  **20-11785**

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$938.13** |
|---|---|---|---|

**ALABAMA POWER**
**P.O. BOX 242**
**BIRMINGHAM, AL 35292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,016.84** |
|---|---|---|---|

**ALARM NEW ENGLAND, LLC**
**65 INWOOD ROAD**
**ROCKY HILL, CT 06067-3440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$535.10** |
|---|---|---|---|

**ALL STATES MALL SERVICES II**
**CUST. #18-0633480**
**P.O BOX 93717**
**LAS VEGAS, NV 89193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$361.65** |
|---|---|---|---|

**ALL STATES MALL SERVICES, II**
**CUSTOMER #02-0600510**
**P.O. BOX 93717**
**LAS VEGAS, NV 89193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145,386.52** |
|---|---|---|---|

**ALLEN PREMIUM OUTLETS, L.P.**
**P.O. BOX 827776**
**PHILADELPHIA, PA 19182-7776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.00** |
|---|---|---|---|

**ALLIANCE MECHANICAL**
**P.O. BOX 666**
**ESSEX JUNCTION, VT 05453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$399.54** |
|---|---|---|---|

**ALLIED FLOORING AND PAINT**
**350 MAIN STREET**
**AGAWAM, MA 01001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (if known) | **20-11785** |
|---|---|---|---|---|

Name

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,488.30 |
|---|---|---|---|

**ALLIED PRINTING SERVICE, INC.**
**ONE ALLIED WAY, P.O. BOX 850**
**MANCHESTER, CT 06045**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,225.50 |
|---|---|---|---|

**ALLSTATE PAPER BOX CO.**
**223 RAYMOND BLVD.**
**NEWARK, NJ 07105**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,567.56 |
|---|---|---|---|

**ALLUVION COMMUNICATIONS, INC.**
**ACCT. # 0217005098**
**7065 W ALLISON RD., BOX 5020**
**CHANDLER, AZ 85226-5252**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.55 |
|---|---|---|---|

**AMALGAMATED LIFE INSURANCE**
**COMPANY**
**P.O. BOX 5429**
**WHITE PLAINS, NY 10602-5429**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $591,080.17 |
|---|---|---|---|

**AMALGAMATED NATIONAL HEALTH FUND**
**P.O. BOX 5426**
**WHITE PLAINS, NY 10602-5426**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,478.00 |
|---|---|---|---|

**AMALGAMATED NATIONAL HEALTH FUND**
**-**
**P.O. BOX 5426**
**WHITE PLAINS, NY 10602-5426**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241.73 |
|---|---|---|---|

**AMALGAMATED RETAIL RET. FUND NEW**
**YO**
**305 SEVENTH AVE., 7TH FL**
**NEW YORK, NY 10001**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.53**

**Nonpriority creditor's name and mailing address**
AMALGAMATED SOCIAL BENEFITS ASSOC.
333 SOUTH ASHLAND BLVD.
CHICAGO, IL 60607-3333

**Date(s) debt was incurred** UNDETERMINED

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$33.89**

---

**3.54**

**Nonpriority creditor's name and mailing address**
AMAZON MEDIA GROUP, LLC
P.O. BOX 24651
SEATTLE, WA 98124-0651

**Date(s) debt was incurred** UNDETERMINED

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,011.42**

---

**3.55**

**Nonpriority creditor's name and mailing address**
AMAZON WEB SERVICES, LLC
P.O. BOX 84023
SEATTLE, WA 98124-8423

**Date(s) debt was incurred** UNDETERMINED

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$336,880.10**

---

**3.56**

**Nonpriority creditor's name and mailing address**
AMERICAN BAR ASSOCIATION
ATTN: DATA ADMINISTRATIVE UNIT
321 N CLARK STREET
CHICAGO, IL 60654-7598

**Date(s) debt was incurred** UNDETERMINED

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,060.98**

---

**3.57**

**Nonpriority creditor's name and mailing address**
AMERICAN EXPRESS
ACCT# XXXX-XXXXX5-73009
P.O. BOX 1270
NEWARK, NJ 07101-1270

**Date(s) debt was incurred** UNDETERMINED

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$61,587.74**

---

**3.58**

**Nonpriority creditor's name and mailing address**
AMERICAN EXPRESS
ACCT. #XXXX-XXXXX8-68005
P.O. BOX 1270
NEWARK, NJ 07101-1270

**Date(s) debt was incurred** UNDETERMINED

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$837.41**

---

**3.59**

**Nonpriority creditor's name and mailing address**
AMERICAN EXPRESS
ACCT# XXXX-XXXXX3-58005
P.O. BOX 1270
NEWARK, NJ 07101-1270

**Date(s) debt was incurred** UNDETERMINED

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,975.56**

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (if known) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,258.00** |
|---|---|---|---|
| | **AMERICAN EXPRESS TRAVEL RELATED**<br>**C/O MELLON TR OF NEW ENGLAND, NA**<br>**1 BOSTON PL**<br>**BOSTON, MA 02108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$163.24** |
|---|---|---|---|
| | **AMERICAN INTEGRATED SECURITY**<br>**GROUP**<br>**15-01 132ND STREET**<br>**COLLEGE POINT, NY 11356** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,766.87** |
|---|---|---|---|
| | **AMERICAN SAFETY & SUPPLY, INC.**<br>**77B NAPIER STREET**<br>**SPRINGFIELD, MA 01104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80.53** |
|---|---|---|---|
| | **ANCHOR ACE HARDWARE**<br>**320 ROUTE 46**<br>**DENVILLE, NJ 07834** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$154.79** |
|---|---|---|---|
| | **ANDERSON HEATING & COOLING, INC.**<br>**106 S. CHURCH ST.**<br>**P.O. BOX 284**<br>**MOUNT OLIVE, NC 28365** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **ANDRES A GALINDO**<br>**3399 NW 72ND AVE**<br>**STE 110**<br>**MIAMI, FL 33122-1339** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,172.00** |
|---|---|---|---|
| | **APPAREL GROUP AMERICA LLC.**<br>**250 BELMONT AVE**<br>**HALEDON, NJ 07508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(if known)* | **20-11785** |
| | Name | | | |

---

**3.67** Nonpriority creditor's name and mailing address

**ARCH SEWING MACHINE COMPANY**
**659 CALLOWHILL STREET**
**PHILADELPHIA   19123**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,443.96**

---

**3.68** Nonpriority creditor's name and mailing address

**ARCHIMEDE GRUDEN USA INC.**
**51 NEWARK ST., STE. 302**
**HOBOKEN, NJ 07030**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$975.00**

---

**3.69** Nonpriority creditor's name and mailing address

**AROOJ SHAHID SHEIKH**
**UNKNOWN**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$400.00**

---

**3.70** Nonpriority creditor's name and mailing address

**ART DEPARTMENT LA, INC.**
**2900 COLORADO AVE.,**
**SANTA MONICA, CA 90404**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,365.00**

---

**3.71** Nonpriority creditor's name and mailing address

**ARTLIST INC.**
**195 CHRYSTIE ST., SUITE 700E**
**NEW YORK, NY 10002**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,762.00**

---

**3.72** Nonpriority creditor's name and mailing address

**ASHEVILLE RETAIL ASSOC., LLC**
**P.O. BOX 603145**
**CHARLOTTE, NC 28260-3145**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,782.00**

---

**3.73** Nonpriority creditor's name and mailing address

**ASSOCIATED FIRE PROTECTION**
**100 JACKSON ST.**
**PATERSON, NJ 07501**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$650.41**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.74**

**Nonpriority creditor's name and mailing address**
**AT &T**
**ACCT. # 030 512 9461 001**
**P.O. BOX 105068**
**ATLANTA, GA 30348-5068**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,077.97**

---

**3.75**

**Nonpriority creditor's name and mailing address**
**AT&T**
**ACCT. #831-000-7041 639**
**P.O. BOX 5019**
**CAROL STREAM, IL 60197-5019**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$117,303.93**

---

**3.76**

**Nonpriority creditor's name and mailing address**
**AT&T**
**P.O. BOX 5019**
**CAROL STREAM, IL 60197-5019**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$32,619.34**

---

**3.77**

**Nonpriority creditor's name and mailing address**
**AT&T**
**ACCT. #8003-084-5004**
**P.O. BOX 5019**
**CAROL STREAM, IL 60197-5019**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$7,870.71**

---

**3.78**

**Nonpriority creditor's name and mailing address**
**AT&T**
**ACCT. 088 091 4051 316 5**
**P.O. BOX 5025**
**CAROL STREAM, IL 60197-5025**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$417.30**

---

**3.79**

**Nonpriority creditor's name and mailing address**
**AT&T**
**ACCT. #250 626-8667 4475**
**TEL. #2506268667**
**P.O. BOX 5025**
**CAROL STREAM, IL 60197-5025**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$90.55**

---

**3.80**

**Nonpriority creditor's name and mailing address**
**AT&T MOBILITY**
**ACCT. #287273856248**
**P.O. BOX 6463**
**CAROL STREAM, IL 60197-6463**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$55,821.32**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|

Name

---

**3.81** | Nonpriority creditor's name and mailing address
**AT&T MOBILITY-CC**
P.O. BOX 5085
**CAROL STREAM, IL 60197**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$28,842.12**

---

**3.82** | Nonpriority creditor's name and mailing address
**ATLANTA OUTLET SHOPPES**
P.O. BOX 809324
**CHICAGO, IL 60680-9324**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$79,369.80**

---

**3.83** | Nonpriority creditor's name and mailing address
**ATLANTIC CITY ASSOCIATES, LLC**
P.O. BOX 417340
**BOSTON, MA 02241-7340**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$87,773.78**

---

**3.84** | Nonpriority creditor's name and mailing address
**ATLANTIC CORPORATION**
P.O. BOX 60002
**CHARLOTTE, NC 28260**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,159.43**

---

**3.85** | Nonpriority creditor's name and mailing address
**ATLANTICLEAR WINDOW CLEANING**
P.O. BOX 223875
**WEST PALM BEACH, FL 33422-3875**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$64.20**

---

**3.86** | Nonpriority creditor's name and mailing address
**ATMOS ENERGY/630872/740353**
PO BOX 630872
**CINCINNATI, OH 45263-0872**

Date(s) debt was incurred **JUNE 2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$49.42**

---

**3.87** | Nonpriority creditor's name and mailing address
**ATRIUM STAFFING L.L.C.**
625 LIBERTY AVE., SUITE 200
**PITTSBURGH, PA 15222**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,898.59**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,623.05 |
|---|---|---|---|

**AUGUSTA PROPERTIES, INC.**
**P.O. BOX 2279**
**DARIEN, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,921.76 |
|---|---|---|---|

**AURORA FARMS PREMIUM OUTLETS, L.P.**
**P.O. BOX 822892**
**PHILADELPHIA, PA 19182-2892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $776.30 |
|---|---|---|---|

**AVANT BUSINESS SERVICES**
**GRAND CENTRAL STATION**
**P.O. BOX 5952**
**NEW YORK, NY 10163-5952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,959.49 |
|---|---|---|---|

**AVERY DENNISON**
**15178 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $404.13 |
|---|---|---|---|

**AVERY SEPTIC SERVICE**
**64 FIELD ROAD, UNIT 1A**
**SOMERS, CT 06071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,337.01 |
|---|---|---|---|

**AW GIFFORD, INC.**
**11 LYMAN STREET**
**SPRINGFIELD, MA 01103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $479.04 |
|---|---|---|---|

**B & H FOTO & ELECTRONICS CORP.**
**420 9TH AVE.**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.95**

**Nonpriority creditor's name and mailing address**
**B&G LIEBERMAN CO., INC.**
**2420 DISTRIBUTION STREET**
**CHARLOTTE, NC 28203**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$319.75**

---

**3.96**

**Nonpriority creditor's name and mailing address**
**B-G MECHANICAL SERVICE, INC.**
**12 SECOND AVENUE**
**CHICOPEE, MA 01020**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,008.47**

---

**3.97**

**Nonpriority creditor's name and mailing address**
**B.A.W. PLASTICS, INC.**
**CENTURY III BUSINESS CENTRE**
**2148 CENTURY DRIVE**
**JEFFERSON HILLS, PA 15025**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,577.36**

---

**3.98**

**Nonpriority creditor's name and mailing address**
**BAKER & MCKENZIE LLP**
**452 FIFTH AVENUE**
**NEW YORK, NY 10018**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$75,507.28**

---

**3.99**

**Nonpriority creditor's name and mailing address**
**BARUDAN AMERICA, INC.**
**30901 CARTER ST., SUITE A**
**SOLON, OH 44139-3519**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$462.64**

---

**3.100**

**Nonpriority creditor's name and mailing address**
**BAYER RETAIL COMPANY, LLC**
**P.O. BOX 740455**
**C/O BRC HOLDING COMPANY, LLC**
**ATLANTA, GA 30374-0455**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$135,856.34**

---

**3.101**

**Nonpriority creditor's name and mailing address**
**BAYSHORE SHOPPING CENTER PPTY OWNER**
**P.O. BOX 208261**
**DALLAS, TX 75320**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,854.52**

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (*if known*) | **20-11785** |
|---|---|---|---|---|

---

3.102 | **Nonpriority creditor's name and mailing address**
**BDG MEDIA, INC.**
**315 PARK AVENUE SOUTH, 12TH FL**
**NEW YORK, NY 10010**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$182,373.53**

---

3.103 | **Nonpriority creditor's name and mailing address**
**BEEKMAN TOWERS HOLDING, LLC**
**3 MITCHELL PLACE**
**NEW YORK, NY 10017**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,575.00**

---

3.104 | **Nonpriority creditor's name and mailing address**
**BELYEU CLEANING SERVICES**
**P.O. BOX 3063**
**SUMMERVILLE, SC 29484**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

---

3.105 | **Nonpriority creditor's name and mailing address**
**BERENSON FREEPORT ASSOCIATES, LLC**
**C/O BERENSON ASSOCIATES, INC.**
**109 STATE ST.,STE. 403**
**BOSTON, MA 02116**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$17,833.33**

---

3.106 | **Nonpriority creditor's name and mailing address**
**BEST REFRIGERATION**
**3315 E RUSSELL RD. A-4 #276**
**LAS VEGAS, NV 89120-3477**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,889.00**

---

3.107 | **Nonpriority creditor's name and mailing address**
**BEVERLY CENTER**
**8500 BEVERLY BLVD., SUITE 501**
**ATTN: GENERAL MANAGER**
**LOS ANGELES, CA 90048**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.108 | **Nonpriority creditor's name and mailing address**
**BEVERLY HILLS TRANSFER & STORAGE CO**
**15500 S. MAIN STREET**
**GARDENA, CA 90248**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,115.00**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,099.29** |
|---|---|---|---|

**BFO FACTORY SHOPPES, LLC**
**75 REMITTANCE DR., DEPT. 3154**
**CHICAGO, IL 60675-3154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**BICOASTAL FITTING MODELS**
**446 EAST 86TH ST., SUITE 4F**
**NEW YORK, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,202.51** |
|---|---|---|---|

**BILTMORE FASHION PARK**
**P.O. BOX 31001-2178**
**PASADENA, CA 91110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$73,568.99** |
|---|---|---|---|

**BIRCH RUN OUTLETS II, L.L.C.**
**P.O. BOX 776330**
**CHICAGO, IL 60677-6330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,794.00** |
|---|---|---|---|

**BISSELL COMMERCIAL**
**100 ARMSTRONG RD., SUITE 101**
**PLYMOUTH, MA 02360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17.57** |
|---|---|---|---|

**BLACK HILLS ENERGY**
**PO BOX 6001**
**RAPID CITY, SD 57709-6001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  JUNE 2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.09** |
|---|---|---|---|

**BLACK HILLS ENERGY**
**PO BOX 6001**
**RAPID CITY, SD 57709-6001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  JUNE 2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,073.82 |
|---|---|---|---|

**BLACKHAWK ENGAGEMENT SOLUTIONS
C/O WELLS FARGO
BLACKHAWK NETWORK, INC.
ATLANTA, GA 31193-6199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.67 |
|---|---|---|---|

**BLUE METAL, AN INSIGHT COMPANY
P.O. BOX 731069
DALLAS, TX 75373-1069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,888.01 |
|---|---|---|---|

**BLUE YONDER, INC.
P.O. BOX 202621
DALLAS, TX 75320-2621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $892.61 |
|---|---|---|---|

**BLUEBONNET ELECTRIC COOPERATIVE
PO BOX 240
GIDDINGS, TX 78942-0240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,804.74 |
|---|---|---|---|

**BLUEGRASS OUTLET SHOPPES CMBS,
LLC
P.O. BOX 809264
CHICAGO, IL 60680-9264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3.44 |
|---|---|---|---|

**BOB HAGEN
UNKNOWN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $670.00 |
|---|---|---|---|

**BOBBLE LTD
10 SEMLEY ROAD, BRIGHTON
EAST SUSSEX, BN1 6EP GB**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(if known)* | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,957.24**

**BOC INTERNATIONAL INC.**
**23 DRYDOCK AVENUE, SUITE 510E**
**BOSTON, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$758,944.77**

**BORDERFREE**
**292 MADISON AVENUE; 5TH FLOOR**
**NEW YORK, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.83**

**BPNY PLUMBING & HEATING**
**P.O. BOX 2068**
**ASTORIA, NY 11102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,632.16**

**BRAME SPECIALTY COMPANY, INC.**
**P.O. BOX 271**
**DURHAM, NC 27702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138,684.66**

**BRANDED GROUP**
**222 S. HARBOR BLVD., SUITE 500**
**ANAHEIM, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$965.76**

**BRASK MALL SERVICES**
**CUSTOMER #07-0080565**
**P.O. BOX 800305**
**HOUSTON, TX 77280-0305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$525.46**

**BRASK MALL SERVICES**
**CUSTOMER #05-0075270**
**P.O BOX 800305**
**HOUSTON, TX 77280-0305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|

Name

**3.130** Nonpriority creditor's name and mailing address
**BRASK MALL SERVICES I**
**CUSTOMER # 89-0041230**
**P.O BOX 800335**
**HOUSTON, TX 77280**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$681.06**

**3.131** Nonpriority creditor's name and mailing address
**BRASK MALL SERVICES I**
**ACCT. #83-0031280**
**P.O. BOX 800335**
**HOUSTON, TX 77280**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$469.38**

**3.132** Nonpriority creditor's name and mailing address
**BRASK MALL SERVICES I**
**CUSTOMER #87-0038310**
**P.O. BOX 800335**
**HOUSTON, TX 77280**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$222.08**

**3.133** Nonpriority creditor's name and mailing address
**BRASK MALL SERVICES II**
**CUSTOMER #54-0001937**
**P.O. BOX 55287**
**HOUSTON, TX 77255**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,303.22**

**3.134** Nonpriority creditor's name and mailing address
**BRINKS INCORPORATED**
**7373 SOLUTIONS CENTER**
**CHICAGO, IL 60677-7003**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,317.38**

**3.135** Nonpriority creditor's name and mailing address
**BROADWAY LIGHTING & ELECTRIC CORP.**
**125 HALF MILE ROAD, STE. 200**
**RED BANK, NJ 07701**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$584.31**

**3.136** Nonpriority creditor's name and mailing address
**BROOKS, TORREY & SCOTT, INC.**
**431 POST ROAD EAST, OFFICE 16**
**WESTPORT, CT 06880**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$83,333.34**

Debtor    **Brooks Brothers Group, Inc.**                                     Case number (if known)    **20-11785**

      Name

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$841.97** |
|---|---|---|---|

**BROTHERS HARDWARE LLC**
**26 WEST 38TH STREET**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$929.98** |
|---|---|---|---|

**BTCI LIMITED PARTNERSHIP**
**30 IVAN ALLEN JR. BLVD., STE. 900**
**AVISON YOUNG ATLANTA, LLC**
**REF: FORT MYERS**
**ATLANTA, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,423.85** |
|---|---|---|---|

**BUCKEYE BUSINESS PRODUCTS, INC.**
**P.O. BOX 392340**
**CLEVELAND, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$325,275.62** |
|---|---|---|---|

**BUNZL RETAIL SERVICES, LLC**
**7351 BOONE AVE. N**
**BROOKLYN PARK, MN 55428-1007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,774.96** |
|---|---|---|---|

**BURRELLES LUCE**
**30 B VREELAND ROAD**
**P.O. BOX 674**
**FLORHAM PARK, NJ 07932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,512.10** |
|---|---|---|---|

**BUTTERFIELD 8**
**231 HONEY HOLLOW**
**POUND RIDGE, NY 10576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,066.37** |
|---|---|---|---|

**CA, INC.**
**P.O. BOX 783591**
**PHILADELPHIA, PA 19178-3591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,885.97** |
|---|---|---|---|

**CADD TECH DESIGN, INC.**
**225 OAKLAND RD., SUITE 105**
**SOUTH WINDSOR, CT 06074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$133,485.76** |
|---|---|---|---|

**CAMARILLO PREMIUM OUTLETS**
**P.O. BOX 822896**
**PHILADELPHIA, PA 19182-2896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$139,266.91** |
|---|---|---|---|

**CAMPANA 125 LLC**
**C/O DAVID ADAM REALTY, INC.**
**P.O. BOX 5040**
**WESTPORT, CT 06881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$321.42** |
|---|---|---|---|

**CANON SOLUTIONS AMERICA, INC.**
**300 COMMERCE SQUARE BLVD.**
**BURLINGTON, NJ 08016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,438.40** |
|---|---|---|---|

**CAPITOL LIGHT**
**P.O. BOX 418453**
**BOSTON, MA 02241-8453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,529.00** |
|---|---|---|---|

**CAPTURE-A**
**221 S. 1ST ST., APT. 1**
**BROOKLYN, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,782.36** |
|---|---|---|---|

**CARDINAL COMMERCE**
**8100 TYLER BOULEVARD**
**MENTOR, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.151** | Nonpriority creditor's name and mailing address
**CARISSA GODWIN**
**1930 LEMON MINT DRIVE**
**HOOVER, AL 35244**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$173.66**

---

**3.152** | Nonpriority creditor's name and mailing address
**CARLSBAD PREMIUM OUTLETS**
**P.O. BOX 828913**
**PHILADELPHIA, PA 19182-8913**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$259,740.36**

---

**3.153** | Nonpriority creditor's name and mailing address
**CAROLINA PREMIUM OUTLETS, LLC**
**P.O. BOX 822880**
**PHILADELPHIA, PA 19182-2880**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$61,447.80**

---

**3.154** | Nonpriority creditor's name and mailing address
**CASELLA WASTE SYSTEMS, INC.**
**CUSTOMER #30-43446 5**
**P.O. BOX 1372**
**WILLISTON, VT 05495**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$448.47**

---

**3.155** | Nonpriority creditor's name and mailing address
**CATHOLIC CHARITIES**
**275 WEST BROADWAY**
**SOUTH BOSTON, MA 02127**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$550.00**

---

**3.156** | Nonpriority creditor's name and mailing address
**CBL-TRS JOINT VENTURE, LLC**
**CBL -SHOPS AT FRIENDLY, LLC**
**P.O. BOX 5598**
**CAROL STREAM, IL 60197-5598**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$61,259.64**

---

**3.157** | Nonpriority creditor's name and mailing address
**CDV TRUST**
**11 E 44TH ST.**
**NEW YORK, NY 10017**

Date(s) debt was incurred  **MAY 2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$66,286,368.07**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205,000.00** |
|---|---|---|---|
| | **CDV TRUST**<br>**11 E 44TH ST.**<br>**NEW YORK, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **MAY 2016** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,511,884.20** |
|---|---|---|---|
| | **CDV TRUST**<br>**11 E 44TH ST.**<br>**NEW YORK, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **MAY 2016** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,679.77** |
|---|---|---|---|
| | **CED D/B/A ALL-PHASE ELECTRIC SUPPLY**<br>**P.O. BOX 780846**<br>**PHILADELPHIA, PA 19178-0846** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$793.29** |
|---|---|---|---|
| | **CENTURYLINK**<br>**P.O. BOX 4300**<br>**CAROL STREAM, IL 60197-4300** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$364.49** |
|---|---|---|---|
| | **CENTURYLINK**<br>**ACCT. #426642951**<br>**P.O. BOX 4300**<br>**CAROL STREAM, IL 60197-4300** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.22** |
|---|---|---|---|
| | **CENTURYLINK**<br>**ACCT. #206 332 0181 481B**<br>**P.O. BOX 91155**<br>**SEATTLE, WA 98111-9255** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,702.86** |
|---|---|---|---|
| | **CEP EXHIBIT PRODUCTIONS, INC.**<br>**DEPT 20-1118**<br>**P.O. BOX 5940**<br>**CAROL STREAM, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(if known)* | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.165** | **Nonpriority creditor's name and mailing address**
**CERTEGY PAYMENT SOLUTIONS, LLC**
**P.O. BOX 936733**
**ATLANTA, GA 31193-6733**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$14,755.13**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address**
**CHAGRIN RETAIL, LLC**
**629 EUCLID AVE., SUITE 1300**
**CLEVELAND, OH 44114**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$35,599.95**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address**
**CHARLOTTE OUTLETS, LLC**
**CHARLOTTE PREMIUM OUTLETS**
**P.O. BOX 826509**
**PHILADELPHIA, PA 19182-6509**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$97,698.24**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address**
**CHELSEA POCONO FINANCE, LLC**
**TENANT ID: TAN-BROOKS**
**P.O, BOX 827653**
**PHILADELPHIA, PA 19182-7653**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$155,917.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address**
**CHICAGO & MIDWEST REGIONAL JB**
**LOCALS 05/124/56A**
**333 SOUTH ASHLAND**
**CHICAGO, IL 60607**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$23.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address**
**CHICAGO PREMIUM OUTLETS**
**P.O. BOX 827894**
**PHILADELPHIA, PA 19182-7894**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$102,538.04**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address**
**CHIPPENHOOK**
**1825 LAKEWAY DR., STE. 400**
**LEWISVILLE, TX 75057**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,545.02**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (if known) | **20-11785** |
|---|---|---|---|---|

Name

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,984.35**

**CHLIC**
**CLIENT ID: 38622**
**P.O. BOX 644546**
**PITTSBURGH, PA 15264-4546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$132,518.53**

**CHRISTINE TAYLOR COLLECTION**
**8338 AUSTIN AVENUE**
**MORTON GROVE, IL 60053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,808.56**

**CINCINNATI PREMIUM OUTLETS, LLC**
**P.O. BOX 824014**
**PHILADELPHIA, PA 19182-4014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$896.82**

**CINTAS CORPORATION #790**
**CINTAS LOC 790**
**P.O. BOX 630803**
**CINCINNATI, OH 45263-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$397,345.49**

**CIPHER TECH'S INC.**
**90 BROAD STREET**
**NEW YORK, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$189,622.54**

**CITI RETAIL SERVICES**
**50 NORTHWEST POINT BLVD.**
**ELK GROVE VLG, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$728.96**

**CITY CARTING & RECYCLING**
**CUSTOMER #5760**
**P.O. BOX 412574**
**BOSTON, MA 02241-2574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (*if known*) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

**3.179** | **Nonpriority creditor's name and mailing address**
**CITY CENTER 33 SOUTH PROPERTY, LLC**
P.O. BOX 809023
CHICAGO, IL 60680-9023

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$86,597.53**

---

**3.180** | **Nonpriority creditor's name and mailing address**
**CITY OF ALLEN, TX**
**ALARM PROGRAM**
P.O. BOX 141209
IRVING, TX 75014-1209

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.181** | **Nonpriority creditor's name and mailing address**
**CITY OF PALO ALTO UTILITIES CA**
PO BOX 7026
SAN FRANCISCO, CA 94120-7026

Date(s) debt was incurred  **MAY 2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$104.95**

---

**3.182** | **Nonpriority creditor's name and mailing address**
**CITY OF PALO ALTO UTILITIES CA**
PO BOX 7026
SAN FRANCISCO, CA 94120-7026

Date(s) debt was incurred  **MAY 2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$76.96**

---

**3.183** | **Nonpriority creditor's name and mailing address**
**CITY OF PALO ALTO UTILITIES CA**
PO BOX 7026
SAN FRANCISCO, CA 94120-7026

Date(s) debt was incurred  **MAY 2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,130.96**

---

**3.184** | **Nonpriority creditor's name and mailing address**
**CLAUDIO DEL VECCHIO**
346 MADISON AVENUE
NEW YORK, NY

Date(s) debt was incurred  **JANUARY 2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,000,000.00**

---

**3.185** | **Nonpriority creditor's name and mailing address**
**CLEAN SYSTEMS OF AMERICA, INC.**
162 INDUSTRIAL BOULEVARD
HANSON, MA 02341

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$969.64**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,290.00 |
|---|---|---|---|

**CLICK MODEL MANAGEMENT**
**129 WEST 27TH STREET**
**12TH FLOOR**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164,990.08 |
|---|---|---|---|

**CLINTON CROSSING PREMIUM OUTLETS**
**P.O. BOX 822905**
**PHILADELPHIA, PA 19182-2905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**CLINTON URGENT CARE-OCC MED**
**P.O. BOX 890315**
**CHARLOTTE, NC 28289-0315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,668.00 |
|---|---|---|---|

**COAST 2 COAST SIGNS**
**2055 RESEARCH DR.**
**LIVERMORE, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,231.06 |
|---|---|---|---|

**COLORADO MILLS MALL LTD**
**PARTNERSHIP**
**P.O. BOX 403087**
**ATLANTA, GA 30384-3087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,260.00 |
|---|---|---|---|

**COLORE DUE S.R.L.**
**VIA MONTEVIDEO, 19**
**MILANO, 20144 IT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,743.96 |
|---|---|---|---|

**COLUMBUS OUTLETS, LLC**
**P.O BOX 419369**
**BOSTON, MA 02241-9369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.193** | Nonpriority creditor's name and mailing address
**COM ED**
**PO BOX 6111**
**CAROL STREAM, IL 60197-6111**

Date(s) debt was incurred __JUNE 2020__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,757.70**

---

**3.194** | Nonpriority creditor's name and mailing address
**COM ED**
**PO BOX 6111**
**CAROL STREAM, IL 60197-6111**

Date(s) debt was incurred __JUNE 2020__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$978.68**

---

**3.195** | Nonpriority creditor's name and mailing address
**COM ED**
**PO BOX 6111**
**CAROL STREAM, IL 60197-6111**

Date(s) debt was incurred __JUNE 2020__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

**$2,235.03**

---

**3.196** | Nonpriority creditor's name and mailing address
**COM ED**
**PO BOX 6111**
**CAROL STREAM, IL 60197-6111**

Date(s) debt was incurred __JUNE 2020__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

**$680.51**

---

**3.197** | Nonpriority creditor's name and mailing address
**COMCAST**
**ACCT. #8773 40 402 0145647**
**P.O. BOX 1577**
**NEWARK, NJ 07101-1577**

Date(s) debt was incurred __UNDETERMINED__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$301.72**

---

**3.198** | Nonpriority creditor's name and mailing address
**COMCAST**
**ACCT. #8499 05 226 0023819**
**P.O. BOX 70219**
**PHILADELPHIA, PA 19176-0219**

Date(s) debt was incurred __UNDETERMINED__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$141.14**

---

**3.199** | Nonpriority creditor's name and mailing address
**COMCAST**
**ACCT. #8535 11 403 0293944**
**P.O. BOX 71211**
**CHARLOTTE, NC 28272-1211**

Date(s) debt was incurred __UNDETERMINED__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$119.78**

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (*if known*) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

**3.200**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.15 |
|---|---|---|
| **COMCAST**<br>ACCT. #8773 10 312 0427265<br>P.O. BOX 70219<br>PHILADELPHIA, PA 19176-0219 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **UNDETERMINED** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.201**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $173.93 |
|---|---|---|
| **COMCAST**<br>ACCT. #8299 42 063 0770272<br>P.O. BOX 3001<br>SOUTHEASTERN, PA 19398-3001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **UNDETERMINED** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.202**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.61 |
|---|---|---|
| **COMCAST CABLE**<br>ACCT. #8771 30 001 0494932<br>P.O. BOX 3001<br>SOUTHEASTERN, PA 19398-3001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **UNDETERMINED** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.203**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $482,564.19 |
|---|---|---|
| **COMMISSION JUNCTION**<br>#774140<br>4140 SOLUTIONS CENTER<br>CHICAGO, IL 60677-4001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **UNDETERMINED** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.204**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.80 |
|---|---|---|
| **COMPLETE PAYMENT RECOVERY SERVICES**<br>P.O. BOX 4535<br>CAROL STREAM, IL 60197-4535 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **UNDETERMINED** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.205**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,101.10 |
|---|---|---|
| **COMPLETE RECYCLING SOLUTIONS, LLC**<br>1075 AIRPORT ROAD<br>FALL RIVER, MA 02720 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **UNDETERMINED** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.206**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.75 |
|---|---|---|
| **CON EDISON**<br>ACCT. #21 1592 4605 3101 6<br>P.O. BOX 1702<br>NEW YORK, NY 10116-1702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **UNDETERMINED** | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.207**  **Nonpriority creditor's name and mailing address**
CON EDISON
390 WEST ROUTE 59
SPRING VALLEY, NY 10977-5300

Date(s) debt was incurred  **JUNE 2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$821.94**

---

**3.208**  **Nonpriority creditor's name and mailing address**
CONCUR TECHNOLOGIES, INC.
62157 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$29,440.96**

---

**3.209**  **Nonpriority creditor's name and mailing address**
CONKLIN OFFICE FURNITURE
56 CANAL STREET
HOLYOKE, MA 01040

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,501.64**

---

**3.210**  **Nonpriority creditor's name and mailing address**
CONSTELLATION NEWENERGY/4640
PO BOX 4640
CAROL STREAM, IL 60197-4640

Date(s) debt was incurred  **JULY 2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,027.53**

---

**3.211**  **Nonpriority creditor's name and mailing address**
CONSTELLATION NEWENERGY/4640
PO BOX 4640
CAROL STREAM, IL 60197-4640

Date(s) debt was incurred  **JULY 2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$34.48**

---

**3.212**  **Nonpriority creditor's name and mailing address**
CONTRACT DATASCAN, LP
2941 TRADE CENTER DR., SUITE 100
CARROLLTON, TX 75007

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$45,574.73**

---

**3.213**  **Nonpriority creditor's name and mailing address**
CONVEYCO TECHNOLOGIES
PO BOX 1000
BRISTOL, CT 06011-1000

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,118.61**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.214** | Nonpriority creditor's name and mailing address
**CONWAY POLICE DEPARTMENT**
P.O. BOX 538
CENTER CONWAY, NH 03813

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.215** | Nonpriority creditor's name and mailing address
**COPESAN**
P.O. BOX 8442
CAROL STREAM, IL 60197-8442

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,387.15**

---

**3.216** | Nonpriority creditor's name and mailing address
**CORNERSTONE COMMUNICATIONS**
ACCT. #03005722
P.O. BOX 983119, CLIENT ID #311
BOSTON, MA 02298-3119

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$24,240.64**

---

**3.217** | Nonpriority creditor's name and mailing address
**CORPORATE COFFEE SYSTEMS**
745 SUMMA AVE.
WESTBURY, NY 11590

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$499.70**

---

**3.218** | Nonpriority creditor's name and mailing address
**COUNTY OF RIVERSIDE**
P.O. BOX 1208
RIVERSIDE, CA 92502-1208

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$400.00**

---

**3.219** | Nonpriority creditor's name and mailing address
**COWORX STAFFING SERVICES**
412 MT KEMBLE AVE
SUITE 200C
MORRISTOWN, NJ 07960

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$24,367.09**

---

**3.220** | Nonpriority creditor's name and mailing address
**COX COMMUNICATIONS**
ACCT. #001 6610 094125802
DEPT. 781104, P.O. BOX 78000
DETROIT, MI 48278-1104

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$995.75**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(if known)* | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.221** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$870.12**

**COX COMMUNICATIONS**
ACCT. #5013110069427501
P.O. BOX 53214
PHOENIX, AZ 85072-3214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$139.32**

**COX SANITATION & RECYCLING, INC.**
P.O. BOX 208
NORTH ENGLISH, IA 52316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,883.41**

**CP PAPER MERCHANTS**
P.O. BOX 1701
PAWTUCKET, RI 02862-1656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.32**

**CPS ENERGY**
P.O. BOX 2678
SAN ANTONIO, TX 78289-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88,524.51**

**CRAIG REALTY GROUP - CASTLE ROCK, L**
P.O. BOX 740807
LOS ANGELES, CA 90074-0807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,531.73**

**CROWLEY LOGISTICS**
P.O. BOX 2684
CAROL STREAM, IL 60132-2684

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115,622.76**

**CROWN CASTLE FIBER, LLC**
P.O. BOX 27135
NEW YORK, NY 10087-7135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Brooks Brothers Group, Inc.**                          Case number (if known)   **20-11785**
_____
Name

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,639.65 |
|---|---|---|---|

**CROWN EQUIPMENT CORPORATION**
**PO BOX 641173**
**CINCINNATI, OH 45264-1173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,900.00 |
|---|---|---|---|

**CS HUDSON**
**700 VETERANS MEMORIAL HWY.**
**SUITE 215**
**HAUPPAUGE, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,986.92 |
|---|---|---|---|

**CSC**
**PO BOX 13397**
**PHILADELPHIA, PA 19101-3397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $614.06 |
|---|---|---|---|

**CUBESMART MANAGEMENT, LLC**
**19500 W DIXIE HIGHWAY**
**AVENTURA, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.00 |
|---|---|---|---|

**CULLIGAN WATER CONDITIONING**
**ACCT. #661491**
**1034 AUSTIN STREET**
**SAN ANTONIO, TX 78208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,453.32 |
|---|---|---|---|

**CVM HOLDINGS CRABTREE VALLEY MALL**
**P.O. BOX 22413**
**NEW YORK, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182.00 |
|---|---|---|---|

**D-MAC SEWING REPAIR LLC**
**10212 28TH STREET N.**
**TAMPA, FL 33612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.235** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,067,641.09**

**DAIDOH LIMITED**
**1-16, SOTOKANDA DAIDO LIMITED, BLDG 3F**
**CHIYODA-KU, 101-0021 JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **AUGUST 2011**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,782.78**

**DAIDOH LIMITED**
**1-16, SOTOKANDA DAIDO LIMITED, BLDG 3F**
**CHIYODA-KU, 101-0021 JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **AUGUST 2011**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,293.46**

**DAIDOH LIMITED**
**1-16, SOTOKANDA DAIDO LIMITED, BLDG 3F**
**CHIYODA-KU, 101-0021 JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **AUGUST 2011**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134,920.80**

**DANBURY MALL, LLC**
**DANBURY MALL, LLC**
**P.O. BOX 849548**
**LOS ANGELES, CA 90084-9548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**DARIEN POLICE FALSE ALARM REDUCTION**
**25 HECKER AVENUE**
**DARIEN, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,834.75**

**DARN IT! INC.**
**686 BELLEVILLE AVENUE**
**NEW BEDFORD, MA 02745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,380.48**

**DATA CAPTURE SOLUTIONS**
**160 WEST ROAD**
**ELLINGTON, CT 06029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.242 | **Nonpriority creditor's name and mailing address**<br>**DATASITE, LLC**<br>**P.O. BOX 74007252**<br>**CHICAGO, IL 60674-7252** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,910.17** |
| | **Date(s) debt was incurred  UNDETERMINED** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.243 | **Nonpriority creditor's name and mailing address**<br>**DAVIS TECHNOLOGIES GROUP LLC**<br>**P.O. BOX 2056**<br>**NEW CITY, NY 10956** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,039.76** |
| | **Date(s) debt was incurred  UNDETERMINED** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.244 | **Nonpriority creditor's name and mailing address**<br>**DAYLIGHT TRANSPORT**<br>**P.O. BOX 93155**<br>**LONG BEACH, CA 90809** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,243.08** |
| | **Date(s) debt was incurred  UNDETERMINED** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.245 | **Nonpriority creditor's name and mailing address**<br>**DAZIAN**<br>**18 CENTRAL BOULEVARD**<br>**SOUTH HACKENSACK, NJ 07606-1802** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,086.00** |
| | **Date(s) debt was incurred  UNDETERMINED** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.246 | **Nonpriority creditor's name and mailing address**<br>**DEL AMO FASHION CENTER**<br>**P.O. BOX 409657**<br>**ATLANTA, GA 30384-9657** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$67,964.36** |
| | **Date(s) debt was incurred  UNDETERMINED** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.247 | **Nonpriority creditor's name and mailing address**<br>**DELAWARE DEPT OF LABOR**<br>**EMPLOY TRAINING TAX FUND**<br>**PO BOX 41780**<br>**PHILADELPHIA, PA 19101-1780** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$72.99** |
| | **Date(s) debt was incurred  UNDETERMINED** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.248 | **Nonpriority creditor's name and mailing address**<br>**DELOITTE & TOUCHE LLP**<br>**P.O. BOX 844708**<br>**DALLAS, TX 75284-4708** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$129,663.95** |
| | **Date(s) debt was incurred  UNDETERMINED** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.249** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**DENALI**
**1251 WATERFRONT PLACE, STE. 200**
**PITTSBURGH, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$334.65**

**DERRICK O. DYKES**
**717 RAVENGLASS DRIVE**
**FORT MILL, SC 29715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$239,319.84**

**DESERT HILLS PREMIUM OUTLETS**
**P.O. BOX 822873**
**PHILADELPHIA, PA 19182-2873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,876.20**

**DESTINY USA HOLDINGS, LLC**
**M & T BANK**
**P.O. BOX 8000, DEPT. 691**
**BUFFALO, NY 14267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,510.05**

**DHL EXPRESS USA, INC.**
**16592 COLLECTIONS CENTER DR.**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,850.30**

**DIGITAL COLOR CONCEPTS, INC.**
**256 SHEFFIELD STREET**
**MOUNTAINSIDE, NJ 07092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$611.52**

**DIME EMB, LLC**
**10495 OLYMPIC DR., SUITE 100**
**DALLAS, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (*if known*) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

**3.256**

**Nonpriority creditor's name and mailing address**

**DIRECTV**
**P.O. BOX 5006**
**CAROL STREAM, IL 60197-5006**

**Date(s) debt was incurred** __UNDETERMINED__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$363.71**

---

**3.257**

**Nonpriority creditor's name and mailing address**

**DISASTER RECOVERY SERVICES, INC.**
**P.O. BOX 989**
**REMSENBURG, NY 11960**

**Date(s) debt was incurred** __UNDETERMINED__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$21,093.40**

---

**3.258**

**Nonpriority creditor's name and mailing address**

**DIXIE DEVELOPMENT CO.**
**BARTON W. BALDWIN, CPA**
**P.O. BOX 999**
**MOUNT OLIVE, NC 28365**

**Date(s) debt was incurred** __UNDETERMINED__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$18,293.90**

---

**3.259**

**Nonpriority creditor's name and mailing address**

**DNA MODEL MANAGEMENT, INC**
**555 WEST 25TH ST., 6TH FL**
**NEW YORK, NY 10001**

**Date(s) debt was incurred** __UNDETERMINED__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10,800.00**

---

**3.260**

**Nonpriority creditor's name and mailing address**

**DOCUSIGN, INC.**
**DEPT. 3428, P.O. BOX 123428**
**DALLAS, TX 75312-3428**

**Date(s) debt was incurred** __UNDETERMINED__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$34,150.71**

---

**3.261**

**Nonpriority creditor's name and mailing address**

**DOLPHIN MALL ASSOCIATES LLC**
**DEPT, 189501, P.O. BOX 67000**
**DETROIT, MI 48267-1895**

**Date(s) debt was incurred** __UNDETERMINED__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$35,082.22**

---

**3.262**

**Nonpriority creditor's name and mailing address**

**DONALD R. BORG CONSTRUCTION CO., IN**
**930 MORSE AVENUE**
**SCHAUMBURG, IL 60193**

**Date(s) debt was incurred** __UNDETERMINED__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$282,870.00**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.263** | **Nonpriority creditor's name and mailing address**

**DORAN MANUFACTURING CORP**
**6261 POWERS AVENUE**
**JACKSONVILLE, FL 32217**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,599.40**

---

**3.264** | **Nonpriority creditor's name and mailing address**

**DOWNTOWN SUMMERLIN**
**P.O. BOX 205206, DEPT. 205202**
**DALLAS, TX 75320-5206**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$25,278.20**

---

**3.265** | **Nonpriority creditor's name and mailing address**

**DRIVE IN 24 LLC**
**443 WEST 18TH**
**NEW YORK, NY 10011**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,559.65**

---

**3.266** | **Nonpriority creditor's name and mailing address**

**DRIVETRAIN ADVISORS**
**410 PARK AVENUE, SUITE 900**
**NEW YORK, NY 10022**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$60,000.00**

---

**3.267** | **Nonpriority creditor's name and mailing address**

**DSV AIR & SEA INC**
**P.O. BOX 200876**
**PITTSBURGH, PA 15251-0876**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,451.35**

---

**3.268** | **Nonpriority creditor's name and mailing address**

**DUGGAL VISUAL SOLUTIONS, INC.**
**63 FLUSHING AVE. BLDG 25**
**ATTN: ACCOUNTS RECEIVABLE**
**BROOKLYN, NY 11205**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$50,207.61**

---

**3.269** | **Nonpriority creditor's name and mailing address**

**DUKE ENERGY PROGRESS**
**PO BOX 1003**
**CHARLOTTE, NC 28201-1003**

Date(s) debt was incurred  **JUNE 2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$617.80**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.270** | Nonpriority creditor's name and mailing address
**DUKE ENERGY/70515/70516**
**P.O. BOX 70516**
**CHARLOTTE, NC 28272-0516**

Date(s) debt was incurred  __JUNE 2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$722.46**

---

**3.271** | Nonpriority creditor's name and mailing address
**DUKE ENERGY/70515/70516**
**P.O. BOX 70516**
**CHARLOTTE, NC 28272-0516**

Date(s) debt was incurred  __JUNE 2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,314.98**

---

**3.272** | Nonpriority creditor's name and mailing address
**DWM COMPREHENSIVE FACILITY**
**SOLUTION**
**2 NORTHWAY LANE, SUITE B**
**LATHAM, NY 12110**

Date(s) debt was incurred  __UNDETERMINED__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,334.58**

---

**3.273** | Nonpriority creditor's name and mailing address
**E-COMMERCE ONE TIME VENDOR**

Date(s) debt was incurred  __UNDETERMINED__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$853.68**

---

**3.274** | Nonpriority creditor's name and mailing address
**E.J. HARRISON & SONS, INC.**
**ACCT.#1-0071630 5**
**P.O. BOX 4009**
**VENTURA, CA 93007-4009**

Date(s) debt was incurred  __UNDETERMINED__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$570.48**

---

**3.275** | Nonpriority creditor's name and mailing address
**EAN SERVICES, LLC**
**SERVICING NATIONAL CAR RENTAL**
**P.O. BOX 402334**
**ATLANTA, GA 30384-2334**

Date(s) debt was incurred  __UNDETERMINED__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$967.59**

---

**3.276** | Nonpriority creditor's name and mailing address
**EASTVIEW MALL LLC**
**P.O. BOX 8000, DEPT. 976**
**BUFFALO, NY 14267**

Date(s) debt was incurred  __UNDETERMINED__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$42,356.48**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.277** Nonpriority creditor's name and mailing address

**ED & ED T. ENTERPRISES**
**1439 STATE ROUTE 9, #16**
**LAKE GEORGE, NY 12845**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$35,888.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.278** Nonpriority creditor's name and mailing address

**EDELKOORT, INC.**
**26 WASHINGTON SQUARE NORTH**
**NEW YORK, NY 10011**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$3,742.31**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.279** Nonpriority creditor's name and mailing address

**EF CREATIVE**
**39 BREVOORT PL, #1**
**BROOKLYN, NY 11216**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.280** Nonpriority creditor's name and mailing address

**EHLERS SERVICES**
**152 GRANT HILL ROAD**
**COVENTRY, CT 06238**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$166.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.281** Nonpriority creditor's name and mailing address

**EL PASO OUTLET CENTER CMBS, LLC**
**P.O. BOX 809347**
**CHICAGO, IL 60680-9347**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$37,237.65**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.282** Nonpriority creditor's name and mailing address

**ELEGANTE ARTS PACKAGING COMPANY**
**LIM**
**ROOM 1414, WAH SHING CENTRE**
**11 SHING YIP STREET**
**KWUN TONG**
**KOWLOON, 999077 HK**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$2,988.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.283** Nonpriority creditor's name and mailing address

**ELIAS SALOMON JAFFE**
**1323 TUPELO CT**
**NORTH BRUNSWICK, NJ 08902**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$2,222.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Brooks Brothers Group, Inc. | Case number (if known) | 20-11785 |
|---|---|---|---|
| | Name | | |

---

**3.284**

**Nonpriority creditor's name and mailing address**
**ELITE MODEL MANAGEMENT CORP.**
**245 FIFTH AVENUE**
**24TH FLOOR**
**NEW YORK, NY 10016**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$12,210.00**

---

**3.285**

**Nonpriority creditor's name and mailing address**
**ELIZABETH SCHWARTZ**
**612 ROSS ROAD**
**LEXINGTON, VA 24450**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$55.39**

---

**3.286**

**Nonpriority creditor's name and mailing address**
**ELIZABETHTOWN GAS/5412**
**PO BOX 6031**
**BELLMAWR, NJ 08099**

Date(s) debt was incurred  **MAY 2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$368.24**

---

**3.287**

**Nonpriority creditor's name and mailing address**
**ELIZABETHTOWN GAS/5412**
**PO BOX 6031**
**BELLMAWR, NJ 08099**

Date(s) debt was incurred  **JUNE 2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$49.38**

---

**3.288**

**Nonpriority creditor's name and mailing address**
**ELLIS ENTERPRISES**
**5737 KANAN RD., #231**
**AGOURA HILLS, CA 91301**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$785.00**

---

**3.289**

**Nonpriority creditor's name and mailing address**
**EMCOR SERVICES**
**NEW ENGLAND MECHANICAL**
**55 GERBER ROAD EAST**
**SOUTH WINDSOR, CT 06074**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,978.11**

---

**3.290**

**Nonpriority creditor's name and mailing address**
**ENGAGE2EXCEL**
**400 O'NEIL BOULEVARD**
**ATTLEBORO, MA 02703**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,640.00**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(if known)* | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,077.79** |
|---|---|---|---|

**ENGAGEMENT AGENTS**
**24 EUGENE STREET**
**HAMILTON**
**ON, L8H 2R3 CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,448.19** |
|---|---|---|---|

**ENGIE INSIGHT**
**1313 NORTH ATLANTIC**
**SPOKANE, WA 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.20** |
|---|---|---|---|

**ENGIE INSIGHT SERVICES, INC.**
**C/O ECOVA-MS 4935**
**P.O. BOX 2440**
**SPOKANE, WA 99210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,675.20** |
|---|---|---|---|

**ENSIGHTEN INC.**
**1741 TECHNOLOGY DR., SUITE 500**
**SAN JOSE, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,320.96** |
|---|---|---|---|

**ENTERGY NEW ORLEANS/8106**
**PO BOX 8106**
**BATON ROUGE, LA 70891-8106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **JUNE 2020**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,377.29** |
|---|---|---|---|

**ENTERTAINMENT BENEFITS GROUP, LLC**
**19495 BISCAYNE BLVD., STE. 300**
**AVENTURA, FL 33180-2318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,230.11** |
|---|---|---|---|

**ENVISTA LLC**
**PO BOX 7047**
**GROUP Q**
**INDIANAPOLIS, IN 46207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(if known)* | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,246.69** |
|---|---|---|---|

**EPCO BUSINESS FORMS**
**P.O. BOX 536**
**WEST SPRINGFIELD, MA 01090-0536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$487,883.17** |
|---|---|---|---|

**EPSILON DATA MANAGEMENT, LLC**
**P.O. BOX 713982**
**CINCINNATI, OH 45271-3982**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,003.61** |
|---|---|---|---|

**EPTING DISTRIBUTORS**
**300 INDUSTRIAL DR.**
**LEXINGTON, SC 29072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
|---|---|---|---|

**ERIN WILLIAMS PHOTOGRAPHY**
**63-34 FRESH POND RD., UNIT4A**
**RIDGEWOOD, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129,454.70** |
|---|---|---|---|

**ERY RETAIL PODIUM LLC**
**P.O. BOX 782608**
**PHILADELPHIA, PA 19178-2608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,398.16** |
|---|---|---|---|

**ESCREEN, INC.**
**P.O. BOX 734764**
**DALLAS, TX 75373-4764**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,113.59** |
|---|---|---|---|

**ESKER, INC.**
**P.O. BOX 44953**
**MADISON, WI 53744-4953**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(if known)* | **20-11785** |
|---|---|---|---|---|

Name

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,516.87 |
|---|---|---|---|

**EUROWEST**
P.O. BOX 8567
ESSEX, VT 05451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $743.04 |
|---|---|---|---|

**EVERGREEN WALK LIFESTYLE CENTER**
P.O. BOX 2044, DEPT. 7100
MEMPHIS, TN 38101-2044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,435.32 |
|---|---|---|---|

**EVERSOURCE ENERGY/56002**
PO BOX 56002
BOSTON, MA 02205-6002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**EVISORT**
177 BOVET RD., SUITE 400
SAN MATEO, CA 94402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $928.00 |
|---|---|---|---|

**EXECUTIVE MEDICAL SERVICES, PC**
DBA AFFILIATED PHYSICIANS
15 CANAL ROAD
PELHAM, NY 10803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,525.00 |
|---|---|---|---|

**EXPEDITORS TRADEWIN, LLC**
ATTN: ACCOUNTING DEPT.
1015 THIRD AVENUE, 12TH FLOOR
SEATTLE, WA 98104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,220.17 |
|---|---|---|---|

**EXPERIAN MARKETING SOLUTIONS, LLC**
P.O. BOX 881971
LOS ANGELES, CA 90088-1971

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.312**

**Nonpriority creditor's name and mailing address**
**EXPERT JANITORIAL LLC**
**DBA EXPERT NJS**
**14000 COMMERCE PARKWAY, SUITE D**
**MOUNT LAUREL, NJ 08054**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,108.44**

---

**3.313**

**Nonpriority creditor's name and mailing address**
**FACEBOOK, INC.**
**ATTN: ACCOUNTS RECEIVABLE**
**15161 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$113,032.70**

---

**3.314**

**Nonpriority creditor's name and mailing address**
**FAIRFIELD COUNTRY DAY SCHOOL**
**2970 BRONSON ROAD**
**FAIRFIELD, CT 06824**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$364.70**

---

**3.315**

**Nonpriority creditor's name and mailing address**
**FALSO CARTING, INC.**
**429 CASANOVA STREET**
**BRONX, NY 10474**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,088.75**

---

**3.316**

**Nonpriority creditor's name and mailing address**
**FARRAR FILTER CO., INC.**
**P.O. BOX 2416**
**PATERSON, NJ 07509**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,473.75**

---

**3.317**

**Nonpriority creditor's name and mailing address**
**FASHION OUTLETS AT FOXWOODS, LLC**
**P.O. BOX 414225**
**BOSTON, MA 02241-4225**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$66,240.84**

---

**3.318**

**Nonpriority creditor's name and mailing address**
**FASHION OUTLETS OF SANTA FE**
**C/O COLLIERS INTERNATIONAL**
**5051 JOURNAL CENTER BLVD., NE, STE 200**
**ALBUQUERQUE, NM 87109**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$402.65**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.319** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,475.00**

**FAST TRACK LOGISTICS**
**72 NATSISKY FARM ROAD**
**SOUTH WINDSOR, CT 06074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,616.33**

**FEDEX**
**P.O. BOX 371461**
**PITTSBURGH, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,839.47**

**FEDEX**
**100 PHOENIX AVE**
**ENFIELD  06082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$703,078.12**

**FEDEX (E REMIT)**
**P.O. BOX 371461**
**PITTSBURGH, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,497,812.82**

**FEDEX ERS**
**P.O. BOX 371741**
**PITTSBURGH, PA 15250-7741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,748.34**

**FEDEX FREIGHT**
**P.O BOX 223125**
**PITTSBURGH, PA 15250-2125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,924.58**

**FEDEX GROUND INC**
**P.O. BOX 371461**
**PITTSBURGH, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $437,214.57 |

**FIFTH AVE OF LI REALTY ASSOCIATES**
**2110 NORTHERN BLVD., SUITE 201**
**MANHASSET, NY 11030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,256.82 |

**FINOCCHIO BROTHERS**
**CUSTOMER #8178**
**49 LIBERTY PLACE**
**STAMFORD, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,161.94 |

**FIRE SERV**
**255 40TH STREET**
**BROOKLYN, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.00 |

**FIRST SOURCE STAFFING SERVICES**
**63 JOHNSON STREET**
**WHITE LAKE, NC 28337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,176.97 |

**FIRST STERLING GREENWICH CORP.**
**C/O FIRST STERLING CORPORATION**
**1650 BROADWAY - SUITE 1200**
**NEW YORK, NY 10019-6833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.00 |

**FISH WINDOW CLEANING #2875**
**2604 ELMWOOD AVE., NO. 128**
**TWELVE CORNERS, NY 14618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |

**FIT MODELS LLC**
**124 EAST 40TH ST., SUITE 1103**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Brooks Brothers Group, Inc.**                                        Case number (*if known*)    **20-11785**
_____                                        _____
Name

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,352.55** |
|---|---|---|---|

**FIVES INTRALOGISTICS CORP.**
**DEPT. 77022, P.O. BOX 77000**
**DETROIT, MI 48277-0022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164.84** |
|---|---|---|---|

**FLETCHER SEWER & DRAIN, INC.**
**P.O. BOX 554**
**LUDLOW, MA 01056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,988.62** |
|---|---|---|---|

**FLEUR DE VIE EVENT DECOR INC.**
**131-46 132ND STREET**
**SOUTH OZONE PARK, NY 11420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,136.52** |
|---|---|---|---|

**FLEXPRINT INTERMEDIATE, LLC**
**2845 N. OMAHA STREET**
**MESA, AZ 85215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73.16** |
|---|---|---|---|

**FLORIDA POWER & LIGHT COMPANY (FPL)**
**GENERAL MAIL FACILITY**
**MIAMI, FL 33188-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$253,997.40** |
|---|---|---|---|

**FORBES TAUBMAN ORLANDO, LLC**
**THE MALL MILLENIA**
**16286 COLLECTION CENTER DR.**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$349,387.00** |
|---|---|---|---|

**FORBES/COHEN FLORIDA PROPERTIES**
**LTD**
**16156 COLLECTIONS CENTER DR.**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.340** | Nonpriority creditor's name and mailing address
FORD MODELS, INC.
11 EAST 26TH STREET, 14TH FLOOR
ATTN:  ACCOUNTS RECEIVABLE
NEW YORK, NY 10010

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,200.00**

---

**3.341** | Nonpriority creditor's name and mailing address
FORUM SHOPS, LLC
LEASE ID - BROBR//
7011 RELIABLE PARKWAY
CHICAGO, IL 60686-0070

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$39,061.35**

---

**3.342** | Nonpriority creditor's name and mailing address
FORWARDPMX LLC
ONE WORLD TRADE CENTER, 63RD FL
NEW YORK, NY 10007

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,400.00**

---

**3.343** | Nonpriority creditor's name and mailing address
FRANKLIN MILLS ASSOCIATES LP
P.O. BOX 277867
ATLANTA, GA 30384-7867

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,458.41**

---

**3.344** | Nonpriority creditor's name and mailing address
FRIED, FRANK, HARRIS
1 NEW YORK PLAZA
NEW YORK, NY 10004

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.345** | Nonpriority creditor's name and mailing address
FRITZ FARM RETAIL COMPANY, LLC
C/O BAYER PROPERTIES LLC
P.O. BOX 679221
DALLAS, TX 75267-9221

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$65,066.22**

---

**3.346** | Nonpriority creditor's name and mailing address
FRONTIER
P.O. BOX 740407
CINCINNATI, OH 45274-0407

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,404.77**

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (if known) | **20-11785** |
|---|---|---|---|---|

Name

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,263.41** |
|---|---|---|---|

**FRONTIER**
ACCT. #860-745-7172-021411-5
P.O. BOX 740407
CINCINNATI, OH 45274-0407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$527.08** |
|---|---|---|---|

**FRONTIER**
ACCT. #262 857 3012 052009 5
P.O. BOX 740407
CINCINNATI, OH 45274-0407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$179.92** |
|---|---|---|---|

**FRONTIER**
ACCT. #860 253 9705 072314-5
P.O. BOX 740407
CINCINNATI, OH 45274-0407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$979.88** |
|---|---|---|---|

**FRONTSTREAM**
75 REMITTANCE DR., DEPT. 1065
CHICAGO, IL 60675-1065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$940.00** |
|---|---|---|---|

**FULL CIRCLE SHIPPING, LLC NJ**
1319 NORTH BROAD STREET
HILLSIDE, NJ 07205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,846.47** |
|---|---|---|---|

**G. SQUARED SA**
VIA LUGANETTO 4
VIGNANELLO
, 6962 CH

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,740.88** |
|---|---|---|---|

**G4S SECURE SOLUTIONS (USA) INC.**
P.O. BOX 277469
ATLANTA, GA 30384-7469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Brooks Brothers Group, Inc.**
_____
Name

Case number (*if known*)    **20-11785**
_____

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,537.56** |
|---|---|---|---|

**GAFFNEY OUTLETS, LLC**
**P.O. BOX 772839**
**CHICAGO, IL 60677-2839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,753.88** |
|---|---|---|---|

**GALVESTON OUTLETS, LLC**
**P.O. BOX 417679**
**BOSTON, MA 02241-7679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,435.87** |
|---|---|---|---|

**GC PIVOTAL, LLC**
**CUSTOMER #2392383**
**P.O. BOX 842630**
**DALLAS, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$173,352.00** |
|---|---|---|---|

**GENIUS BUSINESS SOLUTIONS, INC.**
**3403 76 STREET**
**MOLINE, IL 61265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00** |
|---|---|---|---|

**GEORGE UNDERWOOD, INC.**
**53 3RD ST. APR. 2R**
**BROOKLYN, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$767,134.35** |
|---|---|---|---|

**GEORGETOWN RENAISSANCE, LP**
**P.O. BOX 822475**
**PHILADELPHIA, PA 19182-2475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$469.89** |
|---|---|---|---|

**GEORGIA POWER**
**96 ANNEX**
**ATLANTA, GA 30396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (*if known*) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

**3.361**

**Nonpriority creditor's name and mailing address**
GERMANTOWN STORAGE LLC
3275 HACKS CROSS
MEMPHIS, TN 38125

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.362**

**Nonpriority creditor's name and mailing address**
GETTYSBURG OUTLET CENTER CMBS, LLC
P.O. BOX 809635
CHICAGO, IL 60680

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$28,377.35**

---

**3.363**

**Nonpriority creditor's name and mailing address**
GFL ENVIRONMENTAL
CUSTOMER ACCT. #000000894
P.O. BOX 791519
BALTIMORE, MD 21279-1519

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$462.59**

---

**3.364**

**Nonpriority creditor's name and mailing address**
GGP LIMITED PARTNERSHIP
SDS-12-3060, P.O BOX 86
PROVIDENCE PLACE
ROUSE PROVIDENCE, LLC
MINNEAPOLIS, MN 55486

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$131,766.48**

---

**3.365**

**Nonpriority creditor's name and mailing address**
GIBSON, DUNN & CRUTCHER LLP
P.O. BOX 840723
LOS ANGELES, CA 90084-0723

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.366**

**Nonpriority creditor's name and mailing address**
GILBERT N. VASSEUR JR.
156 BROAD BROOK ROAD
ENFIELD, CT 06082

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$48,949.07**

---

**3.367**

**Nonpriority creditor's name and mailing address**
GILL & GILL ENGINEERING COMPANY
6243 PARK AVENUE
MORTON GROVE, IL 60053

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,729.55**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|--------|--------------------------------|------------------------|--------------|
| | Name | | |

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,023.60 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**GILROY PREMIUM OUTLETS, LLC**
**TENANT ID: GIL-BROOKS**
**P.O. BOX 827762**
**PHILADELPHIA, PA 19182-7762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**GIRLS IN THE GAME**
**1401 S. SACRAMENTO DR.**
**CHICAGO, IL 60623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $188,048.34 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**GLENWOOD MANAGEMENT CORP.**
**P.O. BOX 374**
**EMERSON, NJ 07630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,246.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**GLIMCHER PROPERTIES, L.P.**
**TOWN CENTER PLAZA**
**P.O. BOX 645089**
**CINCINNATI, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,057.52 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**GLIMCHER SUPERMALL VENTURE, LLC**
**P.O. BOX 932844**
**CLEVELAND, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,746.22 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**GLOBAL EQUIPMENT COMPANY**
**29833 NETWORK PLACE**
**CHICAGO, IL 60673-1298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630.65 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**GMH FENCE CO.**
**P.O. BOX 551**
**EAST LONGMEADOW, MA 01028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$555,444.84** |
|---|---|---|---|

**GOLDEN FLEECE FOUNDATION CHARITY**
**346 MADISON AVENUE**
**NEW YORK, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,158.92** |
|---|---|---|---|

**GOODWAY TECHNOLOGIES**
**CORPORATION**
**DEPT. 106040, P.O. 150413**
**HARTFORD, CT 06115-0413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232,268.31** |
|---|---|---|---|

**GOOGLE, INC.**
**DEPARTMENT 33654**
**P.O. BOX 39000**
**SAN FRANCISCO, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,059.20** |
|---|---|---|---|

**GORE & ASSOCIATES MANAGEMENT**
**DBA THE COASTAL CAROLINA GRP**
**P.O. BOX 2001**
**WHITEVILLE, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$815.95** |
|---|---|---|---|

**GRAINGER**
**DEPT. 880209929**
**PALATINE, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$316,699.73** |
|---|---|---|---|

**GRAND & BENEDICTS, INC.**
**6140 SW MACADAM AVE.**
**PORTLAND, OR 97239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142,794.59** |
|---|---|---|---|

**GRAND PRAIRIE OUTLETS, LLC**
**P.O. BOX 748315**
**LOS ANGELES, CA 90074-8315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Brooks Brothers Group, Inc. | Case number (if known) | 20-11785 |
|---|---|---|---|
| | Name | | |

---

**3.382** | Nonpriority creditor's name and mailing address
**GRANDE COMMUNICATIONS**
ACCT. #8401 0180711 01
P.O. BOX 679367
DALLAS, TX 75267-9367

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$437.60**

---

**3.383** | Nonpriority creditor's name and mailing address
**GREEN HILLS MALL TRG LLC**
P.O. BOX 674523
DETROIT, MI 48267-4523

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$16,891.03**

---

**3.384** | Nonpriority creditor's name and mailing address
**GREENBRIER TECHNOLOGY CENTER II ASS**
4525 MAIN STREET, SUITE 900
C/O DIVARIS PROPERTY MGMT CORP.
VIRGINIA BEACH, VA 23462

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$475.80**

---

**3.385** | Nonpriority creditor's name and mailing address
**GREENVILLE ONE, LLC**
P.O. BOX 2567
GREENVILLE, SC 29602

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$59,606.66**

---

**3.386** | Nonpriority creditor's name and mailing address
**GROSSE POINTE CHAMBER OF COMMERCE**
63 KERCHEVAL, STE. 16
GROSSE POINTE FARMS, MI 48236

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$115.00**

---

**3.387** | Nonpriority creditor's name and mailing address
**GROSSE POINTE NEWS**
16980 KERCHEVAL AVE.
DETROIT, MI 48230

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$126.00**

---

**3.388** | Nonpriority creditor's name and mailing address
**GROSVENOR URBAN RETAIL, LP**
5500 WISCONSIN, P.O. BOX 823523
GROSVENOR-5500WISC
PHILADELPHIA, PA 19182-3523

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,190,092.34**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.389** | Nonpriority creditor's name and mailing address
**GROVE CITY FACTORY SHOPS LP**
P.O. BOX 776260
CHICAGO, IL 60677-6260

Date(s) debt was incurred **UNDETERMINED**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$110,152.36**

---

**3.390** | Nonpriority creditor's name and mailing address
**GS1 US**
DEPARTMENT 781271
PO BOX 78000
DETROIT, MI 48278-1271

Date(s) debt was incurred **UNDETERMINED**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,950.00**

---

**3.391** | Nonpriority creditor's name and mailing address
**GULF COAST FACTORY SHOPS LP**
P.O. BOX 776266
CHICAGO, IL 60677-6266

Date(s) debt was incurred **UNDETERMINED**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$61,163.80**

---

**3.392** | Nonpriority creditor's name and mailing address
**H2O TO GO**
4345 WEST TOMPKINS
LAS VEGAS, NV 89103

Date(s) debt was incurred **UNDETERMINED**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$30.00**

---

**3.393** | Nonpriority creditor's name and mailing address
**HALL ELECTRICAL SERVICES, INC.**
P.O. BOX 292813
LEWISVILLE, TX 75029-2813

Date(s) debt was incurred **UNDETERMINED**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$259.80**

---

**3.394** | Nonpriority creditor's name and mailing address
**HARGRAY COMMUNICATIONS**
P.O. BOX 100116
HARGRAY REMITTANCE CENTER
COLUMBIA, SC 29202-3116

Date(s) debt was incurred **UNDETERMINED**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,026.00**

---

**3.395** | Nonpriority creditor's name and mailing address
**HARTFORD ELECTRIC SUPPLY CO., I**
INWOOD BUSINESS PARK
30 INWOOD RD, SUITE 1
ROCKY HILL, CT 06067

Date(s) debt was incurred **UNDETERMINED**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$491.77**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.396** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,608.00**

**HARTFORD FINANCIAL SERVICES, INC.**
P.O. BOX 415738
BOSTON, MA 02241-5738

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,179.20**

**HARVARD MAINTENANCE, INC.**
59 MAIDEN LANE, 17TH FLOOR
NEW YORK, NY 10038-4649

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175,000.00**

**HEAD OF THE CHARLES REGATTA, INC.**
LOCKBOX #847842
BOSTON, MA 02284-7842

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$112,572.19**

**HELP II, LLC**
C/O HARBOR EAST MGMT. GROUP
650 S. EXETER ST., SUITE 200
BALTIMORE, MD 21202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.400** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,034.71**

**HEMSTER, INC.**
1390 MARKET ST., FL. 2
SAN FRANCISCO, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$557,761.92**

**HG GALLERIA, LLC**
2088 PAYSPHERE CIRCLE
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,600.00**

**HG GALLERIA, LLC**
5085 WESTHEIMER, SUITE 4850
HOUSTON, TX 77056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.403**

**Nonpriority creditor's name and mailing address**
HIREBRIDGE LLC
3200 N UNIVERSITY DR., SUITE 214
CORAL SPRINGS, FL 33065

**Date(s) debt was incurred  UNDETERMINED**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,050.00**

---

**3.404**

**Nonpriority creditor's name and mailing address**
HOCKER OXMOOR, LLC
SDS-12-3059, P.O. BOX 86
MINNEAPOLIS, MN 55486

**Date(s) debt was incurred  UNDETERMINED**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$61,283.37**

---

**3.405**

**Nonpriority creditor's name and mailing address**
HOLIDAY FOLIAGE, INC.
2592 OTAY CENTER DRIVE
SAN DIEGO, CA 92154

**Date(s) debt was incurred  UNDETERMINED**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$26,144.50**

---

**3.406**

**Nonpriority creditor's name and mailing address**
HONEYWELL SCANNING & MOBILITY
62408  COLLECTIONS CENTER DR.
CHICAGO, IL 60693-0624

**Date(s) debt was incurred  UNDETERMINED**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,835.75**

---

**3.407**

**Nonpriority creditor's name and mailing address**
HORRY COUNTY
P.O. BOX 1236
CONWAY, SC 29528

**Date(s) debt was incurred  UNDETERMINED**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.408**

**Nonpriority creditor's name and mailing address**
HOTWIRE COMMUNICATIONS
CUSTOMER #1805422-1
P.O. BOX 1187
BALA-CYNWYD, PA 19004-5187

**Date(s) debt was incurred  UNDETERMINED**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$99.53**

---

**3.409**

**Nonpriority creditor's name and mailing address**
HTC
ACCT. #08466080
P.O. BOX 1819
CONWAY, SC 29528-1819

**Date(s) debt was incurred  UNDETERMINED**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$266.87**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.410**

**Nonpriority creditor's name and mailing address**
**HUMANA HEALTH PLANS OF PUERTO RICO,**
**CALL BOX 70228**
**SAN JUAN**
**, 00936 PR**

Date(s) debt was incurred **UNDETERMINED**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,656.48**

---

**3.411**

**Nonpriority creditor's name and mailing address**
**I-AUTOMATION SOLUTIONS, INC.**
**10 LARSEN WAY**
**ATTLEBORO FALLS, MA 02763**

Date(s) debt was incurred **UNDETERMINED**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$619.14**

---

**3.412**

**Nonpriority creditor's name and mailing address**
**IBM CORPORATION**
**P.O. BOX 643600**
**PITTSBURGH, PA 15264-3600**

Date(s) debt was incurred **UNDETERMINED**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$101,075.80**

---

**3.413**

**Nonpriority creditor's name and mailing address**
**IMG MODELS, INC.**
**PENTHOUSE NORTH**
**304 PARK AVENUE SOUTH, 12TH FLOOR**
**NEW YORK, NY 10010**

Date(s) debt was incurred **UNDETERMINED**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,600.00**

---

**3.414**

**Nonpriority creditor's name and mailing address**
**IMI MARKET STREET LLC**
**P.O. BOX 846133**
**DALLAS, TX 75284-6133**

Date(s) debt was incurred **UNDETERMINED**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$157,284.77**

---

**3.415**

**Nonpriority creditor's name and mailing address**
**IMPACT SERVICE GROUP**
**871 ETHAN ALLEN HWY, SUITE 205**
**RIDGEFIELD, CT 06877**

Date(s) debt was incurred **UNDETERMINED**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,445.76**

---

**3.416**

**Nonpriority creditor's name and mailing address**
**IMPERIAL COMMERCIAL CLEANING, INC.**
**151 DIXON AVENUE**
**AMITYVILLE, NY 11701**

Date(s) debt was incurred **UNDETERMINED**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$164.48**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.417** | Nonpriority creditor's name and mailing address
**INDIANAPOLIS POWER & LIGHT (IPL)**
**P.O. BOX 110**
**INDIANAPOLIS, IN 46206-0110**

**Date(s) debt was incurred** __JUNE 2020__
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,179.65

---

**3.418** | Nonpriority creditor's name and mailing address
**INDUSTRIAL TECHNICAL SERVICES, INC**
**251 UNION STREET**
**WESTFIELD, MA 01085**

**Date(s) debt was incurred** __UNDETERMINED__
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$744.46

---

**3.419** | Nonpriority creditor's name and mailing address
**INFINITY GLOBAL, INC.**
**P.O. BOX 10908**
**DANVILLE, VA 24543**

**Date(s) debt was incurred** __UNDETERMINED__
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$181,879.20

---

**3.420** | Nonpriority creditor's name and mailing address
**INFOR (US) INC.**
**NW 7418, P.O. BOX 1450**
**MINNEAPOLIS, MN 55485-7418**

**Date(s) debt was incurred** __UNDETERMINED__
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$200,085.00

---

**3.421** | Nonpriority creditor's name and mailing address
**INFORMATIVE DESIGN GROUP, INC.**
**1233 20TH ST NW, SUITE 725**
**WASHINGTON, DC 20036**

**Date(s) debt was incurred** __UNDETERMINED__
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$35,325.26

---

**3.422** | Nonpriority creditor's name and mailing address
**INFOSHRED, LLC**
**3 CRAFTSMAN ROAD**
**EAST WINDSOR, CT 06088**

**Date(s) debt was incurred** __UNDETERMINED__
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,097.66

---

**3.423** | Nonpriority creditor's name and mailing address
**INNOVATIVE ELECTRONIC SYSTEMS, LLC**
**432 KELLEY DR., SUITE E**
**WEST BERLIN, NJ 08091**

**Date(s) debt was incurred** __UNDETERMINED__
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$128.25

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104,809.55** |
|---|---|---|---|

**INNOVATIVE INFORMATION SOLUTION**
**61 INTERSTATE LANE**
**WATERBURY, CT 06705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$531,163.28** |
|---|---|---|---|

**INSIGHT DIRECT USA, INC.**
**P.O. BOX 731069**
**DALLAS, TX 75373-1069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,336.13** |
|---|---|---|---|

**INTEGRA PLUMBING, INC.**
**1550 STILLWELL AVENUE**
**BRONX, NY 10461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,533.75** |
|---|---|---|---|

**INTERNATIONAL COLOR SERVICES**
**CORPOR**
**15550 NORTH 84TH ST. STE 105**
**SCOTTSDALE, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$996.63** |
|---|---|---|---|

**IRON MOUNTAIN**
**P.O. BOX 27128**
**NEW YORK, NY 10087-7128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,803.27** |
|---|---|---|---|

**IVERIFY, INC.**
**P.O. BOX 776146**
**CHICAGO, IL 60677-6146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**JACARANDA ARCHIVES LTD**
**BEACONSFIELD**
**22 WYCOMBE END**
**BUCKINGHAMSHIRE, HP9 1NB GB**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.431**

**Nonpriority creditor's name and mailing address**
**JACK WHITEHEAD**
**11909 BRICKSOME AVE., STE. W3**
**BATON ROUGE, LA 70816**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$1,312.28

---

**3.432**

**Nonpriority creditor's name and mailing address**
**JACKSON PREMIUM OUTLETS**
**P.O. BOX 822943**
**PHILADELPHIA, PA 19182-2943**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$115,061.56

---

**3.433**

**Nonpriority creditor's name and mailing address**
**JAG MODELS**
**20 WEST 20TH ST. 6TH FL, STE 606**
**NEW YORK, NY 10011**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$2,400.00

---

**3.434**

**Nonpriority creditor's name and mailing address**
**JARVIS AWARD, SIGN AND FLAG CO.**
**310 MADISON ST.**
**MADISON, TN 37115**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$3,933.00

---

**3.435**

**Nonpriority creditor's name and mailing address**
**JAZZ AT LINCOLN CENTER**
**ATTN: ACCOUNTS RECEIVABLE**
**3 COLUMBUS CIRCLE, 12TH FL**
**NEW YORK, NY 10019**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$100,000.00

---

**3.436**

**Nonpriority creditor's name and mailing address**
**JENNIFER SCHIMMEL**
**20615 GREENWOOD DRIVE**
**OLYMPIA FIELDS, IL 60461**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$307.51

---

**3.437**

**Nonpriority creditor's name and mailing address**
**JERSEY SHORE PREMIUM OUTLETS, LLC**
**P.O. BOX 776307**
**CHICAGO, IL 60677-6307**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$151,116.17

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$184,619.52** |
|---|---|---|---|

**JG ELIZABETH II, LLC**
**P.O. BOX 775273**
**CHICAGO, IL 60677-5273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|

**JIMMY'S MINIS**
**COMMERCE PARK**
**4412 DELTA LAKE DRIVE**
**RALEIGH, NC 27612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,660.87** |
|---|---|---|---|

**JOHNSON CONTROLS**
**P.O. BOX 730068**
**DALLAS, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$627.62** |
|---|---|---|---|

**JOHNSON CONTROLS FIRE PROTECTION LP**
**DEPT. CH 10320**
**PALATINE, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,762.73** |
|---|---|---|---|

**JOHNSON CONTROLS SECURITY SOLUTIONS**
**P.O. BOX 371994**
**PITTSBURGH, PA 15250-7994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,557.43** |
|---|---|---|---|

**JONATHAN CLUB**
**545 S. FIGUEROA STREET**
**LOS ANGELES, CA 90071-1704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,342.50** |
|---|---|---|---|

**JOSEPH CHIARELLA**
**63 BAYBERRY ROAD**
**HAMPDEN, MA 01036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number *(if known)* | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$920.47** |
|---|---|---|---|

**JOSEPH M BORGES**
**300 SOUTH STREET**
**UNIT S5**
**VERNON ROCKVILLE, CT 06066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103,156.41** |
|---|---|---|---|

**JPMA GLOBAL, INC.**
**7335 HENRI-BOURASSA EAST**
**MONTREAL**
**QC, H1E 3T5 CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$864.91** |
|---|---|---|---|

**JPMORGAN CHASE BANK NA**
**P.O. BOX 15918**
**MAIL SUITE DE1-1401**
**WILMINGTON, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115.00** |
|---|---|---|---|

**JRM HAULING & RECYCLING**
**CUSTOMER #5869**
**265 NEWBURY STREET**
**PEABODY, MA 01960-1315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,907.08** |
|---|---|---|---|

**JUDITH CARROLL**
**10580 WILSHIRE BLVD., BOX 84**
**LOS ANGELES, CA 90024-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**JUST ELEVATOR INSPECTION SERVICE, I**
**13940 SOUTH LINDER AVE.**
**CRESTWOOD, IL 60445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.98** |
|---|---|---|---|

**K & M CAMERA**
**DIGITAL DARKROOM & PHOTOGRAPHY,**
**INC**
**DBA K&M TRIBECA**
**368 BROADWAY**
**NEW YORK, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|

---

**3.452** Nonpriority creditor's name and mailing address
**KAMROWSKI REFINISHING CO., INC.**
**12 BRADFORD ROAD**
**FRAMINGHAM, MA 01701**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,230.00**

---

**3.453** Nonpriority creditor's name and mailing address
**KANSAS GAS SERVICE**
**PO BOX 219046**
**KANSAS CITY, MO 64121-9046**

Date(s) debt was incurred **JUNE 2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$37.08**

---

**3.454** Nonpriority creditor's name and mailing address
**KARASS BROADWAY 901, LLC**
**C/O SOLSTICE RESIDENTIAL GROUP**
**P.O. BOX 3171**
**HICKSVILLE, NY 11802-3171**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$314,350.78**

---

**3.455** Nonpriority creditor's name and mailing address
**KATE RYAN, INC.**
**333 HUDSON STREET, #1002**
**NEW YORK, NY 10013**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,920.00**

---

**3.456** Nonpriority creditor's name and mailing address
**KBRC REALTY, LLC**
**ATTN: WALTER LABONTE, JR.**
**100 SOUTH MAIN STREET**
**SHERBORN, MA 01770**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$35,773.98**

---

**3.457** Nonpriority creditor's name and mailing address
**KENWOOD MALL, LLC**
**KENWOOD TOWNE CENTRE**
**SDS-12-3080, P.O. BOX 86**
**MINNEAPOLIS, MN 55486**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$135,651.76**

---

**3.458** Nonpriority creditor's name and mailing address
**KETER ENVIRONMENTAL SERVICES, INC.**
**P.O. BOX 417468**
**BOSTON, MA 02241-7468**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$39,798.83**

---

Debtor **Brooks Brothers Group, Inc.**                Case number (if known)  **20-11785**
_____
Name

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,600.00 |
|---|---|---|---|

**KINGSTON INTERNATIONAL DEV. SERVICE**
**6001 LOGAN WAY, APT. C8**
**BLADENSBURG, MD 20710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,488.90 |
|---|---|---|---|

**KINSLEY POWER SYSTEMS**
**14 CONNECTICUT SOUTH DRIVE**
**EAST GRANBY, CT 06026-9738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $793,603.06 |
|---|---|---|---|

**KLEBAN DARIEN LLC**
**1189 POST ROAD**
**FAIRFIELD, CT 06824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,009.50 |
|---|---|---|---|

**KLUK FARBER LAW PLLC**
**166 MERCER ST., 6B**
**NEW YORK, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,962.66 |
|---|---|---|---|

**KMG HAULING, INC.**
**CUSTOMER #001707**
**P.O. BOX 650821**
**POTOMAC FALLS, VA 20165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,352.74 |
|---|---|---|---|

**KONE INC.**
**P.O. BOX 7247**
**6082**
**PHILADELPHIA, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.53 |
|---|---|---|---|

**KOVACS SECURITY SYSTEMS**
**1171 WILLIS AVENUE**
**ALBERTSON, NY 11507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$683,067.25** |
|---|---|---|---|

**KPMG LLP**
**DEPT. 0511**
**P.O. BOX 120511**
**DALLAS, TX 75312-0511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$176,685.44** |
|---|---|---|---|

**LA CANTERA RETAIL LIMITED PARTNERSH**
**THE SHOPS AT LA CANTERA**
**SDS-12-2532, P.O. BOX 86**
**MINNEAPOLIS, MN 55486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,620.23** |
|---|---|---|---|

**LA CIENEGA PARTNERS LIMITED PARTNER**
**DEPT. 58801, P.O. BOX 67000**
**DETROIT, MI 48267-0588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,849.44** |
|---|---|---|---|

**LANCER TRANSPORTATION & LOGISTICS,**
**311 INDUSTRY AVENUE**
**SPRINGFIELD, MA 01104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,493.69** |
|---|---|---|---|

**LANDA UMPIERRE PSC**
**P.O. BOX 363642**
**SAN JUAN**
**, 00936 PR**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,350.42** |
|---|---|---|---|

**LAREDO OUTLET SHOPPES, LLC**
**P.O. BOX 809643**
**CHICAGO, IL 60680-8802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97,557.92** |
|---|---|---|---|

**LAS AMERICAS PREMIUM OUTLETS, LLC**
**P.O. BOX 822596**
**PHILADELPHIA, PA 19182-2596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.473** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,970.74**

**LAS VEGAS NORTH PREMIUM OUTLETS**
**P.O. BOX 827724**
**PHILADELPHIA, PA 19182-7724**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.474** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152,102.46**

**LAS VEGAS SOUTH OUTLETS, LLC**
**P.O BOX 827695**
**PHILADELPHIA, PA 19182-7695**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.475** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$520.68**

**LEANNE P STRUCK**
**7817 PARK LANE**
**ROWLETT, TX 75088**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,687.22**

**LEBANON REALTY LLC**
**C/O NAMDAR REALTY GROUP**
**P.O. BOX 368**
**EMERSON, NJ 07630**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.477** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$129,437.40**

**LEE OUTLETS, LLC**
**P.O BOX 772841**
**CHICAGO, IL 60677-2841**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,691.10**

**LEEDS RETAIL CENTER, LLC**
**6200 GRAND RIVER BLVD., STE 446**
**LEEDS, AL 35094**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.479** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$184,492.84**

**LEESBURG CORNER PREMIUM OUTLETS**
**P.O. BOX 822914**
**PHILADELPHIA, PA 19182-2914**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.480** | **Nonpriority creditor's name and mailing address**
**LEGACY PLACE PROPERTIES, LLC**
P.O. BOX 782697
PHILADELPHIA, PA 19178-2697

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$573.55

---

**3.481** | **Nonpriority creditor's name and mailing address**
**LENOX SQUARE**
P.O. BOX 772809
CHICAGO, IL 60677-2809

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$517,216.88

---

**3.482** | **Nonpriority creditor's name and mailing address**
**LIBERTY MUTUAL INSURANCE GROUP**
P.O. BOX 2027
KEENE, NH 03431-7027

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,052.74

---

**3.483** | **Nonpriority creditor's name and mailing address**
**LIBERTY REALTY OUTLET, LLC**
C/O NAMDAR REALTY GROUP
P.O. BOX 368
EMERSON, NJ 07630

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$27,317.40

---

**3.484** | **Nonpriority creditor's name and mailing address**
**LIDO LIGHTING**
400 OSER AVE #100
HAUPPAUGE, NY 11788

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$276.57

---

**3.485** | **Nonpriority creditor's name and mailing address**
**LIFE CARE, INC.**
2 ARMSTRONG ROAD
SHELTON, CT 06484

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$10,635.00

---

**3.486** | **Nonpriority creditor's name and mailing address**
**LIGHTHOUSE PLACE PREMIUM OUTLETS**
TENANT ID MC-BROOKS
P.O. BOX 827749
PHILADELPHIA, PA 19182-7749

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$50,515.16

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.487** | **Nonpriority creditor's name and mailing address**
LINDSAY CONNOLLY, LLC
1229 SHAGBARK RD.
COLUMBUS, OH 43230

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,206.00**

---

**3.488** | **Nonpriority creditor's name and mailing address**
LINK MANAGEMENT CORP.
101 BERGEN ST., #3R
BROOKLYN, NY 11201

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,200.04**

---

**3.489** | **Nonpriority creditor's name and mailing address**
LINKEDIN CORPORATION
62228 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0622

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$52,715.08**

---

**3.490** | **Nonpriority creditor's name and mailing address**
LITTLER MENDELSON, P.C.
P.O. BOX 207137
DALLAS, TX 75320-7137

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,113.79**

---

**3.491** | **Nonpriority creditor's name and mailing address**
LIVERPOOL CARTING CO., INC.
ACCT. #4172
5 BRUCKNER BOULEVARD
BRONX, NY 10454

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$767.57**

---

**3.492** | **Nonpriority creditor's name and mailing address**
LIVERPOOL CARTING CO., INC.
ACCT. #4323
5 BRUCKNER BLVD.
BRONX, NY 10454

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$303.48**

---

**3.493** | **Nonpriority creditor's name and mailing address**
LIVERPOOL CARTING CO., INC.
ACCT. #4411
5 BRUCKNER BLVD.
BRONX, NY 10454

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$251.76**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(if known)* | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.494** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$202.69**

**LM INFORMATION DELIVERY, INC**
**1 SOUTH 3RD STREET, 9TH FLOOR**
**EASTON, PA 18042**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.495** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$753.00**

**LOCAL 274 HEALTH & WELFARE FUND**
**22 S. 22ND ST., MEZANINE FLOOR**
**PHILADELPHIA, PA 19103-3005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,029.00**

**LOOS & CO. WIRE ROPE DIVISION**
**P.O. BOX 98**
**POMFRET, CT 06258-0098**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.497** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350,000.00**

**LOVE IS NEXT DOOR, LLC**
**P.O. BOX 2528**
**PALM BEACH, FL 33480**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.498** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,500.00**

**LUCERNEX**
**DEPT. 3636, P.O. BOX 123636**
**DALLAS, TX 75312-3636**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,526.30**

**LUCID SOFTWARE**
**10808 SOUTH RIVER FRONT PARKWAY**
**SUITE 650**
**SOUTH JORDAN, UT 84095**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.500** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,809.75**

**LYKINS SIGNTEK DEVELOPMENT**
**SPECIALT**
**5935 TAYLOR ROAD**
**NAPLES, FL 34109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|--------|-------------------------------|------------------------|--------------|
|        | Name |  |  |

---

**3.501** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,642.90**

**M.A.C. GRADING CO.**
**P.O. BOX 376**
**AUTRYVILLE, NC 28318**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.502** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,594.96**

**MACERICH NIAGARA LLC**
**P.O. BOX 843529**
**LOS ANGELES, CA 90084-3529**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.503** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130,000.00**

**MAD MOBILE**
**4300 W. CYPRESS STREET, SUITE 400**
**TAMPA, FL 33607**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.504** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54.85**

**MADEIRA USA LTD**
**30 BAYSIDE COURT**
**P.O. BOX 6068**
**LACONIA, NH 03246**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.505** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,219.22**

**MAINETTI USA, INC.**
**DEPARTMENT AT 40190**
**ATLANTA, GA 31192-0190**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.506** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135,000.00**

**MALFITANO ADVISORS**
**3641 PAONIA STREET**
**BOULDER, CO 80301**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.507** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78,673.84**

**MALL AT CHESTNUT HILL, LLC**
**P.O. BOX 643748**
**PITTSBURGH, PA 15264-3748**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number _(if known)_ | **20-11785** |
|---|---|---|---|---|

Name

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$60,504.26** |
|---|---|---|---|

**MALL AT CONCORD MILLS L.P.**
**P.O. BOX 100451**
**ATLANTA, GA 30384-0451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$88,413.80** |
|---|---|---|---|

**MALL AT NORTHSHORE, LLC**
**14202 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$70,725.10** |
|---|---|---|---|

**MANCHESTER SQ. PARTNER LP**
**C/O VANDERBILT EQUITIES CO.**
**P.O. BOX 1317**
**MANCHESTER CENTER, VT 05255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$577,233.72** |
|---|---|---|---|

**MANHATTAN ASSOCIATES**
**P.O. BOX 405696**
**ATLANTA, GA 30384-5696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$11,744.72** |
|---|---|---|---|

**MANSFIELD PAPER COMPANY, INC.**
**380 UNION STREET**
**P.O. BOX 1070**
**WEST SPRINGFIELD, MA 01090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$512.91** |
|---|---|---|---|

**MARIO A GUZMAN**
**7652 MISSION SUMMIT**
**BOERNE, TX 78015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$3,360.00** |
|---|---|---|---|

**MARK EDWARD INC.**
**330 W 38TH ST., SUITE 507**
**NEW YORK, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Brooks Brothers Group, Inc.**

Name

Case number (*if known*)   **20-11785**

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,915.00 |

**MARK MIGDAL & HAYDEN**
**80 SW 8TH ST., SUITE 1999**
**MIAMI, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $486.48 |

**MARVIN CLARK**
**1949 TERRACINA CIRCLE**
**ROSEVILLE, CA 95747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,338.00 |

**MASTER MAINTENANCE NATIONAL**
**CUSTOMER #285**
**P.O. BOX 601**
**BELLEVILLE, MI 48112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,250.00 |

**MASTERCARD INTERNATIONAL**
**LOCKBOX 28712**
**4 CHASE METROTECH CTR., 7TH FL EAST**
**BROOKLYN, NY 11245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,030.68 |

**MAYBURY ASSOCIATES INC.**
**90 DENSLOW RD**
**EAST LONGMEADOW, MA 01028-3160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**MBB REAL ESTATE, LLC**
**C/O CBRE INC.**
**33 ARCH ST., 10TH FLOOR**
**BOSTON, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.14 |

**MCGLYNN, HAYS & CO., INC.**
**605 WEST 47TH STREET**
**NEW YORK, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.522** | Nonpriority creditor's name and mailing address
**MCMASTER-CARR SUPPLY CO.**
**PO BOX 7690**
**CHICAGO, IL 60680-7690**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$29.10**

---

**3.523** | Nonpriority creditor's name and mailing address
**MD CONTRACT SRL**
**GALLERIA DEL CORSO 2**
**MILANO**
**MI, 20122 IT**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$605,542.18**

---

**3.524** | Nonpriority creditor's name and mailing address
**MDC WALLCOVERINGS**
**400 HIGH GROVE ROAD**
**GLENDALE HEIGHTS, IL 60139**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,212.09**

---

**3.525** | Nonpriority creditor's name and mailing address
**MELEK CORPORATION**
**306 E. PAISANO**
**EL PASO, TX 79901**

Date(s) debt was incurred  **JULY 2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.526** | Nonpriority creditor's name and mailing address
**MEMPHIS LIGHT GAS & WATER DIVISION**
**P.O. BOX 388**
**MEMPHIS, TN 38145-0388**

Date(s) debt was incurred  **JULY 2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$32.80**

---

**3.527** | Nonpriority creditor's name and mailing address
**MEMPHIS LIGHT GAS & WATER DIVISION**
**P.O. BOX 388**
**MEMPHIS, TN 38145-0388**

Date(s) debt was incurred  **JULY 2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,493.12**

---

**3.528** | Nonpriority creditor's name and mailing address
**MERCER HEALTH & BENEFITS LLC**
**P.O. BOX 13793**
**NEWARK, NJ 07188**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,750.00**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.529**

**Nonpriority creditor's name and mailing address**
**MERRIMACK PREMIUM OUTLETS CENTER, L**
**7274 SOLUTION CENTER**
**CHICAGO, IL 60677-7002**

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$114,522.18**

---

**3.530**

**Nonpriority creditor's name and mailing address**
**MICHAEL M. CARTER**
**103 MERRYWOOD LANE**
**PEACHTREE CITY, GA 30269**

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$362.12**

---

**3.531**

**Nonpriority creditor's name and mailing address**
**MICHAEL SZWED JEWELERS, LLC**
**807 WILLIAMS STREET**
**LONGMEADOW, MA 01106**

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,165.00**

---

**3.532**

**Nonpriority creditor's name and mailing address**
**MICROMAGIC CO., INC.**
**2640 EAST 14TH ST., UNIT C2**
**BROOKLYN, NY 11235**

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$342.09**

---

**3.533**

**Nonpriority creditor's name and mailing address**
**MICROSOFT CORPORATION**
**P.O. BOX 847813**
**DALLAS, TX 75284-7833**

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$434,535.53**

---

**3.534**

**Nonpriority creditor's name and mailing address**
**MICROSOFT ONLINE, INC.**
**P.O. BOX 847543**
**DALLAS, TX 75284-7543**

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$117,852.87**

---

**3.535**

**Nonpriority creditor's name and mailing address**
**MIDTOWN SECURITY, INC.**
**330 MADISON AVENUE/BASEMENT**
**NEW YORK, NY 10017**

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,745.83**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,929.85** |
|---|---|---|---|

**MIKE ALBERT LEASING INC**
**P.O. BOX 643220**
**CINCINNATI, OH 45264-3220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,600.00** |
|---|---|---|---|

**MINDTREE**
**25 INDEPENDENCE BLVD., SUITE 401**
**WARREN**
**NJ 07059**
**WARREN, NJ 07059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,400.00** |
|---|---|---|---|

**MINISOFT, INC.**
**1024 FIRST ST., SUITE 311**
**SNOHOMISH, WA 98290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,041.45** |
|---|---|---|---|

**MIRKINS CLEANERS**
**583 STATE STREET**
**SPRINGFIELD, MA 01109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205,159.08** |
|---|---|---|---|

**MIROMAR OUTLET WEST, LLC**
**OUTLETS ACCOUNTING DEPT.**
**10801 CORKSCREW RD., STE. 305**
**ESTERO, FL 33928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,485.00** |
|---|---|---|---|

**MONEYSWORTH & BEST USA, INC.**
**P.O. BOX 746**
**ASHLAND, NH 03217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,012.40** |
|---|---|---|---|

**MONTOUR WAY ASSOCIATES, LTD.**
**330 GRANT ST., SUITE 2400**
**PITTSBURGH, PA 15219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,839.16** |
|---|---|---|---|

**MOOD MEDIA**
**P.O. BOX 71070**
**CHARLOTTE, NC 28272-1070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,272.70** |
|---|---|---|---|

**MORRISON COHEN LLP**
**909 THIRD AVENUE**
**NEW YORK, NY 10022-4731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44,640.64** |
|---|---|---|---|

**MULTIMEDIA PLUS**
**853 BROADWAY, SUITE 901**
**NEW YORK, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**MUSICBED**
**9555 HARMON ROAD**
**FORT WORTH, TX 76177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,796.77** |
|---|---|---|---|

**NALCO WATER**
**999 SOUTH OYSTER BAY RD., STE 108**
**BETHPAGE, NY 11714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$117,267.12** |
|---|---|---|---|

**NARVAR**
**50 BEALE ST., 7TH FL**
**SAN FRANCISCO, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,943.92** |
|---|---|---|---|

**NASSAU INN LTD. PARTNERSHIP**
**P.O. BOX 451**
**EMERSON, NJ 07630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.550** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175,137.40**

**NATICK MALL**
**SDS-12-3111, P.O. BOX 86**
**MINNEAPOLIS, MN 55486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.551** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.56**

**NATIONAL GRID - NEWARK/11735**
**PO BOX 11735**
**NEWARK, NJ 07101-4735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.552** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14.32**

**NATIONAL GRID - RHODE ISLAND/11739**
**PO BOX 11739**
**NEWARK, NJ 07101-4739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.553** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,019.88**

**NATIONAL HANGER COMPANY, INC.**
**ACCOUNTS RECEIVABLE**
**PO BOX 818**
**NORTH BENNINGTON, VT 05257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.554** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$489.80**

**NATIONAL PEDIATRIC CANCER**
**FOUNDATIO**
**5550 WET EXECUTIVE DR., SUITE 300**
**TAMPA, FL 33609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.38**

**NATIONAL PLUS PLAN**
**6 BLACKSTONE VALLEY PL, STE 302**
**LINCOLN, RI 02865-1112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.556** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,591.96**

**NATIONAL RETIREMENT FUND**
**RE: LOCAL 2604 - ACCT. #1001357**
**6 BLACKSTONE VALLEY PLACE, STE 302**
**LINCOLN, RI 02865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.557** | Nonpriority creditor's name and mailing address
**NATIONAL RETIREMENT FUND**
**LOCAL 42J**
**EMPLOYER CODE 150R0243**
**P.O. BOX 5426**
**WHITE PLAINS, NY 10602-5426**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$488.48**

---

**3.558** | Nonpriority creditor's name and mailing address
**NATIONAL RETIREMENT FUND**
**LOCAL 25**
**EMPLOYER CODE 0990126**
**P.O. BOX 5426**
**WHITE PLAINS, NY 10602-5426**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$483.93**

---

**3.559** | Nonpriority creditor's name and mailing address
**NATIONAL RETIREMENT FUND**
**LOCAL 42J**
**EMPLOYER CODE #150R0243**
**P.O. BOX 5426**
**WHITE PLAINS, NY 10602-5426**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$318.02**

---

**3.560** | Nonpriority creditor's name and mailing address
**NATIONAL RETIREMENT FUND**
**LOCAL 05**
**EMPLOYER CODE 1520461**
**P.O. BOX 5426**
**WHITE PLAINS, NY 10602-5426**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$30.57**

---

**3.561** | Nonpriority creditor's name and mailing address
**NATIONAL RETIREMENT FUND LOCAL 5**
**EMPLOYER CODE 1520461**
**P.O. BOX 5426**
**WHITE PLAINS, NY 10602-5426**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$21.54**

---

**3.562** | Nonpriority creditor's name and mailing address
**NATIONAL RETIREMENT FUND NY**
**LOCAL 25**
**EMPLOYER CODE 00990126**
**P.O. BOX 5426**
**WHITE PLAINS, NY 10602-5426**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$884.09**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.563** | Nonpriority creditor's name and mailing address
**NATIONAL WASTE SERVICES, LLC**
**ACCT. #121007171**
**1863 HARRISON AVENUE**
**BAY SHORE, NY 11706**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$146.64**

---

**3.564** | Nonpriority creditor's name and mailing address
**NATIONWIDE**
**VETERINARY PET INSURANCE CO.**
**FILE 50939**
**LOS ANGELES, CA 90074**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,308.32**

---

**3.565** | Nonpriority creditor's name and mailing address
**NED ALTOONA, LLC**
**P.O. BOX 845603**
**BOSTON, MA 02284-5603**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$876.31**

---

**3.566** | Nonpriority creditor's name and mailing address
**NESCTC SECURITY**
**46 MOLTER STREET**
**CRANSTON, RI 02910**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$76,984.02**

---

**3.567** | Nonpriority creditor's name and mailing address
**NETJETS**
**P.O. BOX 933300**
**ATLANTA, GA 31193-3300**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$114,753.96**

---

**3.568** | Nonpriority creditor's name and mailing address
**NEW ENGLAND DOCUMENT SYSTEMS**
**750 EAST INDUSTRIAL PARK DRIVE**
**MANCHESTER, NH 03109-5630**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,381.06**

---

**3.569** | Nonpriority creditor's name and mailing address
**NEW ENGLAND JOINT BOARD**
**33 HARRISON AVENUE 8TH FLOOR**
**BOSTON, MA 02111**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,050.97**

---

Debtor    **Brooks Brothers Group, Inc.**                                   Case number (if known)    **20-11785**
_____
Name

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,559.38** |

**NEW GENERATION COMPUTING, INC.**
**P.O. BOX 105034**
**ATLANTA, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,184.05** |

**NEW YORK MODEL MANAGEMENT**
**7700 SUNSET BOULEVARD**
**ACCOUNTING OFFICE**
**LOS ANGELES, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$136.39** |

**NEWARK ELEMENT14**
**33190 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140.51** |

**NEWGISTICS LBX**
**PO BOX 732516**
**DALLAS, TX 75373-2516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,223.65** |

**NEXT JUMP, INC.**
**261 FIFTH AVE., 8TH FLOOR**
**NEW YORK, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,476.45** |

**NFP**
**P.O. BOX 9101**
**PLAINVIEW, NY 11803-1703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$595.00** |

**NH LEARNING SOLUTIONS CORPORATION**
**14115 FARMINGTON ROAD**
**LIVONIA, MI 48154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.577** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59.40**

**NIPSCO - NORTHERN INDIANA PUBLIC SERV CO**
**P.O. BOX 13007**
**MERRILLVILLE, IN 46411-3007**

Date(s) debt was incurred  JUNE 2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.578** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$205.77**

**NIPSCO - NORTHERN INDIANA PUBLIC SERV CO**
**P.O. BOX 13007**
**MERRILLVILLE, IN 46411-3007**

Date(s) debt was incurred  JUNE 2020

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.579** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,024.00**

**NOR-CAL MOVING SERVICES**
**3129 CORPORATE PLACE**
**HAYWARD, CA 94545**

Date(s) debt was incurred  UNDETERMINED

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.580** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,899.13**

**NOREL SERVICE COMPANY, INC.**
**230 SECOND AVE, SUITE 2**
**WALTHAM, MA 02451**

Date(s) debt was incurred  UNDETERMINED

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.581** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,259.50**

**NORESCO**
**DEPT. CH 14276**
**PALATINE, IL 60055-4276**

Date(s) debt was incurred  UNDETERMINED

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.582** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$157,323.32**

**NORTH GEORGIA PREMIUM OUTLETS, L.P.**
**P.O. BOX 822900**
**PHILADELPHIA, PA 19182-2900**

Date(s) debt was incurred  UNDETERMINED

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.583** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97.50**

**NORTHEAST WHOLESALE LUMBER, INC.**
**P.O. BOX 15207**
**SPRINGFIELD, MA 01115-5207**

Date(s) debt was incurred  UNDETERMINED

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$525.00** |
|---|---|---|---|

**NORTHERN CONTRACTING, INC.**
**7941 DREW CIRCLE #140**
**FORT MYERS, FL 33967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,175.00** |
|---|---|---|---|

**NORTHSTAR DISPOSAL**
**89 GUION STREET**
**SPRINGFIELD, MA 01104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$675.00** |
|---|---|---|---|

**NORTHSTAR ELECTRICAL SERVICES, INC.**
**2521 W. MAIN STREET**
**NORRISTOWN, PA 19403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$166,716.23** |
|---|---|---|---|

**NOUVEAU ELEVATOR INDUSTRIES, INC.**
**47-55 37TH STREET**
**LONG ISLAND CITY, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$377.88** |
|---|---|---|---|

**NOUVEAU ILLINOIS**
**47-55 37TH STREET**
**LONG ISLAND CITY, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$171,817.10** |
|---|---|---|---|

**NRCM, INC.**
**11445 E VIA LINDA, SUITE 2-461**
**SCOTTSDALE, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87,450.00** |
|---|---|---|---|

**NTT DATA SERVICES, LLC**
**P.O. BOX 677956**
**DALLAS, TX 75267-7956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (*if known*) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

**3.591** | Nonpriority creditor's name and mailing address
**NUCOMPASS MOBILITY SERVICES**
**7901 STONERIDGE DR., SUITE 390**
**PLEASANTON, CA 94588**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$57,454.51**

---

**3.592** | Nonpriority creditor's name and mailing address
**NY-NJ JOINT BOARD SCHOLARSHIP FUND**
**305 SEVENTH AVE., 7TH FL**
**NEW YORK, NY 10001**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$16.99**

---

**3.593** | Nonpriority creditor's name and mailing address
**NY-NJ REGIONAL JB - WORKERS UNITED**
**LOCAL 250 & 253**
**ATTN: DUES OR BOOKKEEPING DEPT.**
**305 SEVENTH AVE., 7TH FL**
**NEW YORK, NY 10001**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$396.00**

---

**3.594** | Nonpriority creditor's name and mailing address
**NY-NJ REGIONAL JB - WORKERS UNITED**
**LOCAL 25**
**305 SEVENTH AVE., 7TH FL**
**NEW YORK, NY 10001**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$324.00**

---

**3.595** | Nonpriority creditor's name and mailing address
**O.C. TANNER RECOGNITION COMPANY**
**P.O. BOX 410023**
**SALT LAKE CITY, UT 84141-0023**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,966.48**

---

**3.596** | Nonpriority creditor's name and mailing address
**OAKBROOK SHOPPING CENTER, LLC**
**SDS-12-2892**
**PO BOX 86**
**MINNEAPOLIS, MN 55486**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$232,741.12**

---

**3.597** | Nonpriority creditor's name and mailing address
**OCCUSCREEN, LLC**
**805 BROADWAY ST., SUITE 215**
**VANCOUVER, WA 98660**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$835.00**

---

Debtor   **Brooks Brothers Group, Inc.**                                Case number (if known)   **20-11785**
         Name

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,012.00** |
|---|---|---|---|

**OCP OFFICE OWNER, LLC**
**P.O. BOX 206033**
**DALLAS, TX 75320-6033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,903.30** |
|---|---|---|---|

**OCT STONEFIELD PROPERTY OWNER LLC**
**240 ROYAL PALM WAY, 2ND FLOOR**
**C/O O'CONNOR PROPERTY MANAGEMENT, LLC**
**PALM BEACH, FL 33480**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**OGURY INC.**
**DEPT. CH 17157**
**PALATINE, IL 60055-7157**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,717.62** |
|---|---|---|---|

**OKC OUTLETS I LLC**
**P.O. BOX 714676**
**CINCINNATI, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,904.78** |
|---|---|---|---|

**OLD DOMINION FREIGHT LINES, INC.**
**P.O. BOX 415202**
**BOSTON, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,347.56** |
|---|---|---|---|

**OLD DOMINION REALTY ASSOCIATES, LLC**
**P.O. BOX 3368**
**PALM BEACH, FL 33480**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$170,559.96** |
|---|---|---|---|

**OLD ORCHARD URBAN LP**
**P.O. BOX 743657**
**LOS ANGELES, CA 90074-3657**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$360.00** |
|---|---|---|---|

**OLIVER FIRE PROTECTION**
**501 FEHELEY DRIVE**
**KING OF PRUSSIA, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,745.00** |
|---|---|---|---|

**OLIVER SPRINKLER CO.**
**501 FEHELEY DRIVE**
**KING OF PRUSSIA, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$319.02** |
|---|---|---|---|

**OLYMPIC II MALL SERVICES**
**CUST. #07-0047140**
**P.O. BOX 19930**
**FOUNTAIN HILLS, AZ 85269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,504.98** |
|---|---|---|---|

**OMAHA OUTLETS SPE, LLC**
**P.O. BOX 8432**
**DES MOINES, IA 50301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**OPEN AT THE CLOSE, INC.**
**6404 WILSHIRE BLVD., SUITE 930**
**LOS ANGELES, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,421.34** |
|---|---|---|---|

**OPENTEXT, INC.**
**C/O JP MORGAN LOCKBOX**
**24685 NETWORK PLACE**
**CHICAGO, IL 60673-1246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95,877.76** |
|---|---|---|---|

**OPRY MILLS LIMITED PARTNERSHIP**
**P.O. BOX 402242**
**ATLANTA, GA 30384-2242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.612** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$146.42**

**OPTIMUM**
ACCT. #07848 099203 01 8
P.O. BOX 742698
CINCINNATI, OH 45274-2698

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.613** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$549.69**

**ORANGE AND ROCKLAND UTILITIES (O&R)**
PO BOX 1005
SPRING VALLEY, NY 10977-0800

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.614** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$224.50**

**ORANGE AND ROCKLAND UTILITIES (O&R)**
PO BOX 1005
SPRING VALLEY, NY 10977-0800

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.615** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**OREGON DEPARTMENT OF**
955 CENTER ST NE
SALEM, OR 97301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.616** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$171,074.67**

**ORLANDO OUTLET OWNER, LLC**
P.O. BOX 772811
CHICAGO, IL 60677-2811

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.617** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$405,268.97**

**ORLANDO VINELAND PO, L.P.**
P.O. BOX 827733
PHILADELPHIA, PA 19182-7733

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.618** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$371,341.12**

**ORS GROUP CORPORATION**
590 MADISON AVENUE
NEW YORK, NY 10002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(if known)* | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.619** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,863.59**

OSAGE BEACH PREMIUM OUTLETS, L.P.
P.O. BOX 822941
PHILADELPHIA, PA 19182-2941

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.620** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00**

OSCAR'S EXTERMINATING
P.O. BOX 2252
CLINTON, NC 28329-2252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.621** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,427.50**

OSF GLOBAL SERVICES, INC.
500 EDGEWATER DR., SUITE 509
WAKEFIELD, MA 01880

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.622** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,385.50**

OUTLET MALL AT SAVANNAH, LLC
P.O. BOX 414225
BOSTON, MA 02241-4225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.623** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,827.36**

OUTLET VILLAGE OF HAGERSTOWN, L.P.
P.O. BOX 776327
CHICAGO, IL 60677-6327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.624** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,161.81**

OUTLETS AT LITTLE ROCK
NED LITTLE ROCK LLC
P.O. BOX 419207
BOSTON, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.625** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,094.96**

PACIFIC PACKAGING PRODUCTS, INC.
24 INDUSTRIAL WAY
P.O. BOX 697
WILMINGTON, MA 01887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,785.49** |
|---|---|---|---|

**PACKAGE DESIGN AND MANUFACTURING, I**
P.O. BOX 874283
KANSAS CITY, MO 64187

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,067.71** |
|---|---|---|---|

**PALM BEACH OUTLETS I, LLC**
P.O. BOX 9468
NEW YORK, NY 10087-9468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,763.55** |
|---|---|---|---|

**PANELLA'S PLUMBING & HEATING INC.**
P.O. BOX 233
654 ENFIELD STREET
ENFIELD, CT 06083-0233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$328,498.81** |
|---|---|---|---|

**PARADIES SHOPS**
PARADIES LAGARDERE
P.O. BOX 734110
DALLAS, TX 75373-4110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161,031.18** |
|---|---|---|---|

**PARAGON OUTLETS LIVERMORE VALLEY LL**
LIVERMORE PREMIUM OUTLETS, LLC
2696 SOLUTION CENTER
CHICAGO, IL 60677-2006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$572.19** |
|---|---|---|---|

**PATRIOT DISPOSAL COMPANY**
CUSTOMER # 010329
2208 PLAINFIELD PIKE
JOHNSTON, RI 02919

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.58** |
|---|---|---|---|

**PAUL D. BOUTILIER**
UNKNOWN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.633**

**Nonpriority creditor's name and mailing address**
**PEABODY MUNICIPAL LIGHT PLANT**
**PO BOX 3199**
**PEABODY, MA 01961-3199**

Date(s) debt was incurred __JUNE 2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,744.25**

---

**3.634**

**Nonpriority creditor's name and mailing address**
**PEEQ**
**P.O. BOX 2383**
**WEST CHESTER, PA 19380-0110**

Date(s) debt was incurred __UNDETERMINED__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,881.68**

---

**3.635**

**Nonpriority creditor's name and mailing address**
**PENNS PURCHASE OPERATING , LLC**
**1801 MARKET ST., SUITE 500**
**PHILADELPHIA, PA 19103**

Date(s) debt was incurred __UNDETERMINED__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,107.51**

---

**3.636**

**Nonpriority creditor's name and mailing address**
**PEOPLEREADY, INC.**
**P.O. BOX 820145**
**PHILADELPHIA, PA 19182-0145**

Date(s) debt was incurred __UNDETERMINED__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$26,666.90**

---

**3.637**

**Nonpriority creditor's name and mailing address**
**PEPCO (POTOMAC ELECTRIC POWER COMPANY)**
**PO BOX 13608**
**PHILADELPHIA, PA 19101-3608**

Date(s) debt was incurred __JUNE 2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,525.19**

---

**3.638**

**Nonpriority creditor's name and mailing address**
**PERIMETER MALL, LLC**
**P.O. BOX 860381**
**MINNEAPOLIS, MN 55486-0381**

Date(s) debt was incurred __UNDETERMINED__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$209,050.68**

---

**3.639**

**Nonpriority creditor's name and mailing address**
**PERKOPOLIS**
**3080 YONGE STREET**
**SUITE #5000**
**TORONTO**
**ON, M4N 3N1 CA**

Date(s) debt was incurred __UNDETERMINED__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.00**

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (if known) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,438.56 |
|---|---|---|---|
| | **PERLMAN & PERLMAN, LLP**<br>**521 FIFTH AVE., 30TH FLOOR**<br>**NEW YORK, NY 10175** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $170,591.39 |
|---|---|---|---|
| | **PERMASTEELISA NORTH AMERICA CORP**<br>**123 DAY HILL ROAD**<br>**WINDSOR, CT 06095** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28,863.44 |
|---|---|---|---|
| | **PETALUMA VILLAGE PREMIUM OUELETS, L**<br>**P.O. BOX 822888**<br>**PHILADELPHIA, PA 19182-2888** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $175,000.00 |
|---|---|---|---|
| | **PEZ, INC.**<br>**210 E. 73RD ST.**<br>**MANHATTAN, NY 10021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28,078.74 |
|---|---|---|---|
| | **PFP COLUMBUS II, LLC**<br>**C/O THE HUNTINGTON NATIONAL BANK**<br>**L-3581**<br>**COLUMBUS, OH 43260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $159,106.02 |
|---|---|---|---|
| | **PHILADELPHIA PREMIUM OUTLETS, L.P.**<br>**P.O. BOX 822464**<br>**PHILADELPHIA, PA 19182-2464** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $158,683.62 |
|---|---|---|---|
| | **PHILLIPS PLACE OWNER, LLC**<br>**P.O. BOX 603904**<br>**CHARLOTTE, NC 28260-3904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **UNDETERMINED** | Basis for the claim: _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|

---

**3.647** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98,552.45**

**PHOENIX PREMIUM OUTLETS, LLC**
**7517 SOLUTION CENTER**
**CHICAGO, IL 60677-7005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.648** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**PIEDMONT DELIVERY SERVICE, LLC**
**P.O. BOX 118**
**MOORE, SC 29369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.649** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54.97**

**PIEDMONT NATURAL GAS**
**PO BOX 1246**
**CHARLOTTE, NC 28201-1246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.650** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.83**

**PIEDMONT NATURAL GAS**
**PO BOX 1246**
**CHARLOTTE, NC 28201-1246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.651** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,081.20**

**PINTEREST**
**P.O. BOX 74008066**
**CHICAGO, IL 60674-8066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.652** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$113.23**

**PIPP MOBILE STORAGE SYSTEMS, INC.**
**P.O. BOX 674812**
**DETROIT, MI 48267-4812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.653** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**PLANO POLICE DEPARTMENT**
**ATTN: FALSE ALARM REDUCTION UNIT**
**P.O. BOX 860358**
**PLANO, TX 75086-0358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(if known)* | **20-11785** |
| --- | --- | --- | --- |

---

**3.654**

**Nonpriority creditor's name and mailing address**
**PLAZA FRONTENAC ACQUISITION, LLC**
**SDS-12-3110, P.O. BOX 86**
**MINNEAPOLIS, MN 55486**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$83,636.40**

---

**3.655**

**Nonpriority creditor's name and mailing address**
**PLAZA INTERNACIONAL PUERTO RICO LLC**
**P.O. BOX 674797**
**DETROIT, MI 48267-4797**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$54,137.70**

---

**3.656**

**Nonpriority creditor's name and mailing address**
**PLEASANT PRAIRIE PREMIUM OUTLETS, L**
**P.O. BOX 776288**
**CHICAGO, IL 60677-6288**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$137,859.48**

---

**3.657**

**Nonpriority creditor's name and mailing address**
**PLI CHICAGO, LLC**
**1120 WINDHAM PKWY**
**ROMEOVILLE, IL 60446**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,019.77**

---

**3.658**

**Nonpriority creditor's name and mailing address**
**PNEUMATIC SYSTEMS CO., LLC**
**64 CODY STREET**
**WEST HARTFORD, CT 06110**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$575.94**

---

**3.659**

**Nonpriority creditor's name and mailing address**
**POLARIS ENERGY SERVICES**
**L-2413**
**COLUMBUS, OH 43260**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,992.83**

---

**3.660**

**Nonpriority creditor's name and mailing address**
**POS ONE TIME VENDOR**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,284.13**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91,187.80** |
|---|---|---|---|

**POTOMAC MILLS OPERATING CO.**
**C/O BANK OF AMERICA**
**P.O. BOX 277866**
**ATLANTA, GA 30384-7866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$147.19** |
|---|---|---|---|

**PPL ELECTRIC UTILITIES/ALLENTOWN**
**2 NORTH 9TH ST CPC-GENN1**
**ALLENTOWN, PA 18101-1175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72.87** |
|---|---|---|---|

**PPL ELECTRIC UTILITIES/ALLENTOWN**
**2 NORTH 9TH ST CPC-GENN1**
**ALLENTOWN, PA 18101-1175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91,885.20** |
|---|---|---|---|

**PR AVALON PHASE II OWNER, LLC**
**P.O. BOX 936439**
**ATLANTA, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**PREDICTSPRING, INC.**
**447 RINCONADA CT.**
**LOS ALTOS HILLS, CA 94022-3808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$861.70** |
|---|---|---|---|

**PREGIS SHARP SYSTEMS**
**UNKNOWN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,000.00** |
|---|---|---|---|

**PREMIERE EQUITIES GP, LLC**
**C/O GREATER DEVELOPMENT, LLC**
**PUNCH & JUDY BUILDING**
**21 KERSHEVAL AVE., SUITE 233**
**GROSSE POINTE WOODS, MI 48236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.668**

**Nonpriority creditor's name and mailing address**
**PREMIERE GLOBAL SERVICES**
**P.O. BOX 404351**
**ATLANTA, GA 30384-4351**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$1,466.00

---

**3.669**

**Nonpriority creditor's name and mailing address**
**PRESIDENT INDUSTRIAL PRODUCTS, LLC**
**P.O. BOX 387**
**WOOD RIDGE, NJ 07075**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$2,314.60

---

**3.670**

**Nonpriority creditor's name and mailing address**
**PRO-LINE CONSTRUCTION, INC.**
**6060 DEACON ROAD**
**SARASOTA, FL 34238**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$76,213.42

---

**3.671**

**Nonpriority creditor's name and mailing address**
**PRODATA COMPUTER SERVICES, INC.**
**2809 SOUTH 160TH STREET, SUITE 401**
**OMAHA, NE 68130**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$913.50

---

**3.672**

**Nonpriority creditor's name and mailing address**
**PRODUCT 101 INC.**
**135 W 29TH ST., SUITE 203**
**NEW YORK, NY 10001**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$500.72

---

**3.673**

**Nonpriority creditor's name and mailing address**
**PROFESSIONAL RETAIL OUTLET**
**SERVICES**
**3050 UNION LAKE ROAD, SUITE 8-F**
**COMMERCE TOWNSHIP, MI 48382**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$108,423.05

---

**3.674**

**Nonpriority creditor's name and mailing address**
**PSE&G-PUBLIC SERVICE ELEC & GAS CO**
**P.O. BOX 14444**
**NEW BRUNSWICK, NJ 08906-4444**

Date(s) debt was incurred  **JUNE 2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$3,208.10

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.675 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,196.00** |
|---|---|---|---|

**PUBLITAS.COM**
**ZEEBURGERPAD 5**
**AMSTERDAM**
**08, 1018 AH NL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41,360.37** |
|---|---|---|---|

**PURPLE USA, INC.**
**120 WOOSTER ST., SUITE 3N**
**NEW YORK, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,268.14** |
|---|---|---|---|

**QUADIENT FINANCE USA, INC.**
**ACCT. #7900 0440 8014 6008**
**P.O. BOX 6813**
**CAROL STREAM, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,198.80** |
|---|---|---|---|

**QUADIENT LEASING USA, INC.**
**DEPT. 3682, P.O. BOX 123682**
**DALLAS, TX 75312-3682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$63,691.89** |
|---|---|---|---|

**QUALTRICS, LLC**
**333 W. RIVER PARK DRIVE**
**PROVO, UT 84604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,600.00** |
|---|---|---|---|

**QUE MANAGEMENT, INC.**
**354 BROADWAY**
**NEW YORK, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$103,742.00** |
|---|---|---|---|

**QUEENSTOWN OUTLETS LIMITED**
**PARTNERS**
**P.O. BOX 772953**
**CHICAGO, IL 60677-0253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|

Name

---

**3.682**

**Nonpriority creditor's name and mailing address**

**QUINCY ASIAN RESOURCES**
**1509 HANCOCK ST., #209**
**QUINCY, MA 02169**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,333.34**

---

**3.683**

**Nonpriority creditor's name and mailing address**

**R.M. SULLIVAN TRANSP.**
**P.O. BOX 1964**
**WESTFIELD, MA 01086**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,239.18**

---

**3.684**

**Nonpriority creditor's name and mailing address**

**RAILEX**
**15 RALPH AVENUE**
**COPIAGUE, NY 11726**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,781.82**

---

**3.685**

**Nonpriority creditor's name and mailing address**

**RAISIN INDUSTRIES, LLC**
**C/O BEDROCK DETROIT**
**1092 WOODWARD AVENUE**
**DETROIT, MI 48226**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$16,882.24**

---

**3.686**

**Nonpriority creditor's name and mailing address**

**RAND-WHITNEY CONTAINER, LLC**
**P.O. BOX 847459**
**BOSTON, MA 02284-7459**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$155,905.15**

---

**3.687**

**Nonpriority creditor's name and mailing address**

**RAPID7 LLC**
**P.O. BOX 347377**
**PITTSBURGH, PA 15251-4377**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18,342.44**

---

**3.688**

**Nonpriority creditor's name and mailing address**

**RAYVEN IT SOLUTIONS LLC**
**345 PLAINFIELD AVE., SUITE #303**
**EDISON, NJ 08817**

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$169,341.80**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.689** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00**

**RCB 7824 LLC**
**7650 GIRARD AVE., SUITE 300**
**LA JOLLA, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.690** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101.36**

**RCN**
**ACCT. #6201-0452192-01**
**P.O. BOX 11816**
**NEWARK, NJ 07101-8116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.691** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,214.96**

**RCPI CLEANING SERVICES, LLC**
**P.O. BOX 30156**
**NEW YORK, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.692** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$621,435.31**

**RCPI LANDMARK PROPERTIES LLC**
**C/O TISHMAN SPEYER PROPERTIES**
**P.O. BOX 33173**
**NEWARK, NJ 07188-3173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.693** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,286.28**

**READYREFRESH BY NESTLE**
**P.O. BOX 856680**
**LOUISVILLE-JEFFERSON, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.694** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,301.25**

**RECOLOGY GOLDEN GATE**
**ACCT. #011046028**
**P.O. BOX 60846**
**LOS ANGELES, CA 90060-0846**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115.26**

**RECOLOGY KING COUNTY**
**CUSTOMER # 2004515**
**P.O. BOX 34260**
**SEATTLE, WA 98124-1260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(if known)* | **20-11785** |
|---|---|---|---|
| | Name | | |

---

3.696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,183.00**

**REGGIANI LIGHTING USA, INC.**
**372 STARKE ROAD**
**CARLSTADT, NJ 07072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,890.00**

**REID AND RIEGE, P.C.**
**COUNSELLORS AT LAW**
**ONE FINANCIAL PLAZA**
**HARTFORD, CT 06103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.00**

**RELIABLE TECHNICAL SERVICES**
**241 GROVE AVE.**
**VERONA, NJ 07044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,220.00**

**RELIANT RIBBON**
**P.O. BOX 829889**
**PHILADELPHIA, PA 19182-9889**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,377.91**

**RENAISSANCE AT COLONY PARK, LLC**
**C/O MATTIACE PROPERTIES**
**P.O. BOX 13809**
**JACKSON, MS 39236-3809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,054.56**

**REPUBLIC SERVICES #323**
**ACCT. #3-0323-0002331**
**P.O. BOX 9001099**
**LOUISVILLE, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,087.30**

**REPUBLIC SERVICES, #529**
**ACCT. #3-0529-0069333**
**P.O. BOX 78829**
**PHOENIX, AZ 85062-8829**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.703** | Nonpriority creditor's name and mailing address
**RETAIL CONSTRUCTION SERVICES, INC.**
**11343 39TH STREET NORTH**
**LAKE ELMO, MN 55042**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$290,501.06**

---

**3.704** | Nonpriority creditor's name and mailing address
**RETAIL DISTRIBUTION LOGISTICS**
**480 DUNCAN AVENUE**
**JERSEY CITY, NJ 07306**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$72,073.47**

---

**3.705** | Nonpriority creditor's name and mailing address
**RETAIL REAL ESTATE ADVISORY GROUP**
**28708 NORTH COTTONWOOD BASIN DR.**
**RIO VERDE, AZ 85263**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,170.26**

---

**3.706** | Nonpriority creditor's name and mailing address
**REVCO, INC.**
**PO BOX 105**
**TRUMBULL, CT 06611**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,975.90**

---

**3.707** | Nonpriority creditor's name and mailing address
**RICH-TAUBMAN ASSOCIATES**
**DEPT. 56801, P.O. BOX 67000**
**DETROIT, MI 48267-0568**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$37,773.44**

---

**3.708** | Nonpriority creditor's name and mailing address
**RICHARD & JUDITH CARROLL MARITAL TR**
**10580 WILSHIRE BLVD., BOX 84**
**LOS ANGELES, CA 90024-4515**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$46,360.64**

---

**3.709** | Nonpriority creditor's name and mailing address
**RICHARD CARROLL BYPASS TRUST**
**10580 WILSHIRE BLVD., BOX 84**
**LOS ANGELES, CA 90024-4515**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25,755.92**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td>3.710</td><td>

**Nonpriority creditor's name and mailing address**
**RICHARDS, LAYTON & FINGER**
**ONE RODNEY SQUARE**
**920 NORTH KING ST**
**WILMINGTON, DE 19801**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

</td><td>

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

</td><td>

**$74,038.00**

</td></tr>
</table>

---

<table>
<tr><td>3.711</td><td>

**Nonpriority creditor's name and mailing address**
**RICOH USA, INC.**
**P.O. BOX 827577**
**PHILADELPHIA, PA 19182-7577**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

</td><td>

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

</td><td>

**$64,284.79**

</td></tr>
</table>

---

<table>
<tr><td>3.712</td><td>

**Nonpriority creditor's name and mailing address**
**RIO GRANDE VALLEY PREMIUM OUTLETS**
**P.O. BOX 822324**
**PHILADELPHIA, PA 19182-2324**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

</td><td>

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

</td><td>

**$125,947.16**

</td></tr>
</table>

---

<table>
<tr><td>3.713</td><td>

**Nonpriority creditor's name and mailing address**
**RISI**
**4 ALFRED CIRCLE**
**BEDFORD, MA 01730**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

</td><td>

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

</td><td>

**$5,317.50**

</td></tr>
</table>

---

<table>
<tr><td>3.714</td><td>

**Nonpriority creditor's name and mailing address**
**RIVERHEAD POLICE DEPARTMENT**
**ATTN: FALSE ALARM BILLING**
**210 HOWELL AVE.**
**RIVERHEAD, NY 11901**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

</td><td>

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

</td><td>

**$10.00**

</td></tr>
</table>

---

<table>
<tr><td>3.715</td><td>

**Nonpriority creditor's name and mailing address**
**RIVERSIDE SQUARE LIMITED PARTNERSHI**
**P.O. BOX 403258**
**ATLANTA, GA 30384-3258**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

</td><td>

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

</td><td>

**$307,952.68**

</td></tr>
</table>

---

<table>
<tr><td>3.716</td><td>

**Nonpriority creditor's name and mailing address**
**RIVERSIDE SQUARE MALL LIMITED PART.**
**P.O. BOX 403258**
**ATLANTA, GA 30384**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number _

</td><td>

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

</td><td>

**$60,281.76**

</td></tr>
</table>

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.717**

Nonpriority creditor's name and mailing address

**ROBERTO ORTIZ ROBLES**
**AV LA PAZ #1766 DEPTO 603**
**COL. AMERICANA CP**
**QUADALAJARA JAL., 44160 MX**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$246.41**

---

**3.718**

Nonpriority creditor's name and mailing address

**ROGER E. MAHER**
**23 83RD STREET**
**BROOKLYN, NY 11209**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,250.00**

---

**3.719**

Nonpriority creditor's name and mailing address

**ROMER LABS, INC.**
**P.O. BOX 123810**
**DALLAS, TX 75312-3810**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$251.61**

---

**3.720**

Nonpriority creditor's name and mailing address

**RONNIE KING**
**5630 HOBBTON HWY**
**CLINTON, NC 28328**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$880.00**

---

**3.721**

Nonpriority creditor's name and mailing address

**ROOT STAFF CORPORATION**
**601, 21ST STREET, STE. 300**
**VERO BEACH, FL 32960**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$690.00**

---

**3.722**

Nonpriority creditor's name and mailing address

**ROUND ROCK PREMIUM OUTLETS**
**P.O. BOX 822312**
**PHILADELPHIA, PA 19182-2312**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$173,811.39**

---

**3.723**

Nonpriority creditor's name and mailing address

**RPAI SOUTHWEST MANAGEMENT, LLC**
**15105 COLLECTIONS CENTER DR.**
**CHICAGO, IL 60693**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$127,556.79**

---

Debtor **Brooks Brothers Group, Inc.**                                    Case number *(if known)*  **20-11785**
_____
Name

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,758.81 |

**RUGGLES SIGN**
**93 INDUSTRY DRIVE**
**P.O. BOX 349**
**VERSAILLES, KY 40383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |

**RUSTY, LLC**
**4427 HOMER ST.**
**LOS ANGELES, CA 90031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,170.22 |

**RWS FACILITY SERVICES**
**DEPT. #40299, P.O. BOX 740209**
**ATLANTA, GA 30374-0209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,432.41 |

**RYDER TRANSPORTATION SERVICES**
**P.O. BOX 96723**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,609.08 |

**SAGEMORE MANAGEMENT, LLC**
**8000 SAGEMORE DR., SUITE 8201**
**MARLTON, NJ 08053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $855,119.21 |

**SALESFORCE.COM, INC.**
**PO BOX 203141**
**DALLAS, TX 75320-3141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $567.54 |

**SALISH NETWORKS, INC.**
**ACCT. #0388000084**
**8825 34TH AVE, NE, STE L #148**
**MARYSVILLE, WA 98271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.731**   **Nonpriority creditor's name and mailing address**

**SAN MARCOS FACTORY STORES, LTD**
**P.O. BOX 776300**
**CHICAGO, IL 60677-6300**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$211,171.87**

---

**3.732**   **Nonpriority creditor's name and mailing address**

**SANDY ALEXANDER, INC.**
**P.O. BOX 824263**
**PHILADELPHIA, PA 19182-4263**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,459.51**

---

**3.733**   **Nonpriority creditor's name and mailing address**

**SANTEE COOPER**
**PO BOX 188**
**MONCKS CORNER, SC 29461-0188**

Date(s) debt was incurred  **JUNE 2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$364.57**

---

**3.734**   **Nonpriority creditor's name and mailing address**

**SAP INDUSTRIES, INC.**
**PO BOX 822986**
**PHILADELPHIA, PA 19182**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$392,630.84**

---

**3.735**   **Nonpriority creditor's name and mailing address**

**SARGENTI ARCHITECTS**
**461 FROM RD., 2ND FLOOR**
**PARAMUS, NJ 07652**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$108,164.24**

---

**3.736**   **Nonpriority creditor's name and mailing address**

**SAS INSTITUTE INC.**
**P.O. BOX 406922**
**ATLANTA, GA 30384-6922**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$57,166.00**

---

**3.737**   **Nonpriority creditor's name and mailing address**

**SAUCON VALLEY LIFESTYLE CENTER**
**JPM - P.O. BOX 28482**
**NEW YORK, NY 10087-8482**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$56,350.82**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,814.50** |
|---|---|---|---|

**SAVORY CONCEPTS LLC**
**DBA QUALITY FOODS**
**645 EMMETT STREET**
**BRISTOL, CT 06010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,979.00** |
|---|---|---|---|

**SCHIFF HARDIN LLP**
**233 SOUTH WACKER DR., SUITE 7100**
**CHICAGO, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$204,300.32** |
|---|---|---|---|

**SDG FASHION MALL L.P.**
**P.O. BOX 775748**
**CHICAGO, IL 60677-5748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,225.05** |
|---|---|---|---|

**SDI INDUSTRIES, INC.**
**13000 PIERCE STREET**
**PACOIMA, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$78,888.10** |
|---|---|---|---|

**SEAMAN PAPER COMPANY**
**P.O. BOX 21**
**BALDWINVILLE, MA 01436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160,505.46** |
|---|---|---|---|

**SEATTLE PREMIUM OUTLETS**
**P.O. BOX 822953**
**PHILADELPHIA, PA 19182-2953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,765.62** |
|---|---|---|---|

**SECURITAS ELECTRONIC SECURITY, INC.**
**P.O. BOX 643731**
**PITTSBURGH, PA 15264-3731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Brooks Brothers Group, Inc.**

Name

Case number (if known) **20-11785**

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,760.47 |

**SECURITAS SEC. SVS. US, INC.**
**P.O. BOX 403412**
**ATLANTA, GA 30384-3412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDETERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,410.21 |

**SEDGWICK CLAIMS MANAGEMENT**
**SERVICES**
**1100 RIDGEWAY LOOP ROAD**
**CLIENT BANKING SERVICES GROUP**
**MEMPHIS, TN 38101-5076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDETERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,522.66 |

**SEGAL COMPANY**
**P.O. BOX 4059**
**CHURCH STREET STATION**
**NEW YORK, NY 10261-4059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDETERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,858.14 |

**SEICKEL & SONS MAINTENANCE, INC.**
**201 POND AVENUE**
**MIDDLESEX, NJ 08846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDETERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,285.83 |

**SEICKEL & SONS, INC.**
**201 POND AVENUE**
**MIDDLESEX, NJ 08846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDETERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,082.50 |

**SETTLERS' R1, INC.**
**C/O OVP MANAGEMENT, INC.**
**2 COMMON COURT, UNIT C13**
**NORTH CONWAY, NH 03860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  UNDETERMINED

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $504.95 |

**SEVIER COUNTY ELECTRIC SYSTEM**
**P.O. BOX 4870**
**SEVIERVILLE, TN 37864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  JUNE 2020

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (*if known*) | **20-11785** |
|---|---|---|---|---|

Name

---

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$485.48** |
|---|---|---|---|

**SHELBY ENERGY COOPERATIVE INC/KY**
**P.O. BOX 309**
**SHELBYVILLE, KY 40066-0309**

Date(s) debt was incurred  **JUNE 2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,013.27** |
|---|---|---|---|

**SHI INTERNATIONAL CORPORATION**
**P.O. BOX 952121**
**DALLAS, TX 75395-2121**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$402.86** |
|---|---|---|---|

**SHIPSI, INC.**
**228 MAIN ST., SUITE 4**
**LOS ANGELES, CA 90291**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137,506.51** |
|---|---|---|---|

**SHOPPERTRAK RCT CORPORATION**
**6564 SOLUTION CENTER**
**CHICAGO, IL 60677-6005**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116,419.51** |
|---|---|---|---|

**SHOPS AT SADDLE CREEK, INC.**
**AKA THE SHOPS OF SADDLE CREEK, HCM**
**16972 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693-0169**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,563.94** |
|---|---|---|---|

**SHORT HILL ASSOCIATES**
**DEPT. 53501, P.O. BOX 67000**
**DETROIT, MI 48267-0535**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,751.57** |
|---|---|---|---|

**SIEMENS INDUSTRY, INC.**
**C/O CITIBANK (BLDG TECH)**
**P.O. BOX 2134**
**CAROL STREAM, IL 60132-2134**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Brooks Brothers Group, Inc. | Case number (if known) | 20-11785 |
|---|---|---|---|
| | Name | | |

---

**3.759** Nonpriority creditor's name and mailing address
SIGN CONNECTION, INC.
1660 PACOLET CT.
GASTONIA, NC 28052

Date(s) debt was incurred  UNDERMINED

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$673.03**

---

**3.760** Nonpriority creditor's name and mailing address
SILVER SANDS GL I, LLC - ID#8009
7282 SOLUTION CENTER
CHICAGO, IL 60677-7002

Date(s) debt was incurred  UNDERMINED

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$137,919.78**

---

**3.761** Nonpriority creditor's name and mailing address
SIMON FINANCING PARTNERSHIP, L.P.
P.O. BOX 822903
PHILADELPHIA, PA 19182-2903

Date(s) debt was incurred  UNDERMINED

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$52,122.80**

---

**3.762** Nonpriority creditor's name and mailing address
SIMON/CLARKSBURG DEVELOPMENT, LLC
P.O. BOX 772986
CHICAGO, IL 60677-0286

Date(s) debt was incurred  UNDERMINED

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$132,941.51**

---

**3.763** Nonpriority creditor's name and mailing address
SIMON/PREIT GLOUCESTER
DEVELOPMENT
P.O. BOX 776118
CHICAGO, IL 60677-6118

Date(s) debt was incurred  UNDERMINED

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$57,298.97**

---

**3.764** Nonpriority creditor's name and mailing address
SIMOS INSOURCING SOLUTIONS CORP.
P.O. BOX 890668
CHARLOTTE, NC 28289-0668

Date(s) debt was incurred  UNDERMINED

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$23,419.34**

---

**3.765** Nonpriority creditor's name and mailing address
SIRACUSA MOVING & STORAGE
250 COMMERCE CIRCLE
NEW BRITAIN, CT 06051

Date(s) debt was incurred  UNDERMINED

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$133,500.15**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,214.17 |
|---|---|---|---|

**SKILLNET SOLUTIONS INCORPORATED**
**1151 SONORA COURT, SUITE 2**
**SUNNYVALE, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,593.06 |
|---|---|---|---|

**SMG CORPORATE SERVICES**
**P.O. BOX 53**
**BRATTLEBORO, VT 05302-0053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,390.45 |
|---|---|---|---|

**SOLUTIONS MANAGEMENT, INC.**
**P.O. BOX 1027**
**REMSENBURG, NY 11960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,737.54 |
|---|---|---|---|

**SOMERSET COLLECTION LP**
**LOCKBOX 16129**
**16129 COLLECTIONS CENTER DR.**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $264.00 |
|---|---|---|---|

**SONITROL SECURITY SERVICES, INC.**
**815 WOOD RIDGE CENTER DRIVE**
**CHARLOTTE, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,200.00 |
|---|---|---|---|

**SOUL ARTIST MANAGEMENT**
**11 WEST 25TH ST., 9TH FLOOR**
**NEW YORK, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,627.52 |
|---|---|---|---|

**SOUTH CAROLINA DEPT OF**
**REVENUE**
**SALES TAX RETURN**
**COLUMBIA, SC 29214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.773** | Nonpriority creditor's name and mailing address
**SOUTH DAKOTA STATE TREASURER**
**P.O. BOX 5055**
**REMITTANCE CENTER**
**SIOUX FALLS, SD 57117-5055**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$469.10**

---

**3.774** | Nonpriority creditor's name and mailing address
**SOUTHERN CALIFORNIA EDISON**
**P.O. BOX 600**
**ROSEMEAD, CA 91771-0001**

Date(s) debt was incurred  **JUNE 2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$914.99**

---

**3.775** | Nonpriority creditor's name and mailing address
**SOUTHERN CALIFORNIA MESSENGERS**
**5757 WILSHIRE BLVD., STE. #3**
**LOS ANGELES, CA 90036-3682**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$500.42**

---

**3.776** | Nonpriority creditor's name and mailing address
**SOUTHERN REGION JOINT BOARD**
**1777 PHOENIX PARKWAY, STE. 230**
**ATLANTA, GA 30349**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,734.60**

---

**3.777** | Nonpriority creditor's name and mailing address
**SOUTHPOINT MALL, LLC**
**THE STREETS AT SOUTHPOINT**
**SDS-12-2886, P.O. BOX 86**
**MINNEAPOLIS, MN 55486**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$62,058.83**

---

**3.778** | Nonpriority creditor's name and mailing address
**SPENCER TECHNOLOGIES**
**P.O. BOX 83258**
**WOBURN, MA 01813-3258**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$36,729.12**

---

**3.779** | Nonpriority creditor's name and mailing address
**SPG HOUSTON HOLDINGS, L.P.**
**P.O. BOX 822693**
**PHILADELPHIA, PA 19182-2693**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$212,420.05**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,465.39 |
|---|---|---|---|

**SPS COMMERCE, INC.**
**P.O. BOX 205782**
**DALLAS, TX 75320-5782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,321.56 |
|---|---|---|---|

**SRE BOARDWALK, LLC**
**P.O. BOX 310803**
**DES MOINES, IA 50331-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,877.10 |
|---|---|---|---|

**SRE HAWKEYE, LLC**
**P.O. BOX 310801**
**DES MOINES, IA 50331-0801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,047.93 |
|---|---|---|---|

**SRE ONTARIO, LLC**
**P.O. BOX 310803**
**DES MOINES, IA 50331-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,418.88 |
|---|---|---|---|

**ST. AUGUSTINE PREMIUM OUTLETS**
**P.O. BOX 822946**
**PHILADELPHIA, PA 19182-2946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ST. GEORGE OUTLET DEVELOPMENT, LLC**
**150 MYRTLE AVE., 2ND FL**
**BROOKLYN, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,269.36 |
|---|---|---|---|

**ST. LOUIS PREMIUM OUTLETS, LLC**
**P.O. BOX 775857**
**CHICAGO, IL 60677-5857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Brooks Brothers Group, Inc. | Case number (if known) | 20-11785 |
|---|---|---|---|
| | Name | | |

---

**3.787**

**Nonpriority creditor's name and mailing address**
STAFFMARK, INC.
P.O. BOX 734575
ATTN: JP MORGAN (NON-DISBURSEMENT)
CHICAGO, IL 60673-4575

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,598.07**

---

**3.788**

**Nonpriority creditor's name and mailing address**
STANDARD REGISTER
P.O. BOX 91047
CHICAGO, IL 60693

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$18,062.48**

---

**3.789**

**Nonpriority creditor's name and mailing address**
STATE ARTIST MANAGEMENT LLC
525 7TH AVE., SUITE 904
NEW YORK, NY 10018

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,960.00**

---

**3.790**

**Nonpriority creditor's name and mailing address**
STEFANO TORDIGLIONE DESIGN LTD
4-5/F, 86 JERVOIS STREET
SHEUNG WAN, HK

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,034.28**

---

**3.791**

**Nonpriority creditor's name and mailing address**
STERLING CARTING
ACCT. #185300
99 STERLING MINE ROAD
SLOATSBURG, NY 10974

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$234.61**

---

**3.792**

**Nonpriority creditor's name and mailing address**
STJTC II, LLC
P.O. BOX 100177
ATLANTA, GA 30384-0177

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$100,741.52**

---

**3.793**

**Nonpriority creditor's name and mailing address**
STONER BUNTING ADVERTISING
322 NORTH ARCH STREET
LANCASTER, PA 17603

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$22,500.00**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$151,268.72** |
|---|---|---|---|

STONY POINT FASHION PARK
2100 WEST 7TH STREET
CHRIS NEILSON, C/O THE WOODMONT CO.
FORT WORTH, TX 76107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,700.00** |
|---|---|---|---|

STRAGURE SOFTWARE TECHNOLOGIES
#5, SRI GANESH BUILDING
MICHAEL PALYA
80 FT ROAD, INDIRANAGER,
BANGALORE 10, 560038 IN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,146.63** |
|---|---|---|---|

STREET RETAIL INC. - PROPERTY #1730
P.O. BOX 8500-9320
C/O FEDERAL REALTY INVESTMENT
TRUST
PHILADELPHIA, PA 19178-9320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,457.55** |
|---|---|---|---|

STUART DEAN CO., INC.
P.O. BOX 412474
BOSTON, MA 02241-2474

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8.91** |
|---|---|---|---|

SUBURBAN PROPANE - 1229
PO BOX F
WHIPPANY, NJ 07981-0405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8.91** |
|---|---|---|---|

SUBURBAN PROPANE - 1229
PO BOX F
WHIPPANY, NJ 07981-0405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$266,682.27** |
|---|---|---|---|

SUNRISE MILLS (MLP) LP
P.O. BOX 277861
ATLANTA, GA 30384-7861

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|

---

**3.801**

**Nonpriority creditor's name and mailing address**
**SURFACE STUDIO ENTERPRISES NYC, INC**
**242 WEST 30TH ST., 12TH FL**
**NEW YORK, NY 10001**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,743.65**

---

**3.802**

**Nonpriority creditor's name and mailing address**
**SWINBURNE ROW, LLC**
**1341 WEST MAIN ROAD, STE. 11**
**MIDDLETOWN, RI 02842**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$35,939.92**

---

**3.803**

**Nonpriority creditor's name and mailing address**
**SYSTEMS PLUS SOLUTIONS USA LLC**
**6860 DALLAS PKWY, #200**
**PLANO, TX 75024**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$209,175.02**

---

**3.804**

**Nonpriority creditor's name and mailing address**
**TAL APPAREL LIMITED**
**5/F TAL BUILDING**
**49 AUSTIN ROAD**
**KOWLOON**
**HONG KONG, CHINA**

Date(s) debt was incurred  **JUNE 2016**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$808,333.33**

---

**3.805**

**Nonpriority creditor's name and mailing address**
**TAL APPAREL LIMITED**
**5/F TAL BUILDING**
**49 AUSTIN ROAD**
**KOWLOON**
**HONG KONG, CHINA**

Date(s) debt was incurred  **JUNE 2016**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000,000.00**

---

**3.806**

**Nonpriority creditor's name and mailing address**
**TAMPA PREMIUM OUTLETS, LLC**
**P.O. BOX 776226**
**CHICAGO, IL 60677-6226**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$91,202.28**

---

**3.807**

**Nonpriority creditor's name and mailing address**
**TANGER CHARLESTON, LLC**
**TWMB ASSOCIATES & COROC ENTITIES**
**P.O. BOX 414225**
**BOSTON, MA 02241-4225**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$94,356.00**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.808**

**Nonpriority creditor's name and mailing address**
**TANGER DAYTONA, LLC**
P.O. BOX 414225
BOSTON, MA 02241-4225

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$66,052.58**

---

**3.809**

**Nonpriority creditor's name and mailing address**
**TANGER FORT WORTH, LLC**
P.O BOX 414225
BOSTON, MA 02241-4225

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$7,745.82**

---

**3.810**

**Nonpriority creditor's name and mailing address**
**TANGER NATIONAL HARBOR, LLC**
P.O. BOX 414408
BOSTON, MA 02241

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$124,957.53**

---

**3.811**

**Nonpriority creditor's name and mailing address**
**TANGER OUTLETS DEER PARK, LLC**
P.O. BOX 414225
BOSTON, MA 02241-4225

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$94,202.92**

---

**3.812**

**Nonpriority creditor's name and mailing address**
**TANGER PROPERTIES L.P.**
TWMB ASSOCIATES & COROC ENTITIES
P.O. BOX 414225
BOSTON, MA 02241-4225

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$144,000.55**

---

**3.813**

**Nonpriority creditor's name and mailing address**
**TANGER PROPERTIES L.P.**
P.O. BOX 414225
BOSTON, MA 02241-4225

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$73,701.89**

---

**3.814**

**Nonpriority creditor's name and mailing address**
**TANGER PROPERTIES L.P.**
TWMB ASSOCIATES & COROC ENTITIES
P.O. BOX 414225
BOSTON, MA 02241-4225

Date(s) debt was incurred **UNDETERMINED**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$51,733.83**

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (if known) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89,853.78** |
|---|---|---|---|

**TANGER PROPERTIES LIMITED PARTNERSH**
P.O. BOX 414225
BOSTON, MA 02241-4225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,829.20** |
|---|---|---|---|

**TANGER PROPERTIES LIMITED PARTNERSH**
P.O. BOX 414225
BOSTON, MA 02241-4225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,238.45** |
|---|---|---|---|

**TANGER PROPERTIES LIMITED PARTNERSH**
**TWMB ASSOCIATES & COROC ENTITIES**
P.O. BOX 414225
BOSTON, MA 02241-4225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,575.94** |
|---|---|---|---|

**TANGER PROPERTIES LP**
P.O. BOX 414225
BOSTON, MA 02241-4225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89,886.99** |
|---|---|---|---|

**TANGER PROPERTIES LTD**
P.O. BOX 414225
BOSTON, MA 02241-4225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175,264.97** |
|---|---|---|---|

**TANGER PROPERTIES LTD PARTNERSHIP**
**TWMB ASSOCIATES & COROC ENTITIES**
P.O. BOX 414225
BOSTON, MA 02241-4225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,467.71** |
|---|---|---|---|

**TANGER PROPERTIES LTD PARTNERSHIP**
**TWMB ASSOCIATES & COROC ENTITIES**
P.O. BOX 414225
BOSTON, MA 02241-4225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (*if known*) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

**3.822** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89,536.76**

**TANGER PROPERTIES LTD PARTNERSHIP**
**TWMB ASSOCIATES & COROC ENTITIES**
**P.O. BOX 414225**
**BOSTON, MA 02241-4225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.823** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,286.94**

**TANGER PROPERTIES LTD PARTNERSHIP**
**P.O. BOX 414225**
**BOSTON, MA 02241-4225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.824** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,939.64**

**TANGER PROPERTIES LTD PARTNERSHIP**
**TWMB ASSOCIATES & COROC ENTITIES**
**P.O. BOX 414225**
**BOSTON, MA 02241-4225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.825** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,858.78**

**TANGER PROPERTIES LTD PARTNERSHIP**
**TWMB ASSOCIATES & COROC ENTITIES**
**P.O. BOX 414225**
**BOSTON, MA 02241-4225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.826** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,380.50**

**TANGER PROPERTIES LTD. PARTNERSHIP**
**TWMB ASSOCIATES & COROC ENTITIES**
**P.O. BOX 414225**
**BOSTON, MA 02241-4225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.827** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,482.27**

**TANGER PROPERTIES LTD. PARTNERSHIP**
**TWMB ASSOCIATES & COROC ENTITIES**
**P.O. BOX 414225**
**BOSTON, MA 02241-4225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.828** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,120.58**

**TAUBMAN AUBURN HILLS ASSOC.**
**DEPT. 124501, P.O. BOX 67000**
**DETROIT, MI 48267-1245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,623.62** |
|---|---|---|---|

**TAUBMAN CHERRY CREEK SC LLC**
**DEPT. 89801, P.O. BOX 67000**
**DETROIT, MI 48267-0898**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,277.89** |
|---|---|---|---|

**TB MALL AT UTC LLC**
**P.O. BOX 674647**
**DETROIT, MI 48267-4647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,857,718.14** |
|---|---|---|---|

**TEACHERS INSURANCE AND ANNUITY**
**C/0 CUSHMAN & WAKEFIELD**
**210 POST ST., SUITE 316**
**TIAA-#6910**
**SAN FRANCISCO, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**TEADS, INC.**
**P.O. BOX 392254**
**PITTSBURGH, PA 15251-9254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,658.49** |
|---|---|---|---|

**TECH ROOFING SERVICE, INC.**
**896 SHERIDAN ST**
**CHICOPEE, MA 01020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,481.06** |
|---|---|---|---|

**TEMPORARY CONNECTIONS INC.**
**PO BOX 1191**
**CLINTON, NC 28329-1191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$218.84** |
|---|---|---|---|

**TENNANT SALES & SERVICE COMPANY**
**P.O. BOX 71414**
**CHICAGO, IL 60694-1414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(if known)* | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.836** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,449.02**

**TFORCE FINAL MILE**
**P.O. BOX 20284**
**GREELEY SQ STATION**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.837** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,932.23**

**TG GALLAGHER**
**309 WAVERLEY OAKS RD., SUITE 200**
**WALTHAM, MA 02452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.838** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,326.00**

**THE AGENCY WORX**
**1261 BROADWAY, STE 1002, 10TH FL**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.839** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**THE BEACH COMPANY**
**P.O. BOX 607**
**CHARLESTON, SC 29402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.840** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53.30**

**THE BROWNING SCHOOL**
**52 EAST 62ND STREET**
**NEW YORK, N 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.841** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$460.47**

**THE CAWLEY COMPANY**
**P.O. BOX 2110**
**MANITOWOC, WI 54221-2110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.842** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,654.65**

**THE CONNECTICUT WATER COMPANY -**
**CWC**
**PO BOX 981015**
**BOSTON, MA 02298-1015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.843** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$426.75**

**THE CONNECTICUT WATER COMPANY - CWC**
**PO BOX 981015**
**BOSTON, MA 02298-1015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.844** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$753.66**

**THE CONNECTICUT WATER COMPANY - CWC**
**PO BOX 981015**
**BOSTON, MA 02298-1015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.845** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$248.50**

**THE CONNECTICUT WATER COMPANY - CWC**
**PO BOX 981015**
**BOSTON, MA 02298-1015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.846** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205,654.48**

**THE FALLS SHOPPING CENTER ASSOC.**
**P.O. BOX 404566**
**ATLANTA, GA 30384-4566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.847** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,681.55**

**THE GARDENS ON EL PASEO LLC**
**COMERICA BANK**
**P.O. BOX 674534**
**DETROIT, MI 48267-4534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.848** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,981.67**

**THE GROVE FEE OWNER LLC**
**P.O. BOX 780856**
**PHILADELPHIA, PA 19178-0856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.849** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**THE INN**
**211 FULTON AVENUE**
**HEMPSTEAD, NY 11550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$186,954.72** |
|---|---|---|---|

**THE IRVINE COMPANY, LLC**
**P.O. BOX 840363**
**RETAIL CENTER: FASHION ISLAND -**
**S22885**
**LOS ANGELES, CA 90084-0363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$291,881.49** |
|---|---|---|---|

**THE ROOKERY L.P.**
**151 N. FRANKLIN, SUITE 300**
**CHICAGO, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,556.84** |
|---|---|---|---|

**THE SHOPS AT WILLOW BEND**
**2100 WEST 7TH STREET**
**C/O CHRIS NEILSON C/O THE WOODMONT**
**CO.**
**FORT WORTH, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,500.00** |
|---|---|---|---|

**THE SMART CUBE, INC.**
**33 N. DEARBORN, SUITE 805**
**CHICAGO, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,481.82** |
|---|---|---|---|

**THE SULLIVAN COMPANIES**
**P.O. BOX 1964**
**WESTFIELD, MA 01085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$118,047.92** |
|---|---|---|---|

**THE TOWN CENTER AT BOCA RATON**
**TRUST**
**P.O. BOX 772846**
**CHICAGO, IL 60677-2846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,791.01** |
|---|---|---|---|

**THE UNIVERSITY OF WASHINGTON**
**P.O. BOX 2150**
**LOCATION CODE:  METT**
**SPOKANE, WA 99210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,914.86 |
|---|---|---|---|

**THOMSON REUTERS - WEST**
P.O. BOX 6292
CAROL STREAM, IL 60197-6292

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $25,312.36 |
|---|---|---|---|

**THOMSON REUTERS TAX & ACCOUNTING -**
P.O. BOX 6016
CAROL STREAM, IL 60197-6016

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $507.72 |
|---|---|---|---|

**TIME WARNER CABLE**
ACCT. 10303-926467401-0001
P.O. BOX 1060
CAROL STREAM, IL 60132-1060

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $292.18 |
|---|---|---|---|

**TIME WARNER CABLE**
ACCT. #202 596640601 001
P.O. BOX 4617
CAROL STREAM, IL 60197

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $220.72 |
|---|---|---|---|

**TM WELLINGTON GREEN MALL, L.P.**
P.O. BOX 865099
ATTN: ACCOUNTS RECEIVABLE
ORLANDO, FL 32886

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,635.23 |
|---|---|---|---|

**TOG**
ACCT. # CUST001843
P.O. BOX 1240
SOUTH ATTLEBORO, MA 02703

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $99.73 |
|---|---|---|---|

**TOWN CAR INTERNATIONAL**
36-36 33 STREET SUITE 308
LONG ISLAND CITY, NY 11106

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.864** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$347.62**

**TOWN OF SMITHFIELD NC**
**PO BOX 761**
**SMITHFIELD, NC 27577-0761**

Date(s) debt was incurred  **JUNE 2020**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.865** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.01**

**TOWN OF WRENTHAM**
**OFFICE OF THE COLLECTOR**
**P.O. BOX 4110**
**WOBURN, MA 01888-4110**

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.866** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,670.00**

**TRADE SHOW TECHNOLOGIES, INC.**
**1680 THE GREENS WAY, SUITE 100**
**JACKSONVILLE BEACH, FL 32250**

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.867** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,878.25**

**TRANE**
**P.O. BOX 406469**
**ATLANTA, GA 30384-6469**

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.868** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,970.00**

**TRANS-AM CONTAINER LINE, INC.**
**2016 LINDEN BLVD, STE. 11**
**ELMONT, NY 11003**

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.869** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$106.36**

**TRANSUNION RISK AND ALTERNATIVE**
**P.O. BOX 209047**
**DALLAS, TX 75320-9047**

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.870** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$969.51**

**TRCC/ROCK OUTLET CENTER, LLC**
**P.O. BOX 844035**
**LOS ANGELES, CA 90084-4035**

Date(s) debt was incurred  **UNDETERMINED**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,924.63** |
|---|---|---|---|

**TRINTECH, INC.**
**P.O. BOX 205367**
**DALLAS, TX 75320-5367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,872.72** |
|---|---|---|---|

**TRITON STAFFING**
**39 HAVERHILL STREET**
**METHUEN, MA 01844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,159.14** |
|---|---|---|---|

**TSG CHESTERFIELD LIFESTYLE, LLC**
**2127 INNERBELT BUSINESS CENTER DR.**
**SUITE 310**
**SAINT LOUIS, MO 63114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$134,523.94** |
|---|---|---|---|

**TSG, L.L.C.**
**29858 NETWORK PLACE**
**CHICAGO, IL 60673-1298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,069.68** |
|---|---|---|---|

**TSO VERO BEACH, LP**
**1170 PEACHTREE ST., NE,SUITE 2000**
**C/O THE SIMPSON ORGANIZATION, INC.**
**ATLANTA, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,324.53** |
|---|---|---|---|

**TUCSON PREMIUM OUTLETS**
**P.O. BOX 776223**
**CHICAGO, IL 60677-6223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.877 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,003.93** |
|---|---|---|---|

**TWC TUCSON, LLC**
**P.O. BOX 31001-2148**
**PASADENA, CA 91110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$119,070.52** |
|---|---|---|---|

**TWIN CITIES OUTLETS EAGAN, LLC**
**P.O. BOX 826511**
**PHILADELPHIA, PA 19182-6511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$658,258.37** |
|---|---|---|---|

**TYSONS CORNER CENTER**
**TYSON'S CORNER HOLDINGS, LLC**
**P.O. BOX 849554**
**LOS ANGELES, CA 90084-9554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$154.95** |
|---|---|---|---|

**U-HAUL MOVING & STORAGE AT**
**EASTVIEW**
**8045 STATE ROUTE 96**
**VICTOR, NY 14564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$102,229.26** |
|---|---|---|---|

**ULINE**
**PO BOX 88741**
**CHICAGO, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,857.79** |
|---|---|---|---|

**ULTRAMAR TRAVEL MANAGEMENT INC.**
**14 EAST 47TH STREET**
**NEW YORK, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$661.33** |
|---|---|---|---|

**UNIFIRST CORPORATION**
**295 PARKER STREET**
**INDIAN ORCHARD, MA 01151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,384.18** |
|---|---|---|---|

**UNIFIRST FIRST AID & SAFETY**
**3499 RIDER TRAIL SOUTH**
**EARTH CITY, MO 63045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.885** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$401.19**

**UNITE HERE RETIREMENT FUND**
**333 WESTCHESTER AVENUE**
**WHITE PLAINS, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.886** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,177.50**

**UNITED ELEVATOR CONSULTANTS**
**SERVICE**
**1 PENNSYLVANIA PLAZA, SUITE 4507**
**NEW YORK, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.887** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$137.31**

**UNIVERSITY SCHOOL**
**2785 SOM CENTER ROAD**
**CHAGRIN FALLS, OH 44022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.888** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,361.75**

**UNUM LIFE INSURANCE CO. OF AMERICA**
**P.O. BOX 406955**
**ATLANTA, GA 30384-6955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.889** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,840.53**

**UPS**
**P.O. BOX 809488**
**CHICAGO, IL 60680-9488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.890** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,845.50**

**UPS SUPPLY CHAIN SOLUTIONS**
**28013 NETWORK PLACE**
**CHICAGO, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.891** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,869.76**

**USA HAULING & RECYCLING, INC.**
**ACCT. #005054**
**P.O. BOX 808**
**EAST WINDSOR, CT 06088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (*if known*) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

**3.892**

**Nonpriority creditor's name and mailing address**
USI INSURANCE SERVICES NATIONAL (CI
P.O. BOX 62889
VIRGINIA BEACH, VA 23466

**Date(s) debt was incurred** UNDETERMINED

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

**$676.00**

---

**3.893**

**Nonpriority creditor's name and mailing address**
UTILITY BILLING SOLUTIONS LLC
PO BOX 105
SOCIAL CIRCLE, GA 30025

**Date(s) debt was incurred** JUNE 2020

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

**$68.03**

---

**3.894**

**Nonpriority creditor's name and mailing address**
VACO, LLC
P.O. BOX 667
BRENTWOOD, TN 37024

**Date(s) debt was incurred** UNDETERMINED

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

**$7,175.86**

---

**3.895**

**Nonpriority creditor's name and mailing address**
VAYNER MEDIA, LLC
10 HUDSON YARDS, 25TH FL
NEW YORK, NY 10001

**Date(s) debt was incurred** UNDETERMINED

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

**$476,225.00**

---

**3.896**

**Nonpriority creditor's name and mailing address**
VECTOR SECURITY
P.O. BOX 89462
CLEVELAND, OH 44101-6462

**Date(s) debt was incurred** UNDETERMINED

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

**$8,529.34**

---

**3.897**

**Nonpriority creditor's name and mailing address**
VELOCLOUD NETWORKS, INC.
3429 HILLVIEW AVENUE
PALO ALTO, CA 94304

**Date(s) debt was incurred** UNDETERMINED

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

**$8,343.77**

---

**3.898**

**Nonpriority creditor's name and mailing address**
VERINT AMERICAS, INC.
P.O. BOX 978702
DALLAS, TX 75397

**Date(s) debt was incurred** UNDETERMINED

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No ☐ Yes

**$62,101.01**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$189.99** |
|---|---|---|---|

**VERIZON**
ACCT. #450 436 872 0001 13
P.O. BOX 28000
LEHIGH VALLEY, PA 18002-8000

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,177.31** |
|---|---|---|---|

**VERIZON**
P.O. BOX 15124
ALBANY, NY 12212-5124

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.901 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$429.35** |
|---|---|---|---|

**VERIZON**
ACCT. #651 772 864 0001 34
P.O. BOX 15124
ALBANY, NY 12212-5124

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.902 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,458.09** |
|---|---|---|---|

**VERIZON BUSINESS**
BILL PAYER ID:  Y1847479
P.O. BOX 15043
ALBANY, NY 12212-5043

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,525.60** |
|---|---|---|---|

**VERIZON BUSINESS**
BILL PAYER ID: Y1823677
P.O. BOX 15043
ALBANY, NY 12212-5043

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,228.97** |
|---|---|---|---|

**VERIZON BUSINESS**
P.O. BOX 15043
ALBANY, NY 12212-5043

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,123.91** |
|---|---|---|---|

**VERIZON BUSINESS**
BILL PAYER ID: # Y2764190
P.O. BOX 15043
ALBANY, NY 12212-5043

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  UNDETERMINED**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,832.83 |
|---|---|---|---|

**VERIZON WIRELESS**
**ACCT# 521692024-00001**
**P.O. BOX 15062**
**ALBANY, NY 12212-5062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $995.00 |
|---|---|---|---|

**VERSAFEED, INC.**
**702 MANGROE AVE., #170**
**CHICO, CA 95926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,461.50 |
|---|---|---|---|

**VERTERIM, INC.**
**9 QUEEN ANNE ROAD**
**HOPKINTON, MA 01748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,922.27 |
|---|---|---|---|

**VERTEX INC.**
**LOCKBOX #25528**
**25528 NETWORK PLACE**
**CHICAGO, IL 60673-1255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,213.09 |
|---|---|---|---|

**VINYL DEVELOPMENT**
**P.O. BOX 2727**
**ORLEANS, MA 02653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,200.90 |
|---|---|---|---|

**VISION SOLUTIONS, INC.**
**DEPT. CH 19317**
**PALATINE, IL 60055-9317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208,075.00 |
|---|---|---|---|

**VISIONET SYSTEMS, INC.**
**4 CEDARBROOK DRIVE., BLDG. B**
**CRANBURY, NJ 08512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.913** **Nonpriority creditor's name and mailing address**
**VISUAL COUNTRY, LLC**
**62 ALLEN ST., 5TH FLOOR**
**NEW YORK, NY 10002**

**Date(s) debt was incurred  UNDETERMINED**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$17,525.00**

---

**3.914** **Nonpriority creditor's name and mailing address**
**VNY MODEL MANAGEMENT**
**928 BROADWAY, SUITE 700**
**NEW YORK, NY 10010**

**Date(s) debt was incurred  UNDETERMINED**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,600.00**

---

**3.915** **Nonpriority creditor's name and mailing address**
**VORYS, SATER, SEYMOUR AND PEASE LLP**
**52 EAST GAY STREET**
**P.O. BOX 1008**
**COLUMBUS, OH 43216-1008**

**Date(s) debt was incurred  UNDETERMINED**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$87,532.65**

---

**3.916** **Nonpriority creditor's name and mailing address**
**W SERVICES GROUP, LLC**
**500 WHEELER ROAD**
**HAUPPAUGE, NY 11788**

**Date(s) debt was incurred  UNDETERMINED**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,330.28**

---

**3.917** **Nonpriority creditor's name and mailing address**
**W-LD LEGENDS OWNER VII, L.L.C.**
**P.O. BOX 505333**
**SAINT LOUIS, MO 63150**

**Date(s) debt was incurred  UNDETERMINED**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$58,948.28**

---

**3.918** **Nonpriority creditor's name and mailing address**
**W.B. MASON CO., INC.**
**P.O. BOX 981101**
**BOSTON, MA 02298-1101**

**Date(s) debt was incurred  UNDETERMINED**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,101.17**

---

**3.919** **Nonpriority creditor's name and mailing address**
**WAGEWORKS, INC. (CERA)**
**1100 PARK PLACE, 4TH FL**
**SAN MATEO, CA 94403**

**Date(s) debt was incurred  UNDETERMINED**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,949.22**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.920**

Nonpriority creditor's name and mailing address
**WAGEWORKS, INC. (FSA)**
**1100 PARK PLACE, 4TH FL**
**SAN MATEO, CA 94403**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,486.40**

---

**3.921**

Nonpriority creditor's name and mailing address
**WALT WHITMAN MALL, LLC**
**P.O. BOX 776405**
**CHICAGO, IL 60677-6405**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$311,760.84**

---

**3.922**

Nonpriority creditor's name and mailing address
**WASHINGTON GAS/37747**
**PO BOX 37747**
**PHILADELPHIA, PA 19101-5047**

Date(s) debt was incurred  **JUNE 2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$22.41**

---

**3.923**

Nonpriority creditor's name and mailing address
**WASTE CONNECTIONS**
**P.O. BOX 660654**
**DALLAS, TX 75266-0654**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,134.47**

---

**3.924**

Nonpriority creditor's name and mailing address
**WASTE CONNECTIONS OF FLORIDA**
**ACCT. #6410-100933**
**P.O. BOX 742695**
**CINCINNATI, OH 45274-2695**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,292.76**

---

**3.925**

Nonpriority creditor's name and mailing address
**WATERLOGIC**
**8 TWO MILE RD., SUITE 202**
**FARMINGTON, CT 06032**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$74.85**

---

**3.926**

Nonpriority creditor's name and mailing address
**WATERLOO PREMIUN OUTLETS, LLC**
**TENANT ID WAT-BROOKS**
**P.O. BOX 827756**
**PHILADELPHIA, PA 19182-7756**

Date(s) debt was incurred  **UNDETERMINED**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$57,683.52**

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

| 3.927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97,384.42** |
|---|---|---|---|

**WATERSIDE SHOPS AT PELICAN BAY**
**LOCKBOX 16316**
**16316 COLLECTIONS CENTER DR.**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.53** |
|---|---|---|---|

**WAWAK**
**1059 POWERS ROAD**
**CONKLIN, NY 13748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$994.42** |
|---|---|---|---|

**WAYFAIR LLC**
**100 HUNTINGTON AVENUE**
**4 COPLEY PLACE, SUITE 700**
**BOSTON, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,201.68** |
|---|---|---|---|

**WCA WASTE SYSTEMS, INC.**
**P.O. BOX 4524**
**HOUSTON, TX 77210-4524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$449.50** |
|---|---|---|---|

**WE ENERGIES/WISCONSIN ELECTRIC/GAS**
**PO BOX 90001**
**MILWAUKEE, WI 53290-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,479.61** |
|---|---|---|---|

**WEILGUS & SONS - NJ, INC.**
**1 NAYLON PLACE**
**LIVINGSTON, NJ 07039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,296.14** |
|---|---|---|---|

**WEK BUSINESS SERVICES**
**P.O. BOX 513**
**OLD BRIDGE, NJ 08857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (*if known*) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.934** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,437.91**

**WEST FARMS MALL, LLC**
**DEPT. 55501, P.O. BOX 67000**
**DETROIT, MI 48267-0555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.935** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113,753.15**

**WESTCHESTER VILLAGE SQUARE, LLC**
**700 WHITE PLAINS RD., PENTHOUSE**
**SCARSDALE, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.936** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**WHEATLEY PLAZA ASSOCIATES**
**2110 NORTHERN BLVD., SUITE 201**
**MANHASSET, NY 11030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.937** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,433.04**

**WIEDENBACH-BROWN**
**2975 WESTCHESTER AVE**
**SUITE 203**
**PURCHASE, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.938** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,600.00**

**WILHELMINA INTERNATIONAL, LTD**
**DEPT. 8107, P.O. BOX 650002**
**DALLAS, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.939** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00**

**WILLIAM L. AND K. ME**
**12128 MADELEINE CIRCLE**
**DALLAS, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.940** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117,932.00**

**WILLIAMS & JENSEN, PLLC**
**701 8TH ST., NW, 5TH FLOOR**
**WASHINGTON, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Brooks Brothers Group, Inc.**
_____
Name

Case number *(if known)* **20-11785**

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,386.36** |

**WILLIAMSBURG OUTLET, L.L.C.**
**P.O. BOX 776324**
**CHICAGO, IL 60677-6324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186,997.40** |

**WILSON CANAL PLACE II, LLC**
**C/O O'CONNOR PROPERTY MGMT**
**230 ROYAL PALM WAY, STE. 102**
**PALM BEACH, FL 33480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$164,827.14** |

**WINDSTREAM**
**P.O. BOX 9001013**
**LOUISVILLE, KY 40290-1013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$696.46** |

**WINDSTREAM**
**ACCT. #071209913**
**TEL. # 706 216 2865**
**P.O. BOX 9001908**
**LOUISVILLE, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$519.48** |

**WINDSTREAM**
**ACCT. #063039513**
**P.O. BOX 9001908**
**LOUISVILLE, KY 40290-1908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$428.34** |

**WINDSTREAM**
**ACCT. #091109949**
**P.O. BOX 9001908**
**LOUISVILLE, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$229.19** |

**WINDSTREAM**
**P.O. BOX 9001908**
**LOUISVILLE, KY 40290-1908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **UNDETERMINED**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

---

**3.948** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34.21**

**WINDSTREAM COMMUNICATIONS, INC.**
**P.O. BOX 843006**
**KANSAS CITY, MO 64184-3006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.949** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$598.29**

**WINDSTREAM GEORGIA, LLC**
**ACCT. #073619047**
**BILLING #706-335-5027**
**P.O. BOX 9001908**
**LOUISVILLE, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.950** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$871,448.56**

**WINSTON & STRAWN**
**36235 TREASURY CENTER**
**CHICAGO, IL 60694-6200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.951** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$298.68**

**WINTER BROS. HAULING OF LI, LLC**
**CUSTOMER # 21-0046789 0**
**P.O. BOX 5279**
**NEW YORK, NY 10008-5279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.952** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,526.26**

**WM CORPORATE SERVICES, INC.**
**CUSTOMER ID #14-55275-23009**
**P.O. BOX 4648**
**CAROL STREAM, IL 60197-4648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.953** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,051.45**

**WM CORPORATE SERVICES, INC.**
**CUSTOMER ID: 10-20885-93008**
**P.O. BOX 4648**
**CAROL STREAM, IL 60197-4648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.954** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$359.15**

**WM CORPORATE SERVICES, INC.**
**CUSTOMER ID: 10 24629 83003**
**P.O. BOX 4648**
**CAROL STREAM, IL 60197-4648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __UNDETERMINED__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**WOMEN MANAGEMENT**
**199 LAFAYETTE ST., 7TH FLOOR**
**NEW YORK, NY 10012**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$459,180.96** |
|---|---|---|---|

**WOODBURY COMMON PREMIUM OUTLETS**
**P.O. BOX 822884**
**PHILADELPHIA, PA 19182-2884**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,602.38** |
|---|---|---|---|

**WOODCOCK REFRIGERATION CO., INC.**
**P.O. BOX 1133**
**SOUTH WINDSOR, CT 06074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67.00** |
|---|---|---|---|

**WORKERS UNITED FOR POLITICAL POWER**
**ATTN: CHRIS BAUMANN**
**1777 PHOENIX PARKWAY, STE. 230**
**ATLANTA, GA 30349**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$72.50** |
|---|---|---|---|

**WORKERS UNITED POLITICAL ACTION**
**COM**
**LOCAL 250 & 253**
**305 SEVENTH AVE., 7TH FL**
**NEW YORK, NY 10001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64,892.71** |
|---|---|---|---|

**WORKFORCE SOFTWARE, LLC**
**DEPT CH 19758**
**PALATINE, IL 60055-9758**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$204,936.26** |
|---|---|---|---|

**WRENTHAM VILLAGE PREMIUM OUTLETS**
**P.O. BOX 822920**
**PHILADELPHIA, PA 19182-2920**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Brooks Brothers Group, Inc.** | | Case number (*if known*) | **20-11785** |
|---|---|---|---|---|
| | Name | | | |

---

**3.962** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,552.12**

**WS TAMPA OWNER LLC**
**P.O. BOX 847030**
**BOSTON, MA 02284-7030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.963** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$244.02**

**XCEL ENERGY**
**P.O. BOX 9477 (2200)**
**MINNEAPOLIS, MN 55484-9477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **JUNE 2020**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.964** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,198.00**

**XE.COM INC.**
**1145 NICHOLSON RD., SUITE 200**
**NEWMARKET**
**ON, L3Y 9C3 CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.965** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,604.36**

**XO COMMUNICATIONS SERVICES, INC.**
**ACCT. #009000002572948**
**14239 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693-0141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.966** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179.26**

**XO COMMUNICATIONS, INC.**
**ACCT. #2412738**
**14239 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693-0142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.967** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,686.33**

**XPO LOGISTICS**
**29564 NETWORK PLACE**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.968** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,400.00**

**YELP INC.**
**P.O. BOX 204393**
**DALLAS, TX 75320-4393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Brooks Brothers Group, Inc.** | Case number (if known) | **20-11785** |
|---|---|---|---|
| | Name | | |

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,537.37** |
|---|---|---|---|

**YRC**
**P.O. BOX 13573**
**NEWARK, NJ 07188-3573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,792.11** |
|---|---|---|---|

**ZEE JAY DIGITAL**
**10 DORRANCE ST., SUITE 700**
**PROVIDENCE, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,032.39** |
|---|---|---|---|

**ZENDESK, INC.**
**DEPT. CH 19895**
**PALATINE, IL 60055-9895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **UNDETERMINED**

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:     List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **1,490,212.30** |
| 5b. Total claims from Part 2 | 5b. + | $ | **195,358,207.59** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | **196,848,419.89** |

| Fill in this information to identify the case: |
|---|

Debtor name **Brooks Brothers Group, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **20-11785**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **See Attached Schedule G** |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G:  Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| 1 ALL SOULS CRESCENT, LLC | BILTMORE PROPERTY GROUP 10 BROOK STREET, SUITE 205, ATTN: LINDA BISHOP ASHEVILLE, NC 28803 | REAL PROPERTY LEASE | 8/22/2011 | 1 YEARS |
| 12 INTERACTIVE LLC D/B/A PERKSPOT | ATTN: GENERAL COUNSEL 216 W. OHIO STREET, 4TH FLOOR CHICAGO, IL 60654 | MASTER SERVICES AGREEMENT | 10/24/2016 | UNDETERMINED |
| 25 EAST 86TH STREET CORP. | C/O ORSID REALTY CORP. 156 WEST 56TH STREET, 6TH FLOOR NEW YORK, NY 10019 | REAL PROPERTY LEASE | 2/26/2011 | 62 MONTHS |
| 251 W. 87 ST. ASSOCIATES | C/O LORI-ZEE CORP 2270 BROADWAY NEW YORK, NY 10024 | REAL PROPERTY LEASE | 2/29/2012 | 77 MONTHS |
| 3067 M STREET, LP | C/O EAST BANC, INC. 3307 M STREET, N.W., SUITE 400, ATTN:  ANTHONY M. LANIER WASHINGTON, DC 20007 | REAL PROPERTY LEASE | 9/1/2011 | 79 MONTHS |
| 346 MADISON AVENUE, LLC | 346 MADISON AVENUE, LLC 346 MADISON AVENUE NEW YORK, NY 10017 | REAL PROPERTY LEASE | 12/31/1949 | 86 MONTHS |
| 3D RESULTS | P.O. BOX 734268 CHICAGO, IL 60673-4268 | PROFESSIONAL SERVICES AGREEMENT | 8/30/2013 | UNDETERMINED |
| 701 N. MICHIGAN  LLC | C/O MID-AMERICA ASSET MANAGEMENT, INC. ONE PARKVIEW PLAZA, 9TH FLOOR OAKBROOK TERRACE, IL 60181 | REAL PROPERTY LEASE | 1/12/1989 | 29.5 YEARS |
| 75 STATE OWNER LLC | C/O DIVCOWEST REAL ESTATE SERVICES, INC 200 STATE STREET, SUITE 1200, ATTN: JEFF LONGNECKER BOSTON, MA 02109 | REAL PROPERTY LEASE | 8/16/2012 | 94 MONTHS |
| 75 STATE OWNER LLC | C/O DIVCOWEST REAL ESTATE SERVICES, INC 200 STATE STREET, SUITE 1200, ATTN: JEFF LONGNECKER BOSTON, MA 02109 | REAL PROPERTY LEASE | 11/8/1990 | 94 MONTHS |
| 7THONLINE, INC. | ATTN: LOUISE CHAZEN 24 WEST 40TH STREET, 11TH FLOOR NEW YORK, NY 10018 | APPLICATION HOSTING AGREEMENT  INCLUSIVE OF ALL AMENDMENTS | 12/2/2014 | UNDETERMINED |
| ACCENTURE LLP | 161 N. CLARK STREET CHICAGO, IL 60601 | MASTER CONSULTING AGREEMENT | 2/28/2019 | UNDETERMINED |
| ACCERTIFY, INC. | 25895 NETWORK PLACE CHICAGO, IL 60673-1258 | LICENSE AND HOSTING AGREEMENT | 6/23/2011 | UNDETERMINED |
| ACI WORLDWIDE CORP | 13594 COLLECTIONS CENTER DR. CHICAGO, IL 60693 | SOFTWARE LICENSE AND SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS AND ADDENDUMS | 8/17/2017 | UNDETERMINED |
| ACRONYM MEDIA, INC. | 350 FIFTH AVENUE NEW YORK, NY 10118 | SERVICES AGREEMENT | 4/29/1977 | UNDETERMINED |
| ADCO KITTERY LLC | C/O ADCO OUTLETS LLC 450 PARK AVENUE 3RD FLOOR, ATTN: MICHAEL A. UZZI, CONTROLLER NEW YORK, NY 10022 | REAL PROPERTY LEASE | 4/25/1991 | 9 MONTHS |
| ADOBE INC. | 29322 NETWORK PLACE CHICAGO, IL 60673-1293 | SUBSCRIPTION SERVICES AGREEMENT | 1/1/2019 | 31 MONTHS |
| ADP, LLC | P.O. BOX 842875 BOSTON, MA 02284-2875 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL ADDENDUMS | 10/1/2014 | UNDETERMINED |
| ADYEN N.V | ATTN: GENERAL COUNSEL 18 EAST 16TH STREET, 7TH FLOOR NEW YORK, NY 10003 | SERVICES AGREEMENT | 10/24/2018 | UNDETERMINED |
| AKAMAI TECHNOLOGIES, INC. | P.O. BOX 26590 NEW YORK, NY 10087-6590 | IT AGREEMENT | 10/11/2009 | UNDETERMINED |
| AMAZON PAYMENTS, INC. | 410 TERRY AVE N SEATTLE, WA 98109-5210 | MASTER SERVICES AGREEMENT | 6/28/2018 | UNDETERMINED |
| AMAZON WEB SERVICES, INC. | P.O. BOX 84023 SEATTLE, WA 98124-8423 | AMAZON PAYMENTS, INC. CUSTOMER AGREEMENT INCLUSIVE OF ALL AMENDMENTS AND ADDENDUMS | 9/20/2019 | 26 MONTHS |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | C/O MELLON TR OF NEW ENGLAND, NA 1 BOSTON PL. BOSTON, MA 02108 | REWARDS PARTICIPATION AGREEMENT | 4/16/1940 | UNDETERMINED |
| AMERICAN LEBANESE SYRIAN ASSOCIATED CHARITIES ("ALSAC") | 501 ST. JUDE PLACE MEMPHIS, TN 38105 | LETTER OF AGREEMENT INCLUSIVE OF ALL ADDENDUMS | 4/30/2009 | UNDETERMINED |
| ANYPRESENCE, INC. | ATTN: CFO'S OFFICE | SERVICES AGREEMENT | 2/23/2016 | UNDETERMINED |
| APPLAUSE APP QUALITY, INC. | ATTN: GENERAL COUNSEL 100 PENNSYLVANIA AVENUE FRAMINGHAM, MA 01701 | PROFESSIONAL SERVICES AGREEMENT | 3/22/2017 | UNDETERMINED |
| ARCHERGREY | ATTN: GENERAL COUNSEL 23306 PROVIDENCE DRIVE KILDEER, IL 60047 | MASTER CONSULTING SERVICES AGREEMENT | 9/27/2018 | UNDETERMINED |
| ASHEVILLE RETAIL ASSOCIATES LLC | C/O NEW ENGLAND DEVELOPMENT 75 PARK PLAZA, ATTN:  KELLY HART BOSTON, MA 02116 | REAL PROPERTY LEASE | 4/30/2015 | 67 MONTHS |
| ASIA INSURANCE | 16/F, WORLDWIDE HOUSE 19 DES VOEUX RD. CENTRAL | EMPLOYEES' COMPENSATION AGREEMENT | 2/1/2020 | UNDETERMINED |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G:  Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| ASIA INSURANCE | 16/F, WORLDWIDE HOUSE 19 DES VOEUX RD. CENTRAL | PUBLIC LIABILITY INSURANCE AGREEMENT | 2/1/2020 | UNDETERMINED |
| ASIA INSURANCE | 16/F, WORLDWIDE HOUSE 19 DES VOEUX RD. CENTRAL | PROPERTY ALL RISKS AGREEMENT | 2/1/2020 | UNDETERMINED |
| ASIA INSURANCE | 16/F, WORLDWIDE HOUSE 19 DES VOEUX RD. CENTRAL, HK CHINA | TRAVEL INSURANCE AGREEMENT | 2/1/2020 | UNDETERMINED |
| AT&T CORP | ACCT. #831-000-7041 639 P.O. BOX 5019 CAROL STREAM, IL 60197-5019 | CLOUD SERVICES PRICING AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 2/10/2020 | UNDETERMINED |
| AT&T CORP | ACCT. #831-000-7041 639 P.O. BOX 5019 CAROL STREAM, IL 60197-5019 | BANDWIDTH SERVICES PRICING AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 11/8/2016 | UNDETERMINED |
| AT&T MOBILITY NATIONAL ACCOUNTS, LLC | ACCT. #287373856248 P.O. BOX 6463 CAROL STREAM, IL 60197-6463 | AT&T CORPORATE DIGITAL ADVANTAGE PRICING AGREEMENT INCLUSIVE OF ALL AMENDMENTS AND ADDENDUMS | 11/9/2016 | 20 MONTHS |
| ATLANTA OUTLET SHOPPES LLC | C/O HORIZON GROUP PROPERTIES LP 5000 HAKES DRIVE, SUITE 500, ATTN: DAVE PEARCY MUSKEGON, MI 49441 | REAL PROPERTY LEASE | 7/17/2013 | 37 MONTHS |
| ATLANTIC CITY ASSOCIATES | C/O TANGER OUTLET CENTERS 3200 NORTHLINE AVENUE SUITE 360, ATTN: LEGAL DEPARTMENT GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 8/27/2004 | 25 MONTHS |
| ATLASSIAN | LEVEL 6 341 GEORGE STREET SYDNEY, NSW 2000 | SOFTWARE LICENSING AND SUPPORT AGREEMENT | 2/3/2020 | UNDETERMINED |
| AUDIOEYE, INC. | 5210 E WILLIAMS CIRCLE, STE. 750 TUCSON, AZ 85711 | MASTER SERVICES AGREEMENT | 10/7/2019 | 27 MONTHS |
| AUGEO, LLC | 2561 TERRITORIAL ROAD SAINT PAUL, MN 55114 | GIFT CARD PURCHASING AGREEMENT | 4/2/1940 | UNDETERMINED |
| AUGUSTA PROPERTIES IN | P.O. BOX 1014 WESTWOOD, NJ 07675 | REAL PROPERTY LEASE | 5/31/2020 | UNDETERMINED |
| AVALON | 17 BATTERY PL NEW YORK, NY 10004 | COLLATERAL POLICY AGREEMENT | 6/17/2019 | UNDETERMINED |
| AVENTURA MALL VENTURE | C/O TURNBERRY AVENTURA MALL COMPANY, LTD 19501 BISCAYNE BOULEVARD, SUITE 400, ATTN: LEGAL DEPT./LEASING ATTORNEY AVENTURA, FL 33180 | REAL PROPERTY LEASE | 2/18/2014 | 51 MONTHS |
| AVERY DENNISON | 15178 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | SERVICE AGREEMENT | 12/8/2016 | UNDETERMINED |
| BAYER RETAIL COMPANY LLC | C/O BAYER PROPERTIES LLC 2222 ARLINGTON AVENUE BIRMINGHAM, AL 35205 | REAL PROPERTY LEASE | 3/31/2025 | 57 MONTHS |
| BAYSHORE SHOPPING CENTER PROPERTY OWNER, LLC | C/O CYPRESS EQUITIES MANAGED SERVICES, LP 8144 WALNUT HILL LANE, SUITE 1200 DALLAS, TX 75231 | REAL PROPERTY LEASE | 10/31/2006 | 18 MONTHS |
| BAZAARVOICE, INC. | P.O. BOX 671654 DALLAS, TX 75267-1654 | SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 4/1/2020 | UNDETERMINED |
| BENEFITFOCUS.COM, INC. | DEPT. 3383, P.O. BOX 123383 DALLAS, TX 75312-3383 | PRICING AGREEMENT INCLUSIVE OF ALL AMENDMENTS AND ADDENDUMS | 6/7/2011 | UNDETERMINED |
| BERENSON FREEPORT ASSOCIATES LLC | C/O BERENSON ASSOCIATES, INC 321 COLUMBUS AVENUE BOSTON, MA 02116 | REAL PROPERTY LEASE | 5/14/2009 | UNDETERMINED |
| BERKLEY PROFESSIONAL LIABILITY | 757 THIRD AVENUE  10TH FLOOR NEW YORK, NY 10017 | DIRECTORS AND OFFICERS LIABILITY AGREEMENT | 2/1/2019 | UNDETERMINED |
| BFO FACTORY SHOPPES LLC | C/O HORIZON GROUP PROPERTIES LP 131 W. SEAWAY DRIVE, SUITE 220 MUSKEGON, MI 49444 | REAL PROPERTY LEASE | 8/31/2010 | 1 MONTH |
| BIRCH RUN OUTLETS II, LLC | C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 11/11/1994 | 32 MONTHS |
| BLACKHAWK ENGAGEMENT SOLUTIONS, INC. | C/O WELLS FARGO BLACKHAWK NETWORK, INC. ATLANTA, GA 31193-6199 | MERCHANT PARTICIPATION AGREEMENT | 1/16/2020 | UNDETERMINED |
| BLOOMING NAKANISHI & COMPANY | 3-5-1 NIHONBASHI NINGYOCHO CHUO-KU, TOKYO  103-0013 | AMENDED AND RESTATED LICENSE AGREEMENT | 7/31/2018 | UNDETERMINED |
| BLUECORE, INC. | P.O. BOX 392166 PITTSBURGH, PA 15251-9166 | SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 12/5/2016 | UNDETERMINED |
| BLUEGRASS OUTLET SHIPPES CMBS, LLC | C/O HORIZON GROUP PROPERTIES LP 131 W. SEAWAY DRIVE, SUITE 220 MUSKEGON, MI 49444 | REAL PROPERTY LEASE | 7/30/2014 | 49 MONTHS |
| BOOMI, INC. | P.O. BOX 842848 BOSTON, MA 02284-2848 | SUBSCRIPTION SERVICES AGREEMENT | 1/10/2019 | UNDETERMINED |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G:  Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| BORDERFREE, INC. F/K/A FIFTYONE, INC. | P.O. BOX 223871<br>500 ROSS ST., 154-0455<br>PITTSBURGH, PA 15262-0001 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 5/29/2013 | UNDETERMINED |
| BRAVOSOLUTION US, INC. | 3020 CARRINGTON MILL BLVD<br>SUITE 100<br>MORRISVILLE, NC 27560 | MASTER SERVICES AGREEMENT | 2/29/2016 | UNDETERMINED |
| BRIGHT HORIZONS FAMILY SOLUTIONS LLC | ATTN: GENERAL COUNSEL<br>200 TALCOTT AVENUE SOUTH<br>WATERTOWN, MA 02472 | MASTER SERVICES AGREEMENT | 4/1/2017 | UNDETERMINED |
| BROADCOM (FORMERLY CA TECHNOLOGIES, INC.) | 1320 RIDDER PARK DRIVE<br>SAN JOSE, CA 95131 | SOFTWARE LICENSING AGREEMENT | 4/29/1947 | UNDETERMINED |
| BROOKS BROTHERS (SHANGHAI) COMMERCIAL CO., LTD. | ROOM 703A, 138 FENYANG ROAD<br>XUHUI DISTRICT<br>SHANGHAI, CHINA | TRADEMARK LICENSE AGREEMENT | 4/23/2007 | UNDETERMINED |
| BROOKS BROTHERS AUSTRIA GMBH | LEVEL 1, SUITE 6, 3 SPRING ST<br>SYDNEY, NSW  2000 AUSTRALIA | INTERCOMPANY MARKETING CONTRIBUTION AGREEMENT | 4/18/1983 | UNDETERMINED |
| BROOKS BROTHERS FAR EAST LIMITED | 5/F WESTLEY SQUARE  48 HOI YUEN STREET<br>KWUN TONG, KOWLOON<br>HONG KONG, 999077 | SERVICE AGREEMENT | 4/22/1948 | UNDETERMINED |
| BROOKS BROTHERS FAR EAST LTD | 5/F WESTLEY SQUARE  48 HOI YUEN STREET<br>KWUN TONG, KOWLOON<br>HONG KONG, 999077 HK | MASTER SALES OF GOODS AGREEMENT | 9/2/2014 | UNDETERMINED |
| BROOKS BROTHERS FRANCE SARL | 320, RUE SAINT HONORÉ<br>PARIS, 99 75001 FRANCE | INTERCOMPANY MARKETING CONTRIBUTION AGREEMENT | 4/11/1953 | UNDETERMINED |
| BROOKS BROTHERS GERMANY GMBH | 8, AMELIA-MARY-EARHART-STRAßE<br>FRANKFURT AM MAIN , 06 60549 GERMANY | INTERCOMPANY MARKETING CONTRIBUTION AGREEMENT | 4/26/2014 | UNDETERMINED |
| BROOKS BROTHERS GREATER CHINA LIMITED | UNIT 2201A, 2201B & 2205, 22/F, ONE ISLAND SOUTH, 2 HEUNG YIP ROAD<br>WONG CHUK HANG, HK CHINA | TRADEMARK LICENSE AGREEMENT | 4/23/2007 | UNDETERMINED |
| BROOKS BROTHERS IRELAND LTD. | 10 EARLSFORT TERRACE<br>DUBLIN 2, D8 D02 T380 IRELAND | INTERCOMPANY MARKETING CONTRIBUTION AGREEMENT | 4/18/1983 | UNDETERMINED |
| BROOKS BROTHERS SPAIN SLU | 3, CALLE DE JUAN RAMÓN JIMÉNEZ<br>LAS ROZAS, MADRID, 28 28232 SPAIN | INTERCOMPANY MARKETING CONTRIBUTION AGREEMENT | 4/15/2018 | UNDETERMINED |
| BROOKS BROTHERS UK LTD | C/O SRLV - 89 NEW BOND STREET<br>LONDON, W1S 1DA UNITED KINGDOM | INTERCOMPANY MARKETING CONTRIBUTION AGREEMENT | 4/11/1953 | UNDETERMINED |
| BROOKS SHOE MANUFACTURING CO. INC. | | AGREEMENT | 1/16/1981 | UNDETERMINED |
| BROOKS SPORTS, INC. | 3400 STONE WAY NORTH<br>5TH FLOOR<br>SEATTLE, WA 98103 | COEXISTENCE AGREEMENT | 12/15/1980 | UNDETERMINED |
| BROOKS, TORREY & SCOTT INC | 431 POST ROAD EAST<br>OFFICE 16<br>WESTPORT, CT 06880 | REAL PROPERTY LEASE | 1/31/2022 | 18 MONTHS |
| BROTHERS SWITZERLAND SAGL | C/O TALENTURE SA – 1, RIVA ALBERTOLLI<br>LUGANO, TI 6901 SWITERLAND | INTERCOMPANY MARKETING CONTRIBUTION AGREEMENT | 4/18/1983 | UNDETERMINED |
| C/O DANIEL REALTY COMPANY LLC | 3660 GRANDVIEW PARKWAY SUITE 100<br>ATTN: GRAND RIVER ADMINISTRATION<br>BIRMINGHAM, AL 35243 | REAL PROPERTY LEASE | 10/27/2010 | 27 MONTHS |
| C/O THE FESTIVAL COMPANIES | 9841 AIRPORT BOULEVARD SUITE 700<br>ATTN: LEGAL DEPARTMENT<br>LOS ANGELES, CA 90045 | REAL PROPERTY LEASE | 3/31/2028 | 93 MONTHS |
| CAMPANA 125 LLC | C/O DAVID ADAM REALTY, INC<br>28 CHURCH LANE, ATTN: MEG SHEEHAN<br>WESTPORT, CT 06880 | REAL PROPERTY LEASE | 3/31/2027 | 81 MONTHS |
| CANAL PLACE | 333 CANAL ST, SUITE 327<br>NEW ORLEANS, LA 70130 | REAL PROPERTY LEASE | 8/3/1998 | 112 MONTHS |
| CANON SOLUTIONS AMERICA, INC. | 300 COMMERCE SQUARE BLVD.<br>BURLINGTON, NJ 08016 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS AND ADDENDUMS | 5/24/2016 | 13 MONTHS |
| CAPGEMINI U.S. LLC | ATTN: GENERAL COUNSEL<br>623 FIFTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10022 | MASTER SERVICES AGREEMENT | 8/1/2012 | UNDETERMINED |
| CARDINALCOMMERCE CORPORATION | 8100 TYLER BOULEVARD<br>MENTOR, OH 44060 | MERCHANT SOFTWARE LICENSE AGREEMENT | 1/2/2020 | UNDETERMINED |
| CASHSTAR INC. | 25 PEARL STREET<br>PORTLAND, ME  04101 | DIGITAL CARD SERVICE AGREEMENT | 9/10/2012 | 20 MONTHS |
| CATCHPOINT SYSTEMS, INC. | 150 W. 30TH STREET, 3RD FLOOR<br>NEW YORK, NY 10001 | SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 10/15/2016 | UNDETERMINED |
| CHAGRIN RETAIL LLC | C/O ROBERT L. STARK ENTERPRISES, INC<br>629 EUCLID AVENUE, SUITE 1300, ATTN: ROBERT L. STARK<br>CLEVELAND, OH 44114 | REAL PROPERTY LEASE | 3/29/2010 | UNDETERMINED |
| CHELSEA LIMRICK HOLDINGS LLC | 105 EISENHOWER PARKWAY<br>ATTN: LEASE ADMIN/ COPY TO ATTN: GENERAL COUNSEL<br>ROSELAND, NJ 07968 | REAL PROPERTY LEASE | 11/7/2007 | 16 MONTHS |
| CINTAS CORPORATION | CINTAS LOC 790<br>P.O. BOX 630803<br>CINCINNATI, OH 45263-0803 | SERVICES AGREEMENT | 7/16/2015 | UNDETERMINED |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G: Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| CIOCCA DEALERSHIP | 750 S WEST END BLVD QUAKERTOWN, PA 18951-2614 | DISCOUNT AGREEMENT | NA | UNDETERMINED |
| CIPHER TECHS | 90 BROAD STREET NEW YORK, NY 10004 | SOFTWARE RESELLER LICENSING AGREEMENTS | 12/21/2018 | UNDETERMINED |
| CITIBANK, N.A. | 50 NORTHWEST POINT BLVD. ELK GROVE VLG, IL 60007 | CO BRANDED AND PRIVATE LABEL CREDIT CARD PROGRAM AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 2/2/2015 | 6 MONTHS |
| CITIGROUP | 388 GREENWICH STREET NEW YORK, NY 10013 | DISCOUNT AGREEMENT | NA | UNDETERMINED |
| CITY CENTER 33 SOUTH PROPERTY, LLC | C/O RYAN COMPANIES US, INC. 600 NICOLLET MALL, SUITE 312 MINNEAPOLIS, MN 55402 | REAL PROPERTY LEASE | 10/22/2007 | 29.5 YEARS |
| CJSK "GROUP COMPANIES MMD "EAST & WEST" AKA BOSCO DI CILIEGI | 3 RED SQUARE GUM MOSCOW, 109012 | LICENSE AGREEMENT | 4/13/1940 | UNDETERMINED |
| COAST GUARD EXCHANGE | COMMUNITY SERVICES COMMAND 510 INDEPENDENCE PARKWAY, SUITE 500 CHESAPEAKE, VA 23320 | PURCHASING AGREEMENT | 5/6/2020 | UNDETERMINED |
| COLORADO MILLS, LP | C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 5/16/2006 | 71 MONTHS |
| COLUMBUS OUTLETS LLC | C/O TANGER PROPERTIES LP 3200 NORTHLINE AVENUE SUITE 360, ATTN: LEGAL DEPARTMENT GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 6/23/2016 | 72 MONTHS |
| COMERCIAL MADISON S.A. | SAN IGNACIO NO. 500 MODULO 7 QUILICURA METROPOLITANA, 8710030 | AMENDED AND RESTATED LICENSE AGREEMENT | 9/30/2018 | UNDETERMINED |
| COMMISSION JUNCTION LLC | #774140 4140 SOLUTIONS CENTER CHICAGO, IL 60677-4001 | ADVERTISING SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 12/14/2005 | UNDETERMINED |
| COMPUTER GENERATED SOLUTIONS, INC. | ATTN: GENERAL COUNSEL 4015 NINE MCFARLAND DRIVE, #100 ALPHARETTA, GA 30004 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 5/15/2017 | UNDETERMINED |
| CONCORD MILLS, LP | C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 9/17/1999 | 20 MONTHS |
| CONCUR TECHNOLOGIES, INC | 62157 COLLECTIONS CENTER DR. CHICAGO, IL 60693 | SUBSCRIPTION SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 4/29/1993 | UNDETERMINED |
| CONDUCTOR, INC. | 2 PARK AVENUE 15TH FLOOR NEW YORK, NY 10016 | MASTER SERVICES AGREEMENT | 8/15/2016 | UNDETERMINED |
| CONSTELLATION NEWENERGY, INC. | ATTN: GENERAL COUNSEL 1221 LAMAR STREET, SUITE 750 HOUSTON, TX 77010 | MASTER SERVICES AGREEMENT | 10/24/2017 | UNDETERMINED |
| CONTRACT DATASCAN, LP | 2941 TRADE CENTER DR., SUITE 100 CARROLLTON, TX 75007 | EQUIPMENT RENTAL AGREEMENT | 12/31/2019 | UNDETERMINED |
| COROC/HILTON HEAD I LLC | C/O TANGER OUTLETS 3200 NORTHLINE AVENUE SUITE 360, ATTN: LEGAL DEPT GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 10/14/1993 | 9 MONTHS |
| COROC/LAKES REGION LLC | 3200 NORTHLINE AVENUE SUITE 360 ATTN: LEGAL DEPT. GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 3/31/2021 | 9 MONTHS |
| COROC/RIVIERA LLC | 3200 NORTHLINE AVENUE SUITE 360 ATTN: LEGAL DEPT. GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 8/4/1994 | 9 MONTHS |
| COUNTWISE, LLC | ATTN: GENERAL COUNSEL 1149 SAWGRASS CORPORATE PARKWAY SUNRISE, FL 33323 | MASTER SERVICES AGREEMENT | 7/16/2019 | UNDETERMINED |
| CPG MERCEDES LP | 105 EISENHOWER PARKWAY ATTN: LEASE ADMINISTRATION ROSELAND, NJ 07968 | REAL PROPERTY LEASE | 11/1/2006 | 5 MONTHS |
| CRAIG REALTY GROUP- CAST ROCK LL | 4100 MACARTHUR BLVD. SUITE 200 ATTN: LEASE ADMIN. GENERAL COUNSEL NEWPORT BEACH, CA 92660 | REAL PROPERTY LEASE | 11/18/1993 | 7 MONTHS |
| CROWN CASTLE FIBER, LLC | P.O. BOX 27135 NEW YORK, NY 10087-7135 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 4/25/1952 | UNDETERMINED |
| CSC | 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808 | DOMAIN MANAGEMENT SERVICES AGREEMENT | 3/30/2020 | UNDETERMINED |
| CURALATE, INC. | ATTN: CEO 2401 WALNUT STREET, SUITE 502 PHILADELPHIA, PA 19103 | MASTER SERVICES AGREEMENT | 7/4/2015 | UNDETERMINED |
| CYBRA CORPORATION | 28 WELLS AVENUE YONKERS, NY 10701 | TECHNOLOGY SUPPORT AGREEMENT | 10/34/2019 | UNDETERMINED |
| DAIDOH LIMITED | 3-5F DAIDOH LIMITED BUILDING 1-16 SOTOKANDA 3-CHOME CHIYODA-KU, TOKYO 0 | JOINT VENTURE AGREEMENT | 4/7/1997 | UNDETERMINED |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G:  Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| DANBURY MALL, LLC | 7 BACKUS AVENUE<br>ATTN: CENTER MANAGER<br>DANBURY, CT 06810 | REAL PROPERTY LEASE | 11/14/2011 | 43 MONTHS |
| DANIEL J. EDELMAN D/B/A EDELMAN | 250 HUDSON STREET<br>NEW YORK, NY 10013 | PROFESSIONAL SERVICES AGREEMENT | 6/8/2020 | UNDETERMINED |
| DANTI CO., LTD. | ATTN: MR. TINH NGOC DANG, PRESIDENT<br>160 LY TU TRONG STREET, DISTRICT 1<br>HO CHI MINH CITY, | LICENSE AND SUPPLY AGREEMENT | 11/30/2019 | 29 MONTHS |
| DARKTRACE LIMITED | PLATINUM BLDG, COWLEY ROAD<br>CAMBRIDGE<br>GB, CB4 0DS | MASTER CUSTOMER AGREEMENT | 7/1/2019 | 48 MONTHS |
| DECONIC GROUP LLC | 86 34TH STREET<br>SECTION DS 3RD FLOOR<br>NEW YORK, NY 11232 | EMPLOYEE SERVICE AGREEMENT | 4/29/1981 | UNDETERMINED |
| DEL AMO FASHION CENTER OPERATING COMPANY LLC | C/O M.S MANAGEMENT ASSOCIATES INC<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 11/25/2015 | 89 MONTHS |
| DELUXE REWARDS | 1225 BROKEN SOUND PKWY NW<br>BOCA RATON, FL 33487 | GIFT CARD PURCHASING AGREEMENT | UNDETERMINED | UNDETERMINED |
| DEMANDWARE, INC. | C/O SALESFORCE INC<br>SALESFORCE TOWER, 415 MISSION STREET, 3RD FLOOR<br>SAN FRANCISCO, CA 94105 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 10/1/2015 | UNDETERMINED |
| DEV-BYRNE & COMPANY | ATTN: PRESIDENT & SVP<br>ONE ROCKEFELLER PLAZA, FLOOR 10<br>NEW YORK, NY 10020 | PROFESSIONAL SERVICES AGREEMENT | 11/8/2019 | 5 MONTHS |
| DEVZING | 14062 SE WILLET DR<br>PORTLAND, OR 97086 | SUBSCRIPTION SERVICES AGREEMENT | 1/16/2019 | UNDETERMINED |
| DIGITALGENIUS | ATTN: GENERAL COUNSEL<br>11 GOLDEN SQUARE<br>LONDON, W1F 6HD | MASTER SERVICES AGREEMENT | 4/6/2020 | UNDETERMINED |
| DIVERSIFIED DISTRIBUTION SYSTEMS, LLC | 7351 BOONE AVENUE NORTH<br>BROOKLYN PARK, MN 55428 | MASTER SUPPLY CHAIN GOODS AND SERVICES AGREEMENT | 7/1/2017 | UNDETERMINED |
| DIXIE DEVELOPMENT COMPANY | P.O. BOX 900<br>ATTN: MR. W. M. JOHNSON, JR.<br>CLINTON, NC 28328 | REAL PROPERTY LEASE | UNDETERMINED | UNDETERMINED |
| DOCUSIGN, INC. | ATTN: GENERAL COUNSEL<br>221 MAIN STREET, SUITE 1000<br>SAN FRANCISCO, CA 94105 | SUBSCRIPTION SERVICES AGREEMENT | 1/26/2018 | UNDETERMINED |
| DOLPHIN MALL ASSOCIATES LP | 200 EAST LONG LAKE ROAD<br>P.O. BOX 200<br>BLOOMFIELD HILLS, MI 48303-0200 | REAL PROPERTY LEASE | 4/20/2001 | 43 MONTHS |
| DRAFTHORSE SOLUTIONS, LLC | ATTN: GENERAL COUNSEL<br>PO BOX 505<br>RICHMOND, VT 05477 | MASTER SOFTWARE AND SERVICES AGREEMENT INCLUSIVE OF ALL CHANGE ORDERS AND AMENDMENTS | 10/1/2015 | UNDETERMINED |
| EASTVIEW MALL, LLC | 1265 SCOTTSVILLE ROAD<br>ATTN: GENERAL COUNSEL<br>ROCHESTER, NY 14624 | REAL PROPERTY LEASE | 8/31/2013 | 38 MONTHS |
| ED & ED T ENTERPRISES, LLC | 1439 STATE ROUTE 9, #16<br>LAKE GEORGE, NY 12845 | REAL PROPERTY LEASE | 6/24/2007 | 30 MONTHS |
| EDMAR CORPORATION DBA BISSELL COMMERCIAL | 100 ARMSTRONG RD., SUITE 101<br>PLYMOUTH, MA 02360 | SALES OF GOODS AGREEMENT | 6/27/2018 | UNDETERMINED |
| EL PASO OUTLET CENTER CMBS LLC | C/O HORIZON GROUP PROPERTIES LP<br>131 W. SEAWAY DRIVE, SUITE 220<br>MUSKEGON, MI 49444 | REAL PROPERTY LEASE | 10/10/2007 | 29.5 YEARS |
| ENSIGHTEN, INC. | 887 OAK GROVE AVENUE<br>SUITE 203<br>MENLO PARK, CA 94025 | SUBSCRIPTION SERVICES AGREEMENT AND SUBSEQUENT RENEWALS | 12/20/2012 | 7 MONTHS |
| ENTERPRISE LEASING COMPANY OF FLORIDA | 5105 JOHNSON RD<br>COCONUT CREEK, FL 33073-3640 | GIFT CARD PURCHASING AGREEMENT | 4/29/1948 | UNDETERMINED |
| ENVISTA CONCEPTS, LLC | PO BOX 7047<br>GROUP Q<br>INDIANAPOLIS, IN 46207 | TRANSPORTATION SERVICES AGREEMENTS INCLUSIVE OF ALL AMENDMENTS | 7/1/2015 | 13 MONTHS |
| EPSILON DATA MANAGEMENT, LLC | P.O. BOX 713982<br>CINCINNATI, OH 45271-3982 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 11/10/2015 | UNDETERMINED |
| ERY RETAIL PODIUM LLC | C/O THE RELATED COMPANIES, L.P.<br>60 COLUMBUS CIRCLE<br>NEW YORK, NY 10023 | REAL PROPERTY LEASE | 4/25/2019 | 115 MONTHS |
| ESCREEN, INC | P.O. BOX 734764<br>DALLAS, TX 75373-4764 | END USER AGREEMENT | 4/16/2012 | UNDETERMINED |
| ESKER, INC. | P.O. BOX 44953<br>MADISON, WI 53744-4953 | MASTER SERVICE AGREEMENT AND ALL APPLICABLE ADDENDUMS | 4/13/1988 | UNDETERMINED |
| EVERGREEN WALK LIFESTYLE CENTER LLC | C/O POAG SHOPPING CENTERS LLC<br>2650 THOUSAND OAKS BOULEVARD SUITE 2200, ATTN: LEASE ADMINISTRATION<br>MEMPHIS, TN 38118 | REAL PROPERTY LEASE | 11/20/2004 | 6 MONTHS |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G: Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| EXPERIAN MARKETING SOLUTIONS, LLC | P.O. BOX 881971<br>LOS ANGELES, CA 90088-1971 | MARKETING SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 7/8/2016 | 1 MONTH |
| EXPORT DATA MANAGEMENT SERVICES, INC. | 3160 STEELES AVE. E.<br>SUITE 300<br>MARKHAM, ON L3R 3Y2 | MAINTENANCE AND SUPPORT AGREEMENT | 3/5/2018 | UNDETERMINED |
| EXPRESS SCRIPTS, INC. | ATTN: GENERAL COUNSEL<br>ONE EXPRESS WAY,<br>ST. LOUIS, MO 63121 | MASTER PROGRAM AGREEMENT AND ALL APPLICABLE AMENDMENTS | 11/13/2017 | UNDETERMINED |
| EXTOL INC. | 4949 HARRISON AVENUE, SUITE 200<br>ROCKFORD, IL 61108 | IT AGREEMENT | 10/16/2019 | UNDETERMINED |
| FASHION OUTLETS AT FOXWOODS LLC | C/O TANGER MANAGEMENT LLC<br>3200 NORTHLINE AVENUE SUITE 360, ATTN: REAL ESTATE LEGAL DEPARTMENT<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 5/20/2015 | 59 MONTHS |
| FASHION OUTLETS OF SANTA FE LLC | C/O CBRE<br>8080 PARK LANE, SUITE 800, ATTN: GENERAL MANAGER<br>DALLAS, TX 75231 | REAL PROPERTY LEASE | 12/1/1993 | 29.5 YEARS |
| FEDERAL INS. - CHUBB | 1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | EXECUTIVE RISK PACKAGE AGREEMENT | 6/1/2019 | UNDETERMINED |
| FEDERAL INS. - CHUBB | 1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | GROUP TRAVEL ACCIDENT AGREEMENT | 2/1/2020 | UNDETERMINED |
| FEDEX CORPORATE SERVICES INC. | P.O. BOX 371461<br>PITTSBURGH, PA 15250-7461 | PRICING AGREEMENT INCLUSIVE OF ALL AMENDMENTS AND ADDENDUMS | 2/22/2019 | UNDETERMINED |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 1922 ZURICH WAY<br>SCHAUMBURG, IL 60196 | COLLATERAL UTILITY AGREEMENT | 4/4/1931 | UNDETERMINED |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 1922 ZURICH WAY<br>SCHAUMBURG, IL 60196 | COLLATERAL UTILITY AGREEMENT | 4/5/1987 | UNDETERMINED |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 1922 ZURICH WAY<br>SCHAUMBURG, IL 60196 | COLLATERAL UTILITY AGREEMENT | 4/6/2019 | UNDETERMINED |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 1922 ZURICH WAY<br>SCHAUMBURG, IL 60196 | COLLATERAL UTILITY AGREEMENT | 4/6/1938 | UNDETERMINED |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 1922 ZURICH WAY<br>SCHAUMBURG, IL 60196 | COLLATERAL UTILITY AGREEMENT | 4/6/1938 | UNDETERMINED |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 1922 ZURICH WAY<br>SCHAUMBURG, IL 60196 | COLLATERAL UTILITY AGREEMENT | 4/8/2016 | UNDETERMINED |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 1922 ZURICH WAY<br>SCHAUMBURG, IL 60196 | COLLATERAL UTILITY AGREEMENT | 4/9/1935 | UNDETERMINED |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 1922 ZURICH WAY<br>SCHAUMBURG, IL 60196 | COLLATERAL UTILITY AGREEMENT | 4/12/2002 | UNDETERMINED |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 1922 ZURICH WAY<br>SCHAUMBURG, IL 60196 | COLLATERAL UTILITY AGREEMENT | 4/12/1974 | UNDETERMINED |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 1922 ZURICH WAY<br>SCHAUMBURG, IL 60196 | COLLATERAL UTILITY AGREEMENT | 4/17/1978 | UNDETERMINED |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 1922 ZURICH WAY<br>SCHAUMBURG, IL 60196 | COLLATERAL UTILITY AGREEMENT | 4/18/1952 | UNDETERMINED |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 1922 ZURICH WAY<br>SCHAUMBURG, IL 60196 | COLLATERAL UTILITY AGREEMENT | 4/23/2017 | UNDETERMINED |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 1922 ZURICH WAY<br>SCHAUMBURG, IL 60196 | COLLATERAL UTILITY AGREEMENT | 12/4/2018 | UNDETERMINED |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 1922 ZURICH WAY<br>SCHAUMBURG, IL 60196 | COLLATERAL UTILITY AGREEMENT | 3/15/2019 | UNDETERMINED |
| FIDELITY AND DEPOSIT COMPANY OF MARYLAND | 1922 ZURICH WAY<br>SCHAUMBURG, IL 60196 | COLLATERAL UTILITY AGREEMENT | 10/9/2019 | UNDETERMINED |
| FIFTH AVENUE OF LONG ISLAND REALTY ASSOC. | 2110 NORTHERN BOULEVARD<br>MANHASSET, NY 11030 | REAL PROPERTY LEASE | 3/19/1983 | 38 MONTHS |
| FINDMINE, INC. | P.O. BOX 934219<br>ATLANTA, GA 31193-4219 | MASTER SERVICES AGREEMENT | 9/5/2019 | 14 MONTHS |
| FIONDELLA, MILONE & LASARACINA | 300 WINDING BROOK DRIVE<br>GLASTONBURY, CT 06033 | ENGAGEMENT LETTER | 3/26/2020 | UNDETERMINED |
| FIREMAN'S FUND | 1465 N MCDOWELL BLVD<br>STE 100<br>PETALUMA, CA 94954-6570 | EXCESS UMBRELLA LIABILITY AGREEMENT | 2/1/2020 | UNDETERMINED |
| FIRST DATA SERVICES, LLC | 5565 GLENRIDGE CONNECTOR NE<br>SUITE 2000<br>ATLANTA, GA 30342 | MASTER SERVICES AGREEMENT | 5/16/2012 | UNDETERMINED |
| FIRST STERLING GREENWICH CORP | C/O FIRST STERLING CORPORATION<br>1650 BROADWAY, SUITE 1200<br>NEW YORK, NY 10019-6833 | REAL PROPERTY LEASE | 9/4/2004 | 66 MONTHS |
| FIVES INTRALOGISTICS | DEPT. 77022, P.O. BOX 77000<br>DETROIT, MI 48277-0022 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 9/10/2019 | UNDETERMINED |
| FLEXPRINT, LLC | 2845 N. OMAHA STREET<br>MESA, AZ 85215 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 7/20/2018 | UNDETERMINED |
| FORBES TAUBMAN ORLANDO LLC | 100 GALLERIA OFFICENTER<br>SUITE 227<br>SOUTHFIELD, MI 48034 | REAL PROPERTY LEASE | 9/24/2012 | 51 MONTHS |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G: Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| FORBES/COHEN FLORIDA PROPERTIES, LP | 100 GALLERIA OFFICENTER, SUITE 427 P.O. BOX 667 SOUTHFIELD, MI 48037-0667 | REAL PROPERTY LEASE | 10/5/1988 | 29 MONTHS |
| FORUM SHOPS LLC | C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 10/21/2004 | 29.5 YEARS |
| FULLSTORY, INC. | 1745 PEACHTREE ST., NW, SUITE G ATLANTA, GA 30309 | MASTER SERVICES AGREEMENT | 7/31/2019 | UNDETERMINED |
| GENIUS BUSINESS SOLUTIONS | 3403 76 STREET MOLINE, IL 61265 | CONSULTING SERVICES AGREEMENT | 8/4/2017 | UNDETERMINED |
| GETTYSBURG OUTLET SHOPPES CMBS, LLC | C/O HORIZON GROUP PROPERTIES LP 131 W. SEAWAY DRIVE, SUITE 220 MUSKEGON, MI 49444 | REAL PROPERTY LEASE | 8/31/2010 | 8 MONTHS |
| GGP- PROVIDENCE PLACE LLC | PROVIDENCE PLACE 350 N. ORLEANS ST, SUITE 300, ATTN: LAW/LEASE ADMINISTRATION DEPT. CHICAGO, IL 60654-1607 | REAL PROPERTY LEASE | 8/20/1999 | 101 MONTHS |
| GIVELIFFE S.R.L. PL | | AMENDED AND RESTATED LICENSE AND SUPPLY AGREEMENT | 1/3/2019 | UNDETERMINED |
| GL SCRIP | PO BOX 8158 KENTWOOD, MI 49518-8158 | GIFT CARD PURCHASING AGREEMENT | 7/1/2018 | UNDETERMINED |
| GLIMCHER SUPERMALL VENTURES LLC | 180 EAST BROAD STREET 21ST FLOOR ATTN: GENERAL COUNSEL COLUMBUS, OH 4321 | REAL PROPERTY LEASE | 10/1/2013 | 40 MONTHS |
| GLOBAL RETIREMENT PARTNERS, LLC D/B/A STRATEGIC RETIREMENT PARTNERS | 4340 REDWOOD HIGHWAY, STE. 860 SAN RAFAEL, CA 94903 | INVESTMENT ADVISORY AGREEMENT | 4/1/2019 | UNDETERMINED |
| GLOBOFORCE WORKHUMAN | 200 CROSSING BLVD SUITE 500 FRAMINGHAM, MA 1702 | GIFT CARD PURCHASING AGREEMENT | 8/11/2018 | UNDETERMINED |
| GRANITE TELECOMMUNICATIONS, LLC | 100 NEWPORT AVE. EXT. QUINCY, MA 02171 | AUTHORIZATION LETTER | 7/15/2015 | UNDETERMINED |
| GREAT AMERICAN (LEAD) | GREAT AMERICAN INSURANCE GROUP TOWER 301 E. FOURTH ST. CINCINNATI, OH 45202 | EXCESS UMBRELLA LIABILITY AGREEMENT | 2/1/2020 | UNDETERMINED |
| GREAT LAKES SCRIP | PO BOX 8158 KENTWOOD, MI 49518-8158 | DISCOUNT AGREEMENT | NA | UNDETERMINED |
| GREEN HILLS MALL TRG LLC | 200 EAST LONG LAKE ROAD, SUITE 300 BLOOMFIELD HILLS, MI 48304-2324 | REAL PROPERTY LEASE | 12/12/1992 | 103 MONTHS |
| GREENBRIER TECHNOLOGY CENTER II ASSOCIATES LLC | C/O DIVARIS PROPERTY MANAGEMENT CORP 4525 MAIN STREET SUITE 900 VIRGINIA BEACH, VA 23462 | REAL PROPERTY LEASE | 5/31/2021 | 11 MONTHS |
| GREENVILLE THREE LLC | P.O. DRAWER 2567 ATTN: ROBERT E. HUGHES, JR. GREENVILLE, SC 29602 | REAL PROPERTY LEASE | 9/26/2013 | 99 MONTHS |
| GROSVENOR URBAN MARYLAND, L.P. | C/O LPC COMMERCIAL SERVICES, INC. 5225 WISCONSIN AVENUE NW, P-1 LEVEL MANAGEMENT OFFICE WASHINGTON, DC 20015 | REAL PROPERTY LEASE | 1/31/2021 | 7 MONTHS |
| GROUPEX LIMITED | ATTN: GENERAL COUNSEL 3 ROWANWOOD AVENUE, SUITE 200 TORONTO, ON M4W 1Y5 | MASTER SERVICES AGREEMENT | 12/15/2016 | UNDETERMINED |
| GXS, INC. | P.O. BOX 640371 PITTSBURGH, PA 15264-0371 | MASTER SERVICES AGREEMENT | 5/31/2017 | UNDETERMINED |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | 1 HARTFORD PLAZA HARTFORD, CT 06155 | TAX SERVICES AGREEMENT (SHORT TERM DISABILITY) | 1/1/2020 | UNDETERMINED |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | 1 HARTFORD PLAZA HARTFORD, CT 06155 | SALARY CONTINUATION BENEFIT ADMINISTRATION AGREEMENT | 1/1/2020 | UNDETERMINED |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | 1 HARTFORD PLAZA HARTFORD, CT 06155 | LONG TERM DISABILITY BENEFIT ADMINISTRATION AGREEMENT | 1/1/2020 | UNDETERMINED |
| HCL AMERICA INC. | ATTN: GENERAL COUNSEL 330 POTRERO AVENUE SUNNYVALE, CA 94085 | MASTER SERVICES AGREEMENT | 6/11/2018 | UNDETERMINED |
| HEAD OF THE CHARLES REGATTA | PO BOX 52 CAMBRIDGE, MA 02238 | SPONSORSHIP AGREEMENT | 1/1/2019 | UNDETERMINED |
| HELIX | 2039 RUE COHEN SAINT-LAURENT, QC H4R 2N7 CANADA | GIFT CARD PURCHASING AGREEMENT | 7/5/2018 | UNDETERMINED |
| HELP II, LLC | C/O H&S PROPERTIES DEVELOPMENT CORP. 650 SOUTH EXETER STREET, SUITE 200, ATTN: GEORGE PHILIPPOU, ESQUIRE BALTIMORE, MD 21202 | REAL PROPERTY LEASE | 3/7/2016 | 79 MONTHS |
| HG GALLERIA I II III LP | C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 8/21/1996 | 92 MONTHS |
| HILLSTONE | | DISCOUNT AGREEMENT | NA | UNDETERMINED |
| HIREBRIDGE | 3200 N UNIVERSITY DR., SUITE 214 CORAL SPRINGS, FL 33065 | SERVICE ORDER FORM | 2/18/2020 | UNDETERMINED |
| HOCKER OXMOOR LLC | C/O OXMOOR CENTER 350 N. ORLEANS ST, SUITE 300, ATTN: LAW/LEASE ADMINISTRATION DEPT. CHICAGO, IL 60654-1607 | REAL PROPERTY LEASE | 8/5/2018 | 1 YEARS |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G: Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| I NOSTRI FRATELLI, S. DE R. L. DE C.V | P.O. BOX 643600 | AMENDED AND RESTATED LICENSE AGREEMENT | 4/25/2009 | UNDETERMINED |
| IBM CORPORATION | PITTSBURGH, PA 15264-3600 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 12/13/2012 | UNDETERMINED |
| IDERA, INC. | BROOKHOLLOW CENTRAL III 2950 NORTH LOOP FREEWAY WEST, SUITE 700 HOUSTON, TX 77092 | SOFTWARE LICENSING AND SUPPORT AGREEMENT | 9/25/2019 | UNDETERMINED |
| IMPORTADORA MADURO, S.A. | 7500 N.W. 81 PLACE SUITE 2 MIAMI, FL 33166 | AMENDED AND RESTATED LICENSE AND SUPPLY AGREEMENT | 9/30/2018 | UNDETERMINED |
| INCENT ONE | 160 CHUBB AVE #203 LYNDHURST, NJ 7071 | GIFT CARD PURCHASING AGREEMENT | 7/1/2018 | UNDETERMINED |
| INFOR (US), INC. | ATTN: GENERAL COUNSEL 40 GENERAL WARREN BOULEVARD, SUITE 110 MALVERN, PA 19355 | SUBSCRIPTION LICENSE AND SERVICES AGREEMENT | 1/31/2018 | UNDETERMINED |
| INFORMATIVE DESIGN GROUP D/B/A HISTORY FACTORY | 1233 20TH ST NW, SUITE 725 WASHINGTON, DC 20036 | SERVICES AGREEMENT | 9/5/2019 | UNDETERMINED |
| INNOVATIVE INFORMATION SOLUTIONS, INC. | 61 INTERSTATE LANE WATERBURY, CT 06705 | RESELLER AGREEMENT | 5/2/2016 | UNDETERMINED |
| INSIGHT DIRECT U.S.A. | 6820 SOUTH HARL AVENUE TEMPE, AZ 85283 | RESELLER AGREEMENT | NA | UNDETERMINED |
| INTER PARFUMS, USA | 551 FIFTH AVENUE NEW YORK, NY 10176 | MANUFACTURING AGREEMENT | 4/21/1991 | UNDETERMINED |
| INTERACTIVE COMMUNICATIONS INC. | 303 HALF MOON BAY CROTON-ON-HUDSON, NY 10520 | SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 6/15/2015 | UNDETERMINED |
| INTERNATIONAL TENNIS HALL OF FAME | 194 BELLEVUE AVENUE NEWPORT, RI 2840 | SPONSORSHIP AGREEMENT | 6/20/2020 | UNDETERMINED |
| INTUITIVE PERFORMANCE SOLUTIONS, INC. | ATTN: GENERAL COUNSEL 1309 MADERA CT KELLER, TX 76248 | SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 11/29/2016 | UNDETERMINED |
| IRON MOUNTAIN | P.O. BOX 27128 NEW YORK, NY 10087-7128 | STORAGE SERVICES AGREEMENT | 5/31/2020 | UNDETERMINED |
| ITC INFOTECH (USA), INC. | ATTN: GENERAL COUNSEL 12 ROUTE 17 NORTH, SUITE 303 PARAMUS, NJ 07652 | MASTER SERVICES AGREEMENT | 10/10/2012 | UNDETERMINED |
| JAMF SOFTWARE, INC. | ATTN: GENERAL COUNSEL 100 WASHINGTON AVENUE SOUTH, SUITE 1100 MINNEAPOLIS, MN 55401 | END USER LICENSE AND SERVICES AGREEMENT | 5/26/2017 | UNDETERMINED |
| JASHANMAL NATIONAL COMPANY LLC | JASHANMAL HEAD OFFICE BUILDING AL BARSHA 1 DUBAI, 1545 UAE | TRADEMARK LICENSE AGREEMENT | 4/9/1974 | UNDETERMINED |
| JAZZ AT LINCOLN CENTER, INC | 3 COLUMBUS CIRCLE NEW YORK, NY 10019 | SPONSORSHIP AGREEMENT | 1/1/2018 | UNDETERMINED |
| JDA SOFTWARE, INC. | P.O. BOX 202621 DALLAS, TX 75320-2621 | SOFTWARE MAINTENANCE AND LICENSE AGREEMENT | 9/25/2019 | UNDETERMINED |
| JONATHAN CLUB | 545 SOUTH FIGUEROA STREET ATTN: MR. MATHEW ALLNATT LOS ANGELES, CA 90071 | REAL PROPERTY LEASE | 4/28/2013 | 21 MONTHS |
| KAELIS ON BOARD SERVICES, S.L | ATTN: GENERAL COUNSEL CALLE ISLA GRACIOSA 7, 1, SAN SEBASTIAN DE LOS REYES MADRID, 28703 | MEMORANDUM OF UNDERSTANDING INCLUSIVE OF ALL AMENDMENTS | 9/11/2019 | UNDETERMINED |
| KARASS BROADWAY 901, LLC | C/O KARASS DEVELOPMENT COMPANY, INC 125 PARK AVENUE, 25TH FLOOR, SUITE 2526 NEW YORK, NY 10017 | REAL PROPERTY LEASE | 11/11/2011 | 68 MONTHS |
| KELSER CORPORATION | ATTN: GENERAL COUNSEL 111 ROBERTS STREET, SUITE D EAST HARTFORD, CT 06108 | PROFESSIONAL SERVICES AGREEMENT | 6/4/2012 | UNDETERMINED |
| KENWOOD MALL LLC | KENWOOD TOWNE CENTRE 350 N. ORLEANS ST, SUITE 300, ATTN: LAW/LEASE ADMINISTRATION DEPT. CHICAGO, IL 60654-1607 | REAL PROPERTY LEASE | 9/12/2011 | 39 MONTHS |
| KING OF PRUSSIA ASSOCIATES | 234 MALL BOULEVARD, PO BOX 1528 ATTN: LEGAL DEPARTMENT KING OF PRUSSIA, PA 19406-1528 | REAL PROPERTY LEASE | 8/6/1981 | 9 MONTHS |
| KING STREET PARTNERS LLC | 211 KING STREET SUITE 300 CHARLESTON, SC 29401 | REAL PROPERTY LEASE | 3/31/2020 | UNDETERMINED |
| KIWI ENERGY NY, LLC | 111 E 14TH ST NEW YORK, NY 10003 | GIFT CARD PURCHASING AGREEMENT | 7/23/2018 | UNDETERMINED |
| KLEBAN DARIEN, LLC | 1189 POST ROAD FAIRFIELD, CT 06824 | REAL PROPERTY LEASE | 11/14/2008 | 101 MONTHS |
| KONE, INC. | P.O. BOX 7247 6082 PHILADELPHIA, PA 19170 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 9/16/2019 | UNDETERMINED |
| KPMG LLP | ATTN: GENERAL COUNSEL VAUGHAN METROPOLITAN CENTRE, 100 NEW PARK PLACE, SUITE 1400 VAUGHAN, ON L4K 0J3 | TAX SERVICES AGREEMENT | 7/23/2020 | UNDETERMINED |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G: Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| LA CANTERA RETAIL LIMITED PARTNERSHIP | THE SHOPS AT LA CANTERA<br>350 N. ORLEANS ST, SUITE 300, ATTN: LAW/LEASE ADMINISTRATION DEPT.<br>CHICAGO, IL 60654-1607 | REAL PROPERTY LEASE | 9/15/2005 | 91 MONTHS |
| LA CIENEGA PARTNERS LIMITED PARTNERSHIP | 200  EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI 48304-2324 | REAL PROPERTY LEASE | 11/21/2008 | 1 MONTH |
| LAREDO OUTLET SHOPPES, LLC | C/O HORIZON GROUP PROPERTIES LP<br>131 W. SEAWAY DRIVE, SUITE 220<br>MUSKEGON, MI 49444 | REAL PROPERTY LEASE | 3/15/2017 | 81 MONTHS |
| LEAWOOD TCP LLC | 180 E BROAD STREET 21ST FLOOR<br>ATTN: GENERAL COUNSEL<br>COLUMBUS, OH 43215 | REAL PROPERTY LEASE | 11/30/2027 | 89 MONTHS |
| LEGAL FILES SOFTWARE, INC. | 801 SOUTH DURKIN DRIVE<br>SUITE A<br>SPRINGFIELD, IL 62704 | MAINTENANCE AND SUPPORT AGREEMENT | 11/4/2019 | UNDETERMINED |
| LEXINGTON RETAIL COMPANY LLC | C/O BAYER PROPERTIES LLC<br>2222 ARLINGTON AVENUE, ATTN: GENERAL COUNSEL<br>BIRMINGHAM, AL 35205 | REAL PROPERTY LEASE | 4/26/2017 | 82 MONTHS |
| LINKEDIN | 62228 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0622 | MASTER SERVICES AGREEMENT | 8/1/2017 | UNDETERMINED |
| LLOYDS (BEAZLEY) | PLANTATION PLACE SOUTH<br>60 GREAT TOWER STREET<br>LONDON, EC3R 5AD | PRIVACY AND NETWORK LIABILITY AGREEMENT | 2/1/2020 | UNDETERMINED |
| LLOYD'S, LONDON | ONE LIME STREET<br>LONDON, EC3M 7HA | EXCESS CALIFORNIA QUAKE AGREEMENT | 2/1/2020 | UNDETERMINED |
| LOGMEIN | ATTN: LEGAL DEPARTMENT<br>320 SUMMER STREET<br>BOSTON, MA 02210 | MASTER SERVICES AGREEMENT | 6/28/2017 | UNDETERMINED |
| LT APPAREL A.E. | 100 WEST 33RD STREET<br>SUITE 1012<br>NEW YORK, NY 10001 | AMENDED AND RESTATED LICENSE AND SUPPLY AGREEMENT | 5/31/2019 | UNDETERMINED |
| LTECH AN LMT COMPANY | 15TH BUILDING<br>NO. 3, PINGDONG 6TH ROAD, NANPING TECHNICAL INDUSTRIAL PARK<br>ZHUHAI, GD 519060 CHINA | WEB INTEGRATION SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS AND ADDENDUMS | 4/6/2016 | UNDETERMINED |
| LUCERNEX, INC | DEPT. 3636, P.O. BOX 123636<br>DALLAS, TX 75312-3636 | MASTER SERVICES AGREEMENT | 12/28/2017 | 20 MONTHS |
| LUCID SOFTWARE | 10355 SOUTH JORDAN GATEWAY<br>SUITE 150<br>SOUTH JORDAN, UT 84095 | SOFTWARE LICENSING AND SUPPORT AGREEMENT | 1/21/2020 | UNDETERMINED |
| LUXOTTICA GROUP S.P.A. | PIAZZALE CADORNA<br>3<br>MILAN, 20123 | LICENSE AGREEMENT | 12/10/2019 | UNDETERMINED |
| MACERICH NIAGARA, LLC | 401 WILSHIRE BOULEVARD, SUITE 700<br>ATTN: LEGAL COUNSEL- FASHION OUTLETS NIAGARA<br>SANTA MONICA, CA 90401 | REAL PROPERTY LEASE | 10/9/1992 | 7 MONTHS |
| MACQUARIE EQUIPMENT FINANCE, INC. | ATTN: GENERAL COUNSEL<br>2285 FRANKLIN ROAD, SUITE 100<br>BLOOMFIELD HILLS, MI 48302 | MASTER SERVICES AGREEMENT | 12/31/2013 | UNDETERMINED |
| MAD MOBILE, INC. | 4300 W. CYPRESS STREET, SUITE 400<br>TAMPA, FL 33607 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS AND ADDENDUMS | 6/28/2018 | UNDETERMINED |
| MAILFINANCE INC. | DEPT. 3682, P.O. BOX 123682<br>DALLAS, TX 75312-3682 | PRODUCT LEASE AGREEMENT | 8/28/2014 | UNDETERMINED |
| MANCHESTER SQUARE PARTNERS LP | C/O VANDERBILT EQUITIES CORP.<br>P.O BOX 1317, 172 SPRUCE STREET<br>MANCHESTER, VT 05255 | REAL PROPERTY LEASE | 7/10/1991 | 12 MONTHS |
| MANHATTAN ASSOCIATES, INC. | P.O. BOX 405696<br>ATLANTA, GA 30384-5696 | ORDER MANAGEMENT SOFTWARE SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS AND ADDENDUMS | 6/11/2018 | UNDETERMINED |
| MANHATTAN ASSOCIATES, INC. | P.O. BOX 405696<br>ATLANTA, GA 30384-5696 | WAREHOUSE MANAGEMENT SYSTEM SOFTWARE SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS AND ADDENDUMS | 11/23/1998 | UNDETERMINED |
| MARITZ MOTIVATION SOLUTIONS | 1375 NORTH HIGHWAY DRIVE<br>FENTON, MO 63099 | GIFT CARD PURCHASING AGREEMENT | 6/13/2018 | UNDETERMINED |
| MASTERCARD INTERNATIONAL INCORPORATED | LOCKBOX 28712<br>4 CHASE METROTECH CTR., 7TH FL EAST<br>BROOKLYN, NY 11245 | MASTER SERVICES AGREEMENT | 7/27/2014 | UNDETERMINED |
| MBB REAL ESTATE LLC | C/O CBRE , INC 5TH FLOOR<br>50 MILK STREET<br>BOSTON, MA 02109 | REAL PROPERTY LEASE | 8/1/1962 | 85 MONTHS |
| MCKINNEY LP | C/O CITYPLACE COMPANY<br>3899 MAPLE AVENUE SUITE 300<br>DALLAS, TX 75219 | REAL PROPERTY LEASE | 1/31/2022 | 18 MONTHS |
| MERCER | P.O. BOX 13793<br>NEWARK, NJ 07188 | PROFESSIONAL SERVICES AGREEMENT | 10/17/2018 | UNDETERMINED |
| MICROSOFT | P.O. BOX 847813<br>DALLAS, TX 75284-7833 | SOFTWARE AND HARDWARE PROGRAM AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 6/27/2017 | UNDETERMINED |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G:  Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| MINDTREE LIMITED | 25 INDEPENDENCE BLVD., SUITE 401<br>WARREN<br>WARREN, NJ 07059 | MASTER SERVICES AGREEMENT AND INCLUSIVE OF ALL AMENDMENTS | 1/8/2013 | UNDETERMINED |
| MINISOFT, INC. | 1024 FIRST ST., SUITE 311<br>SNOHOMISH, WA 98290 | SOFTWARE LICENSING AND SUPPORT AGREEMENT | 7/1/2019 | UNDETERMINED |
| MIROMAR OUTLET WEST LLC | 10801 CORKSCREW ROAD SUITE 305<br>ATTN: OFFICE OF GENERAL COUNSEL<br>ESTERO, FL 33928 | REAL PROPERTY LEASE | 7/29/1999 | UNDETERMINED |
| MIROMAR OUTLET WEST LLC | 10801 CORKSCREW ROAD SUITE 305<br>ATTN OFFICE OF GENERAL COUNSEL<br>ESTERO, FL 33928 | REAL PROPERTY LEASE | 10/21/1994 | 45 MONTHS |
| MOBILE TECHNOLOGIES INC. GLOBAL SERVICES | P.O. BOX 638289<br>CINCINNATI, OH 45263-8289 | MASTER SERVICES AGREEMENT | 3/5/2019 | UNDETERMINED |
| MODIS INC | 10151 DEERWOOD PARK BOULEVARD<br>BUILDING 200, SUITE 400<br>JACKSONVILLE, FL 32256 | CONSULTING SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 1/28/2008 | UNDETERMINED |
| MONDO INTERNATIONAL, LLC | 7076 SOLUTION CENTER<br>CHICAGO, IL 60677-7000 | MASTER SERVICES AGREEMENT | 2/21/2018 | UNDETERMINED |
| MONROE STAFFING SERVICES | P. O. BOX 783043<br>PHILADELPHIA, PA 19178-3043 | MASTER SERVICES AGREEMENT | 8/21/2013 | UNDETERMINED |
| MONTOUR WAY ASSOCIATES | 310 GRANT STREET SUITE 2400<br>PITTSBURGH, PA 15219 | REAL PROPERTY LEASE | 10/1/1980 | 102 MONTHS |
| MOUTAIN CO. | 59 OPTICAL AVENUE<br>KEENE, NH 3431 | DISCOUNT AGREEMENT | NA | UNDETERMINED |
| MULTIMEDIA PLUS | 853 BROADWAY, SUITE 901<br>NEW YORK, NY 10003 | SUBSCRIPTION SERVICES AGREEMENT | 7/1/2018 | UNDETERMINED |
| MUZAK LLC D/B/A MOOD MEDIA | P.O. BOX 71070<br>CHARLOTTE, NC 28272-1070 | SERVICE AGREEMENT AMENDMENT | 6/17/2016 | UNDETERMINED |
| N2W SOFTWARE, INC. | 1555 PALM BEACH LAKES BOULEVARD<br>SUITE 1050<br>WEST PALM BEACH, FL 33401 | SOFTWARE LICENSING AND SUPPORT AGREEMENT | 1/27/2019 | UNDETERMINED |
| NAHAN PRINTING, INC. | P.O. BOX 697<br>SAINT CLOUD, MN 56302-0697 | PRINT MATERIALS AND RELATED SERVICES AGREEMENT | 1/1/2016 | UNDETERMINED |
| NARVAR, INC. | 50 BEALE ST., 7TH FL<br>SAN FRANCISCO, CA 94105 | PROFESSIONAL SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 8/16/2019 | UNDETERMINED |
| NASSAU INN LP | 40 NASSAU ST 1ST FLOOR<br>PRINCETON, NJ 08542 | REAL PROPERTY LEASE | 12/2/2012 | 24 MONTHS |
| NATICK MALL, LLC | NATICK MALL<br>350 N. ORLEANS ST, SUITE 300, ATTN: LAW/LEASE ADMINISTRATION DEPT.<br>CHICAGO, IL 60654-1607 | REAL PROPERTY LEASE | 10/12/1994 | 39 MONTHS |
| NATIONAL GIFT CARD CO. | 300 MILLENNIUM DR<br>CRYSTAL LAKE, IL 60012 | GIFT CARD PURCHASING AGREEMENT | 7/5/2018 | UNDETERMINED |
| NAVIGATORS SPECIALTY | 1 PENN PLAZA 32ND FLOOR<br>NEW YORK, NY 10119 | EXCESS HIGH HAZARD FLOOD AGREEMENT | 2/1/2020 | UNDETERMINED |
| NAVISTONE INC. | DEPT. CH 10731<br>PALATINE, IL 60055-0731 | MASTER SERVICES AGREEMENT | 8/29/2018 | UNDETERMINED |
| NED ALTOONA LLC | C/O NEW ENGLAND DEVELOPMENT<br>75 PARK PLAZA , ATTN: LEASE ADMIN/ COPY TO ATTN: GENERAL COUNSEL<br>BOSTON, MA 02116 | REAL PROPERTY LEASE | 10/19/2017 | 91 MONTHS |
| NED LITTLE ROCK LLC | C/O NEW ENGLAND DEVELOPMENT<br>ONE WELLS AVENUE<br>NEWTON, MA 02459 | REAL PROPERTY LEASE | 10/15/2015 | 67 MONTHS |
| NEOPOST USA INC. | DEPT. 3682, P.O. BOX 123682<br>DALLAS, TX 75312-3682 | PRODUCT LEASE AGREEMENT(S) | 8/28/2014 | UNDETERMINED |
| NEW GENERATION COMPUTING, INC. | P.O. BOX 105034<br>ATLANTA, GA 30348 | MASTER SERVICES AGREEMENT AND SOW | 6/30/2017 | 24 MONTHS |
| NEXCOM | 9F<br>NO. 920, CHUNG-CHENG ROAD, ZHONGHE DISTRICT<br>NEW TAIPEI CITY, TAIWAN 23586 | PURCHSASING AGREEMENT | 7/20/2020 | UNDETERMINED |
| NORESCO, LLC | 1 RESEARCH DRIVE<br>SUITE 400C<br>WESTBOROUGH, MA 1581 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 1/14/2019 | UNDETERMINED |
| NORTHSHORE MALL LP | C/O SIMON PROPERTY GROUP LP<br>225 WEST WASHINGTON STREET, ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 8/12/1993 | 51 MONTHS |
| NOUVEAU ILLINOIS, INC. | 47-55 37TH STREET<br>LONG ISLAND CITY, NY 11101 | MAINTENANCE SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 7/1/2019 | UNDETERMINED |
| NTT DATA SERVICES, LLC | P.O. BOX 677956<br>DALLAS, TX 75267-7956 | MASTER SERVICES AGREEMENT | 2/12/2019 | 19 MONTHS |
| NUCOMPASS MOBILITY SERVICES, INC | 7901 STONERIDGE DR., SUITE 390<br>PLEASANTON, CA 94588 | MASTER SERVICES AGREEMENT | 4/21/1993 | UNDETERMINED |
| OAKBROOK SHOPPING CENTER LLC | OAKBROOK CENTER<br>350 N. ORLEANS ST, SUITE 300, ATTN: LAW/LEASE ADMINISTRATION DEPT.<br>CHICAGO, IL 60654-1607 | REAL PROPERTY LEASE | 11/19/1983 | 57 MONTHS |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G: Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| OBERLIN COLLEGE | 38 EAST COLLEGE STREET<br>OBERLIN, OH 44074 | DISCOUNT AGREEMENT | NA | UNDETERMINED |
| OC TANNER | 25 W 43RD ST<br>NEW YORK, NY 10036 | GIFT CARD PURCHASING AGREEMENT | 7/1/2018 | UNDETERMINED |
| OHIO CASUALTY | 1550 OLD HENDERSON ROAD<br>COLUMBUS, OH 43220-3626 | EXCESS UMBRELLA LIABILITY AGREEMENT | 2/1/2020 | UNDETERMINED |
| OK CITY OUTLETS LLC | C/O SINGERMAN REAL ESTATE, LLC<br>980 NORTH MICHIGAN AVE<br>CHICAGO, IL 60611 | REAL PROPERTY LEASE | 8/4/2011 | 13 MONTHS |
| OKTA | 100 FIRST ST., 14TH FLOOR<br>SAN FRANCISCO, CA 94105 | SUBSCRIPTION SERVICES AGREEMENT | 1/31/2020 | UNDETERMINED |
| OLD DOMINION REALTY ASSOCIATES, LLC | PO BOX 3368<br>PALM BEACH, FL 33480 | REAL PROPERTY LEASE | 9/7/2007 | 42 MONTHS |
| OLD ORCHARD URBAN LP | C/O WESTFIELD<br>2049 CENTURY PARK EAST 41ST FLOOR, ATTN: LEGAL DEPARTMENT<br>LOS ANGELES, CA 90067 | REAL PROPERTY LEASE | 1/31/2024 | 43 MONTHS |
| OMAHA OUTLETS SPE LLC | 21209 NEBRASKA CROSSING DRIVE #C-100<br>ATTN: LEASE ADMIN<br>GRETNA, NE 6802 | REAL PROPERTY LEASE | 11/14/2013 | 41 MONTHS |
| OPRY MILLS LP | C/O SIMON PROPERTY GROUP<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 8/1/2004 | 20 MONTHS |
| ORACLE AMERICA, INC. | P.O. BOX 203448<br>DALLAS, TX 75320-3448 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 6/24/2015 | UNDETERMINED |
| ORS GROUP CORPORATION | 590 MADISON AVENUE<br>NEW YORK, NY 10002 | SOFTWARE AND LICENSING AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 1/8/2018 | UNDETERMINED |
| OSF GLOBAL SERVICES, INC. | 500 EDGEWATER DR., SUITE 509<br>WAKEFIELD, MA 01880 | STATEMENT OF WORK | 4/29/2029 | UNDETERMINED |
| OTC STONEFIELD PROPERTY OWNER LLC | C/O O'CONNOR PROPERTY MANAGEMENT<br>240 ROYAL PALM WAY,  2ND FLOOR<br>PALM BEACH, FL 33480 | REAL PROPERTY LEASE | 4/5/2013 | 34 MONTHS |
| OUTLET MALL OF SAVANNAH LLC | C/O TANGER OUTLET CENTERS<br>3200 NORTHLINE AVENUE SUITE 360, ATTN: LEGAL DEPARTMENT<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 4/30/2025 | 58 MONTHS |
| OXFORD GLOBAL RESOURCES, LLC | P.O. BOX 3256<br>BOSTON, MA 02241-3256 | CONSULTING SERVICES AGREEMENT | 1/21/2019 | UNDETERMINED |
| PACIFIC CVM MANAGEMENT, LLC | C/O PACIFIC RETAIL CAPITAL PARTNERS<br>100 N PACIFIC COAST HIGHWAY, SUITE 1925, ATTN: MICHAEL MORGAN<br>EL SEGUNDO, CA 90245 | REAL PROPERTY LEASE | 4/1/1994 | 58 MONTHS |
| PALM BEACH OUTLETS I LLC | C/O NEW ENGLAND DEVELOPMENT<br>75 PARK PLAZA, ATTN: DIANE MACMILLAN<br>BOSTON, MA 02116 | REAL PROPERTY LEASE | 4/29/2015 | 67 MONTHS |
| PASCOE WORKFORCE SOLUTIONS, LLC | ATTN: GENERAL COUNSEL<br>1680 RIVERDALE STREET, SUITE E<br>WEST SPRINGFIELD, MA 01089 | MASTER SERVICES AGREEMENT | 7/9/2015 | UNDETERMINED |
| PAXAR | PLOT #C-1 SECTOR 31-A<br>MEHRAN TOWN EXTENSION, KORANGI INDUSTRIAL AREA, KARACHI<br>KARACHI, 74900 | VENDOR SERVICES AGREEMENT | 10/16/2019 | UNDETERMINED |
| PERIMETER MALL VENTURE LLC | PERIMETER MALL<br>350 N. ORLEANS ST, SUITE 300, ATTN: LAW/LEASE ADMINISTRATION DEPT.<br>CHICAGO, IL 60654-1607 | REAL PROPERTY LEASE | 10/31/1998 | 57 MONTHS |
| PEZ INC. | 210 E. 73RD ST.<br>MANHATTAN, NY 10021 | CONSULTING AND DESIGN SERVICES AGREEMENT | 12/20/2019 | UNDETERMINED |
| PFP COLUMBUS II LLC | POLARIS FASHION PLACE REIT, LLC<br>180 EAST BROAD ST 21ST FLOOR, ATTN: GENERAL COUNSEL<br>COLUMBUS, OH 43215 | REAL PROPERTY LEASE | 3/16/2003 | 29.5 YEARS |
| PHILLIPS PLACE PARTNERS LLC | C/O PHILLIPS PLACE MANAGEMENT CORP.<br>4725 PIEDMONT ROW DRIVE SUITE 800, ATTN: MR. WILLIAM MACNEIL<br>CHARLOTTE, NC 28210 | REAL PROPERTY LEASE | 3/31/2011 | 9 MONTHS |
| PLAZA FRONTENAC ACQUISITION, LLC | C/O PLAZA FRONTENAC<br>350 N. ORLEANS ST, SUITE 300, ATTN: LAW/LEASE ADMINISTRATION DEPT.<br>CHICAGO, IL 60654-1607 | REAL PROPERTY LEASE | 6/12/2018 | 96 MONTHS |
| POLO FASHIONS, INC. | 650 MADISON AVE<br>NEW YORK, NY 10022 | LICENSE AGREEMENT | 6/15/1981 | UNDETERMINED |
| POTOMAC MILLS LP | C/O SIMON PROPERTY GROUP<br>225 WEST WASHINGTON STREET, ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 12/15/1997 | 24 MONTHS |
| PR AVALON PHASE II OWNER, LLC | C/O NORTH AMERICAN PROPERTIES<br>1175 PEACHTREE NE, SUITE 1650, ATTN: OPERATIONS DEPT.<br>ATLANTA, GA 30361 | REAL PROPERTY LEASE | 4/12/2017 | 106 MONTHS |
| PREDICTSPRING, INC. | 5050 EL CAMINO REAL, SUITE 116<br>LOS ALTOS, CA 94022 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 2/23/2015 | UNDETERMINED |
| PREMIERE EQUITIES GROUP, LLC | 1100 NORTHBROOK DRIVE, SUITE 215<br>TREVOSE, PA 19053 | REAL PROPERTY LEASE | 11/7/1987 | UNDETERMINED |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G:  Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| PREMIUM OUTLETS/SIMON | 225 WEST WASHINGTON ST<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 7/27/2016 | 73 MONTHS |
| PREMIUM OUTLETS/SIMON | 105 EISENHOWER PARKWAY<br>ROSELAND, NJ 07068 | REAL PROPERTY LEASE | 7/31/2014 | 49 MONTHS |
| PRODATA | STAMHOLMEN 157<br>HVIDOVRE, 2650 | MAINTENANCE SERVICES AGREEMENT | 6/1/2020 | UNDETERMINED |
| PTC INC. | 29896 NETWORK PLACE<br>CHICAGO, IL 60673-1298 | LICENSE AND PURCHASING AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 9/27/2012 | UNDETERMINED |
| PURPLE US, INC | 120 WOOSTER ST., SUITE 3N<br>NEW YORK, NY 10012 | PROFESSIONAL SERVICES AGREEMENT | 4/30/2014 | UNDETERMINED |
| QUALTRICS, LLC | 333 W. RIVER PARK DRIVE<br>PROVO, UT 84604 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 6/28/2019 | 24 MONTHS |
| RAISIN INDUSTRIES LLC | C/O BEDROCK DETROIT<br>1092 WOODWARD AVENUE<br>DETROIT, MI 48226 | REAL PROPERTY LEASE | 3/31/2022 | 20 MONTHS |
| RAND-WHITNEY CONTAINER, LLC | P.O. BOX 847459<br>BOSTON, MA 02284-7459 | SALE OF GOODS AGREEMENT - LOGISTICS | 1/21/2020 | 31 MONTHS |
| RAPID7 LLC | ATTN: GENERAL COUNSEL<br>120 CAUSEWAY STREET, SUITE 400<br>BOSTON, MA 02114 | SUBSCRIPTION SERVICES AND PRODUCT AGREEMENT | 6/22/2015 | UNDETERMINED |
| RAYVEN IT SOLUTIONS LLC | 345 PLAINFIELD AVE., SUITE #303<br>EDISON, NJ 08817 | CONSULTING SERVICES AGREEMENT AND ALL APPLICABLE AGREEMENTS | 2/9/2018 | UNDETERMINED |
| RCB 7824 LLC | C/O WHOLE MANAGEMENT<br>7650 GIRARD AVE SUITE 300, ATTN: ROCIO DIAS DE ARCAYA<br>LA JOLLA, CA 92037 | REAL PROPERTY LEASE | 12/4/2018 | 42 MONTHS |
| R-CISC | P.O. BOX 743565<br>ATLANTA, GA 30374-3565 | MEMBERSHIP AGREEMENT | 10/7/2016 | UNDETERMINED |
| RCPI LANDMARK PROPERTIES LLC | 1270 AVENUE OF THE AMERICAS<br>ATTN: PROPERTY MANAGER<br>NEW YORK, NY 10020 | REAL PROPERTY LEASE | 8/3/2009 | 50 MONTHS |
| REGO CONSULTING | 2115 NORTH MAIN STRET<br>CENTERVILLE, UT 84014-1017 | SUBSCRIPTION SERVICES AGREEMENT | 7/10/2019 | UNDETERMINED |
| REGO CONSULTING CORPORATION | 2115 NORTH MAIN STRET<br>CENTERVILLE, UT 84014-1017 | PROFESSIONAL SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 6/30/2017 | UNDETERMINED |
| RENAISSANCE @ COLONY PARK LLC | P.O. BOX 13809<br>JACKSON, MS 39236-3809 | REAL PROPERTY LEASE | 11/15/2011 | 78 MONTHS |
| RETAIL PROCESS ENGINEERING, LLC | ATTN: PRESIDENT<br>20537 AMBERFIELD DRIVE<br>LAND O'LAKES, FL 34638 | PROFESSIONAL SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 2/19/2020 | UNDETERMINED |
| REVCO | 1925 ENTERPRISE PARKWAY<br>TWINSBURG, OH 44087 | HARDWARE SERVICES AGREEMENT | 3/31/2020 | UNDETERMINED |
| RICH-TAUBMAN ASSOCIATES | DEPARTMENT 56801<br>P.O. BOX 67000<br>DETROIT, MI 4826-0568 | REAL PROPERTY LEASE | 8/7/1982 | 30 MONTHS |
| RICOH USA, INC. | P.O. BOX 827577<br>PHILADELPHIA, PA 19182-7577 | MASTER SERVICES AGREEMENT | 2/1/2017 | 2 MONTHS |
| RIVERPAY, INC. | 5100 ORBITOR DRIVE, UNIT 403<br>MISSISSAUGA<br>CA, ON L4W 5R8 | PAYMENT SERVICES MERCHANT AGREEMENT | 8/3/2018 | UNDETERMINED |
| RIVERS END TRADING COMPANY | 4375 WILLOW DRIVE<br>MEDINA, MN 55340 | GIFT CARD PURCHASING AGREEMENT | 3/13/2018 | UNDETERMINED |
| RIVERSIDE SQUARE LP | C/O SIMON PROPERTY GROUP<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 2/23/2007 | 61 MONTHS |
| RIVERSIDE SQUARE LP | C/O M.S MANAGEMENT ASSOCIATES INC<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 11/24/2008 | 5 MONTHS |
| RIZING | ATTN: MATT HARKER | MASTER SERVICES AGREEMENT | 8/19/2013 | UNDETERMINED |
| RMK CLASSIC GIYIM TEKSTIL TICARET ANONIM SIRKETI | NO:1 NAKKASTEPE AZIZBEY SOKAK USKUDAR<br>ISTANBUL, MARMARA 34682 | LICENSE AND SUPPLY AGREEMENT | 4/14/1998 | UNDETERMINED |
| RPAI SOUTHWEST MANAGEMENT LLC | 2021 SPRING ROAD SUITE 200<br>ATTN: PRESIDENT OF PROPERTY MANAGEMENT<br>OAK BROOK, IL 60523 | REAL PROPERTY LEASE | 8/26/2010 | 8 MONTHS |
| RYMAX BRAINSTORM | 19 CHAPIN ROAD<br>BUILDING B<br>PINE BROOK, NJ 7058 | GIFT CARD PURCHASING AGREEMENT | 7/1/2018 | UNDETERMINED |
| SAGEMORE MANAGEMENT LLC | 8000 SAGEMORE DR. SUITE 8201<br>MARLTON, NJ 08053 | REAL PROPERTY LEASE | 11/3/2008 | 14 MONTHS |
| SALESFORCE.COM, INC. | PO BOX 203141<br>DALLAS, TX 75320-3141 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 9/30/2016 | UNDETERMINED |
| SAP INDUSTRIES, INC. | PO BOX 822986<br>PHILADELPHIA, PA 19182 | SOFTWARE AND HARDWARE LICENSE AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 11/14/2016 | UNDETERMINED |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G: Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| SAS INSTITUTE, INC. | P.O. BOX 406922<br>ATLANTA, GA 30384-6922 | MASTER LICENSE AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 11/19/2013 | UNDETERMINED |
| SAUCON VALLEY LIFESTYLE CENTER LP | C/O POAG SHOPPING CENTERS LLC<br>2650 THOUSAND OAKS BOULEVARD SUITE 2200, ATTN: LEASE ADMINISTRATION<br>MEMPHIS, TN 38118 | REAL PROPERTY LEASE | 10/26/2006 | 53 MONTHS |
| SAVE ON SP LLC | | JOINDER TO MASTER PROGRAM AGREEMENT | 11/13/2019 | UNDETERMINED |
| SAWGRASS MILLS LP | C/O SIMON PROPERTY GROUP<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 9/30/1997 | 11 MONTHS |
| SC3 XP HOLDINGS LLC D/B/A MONSTER XP | ATTN: GENERAL COUNSEL<br>317 NORTHLAKE BOULEVARD, SUITE 1016<br>ALTAMONTE SPRINGS, FL 32701 | ADVERTISING AND MARKETING SOFTWARE AND EQUIPMENT AGREEMENT | 1/7/2020 | UNDETERMINED |
| SCENTAIR TECHNOLOGIES, INC. | ATTN: GENERAL COUNSEL<br>CHARLOTTE, NC 28273 | MASTER SERVICES AGREEMENT | 10/21/2013 | UNDETERMINED |
| SCRIP PRO | 5828 REEDS RD<br>MISSION, KS 66202 | GIFT CARD PURCHASING AGREEMENT | 7/1/2018 | UNDETERMINED |
| SDG FASHION MALL, LP | C/O M.S. MANAGEMENT ASSOCIATES, INC<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46240 | REAL PROPERTY LEASE | 9/2/1982 | 9 MONTHS |
| SDI SYSTEMS, INC. | 13000 PIERCE STREET<br>PACOIMA, CA 91331 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 2/22/2019 | UNDETERMINED |
| SEND WORD NOW (SWN) | 500 PLAZA DR., SUITE 205<br>SECAUCUS, NJ 07094 | MASTER SERVICES AGREEMENT | 6/30/2016 | UNDETERMINED |
| SETTLERS' R2 INC | C/O OVP MANAGEMENT INC<br>2 COMMON COURT UNIT C13<br>NORTH CONWAY, NH 03860 | REAL PROPERTY LEASE | 6/25/2008 | 24 MONTHS |
| SHOPPERTRAK RCT CORPORATION | 6564 SOLUTION CENTER<br>CHICAGO, IL 60677-6005 | PURCHASE AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 5/19/2008 | UNDETERMINED |
| SHOPRUNNER, INC. | 75 REMITTANCE DR., DEPT. 6591<br>CHICAGO, IL 60675-6591 | PURCHASE AND SERVICES AGREEMENT | 10/5/2015 | UNDETERMINED |
| SHOPS AT FRIENDLY CENTER | C/O CBL & ASSOCIATES MANAGEMENT INC<br>2030 HAMILTON PLACE SUITE 500 - CBL CENTER, ATTN: CHIEF LEGAL OFFICE<br>CHATTANOOGA, TN 37421 | REAL PROPERTY LEASE | 4/1/2007 | 81 MONTHS |
| SHOPS AT SADDLE CREEK, INC | C/O HEITMAN CAPITAL MANAGEMENT<br>191 NORTH WACKER DRIVE 25TH FLOOR, ATTN: PORTFOLIO MANAGER<br>CHICAGO, IL 60606 | REAL PROPERTY LEASE | 6/3/2013 | 38 MONTHS |
| SHORT HILLS ASSOCIATES LLC | DEPT/ 53501<br>P.O. BOX 67000<br>DETROIT, MI 48267-0535 | REAL PROPERTY LEASE | 8/29/1981 | 30 MONTHS |
| SIBSON CONSULTING, A DIVISION OF THE SEGAL COMPANY (EASTERN STATES), INC. | P.O. BOX 4059<br>CHURCH STREET STATION<br>NEW YORK, NY 10261-4059 | PROFESSIONAL SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 1/1/2017 | 51 MONTHS |
| SIEMONSTER, INC. | 99 HUDSON STREET, LEVEL 5<br>NEW YORK CITY, NY 10013 | MASTER PURCHASE AGREEMENT | 6/30/2020 | UNDETERMINED |
| SILVER SANDS GL I LLC | 225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204 | REAL PROPERTY LEASE | 7/1/1994 | 10 MONTHS |
| SIMON PROPERTY GROUP | C/O SIMON PROPERTY GROUP<br>225 WEST WASHINGTON STREET, ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 2/9/1994 | 45 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 2/1/1999 | 32 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 3/27/2008 | 20 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 4/1/2008 | 29 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 4/3/2013 | 34 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 4/14/1998 | 23 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON ST<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 5/5/2005 | 29.5 YEARS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 5/16/2012 | 23 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 5/19/2004 | 35 MONTHS |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G: Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204 | REAL PROPERTY LEASE | 5/20/1993 | 17 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 5/31/2020 | UNDETERMINED |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 48267-0535 | REAL PROPERTY LEASE | 6/13/2012 | 24 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 48267-0535 | REAL PROPERTY LEASE | 7/17/2008 | 37 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 7/26/1998 | 17 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 8/1/2003 | 18 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN | REAL PROPERTY LEASE | 8/2/1998 | 18 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 8/2/1999 | 57 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON ST<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 8/3/2006 | 1 MONTH |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 8/4/2009 | 38 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 8/12/1999 | 20 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 8/16/2012 | 29.5 YEARS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 8/22/2013 | 38 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 8/26/2000 | 79 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 8/26/2000 | 79 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 10/8/1998 | 32 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 11/8/1999 | 37 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 11/8/2012 | 29 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 11/13/2008 | 28 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 11/15/1998 | 51 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 12/31/2021 | 17 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 11/15/2001 | 20 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 12/13/2001 | 17 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET<br>ATTN: PREMIUM OUTLETS<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 5/12/1994 | 45 MONTHS |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G:  Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 5/26/1994 | 7 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 5/31/2023 | 35 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 6/24/1993 | 46 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 48267-0535 | REAL PROPERTY LEASE | 7/25/1996 | 32 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 7/28/1994 | 20 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON ST ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 8/12/1993 | 29.5 YEARS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 8/19/1994 | 29.5 YEARS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 8/24/1996 | 32 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 11/4/1999 | 9 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 11/12/1992 | 9 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 11/17/1994 | 20 MONTHS |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 11/20/1994 | UNDETERMINED |
| SIMON PROPERTY GROUP | 225 WEST WASHINGTON ST INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 5/8/1992 | 29.5 YEARS |
| SIMON/CLARKSBURG DEVELOPMENT | C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET, ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 10/27/2016 | 76 MONTHS |
| SKILLNET SOLUTIONS INC. | 1151 SONORA COURT, SUITE 2 SUNNYVALE, CA 94086 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 11/7/2016 | UNDETERMINED |
| SMARTMARK LIMITED | P.O. BOX 734575 ATTN: JP MORGAN (NON-DISBURSEMENT) CHICAGO, IL 60673-4575 | LICENSE AND SUPPLY AGREEMENT | 4/23/1982 | UNDETERMINED |
| SOLARWINDS INC. | 7171 SOUTHWEST PARKWAY BLDG 400 AUSTIN, TX 78735 | SOFTWARE LICENSING AGREEMENT | 12/20/2019 | UNDETERMINED |
| SOMERSET COLLECTION LP | 100 GALLERIA OFFICENTER SUITE 427 P.O. BOX 667 SOUTHFIELD, MI 48034 | REAL PROPERTY LEASE | 11/13/1982 | 1 MONTH |
| SOUTHPOINT MALL LLC | C/O THE STREETS OF SOUTHPOINT 350 N. ORLEANS ST, SUITE 300, ATTN: LAW/LEASE ADMINISTRATION DEPT. CHICAGO, IL 60654-1607 | REAL PROPERTY LEASE | 9/30/2012 | 26 MONTHS |
| SPENCER TECHNOLOGIES, INC. | P.O. BOX 83258 WOBURN, MA 01813-3258 | PROFESSIONAL SERVICES AGREEMENT | 10/20/2017 | UNDETERMINED |
| SPG CENTER LLC | C/O M.S.MANAGEMENT ASSOCIATES INC 225 WEST WASHINGTON STREET INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 11/3/1998 | 45 MONTHS |
| SPREDFAST | 200 WEST CESAR CHAVEZ STREET,  SUITE 600 AUSTIN, TX 78701 | MASTER SERVICES AGREEMENT | 4/25/1985 | UNDETERMINED |
| SPRINKLR, INC. | 29 WEST 35TH ST., 8TH FL NEW YORK, NY 10001 | MASTER SERVICES AGREEMENT WITH RELATED DATA SECURITY ADDENDUM AND ORDER FORM | 6/23/2017 | UNDETERMINED |
| SPS COMMERCE, INC. | P.O. BOX 205782 DALLAS, TX 75320-5782 | SUBSCRIPTION AND MAINTENANCE SERVICES AGREEMENT | 8/24/2017 | UNDETERMINED |
| SRE BOARDWALK, LLC | C/O SINGERMAN REAL ESTATE, LLC 980 NORTH MICHIGAN AVE CHICAGO, IL 60611 | REAL PROPERTY LEASE | 5/13/2013 | 35 MONTHS |
| SRE HAWKEYE, LLC | C/O SINGERMAN REAL ESTATE, LLC 980 NORTH MICHIGAN AVE CHICAGO, IL 60611 | REAL PROPERTY LEASE | 12/9/1993 | 6 MONTHS |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G:  Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| SRE ONTARIO, LLC | C/O SINGERMAN REAL ESTATE, LLC<br>980 NORTH MICHIGAN AVE<br>CHICAGO, IL 60611 | REAL PROPERTY LEASE | 11/24/2014 | 18 MONTHS |
| ST. GEORGE OUTLET DEVELOPMENT LLC | 150 MYRTLE AVE, 2ND FLOOR<br>ATTN: WIN WHARTON<br>BROOKLYN, NY 11201 | REAL PROPERTY LEASE | 5/15/2019 | 47 MONTHS |
| STJTC II LLC | C/O M.S MANAGEMENT ASSOCIATES INC<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 10/26/2007 | 74 MONTHS |
| STOLTZ MANAGEMENT OF DE INC | P.O. BOX 2087<br>BALA CYNWYD, PA 19004 | REAL PROPERTY LEASE | 8/31/2026 | 74 MONTHS |
| STONEHAVEN HOMES | 354 W. LANCASTER AVE<br>SUITE 205, ATTN: JOHN J. MCGRATH III, PRESIDENT<br>WAYNE, PA 19087 | REAL PROPERTY LEASE | 3/20/2005 | 29.5 YEARS |
| STONER BUNTING ADVERTISING, INC. | 322 NORTH ARCH STREET<br>LANCASTER, PA 17603 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 1/1/2017 | UNDETERMINED |
| STONY POINT ASSOCIATES LLC | 200 EAST LONG LAKE<br>P.O. BOX 200<br>BLOOMFIELD HILLS, MI 48303-0200 | REAL PROPERTY LEASE | 9/23/2003 | 7 MONTHS |
| STORE SPECIALISTS, INC. | 403 SENATOR GIL PUYAT AVENUE<br>MAKATI, METRO MANILA | DISTRIBUTION AGREEMENT (AS AMENDED) | 4/13/1962 | UNDETERMINED |
| STORED VALUE SOLUTIONS | LOCKBOX #3802<br>3802 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0038 | PROFESSIONAL SERVICES AGREEMENT | 3/13/2019 | UNDETERMINED |
| STRAGURE SOFTWARE TECHNOLOGY, LLC | #5, SRI GANESH BUILDING<br>MICHAEL PALYA, BANGALORE<br>IN, 10 560038 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 1/1/2016 | UNDETERMINED |
| STREET RETAIL, INC | C/O FEDERAL REALTY INVESTMENT TRUST<br>1626 EAST JEFFERSON ST, ATTN: LEGAL DEPARTMENT<br>ROCKVILLE, MD 20852-4041 | REAL PROPERTY LEASE | 6/13/2014 | 48 MONTHS |
| SUBURBAN INTEGRATED FACILITIES RESOURCES | P.O. BOX 850914<br>BRAINTREE, MA 02185-0914 | SERVICE AGREEMENT | 9/11/2017 | UNDETERMINED |
| SUCCESSFACTORS, INC. | P.O. BOX 89 4642<br>LOS ANGELES, CA 90189-4642 | SUBSCRIPTION SERVICES AGREEMENT | 6/29/2012 | UNDETERMINED |
| SULLIVAN PAPER COMPANY INC. | 42 PROGRESS AVENUE<br>WEST SPRINGFIELD, MA 1089 | IP AGREEMENT | 4/1/2005 | UNDETERMINED |
| SVM | 3727 VENTURA DRIVE<br>ARLINGTON HEIGHTS, IL 60004 | GIFT CARD PURCHASING AGREEMENT | 7/1/2018 | UNDETERMINED |
| SWINBURNE ROW RETAIL, LLC | LANDINGS REAL ESTATE GROUP<br>543 THAMES ST<br>NEWPORT, RI 02840 | REAL PROPERTY LEASE | 5/26/2007 | 93 MONTHS |
| SYSAID TECHNOLOGIES LTD | 303 WYMAN STREET<br>SUITE 300<br>WALTHAM, MA 2451 | PROFESSIONAL SERVICES AGREEMENT | 6/6/2019 | UNDETERMINED |
| SYSTEM PLUS SOLUTIONS USA LLC | 6860 DALLAS PKWY, #200<br>PLANO, TX 75024 | MASTER CONSULTING AGREEMENT INCLUSIVE OF ALL STATEMENTS OF WORK, ADDENDUMS AND AMENDMENTS | 10/15/2013 | UNDETERMINED |
| TALX CORPORATION (EQUIFAX) | CUSTOMER # ETHOR0387<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | UNIVERSAL SERVICE AGREEMENT - ADA SERVICES | 4/15/2018 | UNDETERMINED |
| TALX CORPORATION (EQUIFAX) | CUSTOMER # ETHOR0387<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | UNIVERSAL SERVICE AGREEMENT - UNEMPLOYMENT COST MANAGEMENT SERVICES | 4/24/1991 | UNDETERMINED |
| TAMPA PREMIUM OUTLETS, LLC | C/O PREMIUM OUTLETS<br>105 EISENHOWER PARKWAY, ATTN: LEASE ADMIN/ COPY TO ATTN: GENERAL COUNSEL<br>ROSELAND, NJ 07068 | REAL PROPERTY LEASE | 10/29/2015 | 64 MONTHS |
| TANGER CHARLESTON LLC | 3200 NORTHLINE AVENUE SUITE 360<br>ATTN: LEGAL DEPT.<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 3/1/2007 | 19 MONTHS |
| TANGER DAYTONA LLC | C/O TANGER PROPERTIES LP<br>3200 NORTHLINE AVENUE SUITE 360, ATTN: LEGAL DEPARTMENT<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 11/17/2016 | 77 MONTHS |
| TANGER FORT WORTH LLC | C/O TANGER PROPERTIES LP<br>3200 NORTHLINE AVENUE SUITE 360, ATTN: LEGAL DEPARTMENT<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 10/26/2017 | 88 MONTHS |
| TANGER GRAND RAPIDS LLC | C/O TANGER PROPERTIES LP<br>3200 NORTHLINE AVENUE SUITE 360<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 7/29/2015 | 61 MONTHS |
| TANGER NATIONAL HARBOR LLC | 3200 NORTHLINE AVENUE SUITE 360<br>ATTN: LEGAL DEPT<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 11/30/2013 | 41 MONTHS |
| TANGER PROPERTIES LP | 3200 NORTHLINE AVENUE SUITE 360<br>ATTN: LEGAL DEPT.<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 3/30/2013 | 32 MONTHS |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G: Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| TANGER PROPERTIES LP | 3200 NORTHLINE AVENUE SUITE 360<br>ATTN: LEGAL DEPT.<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 3/31/2024 | 45 MONTHS |
| TANGER PROPERTIES LP | 3200 NORTHLINE AVENUE SUITE 360<br>ATTN: LEGAL DEPT.<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 4/30/2022 | 21 MONTHS |
| TANGER PROPERTIES LP | 3200 NORTHLINE AVENUE SUITE 360<br>ATTN: LEGAL DEPT.<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 6/30/2024 | 48 MONTHS |
| TANGER PROPERTIES LP | 3200 NORTHLINE AVENUE SUITE 360<br>ATTN: LEGAL DEPT.<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 11/30/2024 | 52 MONTHS |
| TANGER PROPERTIES LP | 3200 NORTHLINE AVENUE SUITE 360<br>ATTN: LEGAL DEPT<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 3/31/2023 | 32 MONTHS |
| TANGER PROPERTIES LP | 3200 NORTHLINE AVENUE SUITE 360<br>ATTN: LEGAL DEPT<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 10/31/2011 | 4 MONTHS |
| TANGER PROPERTIES LP | C/O TANGER OUTLET CENTERS<br>3200 NORTHLINE AVENUE SUITE 360, ATTN: LEASE ADMINISTRATION<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 11/13/2010 | 5 MONTHS |
| TANGER PROPERTIES LP | 3200 NORTHLINE AVENUE SUITE 360<br>ATTN: LEGAL DEPT.<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 4/25/1997 | 20 MONTHS |
| TANGER PROPERTIES LP | 3200 NORTHLINE AVENUE SUITE 360<br>ATTN: LEGAL DEPT.<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 11/10/1996 | UNDETERMINED |
| TANGER PROPERTIES LP | 3200 NORTHLINE AVENUE SUITE 360<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 4/8/1998 | 46 MONTHS |
| TANGER PROPERTIES LP | 3200 NORTHLINE AVENUE SUITE 360<br>GREENSBORO, NC 27408 | REAL PROPERTY LEASE | 6/8/2007 | 12 MONTHS |
| TAUBMAN - CHERRY CREEK, L.P. | 200 EAST LONG LAKE ROAD<br>P.O. BOX 200<br>BLOOMFIELD HILLS, MI 48303-0200 | REAL PROPERTY LEASE | 4/23/2007 | 103 MONTHS |
| TAUBMAN AUBURN HILLS ASSOCIATES, LP | 200 EAST LONG LAKE ROAD<br>P.O. BOX 200<br>BLOOMFIELD HILLS, MI 48303-0200 | REAL PROPERTY LEASE | 11/12/1998 | 18 MONTHS |
| TAYLOR COMMUNICATIONS, INC. | P.O. BOX 91047<br>CHICAGO, IL 60693 | PURCHASE AND SUPPLY AGREEMENT | 4/1/2019 | UNDETERMINED |
| TB MALL AT UTC LLC | C/O THE TAUBMAN COMPANY LLC<br>200 EAST LONG LAKE RD SUITE 300, ATTN: LEASE ADMINISTRATION<br>BLOOMFIELD HILLS, MI 48304 | REAL PROPERTY LEASE | 10/15/2014 | 67 MONTHS |
| TEKLYNX | 501 W NORTHSHORE DRIVE<br>SUITE H380<br>GLENDALE, WI 53217 | SOFTWARE MAINTENANCE PURCHASING AGREEMENT | 1/24/2020 | UNDETERMINED |
| TEKSYSTEMS, INC. | P.O. BOX 198568<br>ATLANTA, GA 30384-8568 | CONSULTING SERVICES AGREEMENT | 3/9/2016 | UNDETERMINED |
| TEXBASE, INC. | ATTN: GENERAL COUNSEL<br>895 TECHNOLOGY BOULEVARD, SUITE 202<br>BOZEMAN, MT 59718 | MASTER SERVICES AGREEMENT | 4/16/2016 | UNDETERMINED |
| THALES DIS CPL USA, INC | 4690 MILLENNIUM DRIVE<br>BELCAMP, MD 21017 | MAINTENANCE SUPPORT AGREEMENT | 7/15/2020 | UNDETERMINED |
| THE ASCO FOUNDATION | 2318 MILL ROAD, SUITE 800<br>ALEXANDRIA, VA 22314 | CHARITABLE DONATION AGREEMENT | 5/30/2020 | UNDETERMINED |
| THE CLINTON EXCHANGE | 4 CLINTON SQUARE<br>ATTN: MANAGEMENT DIVISION<br>SYRACUSE, NY 1302-1078 | REAL PROPERTY LEASE | 4/9/2013 | 33 MONTHS |
| THE FALLS LP | C/O SIMON PROPERTY GROUP<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 10/31/2025 | 64 MONTHS |
| THE GARDENS ON EL PASEO, LLC | 200 EAST LONG LAKE ROAD, SUITE 300<br>BLOOMFIELD HILLS, MI 48304-2324 | REAL PROPERTY LEASE | 10/15/1998 | 45 MONTHS |
| THE GROVE FEE OWNER, LLC | C/O FEDERAL REALTY INVESTMENT TRUST<br>1626 EAST JEFFERSON STREET, ATTN: LEGAL DEPT.<br>ROCKVILLE, MD 20852-40141 | REAL PROPERTY LEASE | 11/26/1993 | 32 MONTHS |
| THE HARTFORD | THE HARTFORD FINANCIAL SERVICES GROUP, INC.<br>690 ASYLUM AVENUE<br>HARTFORD, CT 6155 | GENERAL LIABILITY AGREEMENT | 2/1/2020 | UNDETERMINED |
| THE HARTFORD | THE HARTFORD FINANCIAL SERVICES GROUP, INC.<br>690 ASYLUM AVENUE<br>HARTFORD, CT 6155 | COMMERCIAL AUTOMOBILE AGREEMENT | 2/1/2020 | UNDETERMINED |
| THE IRVINE COMPANY LLC | 101 INNOVATION<br>ATTN: GENERAL COUNSEL, RETAIL PROPERTIES<br>IRVINE, CA 92617 | REAL PROPERTY LEASE | 1/30/2014 | 43 MONTHS |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G: Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| THE PARADIES SHOPS, INC. | PARADIES LAGARDERE<br>P.O. BOX 734110<br>DALLAS, TX 75373-4110 | LICENSE AGREEMENT | 4/26/1999 | UNDETERMINED |
| THE RETAIL PROPERTY TRUST | C/O SIMON PROPERTY GROUP<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 3/31/1979 | 20 MONTHS |
| THE ROOKERY LP | MANAGEMENT OFFICE<br>209 SOUTH LASALLE STREET<br>CHICAGO, IL 60604 | REAL PROPERTY LEASE | 3/31/2026 | 69 MONTHS |
| THE SHOPS AT SUMMERLIN NORTH LP | C/O THE HOWARD HUGHES CORPORATION<br>ONE GALLERIA TOWER 22ND FLOOR 133 NOEL ROAD, ATTN: GENERAL COUNSEL<br>DALLAS, TX 75240 | REAL PROPERTY LEASE | 9/25/2018 | 103 MONTHS |
| THE SMART CUBE, INC. | 33 N. DEARBORN, SUITE 805<br>CHICAGO, IL 60602 | MASTER SERVICES AGREEMENT | 7/1/2016 | UNDETERMINED |
| THE TOWN CENTER AT BOCA RATON TRUST | M.S MANAGEMENT ASSOCIATES INC<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 10/31/2024 | 51 MONTHS |
| THE WOMEN'S BOARDOF THE JOHNS HOPKINS HOSPITAL | BILLINGS ADMINISTRATION BUILDING, ROOM 221<br>600 NORTH WOLFE STREET<br>BALTIMORE, MD 21287-0221 | SPONSORSHIP AGREEMENT | 2/12/2020 | UNDETERMINED |
| THOMSON REUTERS | P.O. BOX 6292<br>CAROL STREAM, IL 60197-6292 | MASTER SERVICES AGREEMENT | 10/1/2019 | UNDETERMINED |
| TRADEMARK MANAGEMENT LTD | 1701 RIVER RUN<br>SUITE 500, ATTN: PROPERTY MANAGEMENT- MARKET AT THE WOODLANDS<br>FORT WORTH, TX 76107 | REAL PROPERTY LEASE | 4/19/2011 | 10 MONTHS |
| TRADEMARK MANAGEMENT, LTD. | C/O PGIM REAL ESTATE<br>7 GIRALDA FARMS, ATTN:  MICHAEL HARRINGTON<br>MADISON, NJ 07940 | REAL PROPERTY LEASE | UNDETERMINED | UNDETERMINED |
| TRAVELERS | ONE TOWER SQUARE<br>HARTFORD, CT 06183 | OCEAN MARINE AGREEMENT | 2/1/2000 | UNDETERMINED |
| TRAVELERS | ONE TOWER SQUARE<br>HARTFORD, CT 06183 | FOREIGN MASTER CONTROLLED PROGRAM CASUALTY AGREEMENT | 2/1/2020 | UNDETERMINED |
| TRAVELERS | ONE TOWER SQUARE<br>HARTFORD, CT 06183 | COMMERCIAL PROPERTY AGREEMENT | 2/1/2020 | UNDETERMINED |
| TRCC/ROCK OUTLET CENTER, LLC | C/O TEJON INDUSTRIAL CORP<br>4436 LEBEC ROAD, ATTN: GENERAL COUNSEL<br>TEJON RANCH, CA 93243 | REAL PROPERTY LEASE | 8/6/2014 | 1 MONTH |
| TRINTECH, INC. | P.O. BOX 205367<br>DALLAS, TX 75320-5367 | MAINTENANCE SUPPORT AGREEMENT | 2/21/2020 | UNDETERMINED |
| TRUSTWAVE HOLDINGS, INC. | 75 REMITTANCE DRIVE, SUITE 6000<br>CHICAGO, IL 60675-6000 | PROFESSIONAL SERVICES AGREEMENT | 12/5/2015 | UNDETERMINED |
| TSG CHESTERFIELD LIFESTYLE LLC | C/O STAENBERG GROUP INC<br>2127 INNERBELT BUSINESS CENTER DR SUITE 310, ATTN: GENERAL COUNSEL<br>ST. LOUIS, MO 63114 | REAL PROPERTY LEASE | 8/1/2013 | 30 MONTHS |
| TSO VERO BEACH LP | C/O THE SIMPSON ORGANIZATION INC<br>1170 PEACHTREE STREET SUITE 2000<br>ATLANTA, GA 30309 | REAL PROPERTY LEASE | 12/31/2021 | 17 MONTHS |
| TUCSON PREMIUM OUTLETS | C/O PREMIUM OUTLETS<br>60 COLUMBIA ROAD BUILDING B 3RD FLOOR, ATTN: LEASE ADMIN/ COPY TO ATTN: GENERAL COUNSEL<br>MORRISTOWN, NJ 07960 | REAL PROPERTY LEASE | 9/30/2025 | 63 MONTHS |
| TYSONS CORNER HOLDINGS LLC | 1961 CHAIN BRIDGE ROAD SUITE 305<br>TYSONS CORNER, VA 22102 | REAL PROPERTY LEASE | 12/31/2021 | 17 MONTHS |
| U.S. ELECTRICAL SERVICES, INC. DBA WIEDENBACH BROWN CO. | 2975 WESTCHESTER AVE<br>SUITE 203<br>PURCHASE, NY 10577 | MASTER GOODS AND SERVICES AGREEMENT | 8/13/2019 | 13 MONTHS |
| ULTRAMAR TRAVEL MANAGEMENT, INC. | 14 EAST 47TH STREET<br>NEW YORK, NY 10017 | MASTER SERVICES AGREEMENT | 4/1/2013 | UNDETERMINED |
| UNBXD INC. | 2483 OLD MIDDLEFIELD WAY<br>MOUNTAIN VIEW, CA 94043 | PROFESSIONAL SERVICES AGREEMENT | 9/29/2017 | UNDETERMINED |
| UNICO PROPERTIES INC | 1215 FOURTH AVENUE SUITE 600<br>SEATTLE, WA 98161 | REAL PROPERTY LEASE | 2/28/1998 | 1 MONTH |
| UNITED AIRLINES, INC. | 233 S. WACKER DRIVE<br>CHICAGO, IL 60606 | UNIFORM PROGRAM AGREEMENT | 4/28/1960 | UNDETERMINED |
| UNITED HEALTHCARE | 9700 HEALTH CARE LANE<br>MINNETONKA, MN 55343 | ADMINISTRATIVE SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 1/1/2019 | UNDETERMINED |
| UNITED HEALTHCARE | 9700 HEALTH CARE LANE<br>MINNETONKA, MN 55343 | EXCESS LOSS COVERAGE AGREEMENT | 1/1/2020 | UNDETERMINED |
| UNITED SCRIP, INC | 1861 CRAIG PARK CT<br>ST. LOUIS, MO 63146 | GIFT CARD PURCHASING AGREEMENT | 7/1/2018 | UNDETERMINED |
| UNIZO REAL ESTATE DC ONE, LLC | C/O JONES LANG LASALLE<br>1100 FIRST ST, NE, ATTN: GENERAL MANAGER<br>WASHINGTON, DC 20002 | REAL PROPERTY LEASE | 11/10/1998 | 69 MONTHS |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G: Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| UNO GODOWN SERVICES LTD | ATTN: GENERAL COUNSEL UNIT B, 1/F, SUNSHINE KOWLOON BAY CARGO CENTRE, 59 TAI YIP STREET KOWLOON BAY, | MASTER SERVICES AGREEMENT | 1/15/2016 | UNDETERMINED |
| VAYNERMEDIA, LLC | 10 HUDSON YARDS, 25TH FL NEW YORK, NY 10001 | MASTER SERVICES AGREEMENT | 4/30/2018 | UNDETERMINED |
| VELOCLOUD | 3429 HILLVIEW AVENUE PALO ALTO, CA 94304 | NETWORK SERVICE AGREEMENT | 6/30/2016 | UNDETERMINED |
| VERIFONE, INC. | LOCKBOX #7746060 4060 SOLUTIONS CENTER CHICAGO, IL 60677-4000 | IT AGREEMENT | 6/16/2020 | UNDETERMINED |
| VERINT AMERICAS INC. | P.O. BOX 978702 DALLAS, TX 75397 | MASTER SERVICES AGREEMENT | 1/31/2018 | UNDETERMINED |
| VERIZON BUSINESS NETWORK SERVICES INC. | BILL PAYER ID: Y1847479 P.O. BOX 15043 ALBANY, NY 12212-5043 | BUSINESS SERVICE AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 4/31/2004 | UNDETERMINED |
| VERMONT HOLDING A.S. | ATTN: AMADEUS NAUMANN POHORELEC 114/22 PRAHA 1, HRADCANY, 118 00 | TRADEMARK LICENSE AGREEMENT | 3/29/2019 | UNDETERMINED |
| VERSAFEED, INC. | 702 MANGROVE AVE., #170 CHICO, CA 95926 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 1/8/2020 | UNDETERMINED |
| VERTERIM, INC. | 9 QUEEN ANNE ROAD HOPKINTON, MA 01748 | PROFESSIONAL SERVICES AGREEMENT | 8/8/2017 | UNDETERMINED |
| VERTEX, INC. | LOCKBOX #25528 25528 NETWORK PLACE CHICAGO, IL 60673-1255 | MASTER SERVICES AGREEMENT | 3/15/2019 | UNDETERMINED |
| VINYL DEVELOPMENT, LLC D/B/A ZUDY | P.O. BOX 2727 ORLEANS, MA 02653 | MASTER SERVICES AGREEMENT | 12/1/2015 | UNDETERMINED |
| VISION SOLUTIONS, INC. | 15300 BARRANCA PARKWAY, SUITE 100 IRVINE, CA 92618 | SOFTWARE LICENSING AGREEMENT | 5/19/2020 | UNDETERMINED |
| VISIONET SYSTEMS, INC. | 4 CEDARBROOK DRIVE., BLDG. B CRANBURY, NJ 08512 | MASTER SERVICES AGREEMENT | 2/27/2018 | UNDETERMINED |
| VLINK, INC. | 101 BERGEN ST., #3R BROOKLYN, NY 11201 | MILESTONE RE: CUSTOMER SERVICES AGREEMENT | 7/6/2015 | UNDETERMINED |
| VOQUZ IT SOLUTIONS INC. | ATTN: SEBASTIAN SCHOOFS, VICE PRESIDENT 85 BROAD STREET NEW YORK, NY 10004 | PROFESSIONAL SERVICES AGREEMENT | 12/25/2017 | UNDETERMINED |
| W.B. MASON COMPANY, INC. | P.O. BOX 981101 BOSTON, MA 02298-1101 | SALE OF GOODS AGREEMENT | 1/31/2018 | UNDETERMINED |
| WAGEWORKS, INC. | 1100 PARK PLACE, 4TH FL SAN MATEO, CA 94403 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 4/23/1970 | UNDETERMINED |
| WALT WHITMAN MALL LLC | C/O M.S MANAGEMENT ASSOCIATES INC 225 WEST WASHINGTON STREET INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 11/30/2025 | 65 MONTHS |
| WATERSIDE AT PELICAN BAY LLC | C/O THE FORBES COMPANY LLC 100 GALLERIA OFFICE CENTRE SUITE 427 SOUTHFIELD, MI 48034-0667 | REAL PROPERTY LEASE | 10/31/2029 | 112 MONTHS |
| WEST 64TH STREET, LLC | C/O GLENWOOD MANAGEMENT CORP. 1200 UNION TURNPIKE NEW HYDE PARK, NY 11040 | REAL PROPERTY LEASE | 11/9/2007 | 24 MONTHS |
| WESTCHESTER MALL LLC | C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 5/31/2024 | 47 MONTHS |
| WESTCHESTER VILLAGE SQUARE, LLC | VERNON HILLS SHOPPING CENTER LLC 700 WHITE PLAINS ROAD SCARSDALE, NY 10583 | REAL PROPERTY LEASE | 1/30/2021 | 7 MONTHS |
| WESTFARMS MALL LLC | C/O THE TAUBMAN COMPANY 200 E. LONG LAKE ROAD, ATTN: MICHAEL NIMAN BLOOMFIELD HILLS, MI 48304 | REAL PROPERTY LEASE | 1/31/2024 | 43 MONTHS |
| WHEATLEY PLAZA ASSOCIATES | 2110 NORTHERN BOULEVARD MANHASSET, NY 11030 | REAL PROPERTY LEASE | 2/28/2021 | 8 MONTHS |
| WHERE 2 GET IT, INC. DBA BRANDIFY | 222 S. HARBOR BLVD., STE 500 ANAHEIM, CA 92805 | MASTER SERVICES AGREEMENT | 9/22/2019 | UNDETERMINED |
| WILLIAMS DISTRIBUTING COMPANY | 658 RICHMOND ST NW GRAND RAPIDS, MI 49504 | GIFT CARD PURCHASING AGREEMENT | 7/1/2018 | UNDETERMINED |
| WILLIAMSBURG OUTLETS LLC | C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET, ATTN: PREMIUM OUTLETS INDIANAPOLIS, IN 46204-3438 | REAL PROPERTY LEASE | 12/31/2023 | 42 MONTHS |
| WILLOW BEND SHOPPING CENTER LP | 200 E LOG LAKE ROAD P.O. BOX 200 BLOOMFIELD HILLS, MI 48303-0200 | REAL PROPERTY LEASE | 8/5/2005 | 30 MONTHS |
| WILMINGTON BOX COMPANY | ATTN: GENERAL COUNSEL 101 INDUSTRIAL DRIVE BURGAW, NC 28411 | MASTER SERVICES AGREEMENT | 1/8/2017 | UNDETERMINED |

In re Brooks Brothers Group, Inc.
Case No. 20-11785
Schedule G:  Executory Contracts and Unexpired Leases

| Contract Counterparty | Address | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|
| WINDSTREAM'S UNIFIED COMMUNICATIONS | ACCT. #012939907 TEL. #704-979-6061 LOUISVILLE, KY 40290 | PROFESSIONAL SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS | 4/1/2016 | UNDETERMINED |
| WINSHUTTLE | 19820 NORTH CREEK PARKWAY SUITE 200 BOTHELL, WA 98011 | SOFTWARE HARDWARE LICENSE AGREEMENT | 6/20/2016 | UNDETERMINED |
| WIPRO, LLC | ATTN: GENERAL COUNSEL 2 TOWER CENTER BOULEVARD, SUITE 2200 EAST BRUNSWICK, NJ 08816 | MASTER SERVICES AGREEMENT INCLUSIVE OF ALL AMENDMENTS AND ADDENDUMS | 3/7/2016 | UNDETERMINED |
| W-LD LEGENDS OWNER VII, LLC | C/O LEGACY ASSET MANAGEMENT LLC 4717 CENTRAL STREET KANSAS CITY, MO 64112 | REAL PROPERTY LEASE | 4/21/2006 | 71 MONTHS |
| WMACH LLC | C/O S.R WEINER & ASSOCIATES, INC 1330 BOYLSTON STREET CHESTNUT HILL, MA 02467 | REAL PROPERTY LEASE | 11/15/1980 | 75 MONTHS |
| WORKFORCE SOFTWARE, LLC | DEPT CH 19758 PALATINE, IL 60055-9758 | MASTER CONSULTING AND SOFTWARE LICENSING AGREEMENT | 7/14/2016 | UNDETERMINED |
| WORKFRONT, INC. | 3301 NORTH THANKSGIVING WAY #100 LEHI, UT 84043 | MASTER SUBSCRIPTION AND SERVICES AGREEMENT | 7/27/2020 | UNDETERMINED |
| WS/CIP II TAMPA OWNER LLC | C/O WS ASSET MANAGEMENT, INC 33 BOYLSTON STREET, SUITE 3000 CHESTNUT HILL, MA 02467 | REAL PROPERTY LEASE | 12/3/1988 | 69 MONTHS |
| XE.COM INC. | 1145 NICHOLSON RD, SUITE 200 NEWMARKET, ON L3Y 9C3 | SUBSCRIPTION SERVICES AGREEMENT | 5/18/2020 | UNDETERMINED |
| XINTHE TECHNOLOGIES | ATTN: SRIDHAR PANUGANTI | MASTER SERVICES AGREEMENT | 3/5/2015 | UNDETERMINED |
| XTGLOBAL INC | 2701 DALLAS PARKWAY, SUITE 550 PLANO, TX 75093 | CONSULTING SERVICES AGREEMENT | 1/23/2020 | UNDETERMINED |
| YASH TECHNOLOGIES, INC. | 841 AVENUE OF THE CITIES EAST MOLINE, IL 61244 | MASTER SERVICE AGREEMENT | 11/18/2019 | UNDETERMINED |
| YELP, INC | P.O. BOX 204393 DALLAS, TX 75320-4393 | PURCHASE ORDER | 5/1/2019 | UNDETERMINED |
| ZENDESK | DEPT. CH 19895 PALATINE, IL 60055-9895 | SERVICE ORDER FORM | 6/26/2019 | UNDETERMINED |
| ZETA GLOBAL, LLC | ATTN: GENERAL COUNSEL 301 SOUTH SERVICE ROAD MELVILLE, NY 11747 | MASTER SERVICES AGREEMENT | 4/1/2018 | UNDETERMINED |

| Fill in this information to identify the case: |
| --- |
| Debtor name  **Brooks Brothers Group, Inc.** |
| United States Bankruptcy Court for the:  DISTRICT OF DELAWARE |
| Case number (if known)  **20-11785** |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  **696 WHITE PLAINS ROAD, LLC** | **696 WHITE PLAINS ROAD SCARSDALE, NY 10583** | **WELLS FARGO NATIONAL BANK** | ■ D  __2.27__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2  **696 WHITE PLAINS ROAD, LLC** | **696 WHITE PLAINS ROAD SCARSDALE, NY 10583** | **GORDON BROTHERS** | ■ D  __2.8__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3  **BROOKS BROTHERS CANADA LTD** | **100 KING STREET, SUITE 6000 1 FIRST CANADIAN PLACE TORONTO, ON M5XE2 CANADA** | **WELLS FARGO NATIONAL BANK** | ■ D  __2.27__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.4  **BROOKS BROTHERS INTERNATIONAL, LLC** | **346 MADISON AVENUE NEW YORK, NY 10017** | **WELLS FARGO NATIONAL BANK** | ■ D  __2.27__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.5  **BROOKS BROTHERS INTERNATIONAL, LLC** | **346 MADISON AVENUE NEW YORK, NY 10017** | **GORDON BROTHERS** | ■ D  __2.8__ <br> ☐ E/F ____ <br> ☐ G ____ |

| Debtor | **Brooks Brothers Group, Inc.** | Case number *(if known)* | **20-11785** |
| --- | --- | --- | --- |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| 2.6 | GOLDEN FLEECE MANUFACTURIN G GROUP, LLC | 25 COMPUTER DRIVE HAVERHILL, MA 01832 | WELLS FARGO NATIONAL BANK | ■ D __2.27__ ☐ E/F _____ ☐ G _____ |
| 2.7 | GOLDEN FLEECE MANUFACTURIN G GROUP, LLC | 25 COMPUTER DRIVE HAVERHILL, MA 01832 | GORDON BROTHERS | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.8 | RBA WHOLESALE, LLC | 100 PHOENIX AVE ENFIELD, CT 06082 | WELLS FARGO NATIONAL BANK | ■ D __2.27__ ☐ E/F _____ ☐ G _____ |
| 2.9 | RBA WHOLESALE, LLC | 100 PHOENIX AVE ENFIELD, CT 06082 | GORDON BROTHERS | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.10 | RETAIL BRAND ALLIANCE GIFT CARD SERVICES | 100 PHOENIX STREET ENFIELD, CT 06082 | WELLS FARGO NATIONAL BANK | ■ D __2.27__ ☐ E/F _____ ☐ G _____ |
| 2.11 | RETAIL BRAND ALLIANCE GIFT CARD SERVICES | 100 PHOENIX STREET ENFIELD, CT 06082 | GORDON BROTHERS | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.12 | RETAIL BRAND ALLIANCE OF PUERTO RICO, IN | 100 PHOENIX AVE ENFIELD, CT 06082 | WELLS FARGO NATIONAL BANK | ■ D __2.27__ ☐ E/F _____ ☐ G _____ |
| 2.13 | RETAIL BRAND ALLIANCE OF PUERTO RICO, IN | 100 PHOENIX AVE ENFIELD, CT 06082 | GORDON BROTHERS | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Brooks Brothers Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **20-11785**

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 21, 2020**         X  **/s/ Steven Goldaper**
                                      Signature of individual signing on behalf of debtor

                                      **Steven Goldaper**
                                      Printed name

                                      **EVP, Chief Financial Officer**
                                      Position or relationship to debtor