**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|   |   |
|---|---|
| In re: | ) Chapter 11 |
|   | ) |
| BROOKS BROTHERS GROUP, INC., *et al.*, | ) Case No. 20-11785 (CSS) |
|   | ) |
|   | ) (Jointly Administered) |
| Debtors.[1] | ) |
|   | ) **Related to Docket No. 530** |

**CERTIFICATION OF COUNSEL REGARDING ORDER DETERMINING THAT
THE CREDITORS' COMMITTEE IS NOT REQUIRED TO PROVIDE ACCESS
TO CONFIDENTIAL OR PRIVILEGED INFORMATION OF THE DEBTORS AND
FIXING CREDITOR INFORMATION SHARING PROCEDURES AND PROTOCOLS
UNDER 11 U.S.C. §§ 105(a), 107(b), AND 1102(b)(3) EFFECTIVE AS OF JULY 21, 2020**

The undersigned proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the Chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On August 28, 2020, the Committee filed *The Official Committee of Unsecured Creditors' Motion for an Order Determining That the Creditors' Committee is Not Required to Provide Access to Confidential or Privileged Information of the Debtors and Fixing Creditor Information Sharing Procedures and Protocols Under 11 U.S.C. §§ 105(a), 107(b), and 1102(b)(3) Effective as of July 21, 2020* (the "Motion") (Docket No. 530) with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. The Notice to the Motion established a deadline of September 4, 2020 at 4:00 pm (ET) (the "Objection Deadline") for filing and service of responses to the Motion.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A), BBD Holding 2, LLC (N/A), BBDI, LLC (N/A), Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road, LLC (7265). The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

#109863983 v1

3. Prior to the Objection Deadline the Committee received informal comments from the Debtors, which comments were resolved by revisions to the proposed form of order filed with the Motion.

4. Other than the informal response from the Debtors, the undersigned did not receive any other formal or informal response to the Motion. The undersigned further certifies that she has reviewed the docket in this case and that no response to the Motion appears thereon.

5. A revised form of order (the "<u>Revised Order</u>"), attached hereto as **Exhibit A**, has been reviewed by the Debtors, and the Debtors do not object to entry of the Revised Order.

6. Attached hereto as **Exhibit B** is a blackline reflecting the changes between the proposed form of order filed with the Motion and the Revised Order.

WHEREFORE, the Committee respectfully requests that the Court enter the Revised Order at the Court's earliest convenience.

Dated: September 9, 2020
       Wilmington, Delaware

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

<u>/s/ Evelyn J. Meltzer</u>
David B. Stratton (DE No. 960)
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: david.stratton@troutman.com
       david.fournier@troutman.com
       evelyn.meltzer@troutman.com
       marcy.smith@troutman.com

-and-

-3-

Meredith A. Lahaie (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
E-mail:  mlahaie@akingump.com
    aqureshi@akingump.com

-and-

Kate Doorley (admitted *pro hac vice*)
Julie Ann Thompson (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Tower, 2001 K Street, N.W.
Washington, DC  20006-1037
Telephone: (202) 887-4000
Facsimile:  (202) 887-4288
Email:   kdoorley@akingump.com
    julie.thompson@akingump.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**#109863983 v1**