**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
:
In re                                               :          Chapter 11
:
**BROOKS BROTHERS GROUP, INC.,** *et al.*,          :          Case No. 20-11785 (CSS)
:
Debtors.[1]                                         :          (Jointly Administered)
:
------------------------------------------------------------ x

**CERTIFICATION OF COUNSEL REGARDING**
**SCHEDULING OF OMNIBUS HEARING DATES**

The undersigned hereby certifies that the Court has provided the hearing dates set forth on the proposed order, attached hereto, for the above-captioned chapter 11 cases.

WHEREFORE, the above-captioned debtors and debtors in possession request that the Court enter the proposed order, attached hereto, at its earliest convenience.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A), BBD Holding 2, LLC (N/A), BBDI, LLC (N/A), Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); and 696 White Plains Road, LLC (7265). The Debtors' corporate headquarters and service address is 346 Madison Avenue, New York, New York 10017.

RLF1 23926641v.1

Dated: September 9, 2020
      Wilmington, Delaware

    */s/ Christopher M. De Lillo*
    RICHARDS, LAYTON & FINGER, P.A.
    Mark D. Collins (No. 2981)
    Zachary I. Shapiro (No. 5103)
    Brett M. Haywood (No. 6166)
    Christopher M. De Lillo (No. 6355)
    Sarah E. Silveira (No. 6580)
    One Rodney Square
    920 N. King Street
    Wilmington, Delaware 19801
    Telephone:  (302) 651-7700
    Facsimile:  (302) 651-7701
    E-mail:    collins@rlf.com
                shapiro@rlf.com
                haywood@rlf.com
                delillo@rlf.com
                silveira@rlf.com

    - and -

    WEIL, GOTSHAL & MANGES LLP
    Garrett A. Fail (admitted *pro hac vice*)
    David J. Cohen (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York  10153
    Telephone:  (212) 310-8000
    Facsimile:  (212) 310-8007
    E-mail:    garrett.fail@weil.com
                davidj.cohen@weil.com

    *Attorneys for Debtors and Debtors in Possession*