**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
In re                                             :    Chapter 11
:
BROOKS BROTHERS GROUP, INC., *et al.*,  :    Case No. 20–11785 (CSS)
:
Debtors.[1]                                    :    (Jointly Administered)
:
---------------------------------------------------------- x    Re: Docket No. 138

### SUPPLEMENTAL DECLARATION AND DISCLOSURE STATEMENT OF GARRETT A. FAIL ON BEHALF OF WEIL, GOTSHAL & MANGES LLP

I, Garrett A. Fail, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am a member of the firm of Weil, Gotshal & Manges LLP ("**Weil**" or the "**Firm**"), an international law firm with principal offices at 767 Fifth Avenue, New York, New York 10153 and regional offices in Washington, D.C.; Houston and Dallas, Texas; Miami, Florida; Boston, Massachusetts; Princeton, New Jersey; Redwood Shores, California; and foreign offices in London, United Kingdom; Frankfurt and Munich, Germany; Paris, France; Beijing, Hong Kong, and Shanghai, China.

2. I submit this declaration (this "**Supplemental Declaration**") as a supplement to my declaration, dated July 13, 2020 (the "**Original Declaration**")[2] filed in support

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Brooks Brothers Group, Inc. (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A), BBD Holding 2, LLC (N/A), BBDI, LLC (N/A), Brooks Brothers International, LLC (N/A); Brooks Brothers Restaurant, LLC (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); 696 White Plains Road, LLC (7265); and Brooks Brothers Canada Ltd. (N/A). The Debtors' corporate headquarters and service address is 100 Phoenix Ave., Enfield, CT 06082.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Original Declaration.

of the *Application of Debtors for Authority to Retain and Employ Weil, Gotshal & Manges LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date* (Docket No. 138).

3. This Supplemental Declaration has been prepared in accordance with paragraph 15 of the Original Declaration, which provides that Weil will supplement the disclosures in the Original Declaration to the extent required as a result of any new material relevant facts or relationships that are discovered during these chapter 11 cases. This Supplemental Declaration makes certain additional disclosures.

4. Weil has continued to implement the Firm Disclosure Procedures and update the Retention Checklist (as amended, attached hereto as **Annex 1**) and the Client Match List accordingly, particularly in light of the addition of Brooks Brothers Canada Ltd. as a Debtor, pursuant to the September 11, 2020 filing. Either I or an attorney under my supervision has reviewed the connections between Weil and the clients identified on the Client Match List and the connections between those entities and the Debtors. In each case, it has been determined that Weil does not hold or represent an interest that is adverse to the interests of the Debtors' estates and that Weil is a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

5. Weil previously has represented, currently represents, and may represent in the future the entities described below (or their affiliates) in matters unrelated to the Debtors' chapter 11 cases. The supplemental disclosure list, attached as **Annex 2** hereto, is the product of implementing the Firm Disclosure Procedures since filing the Original Declaration.

6. Weil will continue to review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. To the extent any information disclosed herein requires amendment or modification upon

3

Weil's completion of further review or as additional material, relevant facts or relationships become available, Weil will file a further supplemental declaration stating such amended or modified information.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this first of October, 2020

>                    */s/ Garrett A. Fail*
>                    Garrett A. Fail
>                    Member, Weil, Gotshal & Manges LLP