## Annex 1

**Supplemental Retention Checklist**

**Master Retention List**

- Debtors
- Debtors' Trade Names and Aliases
- Non-Debtor Affiliates and Subsidiaries
- Banks
- Bankruptcy Judges and Staff and Clerk of the Court
- Current Officers and Directors
- Former Officers and Directors
- Debtors' Professionals
- Insurance/Insurance Provider/Surety Bonds
- Landlords and Lease Counterparties
- Lenders /Agent
- Litigation Counterparties/Litigation Pending Lawsuits
- Non-Debtors Professionals
- Official Committee of Unsecured Creditors – Professionals and Members
- Ordinary Course Professionals
- Other Secured Parties (Letters of Credit/ Issuers of Letters of Credit)
- Regulatory and Government (Federal, State, and Local)
- Significant Competitors
- Significant Customers
- Significant Shareholders (more than 5% of equity)
- Taxing Authorities
- Third-Party Administrators
- Top 30 Unsecured Creditors
- UCC Lien Search Results
- United States Trustee and Staff
- Unions
- Utility Providers/Utility Brokers
- Key Vendors/Suppliers
- Other Parties in Interest / Notice of Appearance Parties

**<u>Debtors</u>**
696 White Plains Road LLC
BBD Holding 1, LLC
BBD Holding 2, LLC
BBDI, LLC
Brooks Brothers Canada Ltd.
Brooks Brothers Far East Limited
Brooks Brothers Group, Inc.
Brooks Brothers International, LLC
Brooks Brothers Restaurant, LLC
Deconic Group LLC
Golden Fleece Manufacturing Group, LLC
RBA Wholesale, LLC
Retail Brand Alliance Gift Card Services, LLC
Retail Brand Alliance of Puerto Rico, Inc.

**<u>Debtors' Trade Names and Aliases (up to 8 Years)</u>**
Brooks
Brooks Brothers
Brooks Brothers Red Fleece Café
Carolee LLC
Carolee Designs Inc.
Deconic
Global Trading Company
Retail Brand Alliance, Inc.
Southwick Apparel LLC

**<u>Non-Debtor Affiliates and Subsidiaries</u>**
Brooks Brothers (Japan) Ltd.
Brooks Brothers (Shanghai) Commercial Co. Ltd.
Brooks Brothers Australia Pty Limited
Brooks Brothers Austria GmbH
Brooks Brothers Europe S.r.l.
Brooks Brothers France SARL
Brooks Brothers Germany GmbH
Brooks Brothers Greater China Limited
Brooks Brothers Hong Kong Limited
Brooks Brothers India, Private Limited
Brooks Brothers Ireland Limited
Brooks Brothers Korea Ltd.
Brooks Brothers Macau Limited (Macau)
Brooks Brothers Malaysia SDN. BHD.
Brooks Brothers Singapore Pte. Ltd
Brooks Brothers Spain Sr
Brooks Brothers Switzerland SAGL
Brooks Brothers UK Limited

Golden Fleece Foundation Charity (DE)
Q.C. Service Limited
The Tyler Hughes Fund (DE)

**<u>Banks</u>**
All America Bank
American National Bank
Banco Popular de Puerto Rico
Bank of America
Bank of Hawaii Waipahu Center
Bank of New York
Bank of Ocean City
Bank of the Ozarks
Bank OZK (Bank of the Ozarks)
Banker's Trust
BB&T
Berkshire Bank
Citizens Bank
Core Plus Credit Union (formerly CT Community Credit Union, Inc.)
CT Community Credit Union, Inc.
Farmers Trust & Savings
Fifth Third
First Bank of the Lake
First Citizens Bank
Five Star Bank
Frost National Bank
HSBC
Huntington Sky Bank
Iberia Bank
JP Morgan Chase Bank
Key Bank
NBT Bank
Northeast Georgia Bank
Northway Bank
Optum Bank
Peoples United Bank
PNC Bank
Queenstown Bank of Maryland
Regions Bank
Royal Bank of Canada
Salem Five
Santander (Sovereign) Bank
SmartBank
SunTrust Bank
TD Bank
Unicredit SPA

United Community Bank
US Bank
Wachovia / Wells Fargo
Wells Fargo Bank
Wrentham Co-Operative Bank

**Bankruptcy Judges and Staff and Clerk of the Court of Delaware**
Honorable Christopher S. Sontchi
Honorable Ashely M. Chan
Honorable John T. Dorsey
Honorable Karen B. Owens
Honorable Brendan L. Shannon
Honorable Laurie S. Silverstein
Honorable Mary F. Walrath
Cacia Batts
Rachel Bello
Claire Brady
Laurie Capp
Robert Cavello
Catherine Farrell
Danielle Gadson
Donna Grottini
Laura Haney
Lora Johnson
Marquietta Lopez
Janet Moore
Sherry Scaruzzi
Karen Strupczewski
Cheryl Szymanski
Jill Walker
Rachel Werkheiser

**Clerk of the Court**
Una O'Boyle

**Current Officers and Directors**

       **Current Officers**
       Rachel Barnett
       Claudio Del Vecchio
       Steven Goldaper
       Andy Lew
       Mary Pytko
       Todd Treonze

       **Current Directors**

Andy Lew
Alan Carr
Claudio Del Vecchio
Matteo Del Vecchio
Gianluca Tanzi
William Transier

**Former Officers and Directors (last two years)**
Lou Amendola
Roger Lee
Giancluca Tanzi

**Debtors' Professionals (Law Firms, Accountants and Other Professionals)**
Ankura Consulting Group, LLC
Malfitano Advisors, LLC
P.J. Solomon, L.P.
Prime Clerk LLC
Richards, Layton & Finger, P.A.
Weil, Gotshal & Manges LLP

**Insurance/Insurance Provider/Surety Bonds**
Asia Insurance
Berkley Professional Liability
Canada Life
Cigna Dental Health, Inc.
EyeMed
Federal Insurance - Chubb
Fidelity and Deposit Company of Maryland
Fireman's Fund
Great American (lead)
Lloyds (Beazley)
Lloyd's, London
Navigators Specialty
Nova Insurance Consultants Ltd.
Ohio Casualty
Southwest Marine and General Insurance Company
The Hartford
The Hartford Life and Accident Insurance Company
Travelers

**Landlords and Parties to Leases**
1 All Souls Crescent, LLC
1-10 Bush Terminal Owner LP
110 Bloor Street West, Inc.
125 Main Street Associates, LLC

215 West Tenth Street LLC
25 East 86th Street Corp.
251 W. 87 St. Associates
3067 M Street, LP
346 Madison Avenue, LLC
385 5th Avenue, LLC
475189 British Columbia Ltd.
54 Greene Street Realty Corp
701 N. Michigan LLC
75 State Owner LLC
AAT Waikele Center LLC
Acadia Realty Trust
ADCO Kittery LLC
ADCO Outlets LLC
Advanced Communications
American Assets Trust Management LLC
Asheville Retail Associates LLC
Atlanta Outlet Shoppes LLC
Atlantic City Associates
Augusta Properties IN
Aventura Mall Venture
Bayer Properties LLC
Bayer Retail Company LLC
Bayshore Shopping Center Property Owner, LLC
Bedrock Detroit
Bell Tower Campus Inn Limited Partnership
Berenson Associates, Inc.
Berenson Freeport Associates LLC
BFO Factory Shoppes LLC
Birch Run Outlets II, LLC
Blugrass Outlet Shoppes CMBS, LLC
Brookfield Financial Properties LP
Brookfield Financial Properties, LP
Brookfield Properties 75 State Co. LLC
Brooks, Torrey & Scott Inc.
c/o Daniel Realty Company LLC
c/o The Festival Companies
Canal Place
CBL & Associates Management Inc.
CBRE
CEC Leaseholds, Inc.
Chagrin Retail LLC
Chelsea Limrick Holdings LLC
City Center 33 South Property, LLC
Cityplace Company
Colliers International

Colorado Mills, LP
Columbus Outlets LLC
Concord Mills, LP
COROC/Hilton Head I LLC
COROC/Lakes Region LLC
COROC/Riviera LLC
CPG Mercedes LP
Craig Realty Group- Cast Rock LL
CrossIron Mills Holdings, Inc.
CSC
Cushman & Wakefield Asset Services, Inc.
CVMall Holdings, LLC
Cypress Equities Managed Services, LP
Dahlmann Apartments Ltd.
Danury Mall, LLC
Del Amo Fashion Center Operating Company LLC
Divaris Property Management Corp
Dixie Development Company
Dolphin Mall Associates LP
Don Glisovich
EastBanc, Inc.
Eastview Mall, LLC
Ed & Ed T Enterprises, LLC
El Paso Outlet Center CMBS LLC
ERY RETAIL PODIUM LLC
EuroWest Properties, Inc.
EuroWest Retail Partners Ltd.
Evergreen Walk Lifestyle Center LLC
Fader Enterprises
Fashion Outlets at Foxwoods LLC
Fashion Outlets of Santa Fe LLC
Federal Realty Investment Trust
Fifth Avenue of Long Island Realty Assoc.
First Sterling Corporation
First Sterling Greenwich Corp
Forbes Taubman Orlando LLC
Forbes/Cohen Florida Properties, LP
Forum Shops LLC
Franklin Mills Associates LP
Galveston Outlets LLC
Gerel Corp.
Gettysburg Outlet Center LP
GGP- Providence Place LLC
Glenwood Management Corp.
Glimcher Supermall Ventures LLC
Green Hills Mall TRG LLC

Greenbrier Technology Center II Associates LLC
Greenville Three LLC
Grosvenor Urban Maryland, L.P.
H&S Properties Development Corp.
Heitman Capital Management
Help II, LLC
HG Galleria I II III LP
Hines
Hocker Oxmoor LLC
Horizon Group Properties L.P.
Horizon Group Properties LP
Incline Properties
Ivanhoe Cambridge II Inc.
Ivanhoe Cambridge, Inc.
Jonathan Club
Jones Lang LaSalle
Karass Broadway 901, LLC
Karass Broadway 90, LLC
Karass Development Company, Inc.
KBRC Realty, LLC
Kenwood Mall LLC
King of Prussia Associates
King Street Partners LLC
Kleban Darien, LLC
La Cantera Retail Limited Partnership
La Cienega Partners Limited Partnership
Laredo Outlet Shoppes, LLC
Leawood TCP LLC
Lebanon Realty LLC
Leeds Retail Center, LLC
Legacy Asset Management LLC
Legacy Place Properties LLC
Lexington Retail Company LLC
Liberty Realty Outlet LLC
Lori-Zee Corp
Love is Next Door LLC
Love Realty Walking Street
LPC Commercial Services, Inc.
M.S. Management Associates Inc.
M.S. Management Associates, Inc.
Macerich Niagara, LLC
Manchester Square Partners LP
McArthur Glen Designer Outlet Vancouver
McKinney LP
Mid-America Asset Management, Inc.
Miromar Outlet West LLC

Montour Way Associates
Namdar Realty Group
Namdar Realty Group LLC
Nassau Inn LP
Natick Mall, LLC
Ned Altoona LLC
Ned Little Rock LLC
New England Development
New England Development
North American Properties
Northshore Mall LP
O'Connor Property Management
Oakbrook Shopping Center LLC
OK City Outlets LLC
OKC Outlets I LLC
Old Dominion Realty Associates, LLC
Old Orchard Urban LP
Omaha Outlets SPE LLC
Opry Mills LP
Orlando Corporation
Orsid Realty Corp.
OTC Stonefield Property Owner LLC
Outlet Mall of Savannah LLC
OVP Management Inc.
Oxford Properties Group Inc.
Oxmoor Center
Palm Beach Outlets I LLC
Palmer Square Management, LLC
Penns Market II LP
Perimeter Mall Venture LLC
PFP Columbus II LLC
PGIM Real Estate
Phillips Place Management Corp.
Phillips Place Partners LLC
Plaza Frontenac
Plaza Internacional Puerto Rico LLC
Poag Shopping Centers LLC
Potomac Mills LP
PR Avalon Phase II Owner, LLC
Premiere Equities Group, LLC
Premium Outlets
Premium Outlets/Simon
Raisin Industries LLC
RCB 7824 LLC
RCPI Landmark Properties LLC
Regal Trust

Renaissance @ Colony Park LLC
Rich- Taubman Associates
Rich-Taubmann Associates
Riverside Square LP
RioCan Management Inc.
Robert L. Stark Enterprises, Inc.
Royal Bank Plaza
RPAI Southwest Management LLC
Ryan Companies US, Inc.
S.R Weiner & Associates, Inc.
Sagemore Management LLC
Saucon Valley Lifestyle Center LP
Sawgrass Mills LP
SDG Fashion Mall, LP
Settlers' R2 Inc.
Shops at Friendly Center
Shops at Saddle Creek, Inc.
Short Hills Associates LLC
Silver Sands GL I LLC
Simon Property Group
Simon Property Group LP
Simon/Clarksburg Development
Singerman Real Estate, LLC
Somerset Collection LP
South Street Seaport
Southpoint Mall LLC
SPG Center LLC
SRE Boardwalk, LLC
SRE Hawkeye, LLC
SRE Ontario, LLC
St. George Outlet Development LLC
Staenberg Group Inc.
Starwood Retail Property Management, LLC
STJTC II LLC
Stoltz Management of DE Inc.
Stony Point Associates LLC
Street Retail, Inc.
Swinburne Row Retail, LLC
Tampa Premium Outlets, LLC
Tanger Charleston LLC
Tanger Daytona LLC
Tanger Fort Worth LLC
Tanger Grand Rapids LLC
Tanger Management LLC
Tanger National Harbor LLC
Tanger Outlet Centers

Tanger Properties LP
Taubman - Cherry Creek, L.P.
Taubman Auburn Hills Associates, LP
Taubman Landlords
TB Mall at UTC LLC
Tejon Industrial Corp.
Templeton DOC LP
TFN Commercial Lands Corporation
The Clinton Exchange
The Falls LP
The Forbes Company LLC
The Gardens on El Paseo, LLC
The Grove Fee Owner, LLC
The Howard Hughes Corporation
The Irvine Company LLC
The Outlet Collection (Niagara) Limited
The Outlet Shoppes at El Paso
The Outlet Shoppes at Oshkosh
The Propeller Co.
The Related Companies, L.P.
The Retail Property Trust
The Rookery LP
The Shops at Summerlin North LP
The Simpson Organization Inc.
The Streets of Southpoint
The Talisman Companies
The Taubman Company
The Town Center at Boca Raton Trust
Third Holdings, LLC
Three World Financial Center
Trademark Management Ltd.
Trademark Management, Ltd.
TRCC/ROCK Outlet Center, LLC
TSG Chesterfield Lifestyle LLC
TSO Vero Beach LP
Tucson Premium Outlets
Turnberry Aventura Mall Company, Ltd.
TWC Tuscon LLC
Tysons Corner Holdings LLC
Unico Properties Inc.
Unizo Real Estate DC One, LLC
Vanderbilt Equities Corp.
Walt Whitman Mall LLC
Waterside at Pelican Bay LLC
Warrington PCI Management
West 64th Street, LLC

Westchester Mall LLC
Westchester Village Square, LLC
Westfarms Mall LLC
Westfield LLC
Wheatley Plaza Associates
Whole Management
Williamsburg Outlets LLC
Wilson Canal Place II, LLC
Willow Bend Shopping Center LP
W-LD Legends Owner VII, LLC
WMACH LLC
WS Asset Management, Inc.
WS/CIP II Tampa Owner LLC
WS Tampa Owner LLC

**Lenders / Agents**

**Term Loan Lenders**
1903 Partners, LLC
Brand Funding, LLC

**ABL Lenders / Agent**
Wells Fargo Bank, National Association
JPM Morgan Chase Bank, N.A.
Bank of America, N.A.
TD Bank, N.A.
Citibank, N.A.

**DIP Lenders / Agent**
ABG-BB, LLC

**Other Promissory Note Holders/Lenders**
Castle Apparel Limited
CDV 2010 Annuity Trust U/A/D 04/20/10
Delfin S.Á R.L.
DV Family LLC
JPMorgan Chase Bank, N.A.
The CDV 2015 Annuity Trust
The Del Vecchio Family Trust

**Litigation Counterparties/Litigation Pending Lawsuits (includes threatened litigation)**
1 All Souls Crescent, LLC
Borunda
Brooks Sports, Inc.
Campana 125, LLC
Delina Phipps

Hartford Fire Insurance Company
Kleban Darien, LLC
People's United Bank
Rob Richardson
Janet D. Siegler
Simon Property Group
Verjouhie Boyajian

**Non-Debtors Professionals (law firms, accountants, and other professionals)**
Choate, Hall & Stewart LLP
Fried, Frank, Harris, Shriver & Jacobson LLP
Mackinac Partners, LLC
Morgan, Lewis & Bockius LLP
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Potter Anderson & Corroon LLP
Reed Smith LLP
Wachtell Lipton Rosen & Katz
Womble Bond Dickinson (US) LLP

**Official Committee of Unsecured Creditors – Members**
39-15 Skillman Realty Co. LLC
FedEx Corporate Services: Holder
Workers United, affiliated with SEIU
Trajes Mexicanos SA de CV
Swiss Garments Co.
PT. Ungaran Sari Garments
Pension Benefit Guaranty Corp.

**Official Committee of Unsecured Creditors – Professionals**
Akin Gump Strauss Hauer & Feld LLP
Troutman Pepper Hamilton Sanders LLP
FTI Consulting, Inc.

**Ordinary Course Professionals**
Aird Berlis, LLP
Anderson Mori & Tomotsune
Baker & McKenzie LLP
Callet Law, LLC
Crowell & Moring LLP
Deloitte & Touche LLP
DLA Piper
Epstein Becker & Green
Gibson, Dunn & Crutcher
Greenberg Traurig, LLP
Harris, St. Laurent & Chaudhry LLP
Hodgson Russ LLP

Kluk Farber Law PLLC
KPMG LLP
Law Offices of David W. Rubin
Littler Mendelson
Mark Migdal & Hayden
McCarthy Tétrault LLP
McConnell Valdes
Miller Thomson
Mintz Levin Cohn Ferris
Morrison Cohen
Perlman & Perlman LLP
Reid and Riege, P.C.
RJ Lind, LLC
Schiff Hardin LLP
Taft Stettinius & Hollister
The Boston Consulting Group
Vorys, Sater, Seymour & Pease LLP
Williams & Jensen
Winston & Strawn

**Other Secured Parties (letters of credit / issuers of letters of credit)**
Unicredit S.p.A. – New York Branch

**Regulatory and Government (federal, state, and local)**
Agriculture Marketing Service (AMS)
Animal and Plant Health Inspection Service (APHIS)
APHIS Trade
Centers for Disease Control and Prevention (CDC)
Consumer Product Safety Commission (CPSC)
Department of Agriculture (USDA)
Department of Commerce
Department of Health and Human Services (HHS)
Department of Interior
Enforcement and Compliance within the International Trade Association
Environmental Protection Agency (EPA)
Federal Communications Commission (FCC)
Federal Drug Administration (FDA)
Fish and Wildlife Service (FWS)
Food Safety and Inspection Service (FSIS)
Foreign Agriculture Service (FAS)
Internal Revenue Service (the) (IRS)
Office of Textiles and Apparel
Securities and Exchange Commission (the) (SEC)
United States Attorney's Office for the District of Delaware (the)

**State Consumer Protection Authorities**

Commonwealth of Massachusetts Consumer Protection Division
District of Columbia Consumer Protection Division
State of Alabama Consumer Protection Division
State of Arizona Consumer Information and Complaints
State of Arkansas Consumer Protection Division
State of California Consumer Information Division
State of Colorado Consumer Protection Section
State of Connecticut Consumer Protection Division
State of Delaware Consumer Protection Division
State of Florida Consumer Protection Division
State of Georgia Consumer Protection Division
State of Hawaii Consumer Protection Division
State of Idaho Consumer Protection Division
State of Illinois Consumer Fraud Bureau
State of Indiana Consumer Protection Division
State of Iowa Consumer Protection Division
State of Kansas Consumer Protection Division
State of Kentucky Consumer Protection Division
State of Louisiana Consumer Protection Section
State of Maine Consumer Protection Division
State of Maryland Consumer Protection Division
State of Michigan Consumer Protection Division
State of Minnesota Consumer Services Division
State of Mississippi Consumer Protection Unit
State of Missouri Consumer Protection Unit
State of Nebraska Consumer Protection Division
State of Nevada Consumer Protection Division
State of New Hampshire Consumer Protection and Antitrust Bureau
State of New Jersey Consumer Affairs Division
State of New Mexico Consumer Protection Division
State of New York Consumer Protection Division
State of North Carolina Consumer Protection Division
State of Ohio Consumer Protection Section
State of Oklahoma Consumer Protection Division
State of Oregon Financial Fraud/Consumer Protection Section
State of Pennsylvania Bureau of Consumer Protection
State of Rhode Island Consumer Protection Division
State of South Carolina Consumer Protection Division
State of Tennessee Consumer Affairs Division
State of Texas Consumer Protection Division
State of Utah Consumer Protection Division
State of Vermont Consumer Protection Division
State of Virginia Consumer Protection Section
State of Washington Consumer Protection Division
State of Wisconsin Consumer Protection Division

**<u>Significant Competitors</u>**
Banana Republic
Boggi
Canali
Charles Tyrwhitt
Corneliani
Gant
Hackett
Herringbone
Hugo Boss
La Martina
Pal Zieri
Peter Millar
Ralph Lauren
Rhodes & Beckett
Suitsupply
T.M. Lewin
Thomas Pink
Tommy Hilfiger
Vinyard Vines

**<u>Significant Customers</u>**
A.S. Cooper
Armin Systems Limited
Bloomingdales
Danti Co Ltd.
Dillards, Inc.
Gant Central Europe S.R.O.
I Nostri Fratelli, S. de R.L. de C.V.
Jashanmal National Company LLC
Kiddies Edges Co Ltd.
Komax S.A.
Lord & Taylor LLC
M.L.R. Yan Ltd.
Macy's
Nordstrom, Inc.
Store Specialists Inc.
The Iconic
The Paradies Shops, LLC
TJ Maxx
United Airlines, Inc.
Zalora South East Asia Pte. Ltd.

**<u>Significant Shareholders</u>**
Castle Apparel Limited
Delfin S.A R.L.

DV Family LLC
The CDV 2015 Annuity Trust
The Del Vecchio Family Trust

Taxing Authorities
Alabama Department of Revenue
Alamance County
Anne Arundel County
Arizona Department of Revenue
Arkansas Secretary of State
Arlington ISD
Baldwin County
Beaufort County
Bexar County
Birch Run Township
Borough of Shrewsbury
Broward County
Buncombe County
Byron Township
Cabarrus County
California State Board of Equalization
California Travel & Tourism Commission
Camden County Collector
Canada Revenue Agency
Centro de Recaudacion de Ingresos Municipales
Charleston County
Chatham County
Cherokee County
City of Alpharetta
City of Ann Arbor
City of Atlanta
City of Auburn Hills
City of Auburn, Washington
City of Aventura
City of Birmingham
City of Boca Raton
City of Boston
City of Camarillo
City of Carlsbad
City of Charleston
City of Chesterfield
City of Chicago
City of Danbury
City of Daytona Beach
City of Des Peres
City of Dunwoody

City of Elizabeth
City of El Paso
City of Foley
City of Foley, Alabama
City of Frontenac
City of Gaffney
City of Germantown
City of Gilroy
City of Glendale
City of Greenville
City of Gretna
City of Grosse Pointe Farms
City of Laredo
City of Las Vegas
City of Leawood
City of Leeds
City of Little Rock
City of Livermore
City of Locust Grove
City of Mercedes
City of Napa
City of New Orleans
City of Newport
City of Newport Beach
City of Newton
City of New York
City of North Charleston
City of Orlando
City of Osage Beach
City of Oshkosh
City of Palm Beach Gardens
City of Palm Desert
City of Peabody
City of Petaluma
City of Pooler
City of Portland
City of Providence
City of Richmond
City of Ridgeland
City of San Diego
City of Santa Fe
City of Seattle
City of Simpsonville
City of Somerville
City of St. Matthews
City of Sunrise

City of Sweetwater
City of Tampa
City of Torrance
City of Troy
City of Vancouver
City of Virginia Beach
City of West Palm Beach
City of Woodstock
Clark County
Collier County
Collin County Tax Assessor/Collector.
Colorado Department of Revenue
Connecticut Department of Revenue Services
County of Alameda
County of Albemarle
County of Bucks
County of Fairfax
County of Loudoun
County of Orange, Weights & Measure
County of Riverside
County of San Diego
County of Santa Clara
County of Sonoma
County of Volusia
Cypress - Fairbanks ISD
Dallas County
Darien
Dawson County
Dekalb County
Delaware Division of Revenue
Delaware Secretary of State
Denton County
Departamento de Hacienda
Department of Revenue City of Haverhill
Department of State of Puerto Rico
Douglas County Collector
Durham County
Farmington
Fayette County
Florida Department of Revenue
Fort Bend County
Franchise Tax Board
Fulton County
Galveston County MUD
Georgia
Georgia Department of Revenue

Gila River Indian Community
Gonzales City Hall
Greenville County
Guilford County Tax Department
Harris County
Hawaii Department of Taxation
Hays County
Henry County
Hidalgo County
Horry County
Howell Township
Idaho State Tax Commission
Illinois Department of Revenue
Indiana Department of Revenue
Internal Revenue Service
Iowa Department of Revenue
Iowa Secretary of State
Jackson County
James City County
Jefferson County
Johnston County
Kansas Department of Revenue
Kentucky Department of Revenue
King County Finance
Laporte County
Laredo I.S.D.
Ledyard
Lee County
Los Angeles County
Louisiana Department of Revenue
Louisiana Secretary of State
Maine Department of Revenue Services
Manatee County Tax Collector
Maricopa County
Marion County
Massachusetts Department of Revenue
Mecklenburg County
Mercedes ISD
Miami-Dade County
Michigan Department of Treasury
Minnesota Department of Revenue
Mississippi Department of Revenue
Missouri Department of Revenue
Montgomery County, Maryland
Napa County
Nebraska Department of Revenue

Nebraska Secretary of State
Nevada Department of Taxation
Nevada Secretary of State
New Jersey Division of Taxation
New Mexico Secretary of State
New Mexico Taxation and Revenue Department
New York City Department of Finance
New York City Dept. of Finance
New York Department of State's Division of Corporations
New York Dept. of Health and Human Services
New York State Department of Taxation and Finance
North Carolina Department of Revenue
North Carolina Secretary of State
Nueces County
Ohio Department of Taxation
Oklahoma County Treasurer
Oklahoma Tax Commission
Orange County
Oregon Secretary of State
Palm Beach County
Pasco County
Pennsylvania Department of Revenue
Pima County
Prince George's County, MD
Prince William County
Pulaski County
Queenstown
Rhode Island
Sampson County
San Diego County
San Francisco
San Marcos CISD
Santa Fe County
Sarasota County
Sevier County
Shelby County
Snohomish County
South Carolina
South Dakota Department of Revenue and Regulation
State Corporation Commission
State of California
State of Maryland
State of New Hampshire
State of New Jersey CBT 150
State of New York-Dept. of Labor
State of North Dakota

State of Rhode Island
State of Texas
State of Wyoming
Summit County
Tarrant County
Tennessee Department of Revenue
The City of Calgary
The Tulalip Tribes
Town of Castle Rock
Town of Clinton
Town of Dedham
Town of Enfield
Town of Freeport
Town of Greenwich
Town of Kittery
Town of Lee
Town of Leesburg
Town of Leesburg, Virginia
Town of Marana
Town of Natick
Town of Niagara
Town of Palm Beach
Town of South Windsor
Town of Westport
Town of Wrentham
Tsawwassen First Nation
Unified Government Business License
Upper Merion Township
US Customs & Borders
Utah Division of Corporations & Commercial Code
Utah State Tax Commission
Ventura County
Vermont Agency of Agriculture
Vermont Department of Taxes
Village of Birch Run
Village of Pleasant Prairie
Village of Skokie
Virginia Department of Taxation
Wake County
Walton County
Washington County
Washington State Department of Revenue
Webb County
Williamson County
Wilson County
Wisconsin Department of Revenue

Woodlands Metro Center MUD
Worcester County

**Third-Party Administrators**
Automatic Data Processor, Inc.
Computer and Technology Holdings
EZ Labour
Fidelity Investments
Leadtec
Magnal
Pay@Work
Strategic Retirement Partners, LLC
United Healthcare National Accounts
WageWorks Inc.

**Top 30 Unsecured Creditors**
Adventura Mall Venture
Amalgamated National
Bagir International, Inc.
Borderfree, Inc.
Calvelex, S.A.
Di. Conf. SRL
Epic Designers Limited
Esquel Enterprises Limited
Excellent Jade Limited
FedEx ERS
Georgetown Renaissance, LP
Grosvenor Urban Retail, LP
Kleban Darien LLC
KPMG
Manhattan Associates
MD Contract SRL
Pespow S.P.A.
Pt Eratex Djaja Tbk
Pt Unagaran Sari Garments
RCPI Landmark Properties, LLC  c/o Tishman Speyer Properties
Salesforce.Com, Inc.
Swiss Garments Company
T.U.W. Textile Co., Ltd.
Teacher's Insurance
Trajes Mexicanos S.A. De C.V.
Tyson's Corner Holdings, LLC
Universal Express (Garments) Ltd.
Winner Way Industrial Limited
Winston & Strawn
Yee Tung Garment Company Limited

**UCC Lien Search Results**
Brand Funding, LLC
Everbank Commercial Finance, Inc.
GE Capital Retail Bank
General Electric Capital Corporation
Ikon Financial Svcs.
Macquarie Equipment Finance, LLC
Monogram Credit Card Bank of Georgia
Northstar Pulp & Paper Co., Inc.
Retail Credit Card Corporation
Wells Fargo Bank, National Association

**United States Trustee and Staff for the District of Delaware**
Robert Agarwal
Lauren Attix
David Buchbinder
Linda Casey
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
Diane Giordano
Christine Green
Benjamin Hackman
Jeffrey Heck
Jane Leamy
Hannah M. McCollum
James R. O'Malley
Michael Panacio
Linda Richenderfer
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Rosa Sierra
Karen Starr
T. Patrick Tinker
Andy Vara
David Villagrana
Ramona Vinson
Dion Wynn

**Unions**
The 124, Chicago & Midwest Regional Joint Board of the Union of Needletraders, Industrial and Textile Employees A/W Workers United/SEIU
The 188, The Mid-Atlantic Regional Joint Board of Workers United
The Local 42J, Western States Regional Joint Board,

The Local 584, Pennsylvania Joint Board of Workers United, SEIU,
The Local 5, Chicago and Midwest Regional Joint Board, Workers United A/W SEIU:
The 177, The New England Joint Board, Unite Here
The Local 55D, Workers United, Western States Regional Joint Board,
The Local 352, Philadelphia Joint Board, Worker's United
The 187, The New England Joint Board, Unite Here
The Local 340 and Local 340A, New York New Jersey Regional Joint Board;
The Local 2604, Southern Region Workers United SEIU
The Local 25, New York New Jersey Regional Joint Board Workers United A/W SEUI
The Local 253C, New York New Jersey Regional Joint Board Workers United A/W SEIU
The 400, United Food & Commercial Workers International Union
The Local 250C, New York New Jersey Regional Joint Board Workers United A/W SEIU

**<u>Utility Providers/Utility Brokers</u>**
Abe's Trash Service
ACA Waste Services, Inc.
Action Environmental Services
ADT
Alabama Power
All States Mall Services, II
Alliant Energy/IPL
Alluvion Communications, Inc.
Ameren Missouri
Apex Billing Solutions
Aquarion Water Company of CT
AT&T
AT&T Mobility
Atlantic City Electric
Atmos Energy
AW Billing Service LLC
Baldwin EMC
BC Hydro
BCM One
Berkshire Gas Company
BGE
Black Hills Energy
Bluebonnet Electric Cooperative
Board of Public Works-Gaffney, SC
Boston Water and Sewer Commission
Brask Mall Service I
Brask Mall Services
BullsEye Telecom
Butterfield 8
Casella Waste Systems
CenterPoint Energy
Central Hudson Gas & Electric Co

Central Maine Power (CMP)
Centurylink
Charter Communications
Chelsea Sanitation Service Inc.
Cintas Fire Protection
Citizens Energy Group
City Carting & Recycling
City of Asheville, NC
City of Aurora, OH
City of Beverly Hills, CA
City of Charlottesville, VA
City of Clinton
City of Clinton, NC
City of Haverhill
City of Haverhill, MA
City of Oshkosh, WI
City of Palo Alto Utilities, CA
City of Philadelphia - Water Revenue, PA
City of Richmond, VA
City of Seattle/Seattle Public Utilities
City Treasurer-Public Utilities Dept.
Columbia Gas
Columbia Gas of Kentucky
Columbia Gas of Massachusetts
Com Ed
Comcast
Con Edison
Conedison
Conservice
Consolidated Edison Co.
Constellation New Energy, Inc.
Consumers Energy
Cornerstone Communications
CoServ
Cox Sanitation
Cox Communications
CPS Energy
Crown Castle Fiber, LLC
Dead River Company
Delmarva Power
DGA Security Systems, Inc.
Directv
Dominion Energy
Dominion Energy North Carolina
Dominion Energy Ohio
Dominion Energy South Carolina

Dominion VA/NC Power
DTE Energy
Duke Energy Progress
Duquesne Light Company
E.J. Harrison & Sons
Eastern Propane & Oil
EATEL
Elizabethtown Gas
Enbridge Consumers Gas
Entergy Arkansas, Inc.
Entergy Gulf States LA, LLC
Entergy Mississippi, Inc.
Entergy New Orleans
Entergy Texas, Inc.
Evergy KS MO Metro MO West
Eversource Energy
Evesham Municipal Utility Authority
Falso Carting
Finocchio Brothers
Flood Brothers Disposal
Florida Power & Light Company (FPL)
FortisBC-Natural Gas
Frontier
GC Pivotal, LLC
Georgia Power
GFL Environmental
Grande Communications
Granite Telecommunications
Green Mountain Power Corporation
Gulf Power
Hargray Communications
Hotwire Communications
HTC
IEM
Indian River County Utilities, FL
Indianapolis Power & Light (IPL)
Industrial Carting
Infinite Energy Inc.-Gas
Intermountain Rural Electric Association
Jackson Electric Membership Corp, GA
James R. Santaguida LLC
Jersey Central Power & Light
Johnson Controls Security Solutions
JRM Hauling
Kansas City Board of Public Utilities
Kansas Gas Service

Keter Environmental Service
KMG Hauling
KU-Kentucky Utilities Company
LA Department of Water & Power
LG&E - Louisville Gas & Electric
Liberty Utilities - NH
Liverpool Carting Co.
Liverpool Carting Co., Inc.
M & M Sanitation Corp.
Memphis Light, Gas & Water Division
Mendenhall Fuel Inc.
MidAmerican Energy Company
Middle Tennessee Electric Membership
Nashville Electric Service
National Fuel
National Grid
National Grid Electric
National Grid Gas
National Waste Services, LLC
New Hampshire Electric Cooperative, Inc.
New Jersey American Water Company
New Mexico Gas Company
Niagara-on-the-Lake Hydro Inc.
Nicor Gas
NIPSCO - Northern Indiana Public Serv. Co.
NJNG
Northern Virginia Electric Cooperative
Northstar Disposal
Northstar Pulp & Paper
NV Energy/30150 South Nevada
NYC Water Board
NYSEG - New York State Electric & Gas
OG&E - Oklahoma Gas & Electric Service
Ohio Edison
Oklahoma Natural Gas Co: Kansas City
Olympic II Mall Services
Omaha Public Power District
OPENTEXT, INC.
OPTIMUM
Orange and Rockland Utilities (O&R)
Orlando Utilities Commission
Pacific Gas & Electric
Pacific Power-Rocky Mountain Power
Palmetto Electric Coop
Patriot Disposal
Peabody Municipal Light Plant

28

PECO
Penn Power
Peoples Gas
PEPCO (Potomac Electric Power Company)
PG&E
Philadelphia Gas Works
Piedmont Natural Gas
PNM
Potomac Edison
PPL Electric Utilities/Allentown
PSE&G - Public Service Elec & Gas Co
PSEGLI
Puget Sound Energy
Recology Golden Gate
Recology King County
Republic Services #323
Republic Services #529
RWS Facility Services
Salish Networks, Inc.
San Diego Gas & Electric
Sandpiper Energy Inc.
Santee Cooper
Sawnee EMC
Scana Energy
Sevier County Electric System
Sevier County Utility District (SCUD)
Shelby Energy Cooperative, Inc. /KY
Snohomish County PUD
SoCalGas
South Huntington Water District
South Jersey Gas Company
South Walton Utility Co.
Southern California Edison
Southern California Gas (The Gas Co.)
Spire/Birmingham
Sterling Carting
Suburban Propane
SWG - Southwest Gas Corporation
Systems Plus
T.I.P. Rural Electric Cooperative (REC)
Teco Tampa Electric Company
Telagility Corp.
The Connecticut Water Company - CWC
Time Warner Cable
T-Mobile
TOG

Toronto Hydro Electric System
Town of Garland
Town of Smithfield, NC
UGI Utilities Inc.
Upper Merion Sewer Revenue
US Utilities
USA Hauling
USA Hauling & Recycling
Utility Billing Solutions, LLC
Veolia Energy Boston, Inc.
Verizon
Vermont Gas Systems, Inc.
Village of Birch Run, MI
Virginia Natural Gas
Warwick Allerton Hotel
Washington Gas
Waste Connections
Waste Connections of Florida
Waste Management of Massachusetts, Inc.
WCA Waste Systems
WE Energies/Wisconsin Electric/Gas
Westport Downtown Merchants
Windstream
Winter Bros. Hauling
Wisconsin Public Service
WM Corporate Services
Wyse Meter Solutions Inc.
Xcel Energy
Xchange Telcom Corp.
XO Communications, Inc.

**Key Vendors/Suppliers (includes critical, foreign, common carrier, shippers, warehousemen, customs duties, brokers charges, facilities provider, and third party)**
Above All Design Group, Inc.
Alsac/St. Jude Research Children's
Amalgamated National Health Fund
Amazon Web Services, LLC
American Express Travel Related
Ashear and Company
BOC International Inc.
Bumsei Co., Ltd.
C.H. Robinson Worldwide (HK) Ltd
Cairo Malaga Mfg. & Embroidery
Calvelex, S.A.
Calzaturificio Navayos S.R.L.
Century Profit Ltd.

Cheer Mark Industrial Ltd.
Chengdu Guoxin China United
Chubb Hong Kong Limited
Chung Kwong Printing Company
Comestri HK Ltd.
Commission Junction
Computergate Australia Pty. Ltd.
Confezioni Benetti Srl
Corporate Travel Management Ltd.
Cotonificio Albini Spa
CSL Mobile Limited
Daidoh Forward Ltd.
DCI Korea Inc.
DHL Express (Hong Kong) Ltd.
Di. Conf. Srl
DSV Air & Sea Ltd.
E.F.T. Tax Payments
Echo Lake Industries Ltd.
Egedeniz Tekstil
Engie Insight Services, Inc.
Epic Designers Limited
Epsilon Data Management, LLC
Expeditors Hong Kong Limited
Expeditors International
Expert Customs Brokers
Facebook, Inc.
Federal Express (Hong Kong) Limited
FedEx
FILA USA Inc.
Fimmick Crm Ltd.
Frog Co., Ltd.
Georgetown Renaissance, LP
Global Call Limited
Google, Inc.
Gunze Limited
Hangzhou Acinz Furnishings Co Ltd
Hi Way Co Ltd.
HK Staffs
HKIC Human Resources Services
J & Y International Textile Co. Ltd.
Kerry Coffee (HK) Ltd.
Lardini S.R.L.
Lemie S.P.A.
Lenox Square
Loro Piana S.P.A.
Luxottica U.S. Holdings Corporation

Mandarin Clothing Co., Ltd.
Manhattan Associates
Manulife Provident Funds Trust
Marelli & Berta S.A.S.
MD Contract Srl
Mi Tesoro Co., Ltd.
Modifashion Display Ltd.
Multifreight (H.K.) Ltd.
NFP
NRCM, Inc.
NST Apparel (HK) Limited
Oracle Systems HK Ltd.
Ors Group Corporation
Pespow SPA
Pt Eratex Djaja TBK
Pt Pinnacle Apparels
Pt Ungaran Sari Garments
R.K. Industries - IV
Ratti Spa
Retail Construction Services, Inc.
Rochester Shoe Tree Co.
Salesforce.Com, Inc.
Sedgwick Claims Management Services
Shanghai Jump Display Co. Ltd.
Sino Estates Management Limited
Skillnet Solutions Incorporated
Smartone Mobile Communications Ltd.
South Asia Knitting Factory Ltd.
Stephen Walters & Sons Ltd.
Swiss Garments Company
Systems Plus Solutions USA LLC
T.U.W. Textile Co., Ltd.
TAL Global Alliances Limited
Teachers Insurance and Annuity
The Trafalgar Co. LLC
Trabaldo Togna Spa
Tradelink Electronic Commerce Ltd
UL Italy
UL Vs Hong Kong Limited
UTI (HK) Ltd.
Vanners Silk Weavers
Vayner Media, LLC
VCC Land Limited
Vitale Barberis Canonica
Winner Way Industrial Limited
Winsystem International

Yee Tung Garment Company Limited
Zhejiang Vision Textile Co Ltd

**Other Parties in Interest/Notice of Appearance Parties**
11 East 44th Street, LLC
2015 Omega Trust U/A/D 9-16-2015
346 Madison Avenue, LLC
American Lebanese Syrian Associated Charities, Inc.
Authentic Brands Group LLC
Busana Apparel Group
CDV 2015 Annuity Trust U/A/D 9-16-2015
CDV Holdings LLC
Concur Technologies, Inc.
Del Vecchio Family Trust U/A/D 2-9-2006
Destiny USA Holdings, LLC - Destiny USA
DV Family, LLC
Eastern Opportunity Fund LLC
Gettysburg Outlet Center CMBS, LLC - The Outlet Shoppes at Gettysburg
IMI MSW LLC
Iron Mountain Information Management, Inc.
Pitney Bowes, Inc.
Pyramid Management Group, LLC
Randa Accessories Leather Goods LLC
SAP America, Inc.
SAP Industries, Inc.
Simon Property Group, Inc.
SPARC Group LLC
SuccessFactors, Inc.
The Amalgamated Insurance Fund
The Amalgamated Retail Retirement Fund
The CDV Trust
The National Plus Plan
The National Retirement Fund
Town Square Ventures, L.P.
Turnberry Associates
United HealthCare Services, Inc.
UnitedHealthcare Insurance Company
Urban Old Orchard Limited Partnership - Old Orchard
Walton Brown BB Limited
Walton Brown JC HK Limited
Washington Prime Group Inc.
Wells Fargo Vendor Financial Services LLC
Westfair, Inc.
WH HOLDCO, LLC, an affiliate of WHP Global
Experian Marketing Solutions, LLC.