**<u>Annex 2</u>**

**Supplemental Disclosure List**

**Brooks Brothers Supplemental Disclosure**

| Matched Entity | Relationship to Debtors | Relationship to Weil |
|---|---|---|
| Citibank, N.A. | Lenders / Agent | **Affiliate or Subsidiary of Current Client** |
| Concur Technologies, Inc. | Notice of Appearance Party/Interested Party | **Current Client** |
| Cox Communications | Utility Providers/Utility Brokers | **Affiliate or Subsidiary of Current Client** |
| FTI Consulting, Inc. | Official Committee of Unsecured Creditors – Professionals | **Current Client** |
| Iron Mountain Information Management, Inc. | Notice of Appearance Party/Interested Party | **Affiliate or Subsidiary of Current Client** |
| Ivanhoe Cambridge II Inc. | Landlords and Parties to Leases | **Affiliate or Subsidiary of Current Client** |
| P.J. Solomon, L.P. | Debtors' Professionals | **Affiliate or Subsidiary of Current Client** |
| Royal Bank of Canada | Banks | **Former Client** |
| SAP Industries, Inc.<br>SAP America, Inc.<br>SuccessFactors, Inc. | Notice of Appearance Party/Interested Party | **Affiliate or Subsidiary of Current Client** |
| The Paradies Shops, LLC | Significant Customers | **Affiliate or Subsidiary of Current Client** |