**Exhibit B**

**Corporate Organization Chart**



Ownership interests are 100% unless otherwise stated.

As of December 24, 2020