UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re: : Chapter 11
:
BBGI US, INC., *et al.*, : Case No. 20–11785 (CSS)
:
Debtors.[1] : (Jointly Administered)
:
Re: D.I. 957, 1046
------------------------------------------------------------ x

### NOTICE OF FILING OF AMENDED PLAN SUPPLEMENT

PLEASE TAKE NOTICE that, on February 19, 2021, BBGI US, Inc. and its debtor affiliates, as debtors and debtors in possession in the above captioned chapter 11 cases (the "**Debtors**"), filed the *Notice of Filing of Plan Supplement* [D.I. 1046] (the "**Initial Plan Supplement**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file this amendment to the Initial Plan Supplement (the "**Amended Plan Supplement**" and together with the Initial Plan Supplement, the "**Plan Supplement**") in support of the *Amended Joint Chapter 11 Plan of Liquidating for BBGI US, Inc. and It's Affiliated Debtors* [D.I. 957] (as amended, supplemented and otherwise modified, the "**Plan**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are BBGI US, Inc. (f/k/a Brooks Brothers Group, Inc.) (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A); BBD Holding 2, LLC (N/A); BBDI, LLC (N/A); BBGI International, LLC (f/k/a Brooks Brothers International, LLC) (N/A); BBGI Restaurant, LLC (f/k/a Brooks Brothers Restaurant, LLC) (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); 696 White Plains Road, LLC (7265); and BBGI Canada Ltd. (f/k/a Brooks Brothers Canada Ltd.) (4709). The Debtors' corporate headquarters and service address is 100 Phoenix Ave., Enfield, CT 06082.

PLEASE TAKE FURTHER NOTICE that this Amended Plan Supplement contains revised versions of the following documents:

- <u>Exhibit B</u> – Liquidation Trust Agreement
- <u>Exhibit C</u> – Litigation Trust Agreement

PLEASE TAKE FURTHER NOTICE that attached hereto as <u>Exhibit B-1</u> is a redline comparison of the revised Liquidation Trust Agreement marked against the version filed with the Initial Plan Supplement.

PLEASE TAKE FURTHER NOTICE that attached hereto as <u>Exhibit C-1</u> is a redline comparison of the revised Litigation Trust Agreement marked against the version filed with the Initial Plan Supplement.

PLEASE TAKE FURTHER NOTICE that the Plan Supplement is integral to, part of, and incorporated by reference into the Plan. If the Plan is approved, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the order confirming the Plan.

PLEASE TAKE FURTHER NOTICE that the documents contained in the Plan Supplement are not final and remain subject to continuing negotiations among the Debtors and other interested parties. Accordingly, the Debtors reserve their right, subject to the terms and conditions set forth in the Plan, to alter, amend, modify, or supplement any document in the Plan Supplement, and such parties reserve their rights with respect to the form of documents filed herewith and such documents remain subject to review and revision in all respects.

PLEASE TAKE FURTHER NOTICE that the hearing to consider confirmation of the Plan will be held by videoconference before the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, in the Bankruptcy Court, located at 824 North Market Street, 5th

Floor, Courtroom 6, Wilmington, Delaware 19801 on **March 5, 2021 at 1:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that this Amended Plan Supplement, the Initial Plan Supplement, and the Plan are available for viewing or downloading, free of charge, on the Debtors' restructuring website, at *https://cases.primeclerk.com/brooksbrothers/*, or for a fee on the Bankruptcy Court's website at *http://www.deb.uscourts.gov*.

Dated: March 3, 2021
Wilmington, Delaware

                                     */s/ Christopher M. De Lillo*
                                     RICHARDS, LAYTON & FINGER, P.A.
                                     Mark D. Collins (No. 2981)
                                     Zachary I. Shapiro (No. 5103)
                                     Christopher M. De Lillo (No. 6355)
                                     One Rodney Square
                                     920 N. King Street
                                     Wilmington, Delaware 19801
                                     Telephone: (302) 651-7700
                                     Facsimile: (302) 651-7701
                                     E-mail:       collins@rlf.com
                                                                   shapiro@rlf.com
                                                                   delillo@rlf.com

                                     - and -

                                     WEIL, GOTSHAL & MANGES LLP
                                     Garrett A. Fail (admitted *pro hac vice*)
                                     David J. Cohen (admitted *pro hac vice*)
                                     767 Fifth Avenue
                                     New York, New York 10153
                                     Telephone: (212) 310-8000
                                     Facsimile: (212) 310-8007
                                     E-mail:       garrett.fail@weil.com
                                                                   davidj.cohen@weil.com

                                     *Attorneys for Debtors and Debtors in Possession*

RLF1 24816342v.2