UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                            :

**In re:**                                        :        **Chapter 11**

**BBGI US, INC.,** *et al.***,**            :        **Case No. 20–11785 (CSS)**

                            **Debtors.**[1]      :        **(Jointly Administered)**

------------------------------------------------------------ x

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION REGARDING CLAIMS OF TAL GLOBAL ALLIANCES

The undersigned hereby certifies as follows:

1. On September 25, 2020, TAL Global Alliances Limited (the "**Claimant**," and together with the Debtors, the "**Parties**") filed proofs of claim numbers 1087, 1092, 933, 1090, 1089, 1048, 1083, 1043, 1082, 921, 1064, 1091, 1005, and 1009 each asserting a duplicative claim for $44,980,393.50 against various Debtors (the "**Proofs of Claim**").

2. The Parties have engaged in discussions and negotiations regarding the Proofs of Claim to avoid the expense and uncertainty regarding litigation, and have entered into a stipulation regarding the Motion (the "**Stipulation**"). A proposed form of order approving the Stipulation (the "**Proposed Order**") is attached hereto as **Exhibit A**. A true and correct copy of the Stipulation is attached to the Proposed Order as **Exhibit 1.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are BBGI US, Inc. (f/k/a Brooks Brothers Group, Inc.) (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A); BBD Holding 2, LLC (N/A); BBDI, LLC (N/A); BBGI International, LLC (f/k/a Brooks Brothers International, LLC) (N/A); BBGI Restaurant, LLC (f/k/a Brooks Brothers Restaurant, LLC) (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); 696 White Plains Road, LLC (7265); and BBGI Canada Ltd. (f/k/a Brooks Brothers Canada Ltd.) (4709). The Debtors' corporate headquarters and service address is 100 Phoenix Ave., Enfield, CT 06082.

3. The Stipulation has been circulated to the official committee of unsecured creditors (the "**Committee**") and the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").  Neither the Committee nor the U.S. Trustee object to the entry of an order approving the Stipulation.

[*Remainder of page intentionally left blank*]

WHEREFORE, the Debtors respectfully request that the United States Bankruptcy Court for the District of Delaware (the "**Court**") enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: April 19, 2021
      Wilmington, Delaware

    */s/ Christopher M. De Lillo*
    RICHARDS, LAYTON & FINGER, P.A.
    Mark D. Collins (No. 2981)
    Zachary I. Shapiro (No. 5103)
    Christopher M. De Lillo (No. 6355)
    One Rodney Square
    920 N. King Street
    Wilmington, Delaware 19801
    Telephone:  (302) 651-7700
    Facsimile:  (302) 651-7701
    E-mail:    collins@rlf.com
                shapiro@rlf.com
                delillo@rlf.com

    - and -

    WEIL, GOTSHAL & MANGES LLP
    Garrett A. Fail (admitted *pro hac vice*)
    David J. Cohen (admitted *pro hac vice*)
    767 Fifth Avenue
    New York, New York  10153
    Telephone:  (212) 310-8000
    Facsimile:  (212) 310-8007
    E-mail:    garrett.fail@weil.com
                davidj.cohen@weil.com

    *Attorneys for Debtors and Debtors in Possession*