UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              :    Chapter 11
                                                    :
**BBGI US, INC.,** *et al.*                         :    Case No. 20–11785 (CSS)
                                                    :
Debtors.[1]                                         :    (Jointly Administered)
                                                    :
------------------------------------------------------------ x    Re: D.I. 1104

**NOTICE OF (I) OCCURRENCE OF EFFECTIVE DATE
OF THE AMENDED JOINT CHAPTER 11 PLAN OF
LIQUIDATION FOR BBGI US, INC. AND ITS AFFILIATED DEBTORS,
AND (II) FINAL DEADLINE FOR FILING REJECTION DAMAGES CLAIMS**

**PLEASE TAKE NOTICE** that on March 5, 2021, the United States Bankruptcy Court for the District of Delaware entered an order [D.I. 1104] (the "**Confirmation Order**") confirming the *Amended Joint Chapter 11 of Liquidation for BBGI US, Inc. and its Affiliated Debtors* [D.I. 957] (the "**Plan**").[2]

**PLEASE TAKE FURTHER NOTICE** that on April 20, 2021, all conditions precedent to the Effective Date set forth in Section 9 of the Plan have been satisfied or waived in accordance with Section 9 of the Plan and the Plan was substantially consummated. Accordingly, **April 20, 2021** is the Effective Date of the Plan.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are BBGI US, Inc. (f/k/a Brooks Brothers Group, Inc.) (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A); BBD Holding 2, LLC (N/A); BBDI, LLC (N/A); BBGI International, LLC (f/k/a Brooks Brothers International, LLC) (N/A); BBGI Restaurant, LLC (f/k/a Brooks Brothers Restaurant, LLC) (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); 696 White Plains Road, LLC (7265); and BBGI Canada Ltd. (f/k/a Brooks Brothers Canada Ltd.) (4709). The Debtors' corporate headquarters and service address is 100 Phoenix Ave., Enfield, CT 06082.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan. Pursuant to paragraph 15 of the Confirmation Order, the Debtors separately provided notice of entry of the Confirmation Order [D.I. 1110].

PLEASE TAKE FURTHER NOTICE that, in accordance with Section 8.1(a) of the Plan, on the Effective Date, all Executory Contracts and Unexpired Leases not previously rejected, assumed, or assumed and assigned, were deemed automatically rejected, unless such contract or lease (i) as of the Effective Date was subject to a pending motion to assume such Unexpired Lease or Executory Contract; (ii) was a contract, release, or other agreement or document entered into in connection with the Plan; (iii) was a D&O Policy or an insurance policy; or (iv) was identified for assumption on the Assumption Schedule included in the Plan Supplement.

PLEASE TAKE FURTHER NOTICE that, in accordance with Section 8.3 of the Plan, any Proofs of Claim based on the rejection of the Debtors' Executory Contracts or Unexpired Leases pursuant to the Plan, must be filed with Bankruptcy Court and served on the Liquidation Trustee by no later than **May 20, 2021 at 5:00 p.m.** **(Eastern Time).  ANY CLAIMS ARISING FROM THE REJECTION OF AN EXECUTORY CONTRACT OR UNEXPIRED LEASE NOT FILED WITH THE BANKRUPTCY COURT ON OR BEFORE SUCH DEADLINE SHALL BE AUTOMATICALLY DISALLOWED, FOREVER BARRED FROM ASSERTION, AND SHALL NOT BE ENFORCEABLE AGAINST THE DEBTORS, THE LIQUIDATION TRUST, THE LITIGATION TRUST, THE DEBTORS' ESTATES, OR THE PROPERTY OF ANY OF THE FOREGOING WITHOUT THE NEED FOR ANY OBJECTION BY THE LIQUIDATION TRUSTEE OR THE LITIGATION TRUSTEE OR FURTHER NOTICE TO, OR ACTION, ORDER, OR APPROVAL OF THE BANKRUPTCY COURT OR ANY OTHER ENTITY, AND ANY CLAIM ARISING OUT OF THE REJECTION OF THE EXECUTORY CONTRACT OR UNEXPIRED LEASE SHALL BE DEEMED FULLY COMPROMISED, SETTLED, AND RELEASED,**

**NOTWITHSTANDING ANYTHING IN THE SCHEDULES OR A PROOF OF CLAIM TO THE CONTRARY.**

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order are available on the internet site of the Debtors' noticing agent, Prime Clerk, at https://cases.primeclerk.com/brooksbrothers/Home-DocketInfo or by accessing the Bankruptcy Court's website at www.deb.uscourts.gov.  Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website.

Dated: April 20, 2021
       Wilmington, Delaware

*/s/ Zachary I. Shapiro*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Zachary I. Shapiro (No. 5103)
Christopher M. De Lillo (No. 6355)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:     collins@rlf.com
              shapiro@rlf.com
              delillo@rlf.com

- and -

WEIL, GOTSHAL & MANGES LLP
Garrett A. Fail (admitted *pro hac vice*)
David J. Cohen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
E-mail:     garrett.fail@weil.com
             davidj.cohen@weil.com

*Attorneys for Debtors and Debtors in Possession*