**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BBGI US, INC., *et al.*, | ) Case No. 20-11785 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Natasha Otton, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 20, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of (I) Occurrence of Effective Date of the Amended Joint Chapter 11 Plan of Liquidation for BBGI US, Inc. and its Affiliated Debtors, and (II) Final Deadline for Filing Rejection Damages Claims [Docket No. 1184]

In addition to the methods of service set forth herein, parties who have requested electronic notifications of filings via the Bankruptcy Court's CM/ECF system were sent the above-referenced document via electronic service.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are BBGI US, Inc. (f/k/a Brooks Brothers Group, Inc.) (8883); Brooks Brothers Far East Limited (N/A); BBD Holding 1, LLC (N/A); BBD Holding 2, LLC (N/A); BBDI, LLC (N/A); BBGI International, LLC (f/k/a Brooks Brothers International, LLC) (N/A); BBGI Restaurant, LLC (f/k/a Brooks Brothers Restaurant, LLC) (3846); Deconic Group LLC (0969); Golden Fleece Manufacturing Group, LLC (5649); RBA Wholesale, LLC (0986); Retail Brand Alliance Gift Card Services, LLC (1916); Retail Brand Alliance of Puerto Rico, Inc. (2147); 696 White Plains Road, LLC (7265); and BBGI Canada Ltd. (f/k/a Brooks Brothers Canada Ltd.) (4709). The Debtors' corporate headquarters and service address is 100 Phoenix Ave., Enfield, CT 06082.

Dated: April 26, 2021

/s/ Natasha Otton
Natasha Otton

State of New York
County of New York

Subscribed and sworn to (or affirmed) me on April 26, 2021, by Natasha Otton, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

SRF 53001

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Canada Top 20 Creditors | 110 Bloor Street West, Inc., c/o Cushman & Wakefield Asset Services | Attn:  Violet Wytiuk<br>One Queen St.East, Ste 1925 Box 72<br>Toronto ON M5C 2W5 Canada | violet.wytiuk@cushwake.com | First Class Mail and Email |
| Creditor | 39-15 Skillman Realty Co. LLC | Attn: Robert Zirinsky, Managing Member<br>60 East 56th St.<br>Fl. 11<br>New York NY 10022 | robertz50nyc@gmail.com | Email |
| Counsel to Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Paul M. Lopez, Larry R. Boyd, Emily M. Hahn<br>1700 Redbud Blvd, Ste. 300<br>McKinney TX 75069 | plopez@abernathy-law.com<br>bankruptcy@abernathy-law.com<br>ehahn@abernathy-law.com | Email |
| Counsel to Accertify, Inc | Accertify, Inc | c/o Becket & Lee LLP<br>c/o Elizabeth M Redmond<br>PO Box 3002<br>Malvern PA 19355-0702 | | First Class Mail |
| Canada Top 20 Creditors | Ainsworth, Inc | Attn:  Craig Stanford<br>#104 - 17741 65A Ave.<br>Surrey BC V3S 1Z8 Canada | nosc@ainsworth.com | First Class Mail and Email |
| Counsel to the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Attn: Kate Doorley & Julie Ann Thompson<br>Robert S. Strauss Tower<br>2001 K Street, N.W.<br>Washingotn DC 20006-1037 | kdoorley@akingump.com<br>julie.thompson@akingump.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP | Attn: Meredith Lahaie & Abid Qureshi<br>One Bryant Park<br>Bank of America Tower<br>New York NY 10036-6745 | mlahaie@akingump.com<br>aqureshi@akingump.com | Email |
| Counsel to Citibank, N.A., Old Dominion Realty Associates LLC | Ashby & Geddes, P.A. | Attn: William P. Bowden<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington DE 19899 | wbowden@ashbygeddes.com | Email |
| Counsel to Jon Rotenberg, Manager of Regal Holdings LLC, successor to Jon Rotenberg, as Trustee of Regal Trust | Baker, Braverman & Barbadoro, P.C. | Attn: Kimberly Kroha, Esq.<br>300 Crown Colony Drive<br>Suite 500<br>Quincy MA 02169-0904 | KimberlyK@bbb-lawfirm.com | Email |
| Counsel to Federal Realty Investment Trust | Ballard Spahr LLP | Attn: Leslie C. Heilman, & Laurel D. Roglen<br>919 N. Market Street<br>11th Floor<br>Wilmington DE 19801-3034 | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com | Email |

In re: BBGI US, Inc., et al.<br>Case No. 20-11785 (CSS)

Page 1 of 17

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Horizon Group Properties, Inc., Westfield, LLC, Pyramid Management Group, LLC, Westfair, Inc., and certain affiliates listed on Schedule A attached hereto | Barclay Damon LLP | Attn: Kevin M. Newman Barclay Damon Tower 125 East Jefferson Street Syracuse NY 13202 | knewman@barclaydamon.com | Email |
| Counsel to Horizon Group Properties, Inc., Westfield, LLC, Pyramid Management Group, LLC, Westfair, Inc., and certain affiliates listed on Schedule A attached hereto | Barclay Damon LLP | Attn: Niclas A. Ferland 545 Long Wharf Drive, 9th Floor New Haven CT 06511 | nferland@barclaydamon.com | Email |
| Counsel to Horizon Group Properties, Inc., Westfield, LLC, Pyramid Management Group, LLC, Westfair, Inc., and certain affiliates listed on Schedule A attached hereto | Barclay Damon LLP | Attn: Scott L. Fleischer 1270 Avenue of the Americas, Suite 501 New York NY 10020 | sfleischer@barclaydamon.com | Email |
| Canada Top 20 Creditors | BCIMC Realty Corporation | Attn: Jennifer Miller 2901 Bayview Ave., Unit C-105 Toronto ON M2K 1E6 Canada | jennifermiller@quadreal.com | First Class Mail |
| Counsel to AMEX TRS Co., Inc | Becket & Lee LLP | PO Box 3001 Malvern PA 19355-0701 | | First Class Mail |
| Counsel to West 64th Street LLC | Belkin Burden Goldman, LLP | Attn: Jay Solomon, Brian Bendy 270 Madison Avenue New York NY 10016 | jsolomon@bbgllp.com bbendy@bbgllp.com | Email |
| Canada Top 20 Creditors | Bell Canada Acct. #520053160 Customer Payment Centre | Attn: Mirko Bibic P.O. Box 3650 Station Don Mills Toronto ON M3C 3X9 Canada | | First Class Mail |
| Counsel to The Irvine Company LLC | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park 13215 E. Penn St. Suite 510 Whittier CA 90602 | ernie.park@bewleylaw.com | Email |
| Canada Top 20 Creditors | Beyersbergen Interior | Attn: Casey Beyersbergen 15327-116 Avenue Edmonton AB T5M 3Z5 Canada | reception@beyersbergen.com | First Class Mail and Email |
| Counsel to SAP Industries, Inc., SAP America, Inc., SuccessFactors, Inc., Concur Technologies, Inc. | Brown & Connery, LLP | Attn: Donald K Ludman 6 North Broad Street Suite 100 Woodbury NJ 08096 | dludman@brownconnery.com | Email |

In re: BBGI US, Inc., et al.
Case No. 20-11785 (CSS)

Page 2 of 17

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to RTS Financial Services, Inc. | Bryan Cave Leighton Paisner LLP | Attn: Sharon Z. Weiss<br>120 Broadway<br>Suite 300<br>Santa Monica CA 90401-2386 | sharon.weiss@bclplaw.com | First Class Mail and Email |
| Counsel to Oracle America, Inc. | Buchalter, P.C. | Attn: Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | First Class Mail and Email |
| Counsel to Bayer Retail Company, L.L.C., Leeds Retail Center, LLC and Lexington Retail Company, L.L.C. | Burr & Forman LLP | Attn: J. Cory Falgowski, Esquire<br>1201 N. Market Street<br>Suite 1407<br>Wilmington DE 19801 | jfalgowski@burr.com | Email |
| Counsel to Bayer Retail Company, L.L.C., Leeds Retail Center, LLC and Lexington Retail Company, L.L.C. | Burr & Forman LLP | Attn: Joe A. Joseph, Esquire, Heather A. Jamison, Esquire<br>420 N. 20th Street<br>3400<br>Birmingham AL 35203 | jjoseph@burr.com<br>hjamison@burr.com | Email |
| Counsel to Campana 125 LLC | Carmody Torrance Sandak & Hennessey LLP | Attn: Marc J Kurzman<br>707 Summer Street<br>Stamford CT 06901 | MKurzman@carmodylaw.com | Email |
| Canada Top 20 Creditors | CEC Leaseholds Inc. c/o Cushman & Wakefield Asset Services | Attn:  Pina Dennis<br>333 7th Ave Sw, Suite 900<br>Calgary AB T2P 2Z1 Canada | corereception@cushwake.com | First Class Mail and Email |
| Counsel to Chatham County Tax Commissioner | Chatham County Tax Commissioner | Attn: Theresa C. Harrelson<br>Post Office Box 8324<br>Savannah GA 31412-8324 | | First Class Mail |
| Counsel to Manchester Square Partners L.P. | Chiesa Shahinian & Giantomasi PC | Attn: Robert E. Nies, Esq.<br>One Boland Drive<br>West Orange NJ 07052 | rnies@csglaw.com | Email |
| Counsel to Swiss Garments Company | Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr., Mark D. Olivere<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington DE 19801 | chipman@chipmanbrown.com<br>olivere@chipmanbrown.com | Email |
| Counsel to Wells Fargo Bank, National Association, the Prepetition ABL Agent | Choate, Hall & Stewart LLP | Attn: Kevin Simard, Mark D. Silva, & Jonathan Marshall<br>Two International Place<br>Boston MA 02110 | ksimard@choate.com<br>msilva@choate.com<br>jmarshall@choate.com | Email |

In re: BBGI US, Inc., et al.
Case No. 20-11785 (CSS)

Page 3 of 17

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Palmer Square Management | Clark Hill, PLC | Attn: Karen M. Grivner, Esq. 824 N. Market St. Suite 710 Wilmington DE 19801 | kgrivner@clarkhill.com | Email |
| Counsel to Palmer Square Management | Clark Hill, PLC | Attn: Nola Rooney Bencze, Esq. 210 Carnegie Center Suite 102 Princeton NJ 08540 | nbencze@clarkhill.com | Email |
| Counsel to Citibank, N.A. | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lisa M. Schweitzer One Liberty Plaza New York NY 10006 | lschweitzer@cgsh.com | Email |
| Counsel to the Workers United, affiliated with SEIU, on behalf of itself and its affiliated local unions: the New York - New Jersey Regional Joint Board, including Local 340, Local 340A, Local 25, Local 250C and Local 253C; Local 2604, Southern Region Workers United SEIU; Local 124, Chicago & Midwest Regional Joint Board of the Union of Needletraders, Industrial and Textile Employees A/W Workers United/SEIU; Local 188, The Mid-Atlantic Regional Joint Board of Workers United; Local 42J, Western States Regional Joint Board; Local 584, Pennsylvania Joint Board of Workers United, SEIU; Local 5, Chicago and Midwest Regional Joint Board, Workers United A/W SEIU; Local 55D, Workers United, Western States Regional Joint Board; and Local 352, Philadelphia Joint Board, Worker's United | Cohen, Weiss and Simon LLP | Attn: Richard M Seltzer & Thomas M Kennedy 900 Third Avenue 21st Floor New York NY 10036 | rseltzer@cwsny.com tkennedy@cwsny.com | Email |
| Counsel to Town Square Ventures, L.P. | Connolly Gallagher LLP | Attn: Karen Bifferato & Kelly Conlan 1201 Market Street, 20th Floor Wilmington DE 19801 | kbifferato@connollygallagher.com kconlan@connollygallagher.com | Email |
| Counsel to The City of New York | Corporation Counsel of the City of New York | Attn: Bernadette Brennan, Esq c/o JAMES E JOHNSON 100 Church Street New York NY 10007 | | First Class Mail |

In re: BBGI US, Inc., et al.
Case No. 20-11785 (CSS)

Page 4 of 17

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Brooks Sports, Inc. | Cozen O'Connor | Attn: Simon E. Fraser<br>1201 N. Market Street<br>Suite 1001<br>Wilmington DE 19801 | sfraser@cozen.com | Email |
| Delaware State Attorney General | Delaware Attorney General | Attn: Bankruptcy Department<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us<br>attorney.general@delaware.gov | First Class Mail and Email |
| Canada Top 20 Creditors | DLA Piper (Canada) LLC | Attn:  Simon Levine<br>1 First Canadian Place, Ste. 6000<br>P.O. Box 367, 100 King Street West<br>Toronto ON M5X 1E2 Canada | diana.hobden@dlapiper.com | First Class Mail and Email |
| Counsel to Eastview Mall, LLC | Eastview Mall, LLC | Attn: Judith Labombarda<br>1265 Scottsville Road<br>Rochester NY 14624 | | First Class Mail |
| Canada Top 20 Creditors | Expert Customs Broker | Attn: Louie Tolaini<br>2595 Inkster Blvd.<br>Winnipeg MB R3C 2E6 Canada | ar@ecb.com | First Class Mail and Email |
| Counsel to Randa Accessories Leather Goods LLC | Faegre Drinker Biddle & Reath LLP | Attn: Michael P Pompeo<br>1177 Avenue of the Americas<br>41st Floor<br>New York NY 10036 | Michael.Pompeo@faegredrinker.com | Email |
| Counsel to Randa Accessories Leather Goods LLC | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A Jackson<br>222 Delaware Ave<br>Suite 1410<br>Wilmington DE 19801 | patrick.jackson@faegredrinker.com | Email |
| Counsel to Swiss Garments Company | Foley & Lardner LLP | Attn: Erika L. Morabito<br>3000 K Street, N.W.<br>Suite 600<br>Washington DC 20007-5109 | emorabito@foley.com | Email |
| Counsel to Experian Marketing Solutions LLC | Frankgecker LLP | Attn: Joseph D. Frank, Karen V. Newbury<br>1327 W. Washington Blvd., Suite 5G-H<br>Chicago IL 60607 | jfrank@fgllp.com<br>knewbury@fgllp.com | Email |
| Counsel to WH Holdco, LLC, an affiliate of WHP Global as the DIP Agent | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Gary Kaplan, Carl Stapen, Brad Scheler, & Andrew Minear<br>One New York Plaza<br>New York NY 10004 | brad.scheler@friedfrank.com<br>gary.kaplan@friedfrank.com<br>carl.stapen@friedfrank.com<br>andrew.minear@friedfrank.com | Email |

In re: BBGI US, Inc., et al.<br>Case No. 20-11785 (CSS)

Page 5 of 17

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Washington Prime Group Inc | Frost Brown Todd LLC | Attn: Ronald E. Gold A.J. Webb Erin Severini & Kendal Hardison 3300 Great American Tower 301 East Fourth Street Cincinnati OH 45202 | rgold@fbtlaw.com awebb@fbtlaw.com eseverini@fbtlaw.com khardison@fbtlaw.com | Email |
| Counsel to Help II, LLC | Gallagher Evelius & Jones LLP | Attn: David G. Sommer, Esq, Jared S. Dvornicky, Esq 218 N. Charles Street Suite 400 Baltimore MD 21201 | dsommer@gejlaw.com jdvornicky@gejlaw.com | Email |
| Counsel to Oxford Properties Group | Gardiner Roberts LLP | Attn: S. Michael Citak Bay Adelaide Centre East Tower, 22 Adelaide St. W Ste 360 Toronto ON M5H 4E3 Canada | mcitak@grllp.com | Email |
| Counsel for American Lebanese Syrian Associated Charities, Inc. | Gibbons P.C. | Attn: Natasha M. Songonuga 300 Delaware Avenue, Suite 1015 Wilmington DE 19801-1671 | nsongonuga@gibbonslaw.com | Email |
| Counsel to Wilson Canal Place II, LLC, Legacy Place Properties LLC, WS Tampa Owner LLC, and 75 State Owner LLC | Goulston & Storrs PC | Attn: James F. Wallack, Esq., Vanessa P. Moody, Esq. 400 Atlantic Avenue Boston MA 02110-3333 | jwallack@goulstonstorrs.com vmoody@goulstonstorrs.com | Email |
| Counsel to Ralph Lauren Corporation | Greenberg Traurig, LLP | Attn: Alan Sutin, Daniel Schloss, Ryan Wager Met Life Building 200 Park Avenue New York NY 10166 | sutina@gtlaw.com schlossd@gtlaw.com wagnerr@gtlaw.com | Email |
| Counsel to RCPI Landmark Properties, L.L.C., Ralph Lauren  Corporation | Greenberg Traurig, LLP | Attn: Dennis A. Meloro The Nemours Building 1007 North Orange Street, Suite 1200 Wilmington DE 19801 | melorod@gtlaw.com | Email |
| Counsel to RCPI Landmark Properties, L.L.C. | Greenberg Traurig, LLP | Attn: Heath B. Kushnick 200 Park Avenue New York NY 10166 | kushnickh@gtlaw.com | Email |
| Counsel to Ralph Lauren Corporation | Greenberg Traurig, LLP | Attn: Kevin Finger 77 West Wacker Drive Chicago IL 60601 | fingerk@gtlaw.com | Email |

In re: BBGI US, Inc., et al.
Case No. 20-11785 (CSS)

Page 6 of 17

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Iron Mountain Information Management, Inc. | Hackett Feinberg P.C. | Attn: Frank F. McGinn<br>155 Federal Street<br>9th Floor<br>Boston  MA 02110 | ffm@bostonbusinesslaw.com | Email |
| Counsel to ADCO Kittery LLC | Hahn & Hessen LLP | Attn: Gilbert Backenroth, Emma Fleming<br>488 Madison Avenue<br>New York NY 10022 | gbackenroth@hahnhessen.com<br>efleming@hahnhessen.com | Email |
| Canada Top 20 Creditors | Halton Hills Shopping Center Partners | Attn:  Amanda Louden<br>P.O. Box 15659, Stn. A<br>Toronto ON M5W 1C1 Canada | Amanda.louden@simon.com | First Class Mail |
| Counsel to Eastern Opportunity Fund LLC | Hinckley Allen & Synder LLP | Attn: Jennifer Doran<br>28 State Street<br>Boston MA 02109 | jdoran@hinckleyallen.com | Email |
| Attorneys for Premiere Equities GP LLC | Honigman LLP | Attn: Lawrence A. Lichtman<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit MI 48226 | llichtman@honigman.com | Email |
| Counsel to Mindy Novack | Hunton Andrews Kurth LLP | Attn: Jason W. Harbour<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond VA 23219 | jharbour@huntonAK.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5-Q30.133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Canada Top 20 Creditors | Ivanhoe Cambridge II | Attn:  Stephen Gascoine<br>1 Bass Pro Mills Drive<br>Vaughan ON L4K 5W4 Canada | stephen.gascoine@ivanhoecambridge.com | First Class Mail and Email |
| Canada Top 20 Creditors | Ivanhoe Cambridge In Crossiron Mills | Attn:  Kate Davies<br>Unit #800-261055 Crossiron Blvd.<br>Rocky View AB T4A 0G3 Canada | kate.davies@ivanhoecambridge.com | First Class Mail |
| Canada Top 20 Creditors | Ivanhoe Cambridge, Inc | Attn:  Angel Zhang<br>P.O. Box 19097<br>1153 56Th Street<br>Delta BC V4L 2P8 Canada | angel.zhang@ivanhoecambridge.com | First Class Mail and Email |

In re: BBGI US, Inc., et al.
Case No. 20-11785 (CSS)

Page 7 of 17

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Brookfield Properties Retail, Inc., and Turnberry Associates | Kelley Drye & Warren LLP | Attn: Robert LeHane, Jennifer Raviele, Sean Wilson<br>101 Park Avenue<br>New York NY 10178 | KDWBankruptcyDepartment@kelleydrye.com<br>rlehane@kelleydrye.com<br>jraviele@kelleydrye.com<br>swilson@kelleydrye.com | Email |
| Counsel to Tal Global Alliances and Castle Apparel Limited | Kirkland & Ellis LLP and Kirkland & Ellis International LLP | Attn: Christopher J Marcus & Joseph M Graham<br>601 Lexington Avenue<br>New York NY 10022 | christopher.marcus@kirkland.com<br>joe.graham@kirkland.com | Email |
| Counsel to Tal Global Alliances and Castle Apparel Limited | Kirkland & Ellis LLP and Kirkland & Ellis International LLP | Attn: James A. Stempel, A. Katrine Jakola, James R. P. Hileman, Whitney C. Fogelberg<br>300 North LaSalle<br>Chicago IL 60654 | james.stempel@kirkland.com<br>katie.jakola@kirkland.com<br>james.hileman@kirkland.com<br>whitney.fogelberg@kirkland.com | Email |
| Canada Top 20 Creditors | Kone, Inc | Attn: Jo-Anne Gilbert<br>Postal Station A<br>P.O. Box 4269<br>Toronto ON M5W 5V2 Canada | Jo-anne.gilbert@kone.com | First Class Mail |
| Canada Top 20 Creditors | Koolspace | Attn: Steven Alikakos<br>427 Parkside Drive<br>Toronto ON M6R 2Z7 Canada | steve@koolspace.com | First Class Mail |
| Counsel to the Amalgamated Retail Retirement Fund, the Amalgamated National Health Fund, the Amalgamated Insurance Fund, the National Plus Plan and the National Retirement Fund | Landis Rath & Cobb LLP | Attn: Adam G. Landis, Kerri K. Mumford<br>919 Market Street<br>Suite 1800<br>Wilmington DE 19801 | landis@lrclaw.com<br>mumford@lrclaw.com | Email |

In re: BBGI US, Inc., et al.<br>Case No. 20-11785 (CSS)

Page 8 of 17

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Taubman Landlords, and Workers United, affiliated with SEIU, on behalf of itself and its affiliated local unions: the New York - New Jersey Regional Joint Board, including Local 340, Local 340A, Local 25, Local 250C and Local 253C; Local 2604, Southern Region Workers United SEIU; Local 124, Chicago & Midwest Regional Joint Board of the Union of Needletraders, Industrial and Textile Employees A/W Workers United/SEIU; Local 188, The Mid-Atlantic Regional Joint Board of Workers United; Local 42J, Western States Regional Joint Board; Local 584, Pennsylvania Joint Board of Workers United, SEIU; Local 5, Chicago and Midwest Regional Joint Board, Workers United A/W SEIU; Local 55D, Workers United, Western States Regional Joint Board; and Local 352, Philadelphia Joint Board, Worker's United | Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman 919 N. Market Street Suite 460 Wilmington DE 19801 | skaufman@skaufmanlaw.com | Email |
| Counsel to Nueces County, San Marcos CISD, Hidalgo County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane W. Sanders PO Box 17428 Austin TX 78760 | | First Class Mail |
| Counsel to Bexar County, City of El Paso | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker 112 E. Pecan Street Suite 2200 San Antonio TX 78205 | sanantonio.bankruptcy@publicans.com | First Class Mail and Email |
| Counsel to Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller 2777 N. Stemmons Freeway Suite 1000 Dallas TX 75207 | dallas.bankruptcy@publicans.com | Email |
| Counsel to Cypress - Fairbanks ISD, Harris County, Galveston County, Montgomery County, and Fort Bend County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman PO Box 3064 Houston TX 77253-3064 | houston_bankruptcy@publicans.com | Email |

In re: BBGI US, Inc., et al.
Case No. 20-11785 (CSS)

Page 9 of 17

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to JPMorgan Chase Bank, National Association | Locke Lord LLP | Attn: Jonathan W. Young, David L. Ruediger<br>111 Huntington Ave.<br>9th Floor<br>Boston MA 02199 | jonathan.young@lockelord.com<br>david.ruediger@lockelord.com | Email |
| Counsel to JPMorgan Chase Bank, National Association | Locke Lord LLP | Attn: Michael B. Kind<br>111 South Wacker Dr.<br>Suite 4100<br>Chicago IL 60606 | michael.kind@lockelord.com | Email |
| Counsel to Manatee County Tax Collector | Manatee County Tax Collector | Attn: Jennifer Francis<br>1001 3rd Ave W<br>Suite 240<br>Bradenton FL 34205-7863 | legal@taxcollector.com | Email |
| Counsel to New England Joint Board, UNITE HERE | Margolis Edelstein | Attn: James E. Huggett<br>300 Delaware Avenue<br>Suite 800<br>Wilmington DE 19801 | jhuggett@margolisedelstein.com | Email |
| Counsel to Maricopa County Treasurer | Maricopa County Attorney's Office | Attn: Peter Muthig<br>225 W. Madison Street<br>Phoenix AZ 85003 | | First Class Mail |
| Massachusetts Department of Revenue | Massachusetts Department of Revenue | Attn: Celine E de la Foscade-Condon & John B O'Donnell<br>100 Cambridge Street<br>PO Box 9565<br>Boston MA 02114 | delafoscac@dor.state.ma.us<br>odonnellj@dor.state.ma.us | Email |
| Counsel to Walton Brown BB Limited and Walton Brown JC HK Limited | Mayer Brown LLP | Attn: Joaquin M. C de Baca, & Youmi Kim<br>1221 Avenue of the Americas<br>New York NY 10020 | jcdebaca@mayerbrown.com<br>ykim@mayerbrown.com | Email |
| Counsel to The County of Denton, Texas, The County of Hays, Texas and The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock TX 78680 | tleday@mvbalaw.com | Email |
| Counsel to Pitney Bowes, Inc. and Borderfree, Inc. | Meyer, Suozzi, English & Klein, P.C. | Attn: Edward J. LoBello<br>1350 Broadway, Suite 1420<br>P.O. Box 822<br>New York NY 10018-0026 | elobello@msek.com | Email |
| Counsel to Prince George's County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C Kenworthy<br>6801 Kenilworth Avenue<br>Suite 400<br>Riverdale MD 20737-1385 | bdept@mrrlaw.net | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Chagrin Retail, LLC | Meyers, Roman, Friedberg & Lewis LPA | Attn: David M. Neumann<br>28601 Chagrin Blvd<br>Suite 600<br>Cleveland OH 44122 | dneumann@meyersroman.com | Email |
| Counsel to NED Altoona LLC, NED Little Rock LLC, Palm Beach Outlets I, LLC, and Asheville Retail Associates LLC | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P. Foley<br>1800 West Park Drive<br>Suite 400<br>Westborough MA 01581 | kfoley@mirickoconnell.com | Email |
| Counsel to NED Altoona LLC, NED Little Rock LLC, Palm Beach Outlets I, LLC, and Asheville Retail Associates LLC | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W. Carey<br>100 Front Street<br>Worcester MA 01608 | pcare@mirickoconnell.com | First Class Mail |
| Counsel to the Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A Ginther<br>301 W High St RM 670<br>PO Box 475<br>Jefferson City MO 65105-0475 | | First Class Mail |
| Counsel to The Shops at Summerlin North, LP | Monzack Mersky Browder and Hochman, P.A. | Attn: Rachel B. Mersky<br>1201 N. Orange Street, Suite 400<br>Wilmington DE 19801 | rmersky@monlaw.com | Email |
| Counsel to Brand Funding, LLC (Gordon Brothers), the Prepetition ABL Agent | Morgan, Lewis & Bockius LLP | Attn: Julia Frost-Davies, Christopher Carter, Marjorie S. Crider<br>One Federal Street<br>Boston MA 02110-1726 | julia.frost-davies@morganlewis.com<br>christopher.carter@morganlewis.com<br>marjorie.crider@morganlewis.com | Email |
| Counsel to WH Holdco, LLC, an affiliate of WHP Global as the DIP Agent | Morris, Nichols, Arsht & Tunnell, LLP | Attn: Robert J. Dehney, Derek C. Abbott, Paige N. Topper, Taylor M. Haga<br>1201 Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington DE 19801 | rdehney@mnat.com<br>dabbott@mnat.com<br>ptopper@mnat.com<br>thaga@mnat.com | Email |
| Counsel to The Paradies Shops, LLC | Nelson Mullins Riley & Scarborough LLP | Attn: Peter J. Haley, Jason L. Watkins<br>One Financial Center<br>Suite 3500<br>Boston MA 02111 | peter.haley@nelsonmullins.com<br>jason.watkins@nelsonmullins.com | First Class Mail and Email |
| Counsel to the State of Texas | Office of the Attorney General of Texas | Attn: Jason Binford & Layla Milligan<br>P. O. Box 12548- MC 008<br>Bankruptcy & Collections Division<br>Austin TX 78711-2548 | jason.binford@oag.texas.gov<br>layla.milligan@oag.texas.gov | Email |
| Counsel to the State of Washington Department of Revenue | Office of the Attorney General of Washington | Attn: Dina L. Yunker<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle WA 98104-3188 | bcuyunker@atg.wa.gov | First Class Mail and Email |

In re: BBGI US, Inc., et al.
Case No. 20-11785 (CSS)

Page 11 of 17

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States Trustee, District of Delaware | Office of the United States Trustee | Attn: Richard L. Schepacarter<br>844 King St<br>Suite 2207, Lockbox 35<br>Wilmington DE 19801 | richard.schepacarter@usdoj.gov | First Class Mail and Email |
| Counsel to Karass Broadway 901, LLC | Offit Kurman, P.A. | Attn: Brian J. McLaughlin<br>222 Delaware Avenue, Suite 1105<br>Wilmington DE 19801 | brian.mclaughlin@offitkurman.com | Email |
| Counsel to Oklahoma County Treasurer | Oklahoma County Treasurer | Attn: Gretchen Crawford<br>320 Robert S Kerr<br>Room 505<br>Oklahoma City OK 73102 | grecra@oklahomacounty.org | Email |
| Counsel to Tal Global Alliances and Castle Apparel Limited | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, James O'Neill<br>919 N Market Street 17th Floor<br>PO Box 8705<br>Wilmington DE 19899-8705 | ljones@pszjlaw.com<br>joneill@pszjlaw.com | Email |
| Counsel to SPARC Group LLC and Authentic Brands Group LLC | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Brian S. Hermann, Kelley A. Cornish, Edward T. Ackerman, Austin Witt, Brian Bolin<br>1285 Avenue of the Americas<br>New York NY 10019 | bhermann@paulweiss.com<br>kcornish@paulweiss.com<br>eackerman@paulweiss.com<br>awitt@paulweiss.com<br>bbolin@paulweiss.com | Email |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Faheem Mahmooth & Melissa Harris<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington DC 20005 | mahmooth.faheem@pbgc.gov<br>efile@pbgc.gov<br>harris.melissa@pbgc.gov | Email |
| Counsel to Arlington ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Eboney Cobb<br>500 E. Border Street<br>Suite 640<br>Arlington TX 76010 | ecobb@pbfcm.com | Email |
| Counsel to Mercedes Independent School District, City of Mercedes | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Hiram Gutierrez<br>2805 Fountain Plaza Blvd.<br>Suite B<br>Edinburg TX 78539 | edinburgbankruptcy@pbfcm.com | Email |
| Counsel to Dickinson Independent School District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M Sonik<br>1235 North Loop West<br>Suite 600<br>Houston TX 77008 | osonik@pbfcm.com | Email |

In re: BBGI US, Inc., et al.<br>Case No. 20-11785 (CSS)

Page 12 of 17

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to JPMorgan Chase Bank, National Association | Polsinelli PC | Attn: Christopher A. Ward, Stephen J. Astringer<br>222 Delaware Ave.<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>sastringer@polsinelli.com | Email |
| Counsel to SPARC Group LLC and Authentic Brands Group LLC | Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, L. Katherine Good, R. Stephen McNeill<br>1313 N. Market Street, 6th Floor<br>Wilmington DE 19801-3700 | csamis@potteranderson.com<br>kgood@potteranderson.com<br>rmcneill@potteranderson.com | Email |
| Canada Top 20 Creditors | Rapid Response Restoration | Attn: Cam Wight<br>7862 - 10Th Street Ne<br>Calgary AB T2E 8W1 Canada | cwight@rapid-response-restoration.com | First Class Mail |
| Counsel to Winner Way Industrial Limited | Reed Smith LLP | Attn: Kurt F. Gwynne, Esquire; Katelin A Morales, Esquire<br>1201 Market Street, Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com<br>kmorales@reedsmith.com | Email |
| Counsel to Brand Funding, LLC (Gordon Brothers) | Reed Smith LLP | Attn: Kurt F. Gwynne, Jason D. Angelo<br>1201 North Market Street<br>Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com<br>jangelo@reedsmith.com | Email |
| Proposed Co-counsel to Debtors and Debtors-In-Possession | Richards, Layton & Finger, P.A. | Attn: Mark. D Collins, Zachary I. Shapiro, Brett M. Haywood<br>One Rodney Square<br>920 N. King Street<br>Wilmington DE 19801 | collins@rlf.com<br>shapiro@rlf.com<br>haywood@rlf.com | Email |
| Canada Top 20 Creditors | Riocan Management, Inc | Attn:  Eric Topolnisky<br>700 Lawrence Avenue West Suite 315<br>Toronto ON M6A 3B4 Canada | etopolnisk@riocan.com | First Class Mail and Email |
| Canada Top 20 Creditors | Royal Bank Plaza Oxford Properties Group  Inc., c/o Royal Bank Plaza | Attn:  John Spano<br>200 Bay Street Suite 1305 South Tower<br>Toronto ON M5J 2J1 Canada | jspano@oxfordproperties.com | First Class Mail and Email |
| Counsel to RTS International, Inc. | RTS International, Inc. | Attn: Jim Maurer, General Counsel<br><br>9350 Metcalf Avenue<br>Overland Park KS 66212 | jmaurer@shamrocktradingcorp.com | Email |
| Counsel to T.U.W. Textile Co., Ltd. | Sarachek Law Firm | Attn: Joseph E. Sarachek<br>101 Park Avenue, 27th Floor<br>New York NY 10178 | joe@saracheklawfirm.com | Email |

In re: BBGI US, Inc., et al.
Case No. 20-11785 (CSS)

Page 13 of 17

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to SAS Institute Inc. | SAS Institute Inc. | Attn:  Howard Browne & Karen Day<br>100 SAS Campus Drive<br>Cary NC 27513 | howard.browne@sas.com<br>Karen.day@sas.com | Email |
| Counsel to the Amalgamated Retirement Fund, the Amalgamated National Health Fund, the Amalgamated Insurance Fund, the National Plus Plan and the National Retirement Fund | Schulte Roth & Zabel LLP | Attn: Ronald E. Richman, Rose Cherson, Andrew B. Lowy, Kelly V. Knight<br>919 Third Avenue<br>New York NY 10022 | ronald.richman@srz.com<br>rose.cherson@srz.com<br>andrew.lowy@srz.com<br>kelly.knight@srz.com | Email |
| Securities and Exchange Commission | Securities And Exchange Commission - Headquarters | Secretary Of The Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Counsel to New England Joint Board, UNITE HERE | Segal Roitman, LLP | Attn: Paige W. McKissock<br>33 Harrison Avenue, 7th Floor<br>Boston MA 02111 | pmckissock@segalroitman.com | Email |
| Counsel to United HealthCare Services, Inc., and UnitedHealthcare Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Counsel to Simon Property Group, Inc. | Simon Property Group, Inc. | Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis IN 46204 | rtucker@simon.com | Email |
| Counsel to Claudio Del Vecchio and certain entities and trusts affiliated with him or in which he has beneficial interests, specifically (ii) 346 Madison Avenue, LLC; (iii) 11 East 44th Street, LLC; (iv) CDV Holdings LLC; (v) DV Family, LLC; (vi) Del Vecchio Family Trust U/A/D 2-9-2006; (vii) CDV 2015 Annuity Trust U/A/D 9-16-2015; (viii) 2015 Omega Trust U/A/D 9-16-2015; (ix) The CDV Trust; and Delfin SARL | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Mark McDermott & Edward Mahaney-Walter<br>One Manhattan West<br>New York NY 10001-8602 | mark.mcdermott@skadden.com<br>emahaney@skadden.com | Email |

In re: BBGI US, Inc., et al.
Case No. 20-11785 (CSS)

Page 14 of 17

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Claudio Del Vecchio and certain entities and trusts affiliated with him or in which he has beneficial interests, specifically (ii) 346 Madison Avenue, LLC; (iii) 11 East 44th Street, LLC; (iv) CDV Holdings LLC; (v) DV Family, LLC; (vi) Del Vecchio Family Trust U/A/D 2-9-2006; (vii) CDV 2015 Annuity Trust U/A/D 9-16-2015; (viii) 2015 Omega Trust U/A/D 9-16-2015; (ix) The CDV Trust; and Delfin SARL | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Lockwood & Steven Adler 920 N. King Street One Rodney Square Wilmington DE 19801 | Paul.Lockwood@skadden.com Steven.D.Adler@skadden.com | Email |
| Counsel to Claudio Del Vecchio and certain entities and trusts affiliated with him or in which he has beneficial interests, specifically (ii) 346 Madison Avenue, LLC; (iii) 11 East 44th Street, LLC; (iv) CDV Holdings LLC; (v) DV Family, LLC; (vi) Del Vecchio Family Trust U/A/D 2-9-2006; (vii) CDV 2015 Annuity Trust U/A/D 9-16-2015; (viii) 2015 Omega Trust U/A/D 9-16-2015; (ix) The CDV Trust; and Delfin SARL | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Lockwood & Steven Adler P.O. Box 636 Wilmington DE 19899-0636 | Paul.Lockwood@skadden.com Steven.D.Adler@skadden.com | Email |
| Counsel to RCB 7824 LLC | Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer, Esq. 401 B Street Suite 1200 San Diego CA 92101 | mbreslauer@swsslaw.com wyones@swsslaw.com | First Class Mail and Email |
| Counsel to The Shops at Summerlin North, LP | Spector & Cox, PLLC | Attn: Howard Marc Spector 12770 Coit Road, Suite 1100 Dallas TX 75251 | hspector@spectorcox.com | Email |
| Counsel to Legacy Industries, Inc. | Squire Patton Boggs (US) LLP | Attn: Stephen D. Lerner 201 E. Fourth Street, Suite 1900 Cincinnati OH 45202 | stephen.lerner@squirepb.com | First Class Mail and Email |
| Counsel to 1-10 Bush Terminal Owner LP | Stempel Bennett Claman & Hochberg, P.C. | Attn: Edmond P. O'Brien, Esq. 675 Third Avenue, 31st Floor New York NY 10017 | | First Class Mail |
| Counsel to Di.Conf. S.R.L | Studio Legale Antongiovanni | Attn: President or General Counsel Via San Calimero n. 3 Milano 20122 IT | studio.antongiovanni@jusjuris.eu | Email |

In re: BBGI US, Inc., et al.
Case No. 20-11785 (CSS)

Page 15 of 17

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to The Paradies Shops, LLC | Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan 919 North Market Street, Suite 420 Wilmington DE 19801 | bsullivan@sha-llc.com | Email |
| Counsel to Busana Apparel Group | Sulmeyer Kupetz | Attn: Victor A Sahn 333 South Grand Avenue 34th Floor Los Angeles CA 90071 | vsahn@sulmeyerlaw.com | Email |
| Counsel to PT Ungaran Sari Garments and PT Eratex Djaja Tbk | SulmeyerKupetz | Attn: David Kupetz, Esq. 333 South Grand Avenue, 34th Floor Los Angeles CA 90071 | dkupetz@sulmeyerlaw.com | Email |
| Canada Top 20 Creditors | Templeton Doc Limited | Attn:  Christie Lim 7899 Templeton Road Richmond BC V7B 1Y7 Canada | christie.Lim@mcarthurglen.com | First Class Mail and Email |
| Canada Top 20 Creditors | The Outlet Collection at Niagara | Attn:  April Daku 95 Wellington Street West, Suite 300 Toronto ON M5J 2R2 Canada | april.daku@ivanhoecambridge.com | First Class Mail and Email |
| Counsel to West 64th Street LLC | The Rosner Law Group LLC | Attn: Jason A. Gibson 824 N. Market St. Suite 810 Wilmington DE 19801 | gibson@teamrosner.com | Email |
| Counsel to Taubman Landlords | The Taubman Company | Attn: Andrew S Conway 200 East Long Lake Road Suite 300 Bloomfield Hills MI 48304 | aconway@taubman.com | Email |
| Counsel to UniCredit S.p.A. – New York Branch | Thompson Hine LLP | Attn: James J. Henderson 3900 Key Tower 127 Public Square Cleveland OH 44114 | James.Henderson@Thompsonhine.com | Email |
| Counsel to UniCredit S.p.A. – New York Branch | Thompson Hine LLP | Attn: Jonathan S. Hawkins Discovery Place 10050 Innovation Dr. #400 Miamisburg OH 45432 | jonathan.hawkins@thompsonhine.com | Email |
| Counsel to IMI MSW LLC, OKC Outlets I LLC, SRE Boardwalk LLC, SRE Ontario LLC, SRE Hawkeye LLC | Thompson Hine LLP | Attn: Louis F. Solimine 312 Walnut Street Suite 1400 Cincinnati OH 45202-4029 | Louis.Solimine@ThompsonHine.com | Email |
| Counsel to UniCredit S.p.A. – New York Branch | Thompson Hine LLP | Attn: Mayra Roque 335 Madison Avenue 12th Floor New York NY 10017 | Mayra.Roque@thompsonhine.com | Email |

In re: BBGI US, Inc., et al.
Case No. 20-11785 (CSS)

Page 16 of 17

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Attn: David Stratton David Fournier Evelyn Meltzer Marcy McLaughlin Smith 1313 N. Market Street P.O. Box 1709 Wilmington DE 19899-1709 | david.stratton@troutman.com david.fournier@troutman.com evelyn.meltzer@troutman.com marcy.smith@troutman.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Troutman Pepper Hamilton Sanders LLP | Attn: David Stratton David Fournier Evelyn Meltzer Marcy McLaughlin Smith Hercules Plaza Ste 5100 Wilmington DE 19801 | david.stratton@troutman.com david.fournier@troutman.com evelyn.meltzer@troutman.com marcy.smith@troutman.com | Email |
| United States Attorney for the District of Delaware | United States Attorney for the District of Delaware | Attn: U.S. Attorney's Office 1313 N Market Street Wilmington DE 19801 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Canada Top 20 Creditors | Warrington PCI Management 475189 British Columbia Ltd. | Attn: Adam Spear 1700-1030 West Georgia Street Vancouver BC V6E 2Y3 Canada | asilva@warringtonpci.com | First Class Mail and Email |
| Proposed Co-counsel to Debtors and Debtors-In-Possession | Weil, Gotshal & Manges LLP | Attn: Gary T. Holtzer, Garrett A. Fail, David J. Cohen 767 Fifth Avenue New York NY 10153 | gary.holtzer@weil.com garrett.fail@weil.com davidj.cohen@weil.com | Email |
| Counsel to Eastern Opportunity Fund LLC | Whiteford Taylor & Preston LLC | Attn: Stephen B Gerald The Renaissance Centre 405 North King Street Suite 500 Wilmington DE 19801 | sgerald@wtplaw.com | Email |
| Counsel to Wells Fargo Bank, National Association | Womble Bond Dickinson (US) LLP | Attn: Matthew Ward, & Morgan Patterson 1313 North Market Street Suite 1200 Wilmington DE 19801 | matthew.ward@wbd-us.com morgan.patterson@wbd-us.com | Email |